| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>  borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>  hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>  declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>  gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice* forthcoming)<br>  opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>  peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>  jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>  awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>  mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>  slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>  jreisberg@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>  peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>         Plaintiffs,<br><br>         v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>         Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
  carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
  rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
  hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
  mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
  jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3, Plaintiffs file a Notice of Related Cases. The basis for relating this case to matters currently before judges in the Central District is that this matter calls for determination of the same or substantially related or similar questions of law and fact.

1. *Los Angeles Press Club, et al. v. City of Los Angeles*, Case No.: 2:25-CV-05423-HDV-E

This action is currently on the active calendar of the Hon. Hernan Vera.

Dated: June 18, 2025

Respectfully submitted,
BRAUNHAGEY & BORDEN LLP

By: */s/ Matthew Borden*
       Matthew Borden

*Attorneys for Plaintiffs*