| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>  borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>  hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>  declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>  gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice* forthcoming)<br>  opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>  peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>  jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>  awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>  mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>  slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>  jreisberg@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>  peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>      Plaintiffs,<br><br>      v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>      Defendants. | Case No. 2:25-cv-05563<br><br>**NOTICE OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
   hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
   mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
   jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No.: 2:25-cv-05563
NOTICE OF EX PARTE APPLICATION FOR TRO AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that for the reasons fully explained in the accompanying Memorandum of Points and Authorities, Plaintiffs hereby make this ex parte application for a temporary restraining order and order to show cause. This application is based on Federal Rule of Civil Procedure 65, Local Rule 65-1, and the First, Fourth, and Fifth Amendments to the United States Constitution. Plaintiffs support this application with the accompanying memorandum of law and the declarations and exhibits submitted in support.

Plaintiffs request that the Court grant a temporary restraining order enjoining Defendants Department of Homeland Security ("DHS"), and Kristi Noem, in her official capacity of Secretary of DHS, from:

1. Dispersing, threatening or assaulting the press, as that term was defined in Index Newspapers, or legal observers. Defendants may ask press or legal observers to change location to avoid disrupting law enforcement, as long as the press or legal observers have sufficient opportunity to report and observe;

2. Using crowd control weapons (kinetic impact projectiles (KIPs), chemical irritants, and flash-bangs) on people who are not posing a threat to law enforcement;

3. Firing kinetic impact projectiles or flashbangs at identified wrongdoers, if doing so could result in injury to a person who is not posing a threat to law enforcement;

4. Using any crowd control weapon without giving at least two separate warnings in a manner and at a sound level where it can be heard by the targeted individuals. Such messages shall explain that Defendants may employ crowd control weapons and must give the targeted individuals sufficient time to avoid the use of force; and

1      5.    Using kinetic impact projectiles containing chemical irritant unless
2  unless such use is expressly approved by an on-scene supervisor in response to
3  specific acts of violence that the supervisor personally witnessed.
4      Plaintiffs' counsel gave Defendants' counsel notice of their intention to seek a
5  Temporary Restraining Order and OSC re Preliminary Injunction and ask the Court
6  to rule by close of business Friday June 20, 2025 by sending an email to Joanne
7  Osinoff, Assistant United States Attorney and Chief of the Complex and Defensive
8  Litigation Section of the US Attorneys Office for the Central District of California at
9  Joanne.Osinoff@usdoj.gov at 2:47 pm on June 18, 2025 and then followed up with a
10 phone call to Ms. Osinoff at 3 pm.  Ms. Osinoff stated that her clients would oppose
11 the Ex Parte Application and would seek additional time to submit their opposition.
12 Plaintiffs' counsel stated that they would oppose any application for additional time.
13 See Declaration of Peter Eliasberg ¶¶ 1-7 and Exhibits 1 & 2.

Dated: June 19, 2025            Respectfully submitted,
                                         BRAUNHAGEY & BORDEN LLP

                                         By:   */s/ Matthew Borden*
                                                  Matthew Borden

                                         *Attorneys for Plaintiffs*