**Declaration of Peter J Eliasberg**

I, Peter J Eliasberg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an attorney licensed to practice law and admitted in the Central District of California, the Ninth Circuit and the United States Supreme Court. I am one of the counsel for the Plaintiffs in this action.

3. I am submitting this declaration to explain the notice I provided to counsel for Defendants Secretary Kristi Noem and the Department of Homeland Security about Plaintiffs' intention to file an Ex Parter Application for a Temporary Restraining Order and OSC re Preliminary Injunction.

4. At 2:47 pm I sent the email attached as Exhibit 1 to Joanne Osinoff, Assistant United States Attorney and Chief of the Complex and Defensive Litigation Section of the US Attorneys Office for the Central District of California at Joanne.Osinoff@usdoj.gov. In brief, I informed her that we would be filing for a TRO seeking restraints against DHS officers based on recent and ongoing alleged violations of the First, Fourth, and Fifth Amendment rights of journalists, protestors, and legal observers at protests. I also said in the email that I would email the filings to her as soon as they were filed and asked her to inform me if her clients would oppose the TRO and whether there were other attorneys to whom we should email the papers.

5. I followed up by calling her office at about 3 pm. I reached her. She told me she was on the other line but would call right back. She called me back a few minutes later. I told her, as I had in the email, that we would be filing a TRO today but was not sure exactly when it would be filed. I also told her we were concerned about the safety of our clients and that we expected protests to occur over the weekend so that we would ask the Court for a TRO by COB Friday. Ms Osinoff informed me that she expected her clients would oppose the TRO and that

1

they would ask for more time. I said I understood but also said we would oppose extensions that would prevent a ruling by COB Friday. She asked me to include David Harris on an email with the pleadings when they were filed. I agreed and said that if there were other attorneys in her office that she would like to receive the pleadings by email, she should simply email me their names and email addresses.

  6. At 4:28 pm, I receive the email from Ms. Osinoff attached as Exhibit 2, which confirmed the substance of our phone conversation and asked that we also email AUSA Paul "Bart" Green with the TRO papers.

  7. Shortly thereafter, I responded to Ms Osinoff's email confirming that I believed she had accurately summarized the substance of our 3 pm phone call. I also confirmed that we would email the TRO papers to Messrs. Harris and Green, and to her.

  I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this June 18, 2025 in Los Angeles, California.

Peter J Eliasberg

# EXHIBIT 1

**From:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Sent:** Wednesday, June 18, 2025 2:47 PM
**To:** Osinoff, Joanne (USACAC) <Joanne.Osinoff@usdoj.gov>
**Cc:** Matt Borden <borden@braunhagey.com>; peter <peter@bibringlaw.com>; Carol Sobel <carolsobellaw@gmail.com>; Paul Hoffpaul <hoffpaul@aol.com>
**Subject:** [EXTERNAL] Notice of complaint and Ex Parte Application for TRO and OSC re PI against DHS and Secretary Noem

Dear Ms. Osinoff:

I am writing to inform you, pursuant to LR 7-19.1, that the ACLU of Southern California and co-counsel will be filing a complaint and ex parte application for a TRO and OSC re Preliminary Injunction today against the Department of Homeland Security and Secretary Noem in her official capacity alleging past and ongoing violations of the First, Fourth, and Fifth Amendment rights of protestors, journalists, and legal observers by DHS officers in the Central District of California. The TRO will seek, among other things, restrictions on DHS officers' use of so-called less lethals weapons, and prohibitions on targeting journalists with force or attempting to disperse them.

I will also telephone you to provide notice. But in case I am unable to reach you, I wanted to be sure you received notice. I can also be reached at 213-503-3544. When we speak, or in a response e-mail, please let me know if DHS will oppose the TRO, so we can inform the court pursuant to the local rule.

Because protests against federal immigration raids have been at the highest level on weekends, we will be asking the Court to rule on our Ex Parte application by COB Friday.

We will email you copies of the complaint and other papers as soon as they are filed.

Sincerely,
Peter Eliasberg

Peter Eliasberg
Chief Counsel/
Manheim Family Attorney
For First Amendment Rights
ACLU of Southern California
1313 W 8th St, Suite 200
Los Angeles, CA 90017
(o) 213.977.5228 | (f) 213-201-7881

aclusocal.org || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**

This message may contain information that is confidential. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.

# EXHIBIT 2

**From:** Osinoff, Joanne (USACAC) <Joanne.Osinoff@usdoj.gov>
**Sent:** Wednesday, June 18, 2025 4:28 PM
**To:** Peter Eliasberg <PEliasberg@aclusocal.org>; Green, Paul (USACAC) <Paul.Green@usdoj.gov>
**Cc:** Matt Borden <borden@braunhagey.com>; peter <peter@bibringlaw.com>; Carol Sobel <carolsobellaw@gmail.com>; Paul Hoffpaul <hoffpaul@aol.com>
**Subject:** RE: Notice of complaint and Ex Parte Application for TRO and OSC re PI against DHS and Secretary Noem

Mr. Eliasberg,

This email confirms our conversation at about 3:00 pm this afternoon. At that time, we discussed your email below and your intent to file a TRO today, although you could not definitively state that the pleadings would be filed before close of business. I indicated that the government would oppose the TRO application and asked that you provide me and David Harris, Chief of the Civil Division, (David.M.Harris@usdoj.gov), with copies of the pleadings as soon as they are available. You offered to provide the pleadings to anyone else that I might designate. I now request that you also provide the pleadings to AUSA Paul "Bart" Green, who is included on this email.

I also indicated that since tomorrow is a federal holiday (with government agencies and the courts closed), the government would need additional time to respond to the TRO and would seek such extension via an ex parte application. You indicated that the ACLU would oppose such application.

Respectfully,
Joanne Osinoff


**Joanne S. Osinoff | Assistant United States Attorney**
**Chief | Complex and Defensive Litigation Section | Civil Division**
United States Attorney's Office | Central District of California
Federal Building, Room 7516 | 300 N. Los Angeles St. | Los Angeles, California 90012
T: 213.894.6880| F: 213.894.7819 |Joanne.Osinoff@usdoj.gov