**PRIVILEGED AND CONFIDENTIAL – ATTORNEY WORK PRODUCT**

**Declaration of Abigail Olmeda**

I, Abigail Olmeda, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how I was subject to force in the form of a rubber bullet to the head and at least five pepper balls shot directly at my body by federal agents when I was unarmed and peacefully protesting and posed no threat whatsoever to the federal officers who injured me.

3. I am from Orange County. I am 27 years old and was born and raised in Anaheim. I am a mother to two children, and I am currently a student at Cypress College. I have previously worked for the City of Santa Ana. I believe in peaceful protest to protect people's rights. I am deeply concerned about ICE agents kidnapping people in my community, neglecting all due process rights.

4. The protest I attended was on Monday June 9th, 2025 and was located at the Federal Building in Santa Ana, at 34 Civic Center Plaza. I arrived about 5 p.m. I would estimate that there were about 100 protestors there, and everyone was behaving peacefully. I went to the protest with my partner and my sister.

5. There were officers present from Santa Ana Police Department and from Homeland Security standing around the building. I could see "HSI" across the chest of certain officers who were dressed in full camouflage – this is how I knew they were federal agents, someone told me that was Homeland Security. Not all officers had identifying uniforms or badges visible but many did.

6. The officers were holding visible riot control tools, including pepper ball guns, tear gas guns, and batons. There was one individual wearing blue jeans who was standing behind a line of officers at the entrance to the building and seemed to be directing them.

7. This is a picture I took shortly after I arrived. It shows where I was

1

standing and how far away I was from the line of law enforcement in front of the building (I would guess at least 40 or 50 feet away):



8. Within fifteen minutes of arriving at the protest, I was entering the crowd and standing next to the sign shown above, down the stairs from the federal building's doors. As soon as I reached the sign, and out of the blue, I felt a burning sensation near my shoulder.

9. I realized I had been shot with a pepper ball near my collar bone. There had been no announcement by law enforcement or audible order to do anything. I moved away from where I was standing and saw that my backpack had been stained with white residue, but also the pack had absorbed some of the force of impact. While I was still feeling some tenderness near my shoulder, I moved back towards the same sign along with my sister.

10. Once at the sign, my sister reached into my backpack to retrieve a sun-shade umbrella and a water bottle, and I saw an officer pointing towards me. The officer who was pointing at me had "HSI" insignia on his uniform. It appeared that he was directing other officers who were armed with pepper ball guns and tear gas towards us. I raised up my hands, which were empty, and I said, "we're

unarmed – she is just getting my umbrella."

11. A few minutes after that, my sister handed me a cardboard sign that I had painted a message on. It read, "Raids don't teach Justice – they teach fear. Education thrives on inclusion, not intimidation." I yelled at the officers that they were on the wrong side of history.

12. Without any warning, I started getting shot again by law enforcement. I could not tell if I was being shot by one or multiple officers. I believe I was shot with multiple pepper balls at this moment. I held up my sign to try to protect my face. While I was able to block some of the shots from hitting me directly, I was hit once again, this time in the knee.

13. I did not fully register what was happening, and I could feel my body start to shake. My knees were wobbling. I could hear others around me shouting at the officers to stop shooting. All I could think was "protect your head," so I held up my cardboard sign to my face. I tried yelling that "I am here peacefully."

14. At some point the shooting stopped. I looked up at the line of law enforcement where the shots had been coming from, and it was still people wearing the "HSI" lettering on their chest. The officers were in full camouflage, wearing bulletproof vests, gas masks, and military-style helmets.

15. There was nothing else going on around me that law enforcement could have been shooting at. Everyone else around me was standing peacefully.

16. I had barely had time to catch my breath when federal agents shot a tear gas canister at my feet. I moved away from the gas, running with my sister back across Santa Ana Boulevard. We waited a few minutes for the gas to clear and then walked back with the group across the street, back to the same sign where I had been standing before.

17. At this point all hell broke loose. The federal agents began shooting multiple tear gas canisters. My partner was standing next to me, and we both tried to kick away the canisters that had landed at our feet. I saw my partner get shot at

1 that moment multiple times, in the stomach, and then in the back when he turned
2 away from the officers. We could see from what landed on the ground that he had
3 been shot by rubber bullets.

4     18.    At that moment, I was also shot with a rubber bullet directly in my
5 temple. I heard my partner say, "Oh my god, they shot you with a rubber bullet." I
6 felt an intense sharp pain in my head. I could see that the umbrella I was holding
7 had been broken from being shot so many times. At this moment we both tried to
8 escape to go find a medic.

9     19.    Once we were safely away from the firing agents, I took a picture of
10 where I had been hit on my head:



20.    I do not know why the federal agents shot at us. I never heard instructions or orders of any kind before I was shot at. By the time we were across the street and trying to leave I started to hear the Santa Ana Police Department say something over a loudspeaker. But I could not understand what they were saying.

21.    I was completely disoriented after being shot and could not find the direction back to my car without the help of my partner.

22.    The next day I tried to rest, but on Wednesday morning I went to the Emergency Room at UCI for my injuries because I was having lapses in my

memory of Tuesday, my side was tingling, and I felt extreme and sharp pains. At the hospital I was given a "Trauma 1" response. The doctors found visible impacts including to my head above my right temple, my collar bone, my upper side, my right-side arm, my underarm/rib area, and right knee. I have follow-up referrals to orthopedics and a neurologist. The emergency room doctors suspect I have a "brain bruise."

23. I was not arrested. I saw body-cameras being worn by some of the officers, but I am not sure who was recording footage.

24. The force that was used against me makes me feel somewhat hesitant to speak out. But I believe that protesting serves a greater purpose and I believe that they need to never do this to people again. My passion has been strengthened.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 14, 2025 in Anaheim, California.

Abigail Olmeda