**Declaration of Sean Beckner-Carmitchel**

I Sean Beckner-Carmitchel hereby declare:

1. I am a plaintiff in the above captioned matter and am submitting this declaration to describe how I was hit on the head by a tear gas cannister projected by an Investigator from the Department of Homeland Security while covering the aftermath of the ICE immigration raid at the Home Depot in Paramount on June 7, 2025.

2. I am a freelance journalist with 6 years of experience. I have produced video news stories in international, national, and local media outlets including the New York Times, CNN, Good Morning America, and Al Jazeera. I have also written stories for a variety of media outlets including Cal Matters and the Beverly Hills Courier.

3. In my career, I have covered lots of protests, including protests in response to federal immigration raids and enforcement in the Los Angeles area.

4. On Saturday June 7, 2025 I received a tip about a potential immigration raid at the Home Depot in Paramount.

5. To prepare to cover the story I put together my usual kit, which includes a helmet to protect my head from any projectiles that might be shot, including so-called less lethal weapons, and a respirator because law enforcement sometimes uses tear gas to disperse crowds. I also always bring a press credential, which I generally wear on a lanyard around my neck, as I did that day. Among other things, the credential enables me to cross certain law enforcement lines because state law allows media to enter certain areas law enforcement has closed to the public, and I want law enforcement to see that I am a journalist to reduce the chances they will use force against me. I was on assignment that day for the LA Public Press an independent on-line news outlet.

6. When I arrived in Paramount, I saw that there was an area near the Home Depot that the Los Angeles Sheriff's Department (LASD) had closed to the

1

1  public. I was able to access the area by showing my press pass to the LASD
2  officer at the entrance of the closed area.
3      7. I spent a number of hours in the area on Alondra Boulevard where the
4  Home Depot is located as well as on Hunsaker, which runs into Alondra east of
5  the Home Depot.
6      8. Towards the end of the day, it felt to me like things were calming
7  down. But I decided to walk west on Alondra back towards the Home Depot with
8  Ryanne Mena, another reporter whom I know.
9      9. We were walking west on the sidewalk on the south side of Alondra.
10  Across the street on the north side of Alondra at the end of a small street or
11  driveway, we saw a group of DHS Investigators (hereinafter "HSI") shooting stun
12  grenades, which are often referred to as flash bangs, as well as tear gas cannisters,
13  and kinetic munitions – though I am not sure what kind of kinetic munitions they
14  were. I know the people shooting these munitions were HSI officers because they
15  had HSI in big letters on the back of their dark blue or black shirts. They were in
16  riot gear with hard helmets with visors and I believe at least some of them had gas
17  masks on. They appeared to be shooting the less lethals at a relatively small group
18  of protestors on the opposite side of Alondra.
19      10. When I saw what was happening, I and the other reporter hurried off
20  well to the side of where the protestors who were being shot at were clumped. We
21  were probably at least 20 feet away to the east of where the protestors were at the
22  spot marked with a blue pin the diagram attached as Exhibit 1.
23      11. Because I have been covering protests for many years, I have a good
24  sense of how to place myself where I can observe and photograph what is going
25  on but be safely removed to avoid being hit with munitions.
26      12. Unfortunately, I did not have my helmet on at that point because I was
27  just coming back from being away from the area.
28      13. As I was filming the encounter between the HSI officers and

protestors, I felt a slam to the head, felt and heard the sound of an explosion, and then was overwhelmed with tear gas, which caused me to start coughing and my eyes to burn.

14. As I said above, I have been at many protests where law enforcement used tear gas and been exposed to it many times. But this was by far the worst gassing I have experienced because the cannister had hit me directly in the head. I know based on my experience observing law enforcement deliver tear gas at numerous protests that tear gas cannisters can be thrown or shot out of a type of less lethal munition. But because the cannister hit me so hard, and because I was so far away from the HSI officers who were well to the west of me and on the opposite side of Alondra, I am very confident the cannister was shot not thrown by hand.

15. The cannister caused an enormous hematoma on my head about the size of a golf ball, which you can see above my right eye in the two photographs below which were taken the day I was hit. As is apparent in the photographs, if the cannister had hit me about an inch or so lower, it would have hit me in the eye, and I could well have become blind in that eye.

 

16. Because I was twenty or more feet away from the protestors and

3

filming what was going on I felt that I would not get hit. But because I was hit in the head by a tear gas cannister, which is only supposed to be shot along the ground and not used as a projectile weapon, I feel almost sure that the officer who fired the cannister was either deliberately targeting me as a member of the press or was – at best – completely reckless in the use of a dangerous weapon.

17. The enormous amount of tear gas the officers fired in our direction was causing my eyes to burn horribly and making me cough. I led the reporter I was with by the hand because she could not even open her eyes because she was in such pain.

18. When we got to a safe area east of where we had been shot, I got checked out by a street medic. Then we drove to the emergency room at St Francis Hospital for me to be checked out. Fortunately, I did not have a concussion, but I was in significant pain.

19. I have continued to work since I was shot because I believe what is going on in Los Angeles is an important story. But to be hit like that with a tear gas cannister in either a deliberate or dangerously reckless manner does make me concerned for my safety as I continue to do my work.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed June 14, 2025 in Los Angeles, California.

_____
Sean Beckner-Carmitchel

# EXHIBIT 1

# Area near Paramount Home Depot where I was shot by DHS Officers

