**Declaration of Benjamin Adam Climer**

I, Benjamin Adam Climer, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how I was subject to force in the form of a tear gas canister shot by federal officers. The tear gas canister hit and wounded my left hand when I was unarmed, peacefully protesting and posed no threat whatsoever to the federal officers who injured me.

3. I am 37 years old. I am a father of two children, and I work as a training director for Exodus Recovery in the Unarmed Model of Crisis Response program (UMCR). UMCR is an alternative to law enforcement crisis response program within the City of Los Angeles. I am an Emergency Medical Technician (EMT) with both California and national certifications. I have lived in Los Angeles County for the last six years. I believe in peaceful protests. I am committed to advocating against ICE raids and federal actions against immigrant communities. I have engaged in multiple peaceful protests throughout my life to protect people's rights.

4. The protest that I attended took place on Saturday, June 7th. The protest was in the city of Paramount, in front of Home Depot, near the intersection of Alondra Boulevard and Atlantic Place. I arrived at around 2 p.m. I was mainly standing on the grassy area between Alondra Boulevard and the Home Depot. There were approximately 100 to 150 protesters in this area. The protesters around me were chanting and behaving peacefully. I was chanting and behaving peacefully as well.

5. There were officers located across the street from Home Depot on the north side of Alondra Boulevard. The officers were dressed in camouflage and olive-green colored uniforms. At the time of the protest, I could not see words or letters on the officers' uniforms. After the protest, I saw video footage from the

Paramount protest on social media. The video footage showed officers wearing camouflage and olive-green uniforms and standing in the same location that they had been standing when I was at the protest. Those officers had the words "Border Patrol" and "HSI" on their uniforms. Based on these observations, I believe the officers were Department of Homeland Security agents.

6. The officers were holding visible riot control tools, including tear gas launchers. Approximately every five to six minutes, the officers would take approximately six or seven steps towards the protesters and shoot tear gas canisters at the protesters. Most officers appeared to be shooting tear gas canisters directly at the protesters. Sometimes officers appeared to be shooting towards the ground and other times some officers appeared to be shooting into the air. This sequence of events, officers shooting tear gas canisters towards protesters, took place approximately 15-20 times during a period of about an hour and twenty minutes. At no point during this time did I hear any officer tell people to leave, state that there was an unlawful assembly, or warn people that they would be shooting tear gas and other projectiles in their direction. I witnessed officers aiming and shooting tear gas canisters and other projectiles directly at protesters' bodies more than 15 times.

7. When the officers would shoot tear gas at the protesters, I would hide by standing behind trees to protect myself. During periods when officers were not shooting at protesters, I would resume chanting and peacefully protesting. I also helped one protester who was spitting up mucus because of the tear gas and experiencing pain from a possible head injury. The protester believed he had been hit in the head by a pepper ball. I put on nitrile gloves that I brought in case medical assistance was needed and helped pour water into the protester's eyes. I also briefly examined the protester's head for contusions, bruising and swelling.

8. After helping the fellow protester, I began moving towards a hiding spot to protect myself from the next round of tear gas shooting. While I was

heading to the hiding spot, I heard a loud crack. I then immediately felt extreme pain in my left hand. It felt as if a baseball player had hit my left hand with a metal baseball bat. I looked down and saw the tear gas canister that hit me. The officers firing tear gas appeared to be standing 50-75 feet away from me at the time I was hit by the tear gas canister.

9. I kept moving towards my hiding spot, but when I arrived at the spot there was another tear gas canister expelling gas. I then hid behind bushes and lowered my head to protect myself as I moved away from the larger crowd of protesters.

10. Once I was away from the larger crowd of protesters, I stopped to address my wounded hand and saw that blood was coming out of the nitrile glove. I took the nitrile glove off and saw that the tear gas canister hit my left index finger, tore the skin apart, and caused a two-inch avulsion on the large knuckle closest to my wrist. I was surprised by the amount of blood already coming from the wound. I did not have any bandages, so I covered the wound with a clean nitrile glove to stop the bleeding.

11. I took this picture of my injury when I returned to my car immediately after the protest.



12. After I covered my wound, I moved back to the grassy area and positioned myself in the back of the larger group of protesters. I remained in this area for about an hour. During that time, I continued chanting and peacefully protesting. I also provided medical assistance to another protester who had been hit in the abdomen by a projectile.

13. In addition to the tear gas and tear gas canisters, I observed projectile casings, black foam tops that appeared to have been attached to projectiles, and large canisters that appeared to contain multiple smaller gas canisters that, upon projection, were propelled in different directions. These smaller gas canisters appeared to be hot when they landed on the grass and burned the grass.

14. At around 3:30 p.m., I left the protest and walked east along Alondra Boulevard, towards the intersection of Alondra Boulevard and Hunsacker Avenue.

15. When I arrived at the intersection of Alondra Boulevard and Hunsacker Avenue, I saw Los Angeles Sheriff's Department deputies. I heard deputies say that there was an unlawful assembly and that protesters had two minutes to leave. I could not hear any announcements from the law enforcement officers positioned at the intersection of Alondra Boulevard and Hunsacker Avenue when I was peacefully protesting in the area around Home Depot.

16. Once I reached my car, I drove directly to the Kaiser Permanente Urgent Care facility in Pasadena. The doctor x-rayed my injury, cleaned and closed the wound with three sutures.

17. I took this picture of my wound after I left the Kaiser Permanente Urgent Care facility.



18. I was not arrested or detained by law enforcement.

19. I have participated in numerous protests, and I have never experienced this level of targeted law enforcement force directed towards protesters. As a result of this experience, I am concerned about how the federal government will act towards protesters, but I plan to attend protests in the future.

20. As of June 16, 2025, it is still painful when I bend my left index finger. I am also experiencing pain when I twist my left wrist in a torquing motion.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 16, 2025 in Pasadena, California.

Benjamin Adam Climer