**Declaration of Charles Xu**

I, Charles Xu, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I observe and collect information at protests as a Legal Observer ("LO") on behalf of the National Lawyers Guild of Los Angeles ("NLG-LA"). I started legal observing in early November of 2020. Since then, I have been an LO at more than 200 protests in Southern California. As an LO, I help to observe and document the behavior of law enforcement officials, including their weaponry, arrest tactics, and use of force at various protests and direct actions.

3. I am submitting this declaration to describe force in the form of pepper balls, pepper spray, tear gas and flash bang grenades that Department of Homeland Security ("DHS") agents used against protesters and LOs at protests on Saturday, June 7, 2025.

4. On Saturday, June 7, 2025, I observed a protest at and around the Home Depot in the city of Paramount. I arrived at the Home Depot parking lot at around 1:50 pm and began legal observing.

5. I exited the parking lot onto Alondra Boulevard. While I was exiting the parking lot, I saw a civilian, I assume a protester, who had been hit in the stomach by some kind of less lethal. It left a visible circular bruise that was being treated by a medic.

6. After I exited onto Alondra, I observed about 70 federal agents. They were standing in front of gates at the intersection of Alondra and Atlantic Place. I was about 100 feet away from them, on the other side of the street. They were wearing camouflage uniforms and had on the full gamut of tactical gear: helmets, gas masks, pepper ball launchers. They were in a formation that sort of resembled a skirmish line, a few rows deep.

7. The protesters were overwhelmingly on the other side of the street, on

1  the same side of the street as I was, on the south side. They were pretty scattered,
2  not very concentrated. There were maybe 40 people on the west side of the Home
3  Depot parking lot entrance and another 30-40 on the east side of it. Aside from
4  maybe 5 photographers who were standing right next to the federal agents,
5  everyone was on the side of the street opposite from the federal agents. The
6  protesters were chanting and yelling. I didn't see anyone throw anything.

7       8.     At 1:59 pm, 2:12 pm, and 2:17 pm, the federal agents unleashed at
8  least twenty less lethals into and around the intersection of Alondra and Atlantic.
9  Based on the sounds, I could tell that there were flash bangs. I could also hear the
10 staccato of pepper balls, which I recognized from prior experiences. There was
11 also extensive use of tear gas. I could see clouds of tear gas, and my own eyes
12 stung as well. I was able to record these three instances on video.

13     9.     I did not see protesters attack or throw anything at the federal agents
14 before they started deploying the less lethals. Additionally, I did not hear the
15 agents tell the protesters to move or warn the protesters before shooting the less
16 lethals in their direction.

17     10.    After the last barrage at 2:17 pm, I crossed the street and was able to
18 get a closer look at the federal agents. Most of the badges said CBP. There were
19 also other badges that said Border Patrol. So I know they were all DHS agents
20 because of their badges.

21     11.    After that, I didn't observe much activity for a few hours. Then,
22 around 4:07 pm, there was a protester on the street across from a smaller group of
23 5 federal agents who were further down about 200-300 west on Alondra. The
24 protester was pushing a shopping cart. The federal agents ran up to him and tackled
25 him, and then started to arrest him. I'm not sure why he was arrested, as I didn't
26 witness any provocations on his part.

27     12.    As they tackled him, I ran over to start filming. While I was filming, I
28 could hear pepper balls getting fired all around me. One of them hit me in the calf,

2

1 | and I felt a sharp sting. I have a video of this as well, and I have a photo of the
2 | bruise on my calf.
3 |   13. Then I observed the federal agents another barrage of less lethals into
4 | the intersection. It didn't seem like there was a reason, other than wanting to
5 | potentially disperse people who were trying to document the arrest.
6 |   14. I left the protest and ended my LO role around 4:20 pm.
7 |   15. The bruise on my calf took several days to heal. The bruise hurt if I
8 | applied any pressure to it. It took four days to stop feeling painful.

1
2   I declare under penalty of perjury of the laws of the State of California and
3   the United States that the foregoing is true and correct.  Executed on June 17, 2025
4   in Los Angeles, California.
5
6                                                        _____
7                                                        Charles Xu
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28