**Declaration of Chase Carbonati**

I, Chase Carbonati, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal DHS officers shot a tear gas cannister at me that hit the back of my leg when I posed no threat whatsoever to the officers. In fact, the tear gas cannister hit the back of my leg because I had already started to turn and run away from the DHS officers when I saw that they were starting to shoot tear gas at me and others near me.

3. I am 34 years old and work as an overdose response specialist on Skid Row. I grew up in Moorpark, CA but have lived in Paramount for the past few years.

4. The protest on Saturday, June 7th in response to the immigrant raids was right down the street from where I live. I had never been to a protest, but I decided to go to this one because I wanted to support my community.

5. At about 1:00pm, I walked down Alondra Blvd until I reached the intersection of Alondra and Atlantic Pl where dozens of federal DHS officers were standing in front of a gate. There were some people a few feet behind me cursing and yelling at the officers, but I didn't curse or throw up a middle finger or anything like that. I just had my hands in my pocket and was taking in the situation from across the street on Alondra. I have a lot of tattoos and knew I could be an easy target because of that, so I didn't want to get too close. Approximately two street lanes separated me from the line of officers.

6. I noticed an officer locking eyes with me from across the street. He was really staring me down. I then saw him raise his gun. I am pretty sure this is the officer who eventually fired the tear gun canister that hit my leg because we had locked eyes before I was hit. At this point, other officers had started shooting tear gas. Within about 10-15 seconds of the officers' firing the first rounds of tear

gas, I started to turn away to leave the scene.

7. I immediately felt an intense pain on the back of my left calf. It felt like I got shot, but I quickly realized I had been hit by a burning hot tear gas canister. The canister must have also brushed my upper leg at some point, because it burned a hole through my shorts. An image of my wound where you can see the hole in my shorts is pasted below.



8. I was in so much pain and knew I had to leave, but I could barely walk. I started limping in the direction of my car. Some protestors tried to help by pouring water on it to try to keep the tear gas from touching the wound even though there was tear gas everywhere, so much so that I could barely see. The people who were helping me looked around for an ambulance, but as far as we could see, there weren't any ambulances nearby.

9. When I eventually got back to my car, I called my girlfriend. She took me to the hospital where the doctors treated my injury as a burn. I can't take any prescription pain medication because I'm sober, so I'm stuck with taking over-the-counter medication like ibuprofen. Even though this happened over ten days ago, it's still hard for me to walk. The bruise is so big that if I try to get out of my chair, it feels like I'm being punched in the back of my leg. I had to take the day off work on Monday, June 9th because of my injury.

10. I watched the news later and saw that other people were getting hit that day. These were people like me that were just standing there. I feel lucky that I only got hit in the leg because I saw that others got hit in the head or chest. When I went to the protest, I expected there to be tear gas, but I never expected to get hit like this.

11. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 18, 2025 in Los Angeles, California.

*Chase Carbonati*

Chase Carbonati