**Declaration of Chelsea Bell**

I, Chelsea Bell, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe the indiscriminate and overwhelming force federal law enforcement officers targeted at protesters and bystanders in Paramount, California on June 7, 2025 in the form of tear gas, including shooting tear gas cannisters directly at people, and other so-called less lethal munitions like pepper balls.

3. On June 7, I was working as a Legal Observer (LO) for the National Lawyers Guild.  A legal observer is a volunteer who goes to protests, marches, etc. to observe and document how law enforcement acts in response to protests.

4. LOs are trained by attorneys or people with significant experience working as LOs.  When you are trained, there is discussion of how to take detailed and accurate notes and otherwise record events with photographs or video. We also discussed how to stay safe while still being close enough to what is happening to document it accurately.

5. I was first trained then starting doing LO work back in 2001. I took a break for a number of years but resumed doing regular LO work in about 2012. I estimate I have been an LO at about 50 protests since 2012.

6. Whenever I work as an LO, I wear a neon green baseball cap that the NLG provides to its trained LOs.  The cap has big black lettering on it that says "National Lawyers Guild Legal Observer."  These caps are incredibly noticeable. When I am at a protest, I can scan the crowd and immediately determine what other LOs are at the scene just because of our hats.

7. In my experience, law enforcement officers – at least in the Los Angeles area -- are very familiar with LOs and what we do.  On multiple occasions law enforcement officers have said to me in so many words, "I know who you are

1 | and what you do at protests."

8. Beside my neon green hat, I always have one or more note pads with me and constantly taking notes. LOs also regularly check our watch to keep track of the time and note it in our pad along with information like the number of law enforcement officers in an area, the number of protestors, and what officers are doing in response to protesters.

9. LOs never chant, hold up signs, or otherwise participate in a protest. We are there as observers, not participants, and in that way are somewhat like journalists who observe and cover an event but do **not** participate it.

10. In addition, I often separate myself somewhat from crowds of protestors because it is harder to observe law enforcement from the middle of a group of protestors. Instead, we position on the perimeter or outside of groups of protestors so we can see law enforcement more clearly.

11. On June 7, I went to Paramount because I had heard that two immigration attorneys were trying to talk to detained immigrants who were detained in a building at the north side of Alondra Blvd at Atlantic Place and had been pepper sprayed by federal officers

12. I got out to Paramount about 1:15 pm. I could not exit the 710 freeway at the Alondra exit because it was closed. But as I approached the exit, I could see smoke, which appeared to me to be tear gas. I have been at a number of protests over the years where so-called less lethal force has been used, so I am generally experienced with the sound and appearance of a variety of so-called less lethals including tear gas, pepper spray, pepper balls, rubber bullets, foam batons, and the guns officers use to fire these less lethals. I also know tear gas can be delivered by both firing tear gas cannisters from a gun but also by throwing the cannisters by hand.

13. I got off at the next exit from Alondra and doubled back and parked on Myrrh north of Alonda Boulevard by Hunsaker. I walked south on Hunsaker to

Alondra.

14. At the intersection of Hunsaker and Alondra I came upon 10-12 Los Angeles Sheriff's Department vehicles. When I got there, I looked west down Alondra and saw green and white puffs of smoke, clouds of tear gas, loud bangs that I know from experience are the sound that less lethals commonly called "flash bangs" make. I also saw people running mostly east or south seemingly to avoid the gas and other less lethals.

15. As we walked west on north side of Alondra, my first impression was that the crowd of people on Alondra was pretty small, largely dispersed, and I could see no evidence of any attack on the place where the firing was coming from. But I could not see who was firing the less lethals or how many law enforcement officers there were. Nonetheless, I could not understand why law enforcement was using so much firepower when I could perceive no threat.

16. As we were heading west, there were about five other people around me whom I did not know. As we approached the officers but while we were easily about 30 to 40 yards away from them, they began to shoot tear gas at us. They did not tell us to stop, or warn us first, they just began shooting tear gas cannisters at us. I was clearly identifiable with my neon green legal observer hat, and none of the small group of people around me was doing anything threatening, like throwing things in the direction of the officers. A map depicting the area around Alondra and Atlantic Place is attached as Exhibit 1, and I marked with a blue pin the spot where I was in relation to the officers when they began shooting tear gas cannisters at me.

17. I am quite sure they were shooting cannisters at us not throwing them by hand because I could hear loud bangs and then tear gas overwhelmed us. My eyes began burning and my nose became runny. Because of the pain from the gas, we fled back towards Hunsaker. As we did, I saw man in shorts who had been hit on the back of his legs. He has a wound that was about 2-3 inches in diameter and

it was both bruised and very bright red like a burn, which made me think he'd been hit directly by a tear gas cannister, which had exploded against his leg. My immediate reaction because he'd been hit in the back of his leg was "holy shit, why were they shooting at someone who was running away from the person who shot them?"

18. As we got closer to where the firing was coming from, I started to cross from the north side of Alondra to the south, and it became clear that there was a very large number of federal officers firing less lethals. I tried to count and believe the number of federal officers was close to 50 in about two lines right along the spot where a small street, Atlantic Place, runs south into Alondra Blvd. In addition to the 50 or so officers in the front, there were other officers milling around behind. I took the photo below, which shows the mass of federal officers in the intersection of Alondra and Atlantic Place on the north side of Alondra



Boulevard.

19. I know they were federal officers because their uniforms were different color from the uniforms LASD personnel were wearing at Alondra and Hunsaker. In addition, these officers had patches on their shoulder with yellow writing, and yellow writing on the backs of their uniforms that I know designate DHS personnel like ICE, and ICE police.

20. There were white vans parked behind them of the kind I have seen Department of Homeland Security use in the past. I observed officers going to

4

vans and seeming to be getting equipment like gas masks and more ammunition and going back towards the front line. Because there was a lot of gas in the air, we went back to the sidewalk on the north side of Alondra where there was less gas and began heading west again.

21. One thing I clearly noticed was that the area on Alondra in front of the officers and also heading east and west was littered with an overwhelming amount of spent less lethals, such as tear gas cannisters. I particularly noted that there were tons on Alondra east of where the officers were located, but I could see almost no protestors or bystanders in that area. The small numbers of people I saw were mostly 100 feet or so away from the officers across Alondra, which is two or three lanes wide in either direction with median strip in some parts.

22. I again thought to myself that this was a massive and disproportionate amount of force being directed at a small group of people who were dispersed and posed little or no real threat. I did see a few people throw a few things in the direction of the officers most of which were empty plastic waters. I saw them fall harmlessly to the ground, with the closest landing about 15-20 feet away from the group of officers.

23. I also saw almost no one approaching the officers; most everyone was on the south side of Alondra, which is a very wide multi-lane boulevard. But the officers were shooting indiscriminately at them anyway. I did see a few people here and there who would randomly get closer to the officers, yelling at or videotaping them, including a few bicyclists on Alondra, who would weave closer to the north side but then going back either east or west.

24. At about 1:42 pm I saw officers throw and shoot less lethals at a group of people on north side of Alondra to east of where they officers were. The people who were being shot at looked to be 100 feet away from and east of officers not doing anything threatening to the officers. They appeared to be just standing there or walking west on the north side of Alondra. I did not hear the federal

officers give any warning or dispersal order to the people approaching them from the east before they began firing tear gas at them.

25. My impression of what the officers were doing was that it was totally disproportionate because of how far away the group was and because none of them was doing anything aggressive. It looked to me like the officers were shooting flash bangs and foam batons as well as throwing what I believe to be gas cannisters at the group.

26. At about 1:45 pm I saw a group of officers advance south into Alondra again without any provocation. I could see them began indiscriminately firing massive amounts of tear gas cannisters at the protestors on the sidewalk on the south side of Alondra. They may have shot other less lethals, too. But the smoke was so overwhelming that I could not see clearly and had to move away, as did the small group of protestors relatively close to me. Once again, I did not hear the federal officers give any warning or dispersal order before they advance into the intersection and began firing.

27. At 1:46 pm I shot a video that shows the officers firing large amounts of tear gas, but also some pepper balls at the protestors. I know they were pepper balls because I have seen them before and know they give off a puff of white smoke when they impact. At that point, I was watching from an area east of Atlantic place south of Alondra. I had retreated to grassy south of the south sidewalk of Alondra to escape the worst of the gas. The video I shot is https://www.youtube.com/watch?v=DsiOasyNsNA.

28. As I walked west after the tear gas cleared somewhat, I saw a number of people who had been hit. One was hit in on her calf; she was holding leg and yelling she'd been hit. I saw man who'd been hit on the arm. A number of people were around him asking him if he was ok. At another point, I passed someone else who'd been hit, but I do not remember where he'd been struck.

29. At some point the federal officers backed up out of the Boulevard onto the sidewalk on the north side of Alondra where it connects with Atlantic

6

1  Place.

2  30. But even when they were on the sidewalk and not in the street, I
3  regularly saw them shooting indiscriminately in the direction of the protestors on
4  the other side of Alondra.

5  31. At that point, I went into the entrance to Home Depot, which is across
6  from where the officers were on Alondra and Atlantic Place. I climbed partway up
7  a light post and saw lots of officers behind front line of officers and lots of vans
8  parked where a whole bunch of businesses located. In addition to the officers in
9  the front line, I estimate there were dozens more federal officers behind them.

10  32. I immediately felt this was extraordinarily disproportionate mass of
11  law enforcement personnel and firepower, all of them in full on riot gear, in
12  response to a relatively small group of protesters almost every one of whom was
13  peaceful.

14  33. Many of the people across from the DHS officers were dressed in
15  shorts and t-shirts, were clearly unarmed, and were simply yelling things like "get
16  out of our community, we don't want you here!"

17  34. I stayed in the area a while longer and observed both brief periods of
18  calm in between the federal officers firing indiscriminately into the crowd of
19  protestors. When I say indiscriminately, I mean that I observed no attempt by the
20  officers to limit their firing to the very small number of people who might have
21  gotten close to them or the occasional person who threw a plastic water bottle in
22  their direction – albeit never coming close to them. Instead, they were simply
23  firing massive of amounts of gas and other less lethals at people who were doing
24  nothing but milling around or protesting.

25  35. While there, I saw multiple people in distress either from being hit by
26  less lethals or overwhelmed with gas, causing their eyes to burn. I remember
27  seeing one man who was hit in the leg with some kind of projectile.

28  36. I also talked with a woman in 20's who told me she had been running

away when she got hit in the back of her head and her glasses thrown off. She said as she pitched forward from the blow and tried to pick up her glasses, she was overwhelmed by tear gas and thus believed she had been hit in the back of her head with a tear gas cannister.

37. I saw another person on the north side of Alondra who was yelling at the officers. He was unarmed. Then an officer shot something at him, and he immediately doubled over, and I am almost sure he was hit with some kind of less lethal projectile.

38. About 2:35 I headed east over to Alondra and Hunsaker where LASD was located because I heard a number of loud bangs coming for the area. I also had seen another legal observer in the area where the federal officers were, so I thought it made sense to move to where LASD was located.

39. The whole experience was incredibly distressing. I do not think I have ever seen law enforcement officers use so much force, so indiscriminately, against such a small number of people who posed little or no threat to them.

40. I am committed to my volunteer work as a legal observer. But after watching the way the DHS officers acted, I am very nervous about continuing this work. I certainly did not expect that federal law enforcement officers would target me and a handful of people around me with massive amounts of tear gas when I was wearing a highly visible legal observer hat and was not doing anything threatening other than walking towards them but still a long distance away. I am shaken by the fact that federal officers fired volley after volley of tear gas and other less lethals at protesters who posed no threat to them.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 18, 2025 in Whitinsville, Massachusetts.

_CHELSEA BELL_

Chelsea Bell

# Exhibit 1

# Area near Paramount Home Depot

