**Declaration of Diya Cruz**

I, Diya Cruz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal agents used tear gas against me while I was unarmed and peacefully protesting against ICE raids in Paramount, California.

3. I am 52 years old and live in Los Angeles.

4. On Saturday morning, June 7, I saw an Instagram post about a protest outside of the Home Depot in Paramount. I felt outraged by what ICE had been doing, kidnapping families and ripping children from their parents. I wanted to stand up against ICE, so I decided to join the protest that day.

5. I arrived at the protest around 11:00 a.m. When I got there, I joined other protesters on Alondra and Hunsaker, near the football field of Manuel Dominguez High School. People were all spread out. There were people standing in different places. I think there were around 100 people, all spread out.

6. Then we started moving toward the Home Depot. That's when we saw agents wearing green camouflage uniforms and gas masks, standing at the intersection of Alondra, the big street, and Atlantic, a small street. I wasn't sure who they were, but they were wearing green, so I thought they were probably ICE or the National Guard. There were about 30 of them. They were standing in a line in front of gates that led to business and factories.

7. At this point, people were still spread out on Alondra Street. We were not close to the agents at all. It was a two-way street that had three car lanes on each side. I was standing near the median in the middle of the street, but still on the far side, and not directly across from them. I was at least 50 feet away from them the entire time I was at the protest. I never crossed the median that was in the middle of the street.

1

8. We started chanting and yelling while facing them. We were saying, "Trump must go." There were also reporters near us. They had professional cameras and microphones, and they were wearing press badges. I remember seeing one person from NPR.

9. It was completely peaceful. Nobody was throwing anything. We were just making our voices heard. People were saying things like "Trump out now." Things like that. We were just exercising our right to speak out and make our voices heard.

10. Then all of a sudden, they started shooting tear gas at us. They didn't give any reason or any warning. It didn't seem like anything provoked them. Unless our outrage provoked them. They didn't give any orders or say anything at all, and I was close enough that I would have heard them if they gave an announcement. They just started shooting tear gas into the street.

11. There was smoke everywhere. My eyes burned and I couldn't see anything. But I remember seeing the green uniforms shooting tear gas at us. Their green uniforms were very clear.

12. I remember seeing reporters get injured by the tear gas too. I asked a reporter if he was okay. He was a camera man and he had a big camera with him. He was rubbing his eyes, so I checked to see if he was okay.

13. I also met a young couple in their early twenties. The male had his head wrapped with white first-aid bandage. I was sad when I saw him. I asked him if he was okay, and he said that he had been hit in the head. I'm not sure what he was hit with.

14. While I was at the protest, the agents shot tear gas at me three different times, about 15 minutes apart. Every time, I was standing at least 50 feet away from them. I never got close to them or threatened them in any way. I never crossed over the median.

15. After the third time, more enforcements came from the LAPD, and

they gave a warning that we must disperse or we would be arrested. That was the first time that I heard anyone order us to disperse. People started leaving, and I went home too.

16. My eyes stung a lot from all of the tear gas. I washed my eyes with water, but they still stung. It was also hard to breathe. I have asthma, and I've been having problems breathing for the past 4 years. The tear gas triggered an asthma attack, and I had to use my inhaler twice because it was so difficult to breathe.

17. I always wear a mask outside because of my asthma and other health issues, so I also had a mask on at the protest. But even through the mask, I could taste and smell the tear gas. The tear gas still went through the mask and impacted my nose, mouth, and lungs.

18. When I got in the car and headed home, I started having a migraine. My head hurt severely from front to back. I was dizzy and nauseous. It was hard to think and hard to process anything. And I was very sensitive to light and noise. I had to stay in my room the entire rest of the day.

19. The migraine lasted the whole day and night. When I got home, my head hurt, and my eyes were still hurting and stinging a lot. I felt very disoriented. I felt awful the entire day. It took about 24 hours for me to physically recover.

20. I was so angry at what happened that day. We weren't doing anything but expressing our freedom of speech. Now, freedom of speech is in danger of disappearing. I am scared that this will keep happening and that this could happen to me again. But I am even more scared that people will stop speaking out. I don't plan to stop protesting. I've spent the last week focusing on recovering enough so that I can go back out there and protest again.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 16th day of June, 2025 in Los Angeles, California.

Diya Cruz