**Declaration of Elizabeth Howell-Egan**

I, Elizabeth Howell-Egan, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify, I could and would do so competently as follows:

2. I observe and collect information at protests as a Legal Observer ("LO") on behalf of the National Lawyers Guild of Los Angeles ("NLG-LA"). I am submitting this declaration to describe force in the form of pepper balls, pepper spray, tear gas and flash bang grenades that Department of Homeland Security ("DHS") agents used against protestors, and LOs like me, at protests on June 6, 2025 and June 7, 2025.

3. In 2022, I joined NLG-LA as a LO. Since joining NLG-LA, I have been a LO at more than 100 protests of varying levels of intensity in the Southern California area. NLG-LA has been the primary litigant of protester rights in Los Angeles for 30 years. My work as a LO helps to identify violations of law and monitors compliance with existing injunctions and consent decrees. In addition to being a LO, I now serve as a volunteer coordinator for NLG-LA.

**DHS Use of Force on Friday, June 6, 2025**

4. On the evening of Friday, June 6, 2025, I observed a protest at the Federal Building located on Alameda Street between Aliso Street and Temple Avenue in Downtown Los Angeles. Several other LOs were also present.

5. I began legal observing at approximately 5:50 p.m. The protesters were protesting ICE's detention of immigrants in the basement of the Federal Building. Protesters were chanting things like "Free them all!"

6. At 6:15 p.m., I observed DHS agents standing by a Federal Building parking ramp, close to the corner of Alameda Street and Aliso Street. The DHS agents were wearing helmets. Two of the DHS agents were carrying what appeared to be projectile launching devices and one of the agents was carrying a shield.

7. I could immediately tell that the officers were DHS agents based on

1 their uniforms. They were wearing navy blue uniforms, with patches that contained
2 "DHS" written in yellow on their upper bodies.

3     8.    A few minutes later, the agents began shooting pepper balls, pepper
4 spray, and tear gas at protesters. Before the DHS agents began shooting, I did not
5 observe any visible threat to the agents near the crowd or near me that they may
6 have been targeting. Additionally, I did not hear the agents tell protesters that they
7 needed to move or disperse or warn protesters that they would be shooting pepper
8 balls, pepper spray or tear gas in their direction.

9     9.    The agents were standing about 15 feet away from protesters when
10 they began shooting the pepper balls, pepper spray, and tear gas at the protesters.
11 In my experience observing protests, police agencies typically do not shoot these
12 types of weapons directly at people. But sometimes DHS agents were shooting
13 their weapons and chemical agents directly at protesters. At other times, the agents
14 appeared to be shooting at the ground. Video of the agents shooting at protesters is
15 linked here: https://www.youtube.com/shorts/wXARAMBXRSc and here:
16 https://www.youtube.com/shorts/u4xN1UQD7p4.

17     10.    The DHS agents shot pepper balls, pepper spray and tear gas into the
18 crowd of protesters continuously for about one minute. The agents would then stop
19 and wait a few minutes before shooting again. The agents then repeated this
20 sequence about every five minutes. Sometimes it appeared that the agents were
21 shooting in response to objects like water bottles being thrown in their direction.
22 At other times, it appeared that agents were randomly shooting pepper balls,
23 pepper spray, and tear gas into the crowd of protesters. The agents that were
24 shooting at protesters were wearing what appeared to be full riot protective gear,
25 including helmets.

26     11.    At approximately 6:40 p.m., about three or four additional DHS
27 agents appeared near the Federal Building parking ramp. I could tell they were
28 DHS agents because they were similarly dressed in navy blue uniforms, with

patches that had "DHS" written in yellow on their upper bodies. The additional DHS agents were wearing helmets, carrying projectile launching devices and shields. These agents also began firing pepper balls, pepper spray, and tear gas into the crowd of protesters.

12. The tear gas, pepper spray and chemical agent released from the pepper balls caused people in the crowd to tear up, cough and appear to have difficulty breathing. I observed people rinsing their eyes with water. I personally experienced eye irritation from the tear gas and needed to rinse my eyes with water on two separate occasions. I also observed multiple protesters get hit directly with pepper balls. I saw one protester get hit with a pepper ball near the chest and I saw other protesters get hit in the legs and arms with pepper balls.

13. At around 7:00 p.m., when I was moving along Alameda Street towards Temple Street, I was hit on my right foot by a pepper ball. I was surprised to have been hit because I was observing from an area that I thought was far enough away from the DHS agents and the protest activity. At the time I was hit by a pepper ball, there were approximately 20 or 30 agents in and around the Federal Building parking ramp. The agents were no longer all wearing the same uniform. Some of the agents were in plain clothes with bullet proof vests that said "Police ICE."

14. By 7:20 p.m., there appeared to be about 40 agents in and around the Federal Building parking ramp. I noticed that one of the agents had a vest that read "HSI."

15. I observed agents continue to shoot pepper balls, pepper spray, and tear gas into the crowd. I observed agents tackle a protester. I also observed agents roll flashbangs on the ground and throw flashbangs in the air, in the direction of the protesters.

### DHS Use of Force on Saturday, June 7, 2025

16. On the afternoon of Saturday, June 7, 2025, I observed a protest at and

1  around the Home Depot near the intersection of Alondra Boulevard and Atlantic
2  Place, in the city of Paramount.
3        17.    I began legal observing at around 1:00 p.m. I was positioned on
4  Alondra Boulevard, near the 710-freeway overpass, across the street from the
5  corner of Alondra Boulevard and Frailey Avenue.
6        18.    There were around 75 protesters in this area.
7        19.    I observed a bus marked "U.S. Marshals" exit the 710-freeway at
8  Alondra Boulevard and continue on Alondra Boulevard towards Home Depot.
9  There was an unmarked vehicle in front of the bus and two unmarked vehicles
10 behind the bus. The bus and the vehicles were moving slowly in the direction
11 towards protesters. As the bus approached the protesters, the vehicle immediately
12 behind the bus stopped and DHS agents came out of the vehicle. The agents were
13 wearing plain clothes and vests, but I could tell that they were DHS agents because
14 "CBP" was written on their vests.
15       20.    The DHS agents were holding visible riot control tools, including
16 projectile launchers, flash bangs, and pepper balls.  The agents appeared to position
17 themselves about 10-15 feet away from the protesters before they began shooting
18 pepper balls, pepper spray, and throwing flash bangs in the direction of the
19 protesters. I observed agents aiming directly at the protesters. I did not observe
20 agents aiming pepper balls, pepper spray, or flash bangs at the ground.
21       21.    I did not hear the agents tell the protesters to move, disperse or warn
22 the protesters before shooting pepper balls, pepper spray or deploying flash bangs
23 in their direction.
24 //
25 //
26 //
27 //
28 //

4

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed on June 17, 2025 in Los Angeles, California.

_____
Elizabeth Howell-Egan