**PRIVILEGED AND CONFIDENTIAL – ATTORNEY WORK PRODUCT**

**Declaration of Emiliano Lopez**

I, Emiliano Lopez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how Department of Homeland Security (DHS) Agents shot two pepper balls directly at me by when I was unarmed and peacefully protesting in Downtown Los Angeles. At the time I was shot, I was assisting an individual who was injured.

3. I was born and raised in Southern California and have lived in Downtown Los Angeles for five years. I live in Los Angeles and am an active member of my local community. I work as the Executive Director of a non-profit organization that pushes for accountability and transparency from law enforcement agencies.

4. I attended a march on June 6, 2025, which started as a gathering at to hear speakers, including Assembly Members Mark Gonzalez, Assembly District 54, and Sade Elhaway, Assembly District 57. This event was at the Downtown Federal Building, located at 300 N. Los Angeles St., Los Angeles, CA 90012. I was part of a group of several hundred people who attended the event and I arrived around 4:00 p.m. PST. I attended this event alone, to show my support opposing recent Immigrations and Customs activity in Los Angeles, and to document the event. To this end, I brought along my personal photography equipment, a Sony a 7R V with an attached lens, which records photos and videos.

5. Following the event, I marched, along with many others, following Gonzalez and Elhawary, from the Downtown Federal Building, around the block to the Metropolitan Detention Center, located at 535 Alameda St., Los Angeles, CA 90012.

6. The group of marchers and protesters was traveling south on Alameda

1

Street when agents began an altercation with some of the group. I believe these were DHS agents because they exited the federal building to engage with the protesters.

7. The protesters engaged in a verbal back-and-forth disagreement with agents standing in the "sally port" entrance to the building garage. After a young woman walked toward the agents holding a phone up to film, the agents began shooting less-lethal rounds at the group, including pepper balls. This was between 6:00 p.m. and 6:21 p.m., and a barrage of shots came from agents standing inside of the garage entrance.

8. It was difficult to see specifically who was shooting because it was dark at the entrance to the garage, but it was clear that agents holding weapons were shooting from that area. I was able to see that those agents were holding a variety of weapons, including what appeared to be paintball guns and guns that shot other projectiles.

9. At the time that agents began shooting at the crowd, I was standing on Alameda Street. I had leaned down to check on the well-being of a man who had been shot in the face by a pepper ball. The man had a visible injury from the pepper ball on his forehead and was disoriented. I believe this man was a member of the press, he was wearing a vest that said "press," and had also been documenting the event.

10. As I was speaking to the man, I was shot by a pepper ball on my right hand, which I was using to hold my camera. At the time I was shot, I was not engaging with any agents and I was faced toward the man I was speaking to and not towards the agent. The injury to my hand caused me to drop my camera, and the resulting pain made it impossible for me to continue to use my camera. I believe that agents aimed at my hand because I was holding my camera, which was large enough to be visible from a distance.

11. Not long after, I felt a second shot hit my hoodie near my shoulder. It

was another pepper ball, which left a visible mark of dust on my hoodie. I believe this shot was also aimed at me but missed.

12. Given the visibility of my camera equipment and the fact that I was assisting an injured person at the time I was shot, I feel strongly that this response from federal agents was intended to prevent me from documenting the events of that day. The injured person I was assisting was also holding camera equipment at the time he was shot.

13. After I was shot at, I stayed in the area for a short period and was tended to by a person onsite. My hand was in excruciating pain, and I was choking on the dust that I had inhaled from the pepper balls. This is a photograph of my hand being cleaned in the area of the Metropolitan Detention Center, it was taken at 6:21 p.m.



14. After my injury was tended to in the area of the Metropolitan Detention Center, I left to go to an urgent care facility. The medical professional who examined my hand requested an x-ray to ensure there were no broken bones. The x-ray was done onsite, and fortunately I did not have any broken bones. The pepper ball left an open wound on my hand, which was significantly irritated by

the dust contained in the ball. The dust effectively burned the skin where it hit and in the surrounding area.

15. This is a photograph of my hand taken at the urgent care facility the



same day that I was shot.

16. I attended what began as a march in solidarity with people impacted by recent raids by Immigrations and Custom Enforcement (ICE) in Los Angeles. I brought along camera equipment to document the event, in part because it seemed that recent media reports twisted the narrative about protesters, in an attempt to portray us in a negative light. I was unarmed and did not act in any way or say anything that could have been interpreted as threatening or aggressive. That did not stop DHS agents from shooting directly at my hand and shoulder, both of which were close to my face.

17. This experience made me feel that I need to be more cautious or fearful at protests in the future. Despite that, I will continue to exercise my right to protest peacefully.

I declare under penalty of perjury of the laws of the State of California and

1 | the United States that the foregoing is true and correct.  Executed on June 17, 2025
2 | in Los Angeles, California.

                                                                   Emiliano Lopez

5