**Declaration of Jonathan Alcorn**

I, Jonathan Alcorn, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a professional photographer based in the Los Angeles area.

3. I am submitting this declaration to explain how I was shot directly by Custom and Border Patrol officers with a munition that caused a significant wound in my arm when I was working as a photojournalist covering the ICE raid at the Home Depot on June 7, 2025 in Paramount. I am certain that the wound was caused by a CBP officer as I was running away from a large group of CPB officers. I am almost certain that I was hit with a tear gas cannister, because my doctor told me that the wound was both a hematoma and a burn. A photograph that I took of my wound is pasted below.



4. I have worked as a photojournalist for almost forty years. I joined the staff of the Pasadena Star News in the 1980's. I have done contract work for the Los Angeles Times, including for their special 1994 earthquake edition. I had numerous photos in that edition, which won a Pulitzer Prize for breaking news. I have also worked for Reuters, the New York Times, and the Washington Post, among others, on a contract or freelance basis.

5. I have covered countless protests during my career. I have also taken a multi-day training course with Reuters on how journalists can cover conflict zones, including wars, and protect themselves from injury and death.

6. On Saturday, I was covering the ICE raids in Paramount for Zuma Press, a photo agency with which I have a contract. Zuma Press is the media organization that is on my LASD issued press pass.

7. I went to Paramount after reading about an ICE raid at the Paramount Home Depot on Reddit . I left home about 10 am to head to Paramount.

8. When I work I am always clearly identifiable as a photojournalist. I am member of the Press Photographers Association of Great LA and have their media placard on my car. I always wear an LASD press pass along on lanyard around neck. On the backside of the press pass I have Press Photographers Association of Great LA ID with my name and it says "On Assignment." On Saturday at Paramount, I had two professional still cameras, Canon R5s, around my neck. I had a 100-500 mm zoom lens on one. That is a very large lens about a foot long when fully extended and is primarily used by professional photographs. I had another large, but not as large, zoom lens on the other camera. In other words, I was obviously identifiable as a photojournalist.

9. I got to Paramount about 11 am. But it was hard to access the area near the Home Depot because of a road block set up by law enforcement who initially refused to let me through despite a state law that clearly allows media to go into areas that law enforcement has closed. I did not get my car parked in a parking lot on Alondra Boulevard and start working in the area until about noon.

10. Almost as soon as I get out of car, I saw a woman who was bleeding and was taken to a street medic and I took some pictures.

11. Shortly thereafter, I heard all sorts of explosions, which sounded like firecrackers, and less lethal munitions, and I began walk towards where the sound

2

was coming from.  Because I have covered hundreds of protests and at a number of them have seen and heard law enforcement use less lethal munitions, I know what they sound like.

12. I walked down the middle of Alondra Blvd towards the officers I saw who were shooting the less lethals, which included gas cannisters, on the north side of Alondra almost opposite Home Depot. The area I was in is depicted in the map attached as Exhibit 1.  I observed about 25 federal officers on the north side of Alondra who are clustered at the entrance of a small street, or perhaps a narrow private drive, that runs into Alondra.

13. I know they were federal officers because I used my 100-500 mm zoom lens and could clearly see that they had US Customs and Border Patrol (CBP) on their vests.  They were wearing hard helmets with visors, gas masks, and other full on riot gear.  They were holding weapons and shooting munitions at people who were on the south side of Alondra. Most of the people on the opposite side of Alondra were probably 150-200 feet away from the CBP officers. But some small number were running into and back out of Alondra with some getting as close as 15-20 feet away from the officers. Pasted below is a photograph I took of CBP officers where you can see the CBP logo on some of their uniforms.



3

14. Of those the small group of people who were running into the street and getting 15-20 feet away, I only saw them appear to be yelling at or perhaps taunting the officers. But I did not see them throw anything or attempt to attack the CBP officers. The majority of protestors were 200-300 feet away from the CBP protestors separated by both the width of Alondra Blvd, which is very wide, but also further east or west of the mass of CBP officers. I did see a few people who were far away from the CBP throwing firecrackers towards the CBP but did not see any hit or even come close to them.

15. At one point I crossed the street and came up towards the CBP officers on the north side of Alondra. A CBP officer acknowledged me and directed me to back up a little bit. I was close enough that you could not have missed seeing my press badge or my cameras with large lenses on them.

16. When I went back across Alondra to the south side, the CBP officers began to fire a massive volume of tear gas cannisters and also roll gas cannisters by hand towards the protestors on the other side of Alonda. I was stunned by the massive volume of gas they were delivering. While the scene was somewhat chaotic, as are most protests, I saw no evidence that the CBC was under attack for faced any serious threat.

17. I did not have my gas mask with me and was only wearing an N95 mask. The amount of gas made it hard to breath, and the gas also so clouded the air that I couldn't take decent photos. I moved around trying find pockets where there was less gas. But in general I was on the sidewalk on the south side of Alondra and about 20 feet east of a clump of protestors who were more directly across from the large group of CBP officers.

18. I observed federal officers firing gas cannisters indiscriminately at people who were not doing anything that could possibly pose a threat to them. For example, I saw one middle aged woman holding US flag who was about 200 feet

4

away from the CBP officers in that she was in the middle of Alondra and well east of them and gas cannisters exploding right near her. It appeared that they were targeting her specifically. It was distressing because she was carrying a US flag,



clearly not armed, and at least 50 yards away from them. A photograph of the woman holding the flag right before the officers began targeting her with tear gas canisters is pasted below.

19. Alondra Blvd was littered with dozens if not hundreds of gas cannisters all over the place.

20. Because the gas was so bad, I retreated even further away from the CBP officers by moving east on Alondra. At that point, I was about 100 yards east of them and across Alondra. The woman with the US flag was also retreating east and surrounded by smoke.

21. Then I saw a guy on e-bike surrounded by gas retreating east on Alondra away from the CBP officers. I was taking pictures as best I could as I was moving east on Alondra Blvd. A photograph if the voluminous gas and the man on the e-bike is pasted below.



22. There were periods of time without much shooting by the CBP. At during one of those periods, I stopped on the sidewalk on the south side of Alondra to shoot a video of a burning wooden palette or crate. I do not know how it got lit on fire, perhaps it was hit by a gas cannister. But the palette was nowhere near the CBP officers who were on the other side of Alondra. It was pretty calm when I began shooting the video. I was about five feet from the palette shooting video with my IPhone when the federal officers opened fire on protestors who were to the west of me but also on the south side of Alondra.

23. There was a barrage of gas cannister and some other munitions because I could hear and feel them whizzing by in the air. My best guess, based on my experience with covering events at which law enforcement used less lethals, is that they were rubber bullets, which are supposed to be bounced into the ground not shot directly at people in the air.

24. I knew immediately I was in serious danger and needed to get away. I began running east on Alondra along with a group of protestors. Whenever I am in danger of getting shot, I am always looking for where I can find cover. I saw an SUV, which I think was the only car close by parked on that side of Alondra. I ducked behind it for cover. The location of the SUV is marked on the map that is attached as Exhibit 1.

25. At one point I peeked my head above the SUV hood to look around, and the CBP officers immediately started shooting at me. I felt munitions in the air whizzing by my head. I immediately ducked back down behind the car. But CBP officers started firing a barrage of gas cannisters along the ground, many of which slid under the SUV, and one of them blew up inches from me when it hit the curb.

26. It was clear to me that CBP were targeting me because I was the only person behind the SUV, and I was not safe even behind the SUV. I could not breathe because the gas was so thick. So I ducked out from behind the car and

6

started running east again on Alondra. There was smoke everywhere, and I noticed other people running east along Alondra around me. The CBP officers were to the west of us as we headed east. In other words, our backs were towards them as we were running away from them.

27. As I was running, I kept looking for cover but saw nothing that looked like it would work. So I concluded that running away was safer than stopping where I had no good cover to protect me from being shot.

28. All of sudden I was hit near my elbow, and my arm went numb. The pain was immense. I played baseball in high school and it felt like getting hit by a baseball thrown 90 miles per hour. Based on the time stamp on the video, I think I was shot about 2 pm.

29. Despite the intense pain, I had no choice but to keep running until I was able to take cover behind a wall in front of some houses. There were other people taking cover behind the wall. Some were saying they were in agony from the pain of the tear gas in their eyes. I helped them by putting some eye drops in their eyes – drops I always carry in case there is gas. I remained frightened that if I popped out from behind the wall, the CBP would start shooting at me again.

30. Some people who were even further east were screaming at the officers "What the fuck are you doing?" in rage. At no point as I was being shot at along with other people running on Alondra did I see anyone stop, try to confront the officers, or throw anything at them. And even if they had they were too far away to hit them anyway.

31. When I got even further from the CBP, I gathered myself and began looking for a street medic. I was still in a lot of pain and feared my arm was broken. Nonetheless, I took some more pictures because I felt like it was important to cover the event.

32. Finally, I decided I needed to get my photos on file. So I went back to

my car and spent about 20 minutes sorting them and getting them filed by captioning them including location and other metadata Zuma requires and send them to Zuma.

33. Over the next few days, I continued to work because the eyes of the world were on Los Angeles with the ICE raids, the National Guard deployment, etc.

34. Finally, my partner persuaded me to seek medical attention. On Wednesday I had a video doctor's appointment. When the doctor saw the wound on my elbow she insisted I go to urgent care the next day.  I saw the doctor at Kaiser on Thursday, who diagnosed me with a hematoma and said that I had suffered a burn. I also had x-rays taken, but fortunately, nothing was broken.   The doctor also prescribed me with non-stick pads, gauze, an ACE bandage and burn cream for the wound.  She also advised me to take Ibuprofen for pain, which I am also doing.  Photos of my wound that I took on Saturday at 6:31 pm are pasted

 

below.

35. As soon as I was diagnosed with a burn, I figured I was hit by a gas cannister rather than a rubber bullet because a tear gas cannister would burn skin

while a rubber bullet would not.

36. I will continue to cover what is happening in Los Angeles even though I am afraid that I will again be targeted by federal officers even if I am only doing my job and pose no threat to them whatsoever.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed June 13, 2025 in Venice Beach, California.

Jonathan Alcorn

# EXHIBIT 1

**EXHIBIT 1**

# Area near Paramount Home Depot

