**Declaration of Jonathan Schleuss**

I, Jonathan Schleuss, hereby declare:

1.      I am the President of the The NewsGuild – Communications Workers of America (TNG-CWA), which is a plaintiff in the above-captioned action. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      TNG-CWA is a labor union representing more than 25,000 employees. TNG-CWA is the largest labor union representing journalists and media workers in North America.

3.      TNG-CWA represents more than 800 journalists and media workers in California through its local union the Media Guild of the West TNG-CWA Local 39213 and the Pacific Media Workers Guild TNG-CWA Local 39521 at the Los Angeles Times, the Southern California News Group, CalMatters, and other publications. TNG-CWA also represents journalists and media workers at national publications including the New York Times, Reuters, the Washington Post, the Wall Street Journal and others.

4.      As a labor union TNG-CWA bargains collective agreements, represents and organizes workers. Because of the excessive federal force used in protests beginning on June 6, 2025, staff at the international and local union have been diverted to respond to members who have been injured while covering protests. Several staffers have had to respond to support members who have been injured by federal law enforcement agencies while doing their jobs as journalists. Local union staff were unable to perform their regular duties as they prioritized emergency response efforts, including urgent member consultations regarding field safety, equipment needs, and contractual rights to refuse dangerous assignments or obtain employer-funded protective equipment. Consequently, they canceled scheduled meetings and postponed both National Labor Relations Act representative responsibilities and administrative operations.

1

5.      I have spoken to several members, seen reports, and viewed videos showing our members and other journalists targeted by law enforcement agencies while our members were doing their jobs covering the protests and the response by law enforcement agencies in public spaces. At least two of our members were subject to excessive force by federal law enforcement agencies, including by the Department of Homeland Security and Homeland Security Investigators.

6.      On June 6, 2025, Ryanne Mena, a reporter at the Southern California News Group, was shot with pepper ball bullets by Department of Homeland Security agents while covering protests in Los Angeles.[1]

7.      On June 7, 2025, Ryanne Mena was struck in the head by a projectile fired by federal agents while she was covering a protest in Paramount, California.[2] She suffered a concussion as the result of the excessive use of force by federal law enforcement.

8.      On June 8, 2025, James Queally, a reporter at the Los Angeles Times, said that the National Guard and Department of Homeland Security agents threw tear gas canisters and smoke grenades into a crowd, hitting both protestors and media workers.[3]

9.      On June 9, 2025, at least one photographer working for the Southern California News Group was exposed to tear gas while covering protests outside a federal building in Santa Ana. The report I received indicated that the munitions were deployed by federal law enforcement agents.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this June 16, 2025, in Washington, D.C.

---

[1] https://x.com/ryannemena/status/1931396162726314106
[2] https://www.latimes.com/california/story/2025-06-11/lapd-treatment-journalists
[3] https://x.com/JamesQueallyLAT/status/1931809345429540889

2

1
2
3
Jonathan Schleuss
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28