**Declaration of Lexis-Olivier Ray**

I, Lexis-Olivier Ray, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe how federal officers shot pepperballs at me and other journalists, as well as at shooting pepperballs and tear gas at protesters who seemed to pose no threat.

3.      I am a staff investigative reporter for L.A. TACO, an independent media platform founded in 2006 that focuses on Los Angeles's marginalized and underground communities.  In 2022, the Society of Professional Journalists' Los Angeles chapter named me one of their "distinguished journalists." I was a 2020 Data Fellow and a 2022 Impact Fellow at the USC Center For Health Journalism. My work has appeared in the L.A. Times, Men's Health Magazine, KCET and SFGATE.  I have been a reporter since 2018 and have worked full-time with L.A. TACO since October 2021, where I focus on crime, homelessness, and the Los Angeles Police Department.

4.      I am also a photographer.  When I am reporting in the field, my priority is reporting and video, but I always keep my camera on me when reporting on protests and other significant events.  Several of my photos of protests have become widely recognizable.  I shoot on film, rather than digital video, and use a large SLR camera that I wear around my neck.

5.      I am a member of the Los Angeles Press Club, which is a plaintiff in this action.

6.      Much of my reporting focuses on police. I am very accustomed to dealing with law enforcement and police lines through covering crime and clearing of encampments of unhoused people, in which police often try to close public streets.  I have also covered dozens of protests, including very large ones with significant conflict between police and demonstrators, including the George Floyd

1

1  protests in 2020 (which I covered steadily over a couple of weeks), the LAPD's

2  clearing of a homeless encampment in Echo Park in 2021, and the protests over the

3  overturning of *Roe v. Wade* in 2022.

4      7.    Through this work, I am very accustomed to dealing with law

5  enforcement in the field, including at protests and other incidents where police

6  establish perimeters and close areas to the public.

7      8.    When I am covering protests, I try to distinguish myself clearly as

8  press. I have a press pass on a lanyard that says "PRESS" in large white letters on

9  a blue background, which is visible from a distance, and which has a photo of me.

10  L.A. TACO has made shirts that say "PRESS" in large letters on the back which I

11  often wear. I also carry my large SLR camera around my neck. On the day

12  described below, I was wearing my camera and my press pass. I also think I was

13  wearing both an L.A. TACO shirt with "PRESS" on the back and a baseball hat

14  with an L.A. TACO logo in front and "PRESS" on the back in letters designed to

15  be visible distance. If things seem to get sketchy or tense around a police line, I

16  often try to introduce myself to the officer in charge and show them my press pass

17  to let them know I'm press. I also try to keep physically separate from protesters

18  by standing to the side and with other reporters, so that we are easier to identify as

19  press.

20      9.    On Saturday, June 7, 2025, I was covering protests that were

21  happening in Los Angeles in response to immigration raids by ICE. At about 6

22  p.m., I arrived outside the Metropolitan Detention Center (MDC) on Alameda

23  Street in downtown Los Angeles. A group of about 100 protesters had gathered

24  outside on Alameda. They were standing on the sidewalks and in the street

25  holding signs and getting passing drivers to honk in support.

26      10.    When I arrived, the protests were peaceful and calm. There were

27  families present, there was music playing, protesters were cheering for vehicles

28  that honked in support, and the mood seemed very positive. The protests continued

2

1 | this way for a couple of hours.

2 |      11.    Several times tensions flared when federal officers came out of the

3 | garage of the MDC to clear a path for vehicles. These federal officers were in

4 | tactical gear with helmets and vests. Some were in blue uniforms with "Police

5 | DHS" in bright yellow letters on their chests. Others wore camouflage uniforms

6 | and black face masks with "POLICE" written across them in white letters. At least

7 | some of those had a patch reading "SRT" on it, which I understand means they

8 | were from the Special Response Team, a unit in ICE that handles high-risk

9 | operations. Although at times some came out without obvious weapons, most

10 | carried some sort of large gun, many of which had brightly colored sections that I

11 | believe indicated that they were less-lethal weapons. At least one also had what

12 | looked like an assault rifle, and at least one had canisters of what I believe was

13 | pepper spray. The federal officers would return to the garage of the federal

14 | building behind a thick metal roll-down gate and keep an eye on the protesters.

15 |      12.    The garage gate where the federal officers were waiting was in a wall

16 | that angles back from Alameda at a 45-degree angle, so I would estimate that the

17 | gate is about 75 feet back from the street at the end of a driveway.

18 |      13.    About 8 p.m., the police behind the gate began putting on gas masks

19 | and mobilizing, lining up in a formation, and organizing themselves, as if they

20 | planned to come out and possibly use tear gas. I did not see any reason the officers

21 | needed to clear the protesters. They were blocking one lane of traffic, but

22 | Alameda is two lanes in each direction and so cars and buses were coming through

23 | and honking in support. The protests had been peaceful and almost joyful, and I

24 | did not see any vandalism up to that point.

25 |      14.    When protesters noticed the officers mobilizing behind the gate, they

26 | turned their attention to these federal officers. At about 8:10 p.m., protesters came

27 | over to the gate and started yelling at the federal officers, asking them if they were

28 | going to shoot them. A few people began to spray paint graffiti on the outside of

1  the building. The officers ordered protesters to move back, and some people in the

2  group were encouraging people to move back.  The federal officers continued to

3  line up as if they were readying to come out and clear the protesters.

4        15.    I walked right up to the gate to observe and take video of the

5  interaction between the officers and protesters, and could see that the federal

6  officers wore the same DHS and ICE uniforms I had been seeing all afternoon.

7  Mostly of them were DHS officers in blue uniforms.

8        16.    At some point, an officer ordered people to leave the area, but it was

9  difficult to hear and was not announced loudly.  I was filming very near the gate at

10  the point, just to the left of it, so I heard the announcement, but I do not think that

11  protesters would have been able to hear unless they were right at the gate and

12  paying attention.  But some people among the protesters began standing in front of

13  the gate and telling the other protesters to move back.

14        17.    The group of protesters began moving away from the gate, back

15  toward the sidewalk and the street.  At about 8:29 p.m., as people were moving

16  down the driveway back toward the street, someone threw a firework at the gate

17  and it went off with a loud bang followed by crackling.  Other protesters

18  immediately began yelling not to do that, and a man stood in between the crowd

19  and the gate waving his arms in a "no, stop" gesture.  I had not seen or heard any

20  other fireworks thrown up to that point.  Video I took of people moving back and

21  the firework being thrown is here:

22  https://bsky.app/profile/shoton35mm.bsky.social/post/3lr3cvaukxs2p

23        18.    Within a few seconds after the firework was thrown, most of the

24  protesters were close to the street, at least 50 feet or so away from the gate. None

25  of the protesters seemed to pose any threat to federal officers at that point, and they

26  had complied with the officers orders to move away from the gate. I did not hear

27  the federal officers give additional orders or warnings after the crowd moved away.

28        19.    At about 8:33 p.m., the gate began to roll up and officers poured out,

1  firing pepperballs and throwing and firing tear gas canisters and what I believe

2  were flash-bang grenades as soon as they came out.  I was very surprised.  I had

3  expected the officers to come out and perhaps establish a line.  I was very surprised

4  they came out shooting and firing tear gas.  Protesters had moved back when

5  they'd been ordered to do so. I have seen police push crowds at protest with

6  skirmish lines, but I have never seen anything like the federal officers pouring out

7  of the gate firing.  Video I took of the federal officers coming out of the gate is

8  here:  https://bsky.app/profile/shoton35mm.bsky.social/post/3lr2zgrr6oc2p

9          20.     The federal officers fired some tear gas canisters at the ground in front

10  of the protesters, so they bounced and rolled into the group, but others fired higher

11  so that at least one tear gas canister exploded over the protesters' heads. And while

12  I could see some puffs of smoke or dust in front of protesters, looking at the federal

13  officers, it was hard to tell whether they were all firing at the ground or some were

14  firing directly at protesters.

15          21.     The protesters moved quickly into the street, running away from the

16  officers.  Alameda Street very quickly became thick with tear gas, and most of the

17  people protesting ran south on Alameda Street toward Temple Street to get away.

18          22.     When the officers came out, I was standing to the side trying to film.

19  The officers shot pepperballs at me. I ran into Alameda street and initially took

20  cover behind a parked car because the officers were still firing at the protesters and

21  at me.  They continued firing for a couple of minutes.  When the firing stopped, I

22  saw the press vans parked on the east side of Alameda Street (the opposite side of

23  the street from MDC) with and press standing by them, and I walked over to be

24  with press.

25          23.     The federal officers continued out from the garage and formed a

26  skirmish line across Alameda Street, then turned and faced south.  I think another

27  group went to the north and formed a skirmish line there, facing the other way.

28  Within about five minutes after they first came out, the officers had formed the

5

1  lines and were staying in place.

2      24.    At this point, most of the protesters had left the area and moved south

3  to Temple Street at the end of the block, several hundred feet away.   A few people

4  stayed near MDC — about twenty people were spread across Alameda holding

5  signs or looking toward the officers, with just a couple of people chanting or

6  yelling.  They were pretty far from the skirmish line, at least 50 feet away.  There

7  were also a few people walking further south, in the area between the skirmish line

8  and Temple.

9      25.    At about 8:53 p.m., the officers on the skirmish line began to move

10  south toward Temple.  I heard at a few officers shout "Move!" or "Get back!," but

11  I did not hear any other clear orders or instructions.

12      26.    When the line of police began to move, I was standing at least 50 feet

13  away by the TV trucks with about half a dozen other journalists.  I initially did not

14  move.  As a journalist, I know that California law requires that journalists are

15  allowed behind police lines to cover protests and crime scenes, and I have often

16  been allowed past police lines in similar situations. When police move a skirmish

17  line, they sometimes move past me and I can film the skirmish line moving from

18  behind.  Or sometimes they will walk up to me and tell me that I have to move

19  even though I am press, so I will just walk in front of them so I can film the

20  skirmish line from up close.  But since I was obviously a journalist, standing by

21  TV trucks with about a half dozen other journalists, some of whom were TV crews

22  with large cameras with bright lights filming, I figured the police would focus on

23  moving the protesters, not us.  That is not what happened.

24      27.    Instead, almost as soon as the officers began to move, they started

25  firing pepperballs — at first one or two shots, but then an enormous volley that

26  crackled like machine gun fire. They fired pepperballs and I think some tear gas,

27  and they fired not just at protesters but at me and the other journalists.  The

28  television crews also stayed for a moment, filming, when the line began to move,

6

1  but then we ran to take cover behind the nearest press vans.  At this point, I still

2  thought they didn't realize I was press, but thought I was a protester, or that I just

3  got caught in the cross fire, , so I stayed behind the van. A video I took of the line

4  beginning to move is online here:

5  https://bsky.app/profile/shoton35mm.bsky.social/post/3lr3dkkvqak2p

6          28.    Within a few seconds, officers came around the side of the van.  I

7  shouted "Press! We're all press!" but they shot at us anyway.  One officer shot

8  directly at me with a pepperball gun from about 10 feet away and hit me in my left

9  hand, which was extremely painful.  My whole hand burned and felt numb.  I

10  began to move quickly down toward Alameda.  I didn't run because I still wanted

11  to film what was happening.

12          29.    I was hit by pepperballs multiple times – on the finger of my left

13  hand, at least a couple of times on my back, on the lower left and on the upper

14  right part of my back.  Later, I found residue marks covering my backpack where

15  pepperballs had hit me in the back. From where I was hit and where the officers

16  were, I think they must have shot me directly not bounced pepperballs off the

17  ground.

18          30.    The line of officers paused several times, but each time kept moving

19  until they reached Temple Street at the end of the block.  I kept expecting that they

20  would stop firing, since people were moving, but they kept firing at basically at the

21  backs of journalists and protesters all the way to Temple Street.

22          31.    One of the television crews was with Univision. Both the reporter and

23  the cameraman seemed to be in their fifties.  The cameraman was trying to move

24  quickly with his heavy camera on a tripod but could not run with it.  The federal

25  officers fired pepperballs at us as we moved away.  You can see video I took as I

26  continued to run back here:

27  https://bsky.app/profile/shoton35mm.bsky.social/post/3lr3dvqv4j22p

28          32.    Once the federal officers had moved the skirmish line to the end of the

1    block at Temple Street, they stayed there for a while, then LAPD officers came and

2    replaced them at the skirmish line, and the federal officers moved away back

3    toward the building.

4         33.    I still don't know why the federal officers cleared the street.  The

5    handful of people in the street didn't seem to pose any threat to officers.  They

6    were in the street, but officers didn't order them to move to the sidewalk and didn't

7    reopen the street after they moved us.

8         34.    I did not see any reason the federal officers would use weapons when

9    they moved the line. Most of the protesters had left the area and it had been largely

10   empty for about twenty minutes. Besides media, the few people who remained

11   certainly were not doing anything that could be interpreted as threatening.  The

12   federal officers did not give instructions to move. They did not say they wanted to

13   move the line down to Temple Street.  They did not walk up to us and tell us to

14   move.  They did not explain that even press would have to move, despite

15   California law.  They just started firing at us.

16        35.    At times, some officers appeared to be targeting journalists instead of

17   others. As is evident in one of the videos, there was a protester on a bike who is

18   walking his bike away from the officers directly in front of the skirmish line, but

19   the officers are shooting at me and the other journalists I was standing with, rather

20   than focusing on him.

21        36.    In the five years and all the protests I have covered, I have been in

22   tense situations.  I was detained for two hours when I was covering protests at

23   Echo Park, and arrested when I was trying to cover removal of homeless

24   encampments. But this is the only time I have ever been hit with less-lethal

25   munitions.

26        37.    I plan to continue reporting on protests like these when called to do so

27   as part of my job, but I am really quite spooked that federal officers appear to be

28   using force for no apparent reason and targeting people who are obviously

8

1 | journalists.  If I am at a protest policed by federal officers, I am likely to stay

2 | further back to avoid being subject to force or arrested.  But I won't get the same

3 | coverage if I am too far away.  LA TACO uses video often as a primary means of

4 | covering events like this, and I often film with my phone.  If I am filming officers

5 | breaking up or moving a protest, I will not get the same video coverage if I am

6 | back away from the protests, where you can't really see what's happening, as if I

7 | am filming at the skirmish line.

8 |

9 |   I declare under penalty of perjury of the laws of the State of California and

10 | the United States that the foregoing is true and correct.  Executed June 15, 2025, in

11 | Los Angeles, California.

12 |

13 |      Lexis-Olivier Ray