**Declaration of Maria-Alejandra Paz**

I, Maria-Alejandra Paz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal agents used force in the form of tear gas, flash bangs, rubber bullets, and pepper bullets against me while I was peacefully protesting in Downtown LA.

3. I am 28 years old, and I have lived in Los Angeles for almost 5 years. I am the daughter of Guatemalan immigrants, a first-generation college graduate, and I work as a social media manager for The National Latina Institute for Reproductive Justice, a non-profit organization that advocates for abortion access for Latina women across the country. Social justice is deeply important to me in both my personal and professional life.

4. On Friday, June 6, I heard about the ICE raids in the Fashion District. Then I heard that the National Guard was being deployed to LA. That made me feel confused and angry. I almost didn't believe it. The people protesting against the ICE raids were trying to support LA's immigrant community. That doesn't call for the National Guard. It doesn't make sense that the National Guard and ICE were in Los Angeles, a city so enriched by immigrant culture. Immigrants shouldn't have to live in fear. My community deserves better. So I wanted to join a protest.

5. On Saturday evening, June 7, I heard that people were protesting in front of the detention center in Downtown LA. I was having dinner in Long Beach, and I decided to head to the protest afterward with some friends. I thought I would join for a couple hours and then call it a night. I didn't know it would end with me getting tear gassed and bruised.

6. My friends Miholany, Stacy, and I took the train into Union Station. Then we walked to the detention center on Commercial and Alameda. We got

1

there around 8:45 pm. As we got closer, I could tell that some people were retreating and leaving, but I didn't know why.

7. Suddenly, I realized that the air smelled thick. I felt a tingle in the back of my throat. My friend's face and eyes started burning, and I helped pour water on her eyes. We kept saying that the air felt spicy. Later, I realized that it was because of pepper balls, and there were remnants of tear gas in the air that police and federal agents had used against protesters before were got there.

8. After my friend felt better, we stood in front of the detention center on Commercial Street for about a half hour. But I noticed that there were more people and more sirens around the corner on the Temple Street side. I thought, maybe the protest was happening over there. So around 9:30 pm, we tried to go around to Temple Street by walking on North Garey Street. But then were stopped by police who said we weren't allowed to go through. So we went back to where we were before, at the corner of Commercial and Alameda.

9. While we were walking back, I found a pair of goggles on the ground. I picked them up and kept them with me. I thought, cool, free goggles.

10. When we got back to where we were before, in front of the detention center, there were probably around 50 people in total. It was pretty small, and everyone was scattered around. We were all standing in different areas in front of the detention center and a building that looked like a driveway. Nobody was throwing anything. We were just standing there. People were filming and some people were saying "shame" at the officers.

11. There was a mix of officers wearing different colored uniforms. I saw officers from DHS and the LAPD. I knew that some of the officers were from DHS, not the LAPD, because their uniforms looked more tactical, and they were armed more heavily.

12. Then a huge line of cars came into the area. It was a mix of different vehicles. I saw ICE vehicles and LAPD vehicles. When they got out of their cars,

suddenly it was double or triple the amount of them compared to us. They were standing near the building that looked like a driveway, to the left of the detention center. The driveway had a gate. I was standing around 150 feet away from the gate, near the end of the sidewalk and to the right side.

13. We started yelling at them to get out of our city, and after a while they rescinded into the gate. The gate closed, and we were happy because we thought, we did it, we made them retreat. Then people started leaving to go home. Everyone started to disperse. This was around 11:00 pm.

14. Then all of a sudden, the gate lifted and they started coming out and showering us with tear gas, pepper bullets, and flash bangs. It was like straight out of a movie. The gate didn't even lift all the way when they started firing. I saw some of them crouching down and shooting while the gate was only partway lifted. At this point, I was still standing about 150 feet from the gate.

15. They didn't give any verbal warning that they were going to start shooting at us, and they didn't give us an order to disperse. The gate just opened and they started shooting at us.

16. There were so many of them coming out of the gate. I only saw 20 or so officers go into the gate, but by the time the gate opened, there were too many to count coming out. I saw a mix of different colored uniforms coming out of the gate. And they were shooting a bunch of different non-lethals all at once. I know because I remember that the sounds were all different.

17. I remember how the flash bangs sounded. They were really loud and really fast. Almost like metal on concrete. It kind of sounded like if you had a big stack of books and they fell. There was a big loud echo.

18. I saw canisters on the floor, but I didn't realize they were tear gas. I thought they were just releasing smoke, so I hid behind a nearby sign to try to block the smoke from hitting me. The sign was black and had a tall pyramid shape. It said the names of the nearby buildings. I also put on the goggles that I had found

earlier, to protect my eyes.

19. I saw a canister spinning near my feet. I looked at it and thought that it was just smoke. But a few seconds later, I realized that I couldn't breathe. I felt shortness of breath, and my face started to burn. My nose started running and I couldn't control the fluids falling from my nose. That's when I realized it was tear gas.

20. Even though I was already wearing the goggles, my eyes started leaking tears. When I took the goggles off later, they were filled with water. I felt so lucky I had found the goggles, but still, my eyes were watering nonstop.

21. Once I realized what was happening, I ran away. I ran as fast as I could, keeping track of one of my friends and losing the other one for a moment in the chaos. I remember seeing people with big cameras running away too. I think that the agents hit me with stuff while I was running. In the moment, I had so much adrenaline that I didn't feel it. But the next day when I got out of the shower, I saw four round bruises on the backs of my legs, and another bruise on my forearm.

22. The bruise on my forearm is about an inch wide. I have another two on the backs of my calves that are also about an inch wide. Then I have two bruises on my thighs that are a lot bigger. Those about three inches wide. I'm not sure what exactly the bruises are from, since they were firing so many different things at us that day.

23. For several days afterward, I felt like I had a film in mouth and in my lungs from the tear gas. The bruises also felt tender and hurt a lot. Seven days later, my bruises are still there. They've healed a bit, but they're still there.

24. I think I still haven't processed what happened to me that night. This whole week I've had very little sleep. I rarely ever have nightmares, but this week I've had nightmares every night and I get jolted out of my sleep. I've had nightmares so bad that I've woken up multiple times in one night. My nightmares are all about that night.

4

25. I keep having one nightmare over and over. I feel like I hold a lot of guilt for the canister of tear gas that I saw spinning near my feet. Because I didn't realize it was tear gas, I didn't know what to do with it. If I had known it was tear gas, I could have kicked it away and helped the people around me. Instead, I let it spin there for those two seconds, and then we all got hit with tear gas.

26. In my dreams, I carry that guilt. In my nightmares, I see the tear gas canister, and I try to throw it, but it doesn't leave my hand. Or I try to grab it, but I can't get a hold of it. Or I try to throw it, but it doesn't go anywhere.

27. I'm also extremely paranoid now. Whenever I hear a bang, I go, what's that? Whereas before, I don't remember ever paying attention to sounds. Yesterday, I made a kettle of water for my tea. I think I didn't put enough water in the kettle, so it kind of burned. I smelled the burning and thought, oh no, what is that? I was feeling paranoid trying to figure out what the smell was. Whereas before, it wouldn't have consumed me as much in the moment.

28. I still haven't processed to the fullest. I'm scared that this will happen again. But it won't stop me from protesting. I've been at protests almost every day this past week and I have plans to go to more later this week. I don't plan to stop protesting. With every person there, it's a reminder of how many people care about our immigrant community and their rights. I don't want to stop being part of that movement and showing that I care.

29. The average protester doesn't think they're going to get tear gassed. And we shouldn't have to think about that. But that's the reality of what's happening now. So now I want to help other people be prepared for these scenarios at future protests. I want to help keep my people and my community safe.

5

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of June, 2025 in Los Angeles, California.

_____
Maria-Alejandra Paz