## Declaration of Michael Horowicz

I, Michael Horowicz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a veteran journalist and news producer.

3. I am submitting this declaration to explain how I saw multiple federal law officers fire numerous volleys of tear gas cannisters at protestors and then – even after the protestors had almost all fled – continue to bombard journalists and news trucks with tear gas even though neither the protestors nor the journalists posed any threat to them whatsoever.

4. On the evening of Saturday, June 7, 2025, I went for a walk from Chinatown to Little Tokyo down Alameda St to get some exercise. I heard a chopper above and wondered if it had something to do with the protests generated by ICE raids in Los Angeles. I got to the back of the Roybal building where I saw about 100 people peacefully protesting. The vibe of the protest was very cool. People were playing music, flying flags, and holding signs that said things like "ICE out of LA." I felt completely comfortable. A video of the peaceful protest is available here: https://www.youtube.com/watch?v=hW9xqrHw1e8&ab_channel=BraunHagey%26BordenLLP.

5. Across from the protest, I saw five live news trucks. One was for KTLA, and one was for Channel 7. The rest of the trucks were unmarked but had microwave antennas on top, so they were very distinguishable as news trucks. The trucks were across the street from the back of the Roybal building where there is a gate at the end of a driveway that is used for, among other things, bringing prisoners into the building for appearances in federal court. A map of the area, which also shows the location of the news trucks, is attached as Exhibit 1.

1

6. Because I've worked in journalism for many years, I thought I might see someone I knew so I approached the trucks. I also started shooting video with my phone because that's just something I frequently do.

7. Within five to ten minutes, at about 8pm, the vibe of the protest started to shift. A few dozen protestors began moving toward a giant armored gate. As I said above, this gate is the entrance to the driveway where law enforcement brings in prisoners for court appearances in the Roybal federal court. Because of this, the gate is heavily armored and motorized.

8. The protestors went up to the gate and started yelling. I crossed the street, leaving the area where the news trucks were stationed, to get a better look at what was happening. Behind the gate, I could clearly see dozens of federal officers, at least some of whom were DHS officers, in riot gear preparing for something. I remember seeing at least one officer tossing what appeared to be a tear gas cannister up and down in his hand. The protestors continued to yell, and many said some offensive things. But it was nothing more than taunts, and the officers were securely behind the heavily-armored gate. A video of the officers behind the gate and the protestors is available here: https://www.youtube.com/watch?v=qBEpiX4mxnE&ab_channel=BraunHagey%26BordenLLP.

9. At first, the officers did not respond to the shouting and taunts from protestors. After I got a sense of what was going on and took some videos of the scene, I went back across the street to the news trucks and started sending some videos to my sister.

10. When I returned the news trucks, I saw a Telemundo reporter micing up to do a live feed. There were several video cameras set up on tripods in the area of the trucks in preparation to report a story. The protestors

remained about 100 feet away from the news trucks in front of the gate. The small group of protestors continued to yell and taunt the officers, but nothing more.

11. I was by one of the news trucks when suddenly I heard a bang. The gate had come up and officers had moved out and started to throw and shoot tear gas canisters at the group of protestors, causing them to scatter in both directions on Alameda. Very quickly, there were very few protestors left in the area. Based on the time stamps on my videos, the first cannisters were fired at 8:32pm. I did not hear any warning issued by the officers before they came out and started shooting.

12. Despite the protestors' fleeing after the initial round of tear gas, officers continued to shoot more tear gas canisters at the news trucks for about 20 minutes almost without interruption. A video of the tear gas surrounding the news trucks is available here: https://www.youtube.com/watch?v=E6qK7AIjUC0&ab_channel=BraunHagey%26BordenLLP.

13. There was tear gas everywhere. I eventually couldn't continue taking videos because I was busy rubbing my eyes and coughing. Someone kindly offered me milk for my eyes and a face mask.

14. Finally, the barrage of tear gas ended with the federal officers' forming a skirmish line across Alameda and pushing everyone, including about 20 journalists and media crew members, back to Temple St. There was no time to move the trucks.

15. Since that night, I've continued to think about what happened at the back of Roybal. Considering that all of the protestors were either gone or fleeing when the officers started firing tear gas at the news trucks, I can't figure out any possible justification for what the officers did other than that they wanted to explicitly punish the media or deter the journalists and media

personnel from doing more reporting on the ICE raids and the federal response to the protests.

16. I am not saying there was a basis to shoot so much tear gas at the protestors. But even after the protestors had scattered, the federal officers continued to bombard a bunch of TV trucks, reporters mic'ed up to file stories, and camera people with large TV cameras on tripods for 20 minutes. It was insane.

17. At no point before the federal officers formed a skirmish line and pushed us down the street did I ever hear a dispersal order or warning that we needed to leave or force would be used against us.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 18, 2025 in Los Angeles, California.

*/s/ Michael Horowicz*

Michael Horowicz

4

# Exhibit 1

