# Declaration of Miholany Ochoa

I, Miholany Ochoa, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe how I was subject to force in the form of tear gas without warning by federal agents when I was peacefully protesting and had posed no threat to the officers that had injured me.

3.      I am 29 years old, and I was born and raised in Los Angeles. The recent immigration raids in LA hit close to home because my community was directly affected. Detaining immigrants tears families apart, and I felt compelled to protest. My reasons for protesting are my love for humanity and my sense of responsibility to oppose any injustices, especially those that target people because of their ethnicity or the color of their skin.

4.      On Saturday, June 7, 2025, I attended a protest between East Aliso Street, North Alameda Street, and East Commercial Street, in front of the Metropolitan Detention Center in Downtown Los Angeles. I took the Expo line from Vermont into Union Station with my friends Maria-Alejandra and Stacy, and we arrived at the detention center at around 8:30 pm.

5.      I saw LAPD officers patrolling the streets and federal agents inside a gate that was attached to the building next to the detention center. I knew they were federal agents because they were wearing green uniforms. But I'm not sure what agency they were part of.

6.      There were about 50 protesters there outside the detention center. It was a really small crowd. People were chanting and yelling at the guards, but nobody was violent or threatening in any way. Some of the protesters were even praying. We were all giving each other masks and looking out for each other.

7.      We were standing there for a while. Then, all of a sudden, a bunch of cars started coming in. They were SUVs. I remember seeing one SUV that had the

blue Homeland Security logo. Some of the other SUVs didn't have logos. It seemed like the cars had people inside, but I couldn't see very clearly. There was a metal gate to the left of the detention center. The gate opened, and the cars went in. The cars were going really fast.

8.     Then after a while, I saw the gate slowly lift. I thought they were going to make an announcement. But they didn't say anything. They didn't say anything at all. The next thing I knew, I heard a canister hit the ground next to me. I thought it was just a can. I didn't realize that it was tear gas. It just sounded like a Coke can rolling on the ground.

9.     The next thing I knew, tear gas started slowly coming out of the canister. It looked like fog. Then I couldn't see anything at all. It smelled spicy and I felt it in my lungs. I also heard the sounds of bullets. It kind of sounded like a loud Nerf gun. I also heard loud bangs, and I saw lots of lights. And I realized that the agents were all coming out of the gate. After I realized what was happening, I ran away. I ran as fast as I could.

10.     Once we got away, my friends and I tried to recover. The tear gas was one of the worst experiences in my life. My eyes were burning, and, because of my asthma, I could not breathe. I threw up on the street. I felt like I was going to die, and I remember praying to God. I've been to a lot of protests, and this was the worst thing I've ever seen in my life.

11.     After I got home, I had bad eyesight for multiple days. I had worn contact lenses that day, and my eyes were severely damaged from the tear gas. I thought I was going blind. I couldn't see through my right eye, and everything was blurry. Because I couldn't see, it was hard to work, drive, or do anything at all for several days. On Thursday, June 12, I went to America's Best to get my eyes checked, which I had to pay for out of pocket. I had to pay $150.

12.     Since then, I haven't been able to sleep. I cry more than usual. I'm still going to protests, but now I take goggles, a mask, and a helmet. I don't feel

2

safe. I feel like crying all the time. What happened to me that night feels like an invasion of my rights. I would never do anything to offend an officer. I would never even hurt a fly. So I can't believe that this happened. It feels like such a violation of my rights.

13.     I'm heartbroken that so many of my friends and people in my community are hurting and afraid because of these ICE raids. They're trapped inside all the time. I'm an American citizen, so I want to use my privilege to go protest. It's horrible what's been happening to protesters. It's disgusting. But I don't want my kids to one day ask me, what did you do when that was going on? This is the kind of stuff we learn about in history. So, if I have the right to protest, I'm going to do it. But we should be able to do it safely, without the fear of getting tear gassed or injured.

1        I declare under penalty of perjury of the laws of the State of California and

2   the United States that the foregoing is true and correct.  Executed this 17th day of

3   June, 2025 in Los Angeles, California.

4

5

6   _____

7   Miholany Ochoa

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28