**Declaration of N. Reyna**

I, N. Reyna, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how I was subjected to force by federal officers in the form of tear gas, including what I think was a canister thrown from a moving vehicle that hit me directly in the chest, when I was protesting and posed no threat whatsoever to the officers who injured me.

3. On June 7, 2025, at approximately 10 AM, I left my home and drove to take part in protests against what I heard was an Immigration and Customs Enforcement ("ICE") raid at a Home Depot in Paramount.

4. I arrived at the protest around 10:30 or 11 AM and joined a couple dozen protestors. Across the street, about 100 feet away from where we were protesting, stood a group of officers that I assumed were ICE. I know what sheriff's department and police department officers look like, but I did not recognize the uniforms of the officers we were protesting. Their uniforms made them look like military. They were carrying rifles and wearing khaki pants and bulletproof vests. The officers were wearing helmets and sunglasses, and otherwise had their faces covered, but from the distance I was at, I could not have seen their faces clearly anyways.

5. The protestors were holding signs and chanting things like "ICE is not welcome in LA!" I was wearing everyday street clothes with nothing to protect me from tear gas or projectiles because I thought I was just going to a protest. The other protestors there were dressed the same way. We were not participating in any behavior that would threaten the officers. (I am five feet tall; I am not trying to fight anybody.) Nonetheless, the officers began firing tear gas canisters at us.

6. None of the officers said anything to us before starting to shoot tear gas at us. They did not give us any warning. I did not hear an order to disperse.

Nobody even told me I was not allowed to be protesting where I was.

7. The officers shot tear gas directly at us out of launchers. I witnessed people hit directly with the canisters who were bleeding.

8. The officers were launching tear gas across the street while cars were in the road. I saw them direct tear gas at a truck while there was somebody in it.

9. I witnessed the officers shoot tear gas at clearly identifiable reporters. I recorded a video of the officers shooting tear gas at a reporter using a camera on a tripod who was wearing a helmet with the word "PRESS." That video can be viewed at: https://www.youtube.com/shorts/WIw0uMPlE3w

10. While I was protesting from the sidewalk across the street from the officers, the officers shot tear gas at me and a different reporter. I recorded a video, of the officers shooting tear gas toward the reporter. That video can be viewed at: https://www.youtube.com/shorts/srLZaTRm6jo. As you can see in a frame of the video included below, the reporter was carrying a camera, wearing a brightly colored vest with text that read "PRESS", and was carrying a bag with a large patch that also said "PRESS."



11. People yelled at the officers to stop, that they were going to blow something up or start a fire. But the officers continued to launch so much tear gas that there were canisters all over the ground.

12. The tear gas in the air was incredibly painful and made it impossible to breathe. There was so much tear gas that it was hard to see. I and other protestors fled towards the Outdoor & Garden section of the Home Depot to avoid more damage from the gas.

13. One officer fired some sort of weapon directly at a large pile of mulch in front of us, and the mulch pile caught fire. The officers did nothing to put out the fire. I and other protestors ran away to escape both the fire and the tear gas.

14. At this point, the area was extremely chaotic. The officers raced unmarked vans through the area while launching projectiles out the windows like a "drive-by." It was at this time that I was hit in the chest with some kind of projectile. When I felt the impact, I gasped, thinking I had been shot. When I realized I had been hit with a tear gas canister, because the canister started releasing gas, I said in relief, "I'm fine." But it still hurt a lot. I now believe that a federal officer threw a tear gas canister with force out of the window of a moving vehicle, and that hit me in the chest.

15. One of the unmarked vans racing through the area ran over a young person who looked to me like a teenager or person in their twenties. This person had to be assisted and carried away by other people.

16. I have to admit, the officers' actions made me feel angry. Other people were angry too. It felt like the officers were antagonizing us to get us to react. But I still never threw anything at the officers – and they kept shooting tear gas at me.

17. The only times I left the sidewalk across the street from the officers were to flee from the tear gas. At one point, I was having trouble breathing because of the tear gas, and it felt like it was messing with my heart. I ran away to a gas

station to buy milk and water to relieve the tear gas effects. From blocks away I could see the smoke from all the tear gas billowing.

18. Afterwards, I saw a KTLA Channel 5 reporter who looked like he could not breathe, like he was having an asthma attack. He was turning red and purple. I started pouring milk in his eyes and after a while, he seemed to catch his breath. He told me he had been to a lot of protests, but he had never seen any other agency act like this.

19. Around 2:30 or 3:30 PM, the Sheriff's Department gave an order to disperse. That was the first time I heard any officers say anything about us leaving. When someone finally told us to leave, I did.

20. As I was leaving, I saw a cloud of black smoke where the federal agents were. Someone said to the Sheriff's deputies, "ICE is committing arson." The deputies just kept telling us to leave, and I left.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 17, 2025 in Anaheim, California.

*/s/ N. Reyna*

N. Reyna