# Declaration of Ryanne Mena

I, Ryanne Mena, hereby declare:

1.      I am a plaintiff in the above-captioned action. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe how I was subject to force in the form of a pepper ball in one instance and a rubber bullet in the head in the other in both cases by federal agents when I was clearly trying to do my job as a reporter and posed no threat whatsoever to the federal officers who injured me.

3.      I have been a crime and public safety for the Southern California News Group, which includes a number of newspapers including the Orange County Register, The Riverside Press-Enterprise, and the Los Angele Daily News for nine months.  Before being hired by Newsgroup, I was an intern at Pro Publica and also interned at LAist, an NPR affiliate in Southern California.  I graduated with a degree in journalism from Cal State University Northridge in 2022.  Before going to CSUN, I attended Santa Monica Community College, where I was on the college paper, The Corsair.   Over the course of my time working as a journalist, I have covered 2-3 dozen protests

4.      On June 6, 2025 I was covering an Immigration and Customs Enforcement ("ICE") raid at a clothing shop in downtown Los Angeles and then I headed to the Metropolitan Detention Center (MDC), which is also downtown, to cover protest against the ICE raids.

5.      I arrived at MDC about 3 pm.  I saw about two dozen protestors scattered on Los Angeles, Aliso and Alameda, which are streets that border MDC. The area around MDC is depicted in the map attached as Exhibit 1.   I waited to see if more protestors would arrive and began to talk with family members who told me they were trying to find what had happened to their loved ones whom they believed were detained at the ICE processing center, which has an entrance on

1

Aliso.  I saw no violence of any kind.

6.     There was a press conference 4 pm at the entrance to the Federal
Building on Los Angeles Street. By that point there were about 200 people
watching the press conference and protesting peacefully.  They were passionate,
but not violent in any way.  I also saw and heard cars driving down Aliso honking
in support of the protestors.

7.     At some point, I decided to walk around the federal building by
turning right on Aliso and then right again onto Alameda where I saw about 50
protestors at entrance to the MDC on Alameda.  I watched what was going on, took
notes, and communicated with my editors via Slack and cell phone calls.

8.     I was wearing a lanyard with two different press credentials around
my neck, one from California Newsgroup and one from the Los Angeles Sheriff's
Department.  I was also visibly carrying a note pad and pen and routinely writing
in the notepad.  In other words, I was clearly identifiable as a journalist doing my
job.

9.     As I was in the area near the MDC entrance, the crowd was growing
and getting more restive – but not violent -- when they saw a protestor who
appeared to have been arrested by getting taken into the building by federal
officers.  I am confident the people leading him into the building were federal
officers based on their uniforms, which are the uniforms I have seen federal
officers wearing when I have previously been at MDC.

10.     The crowd I saw growing was also slowly moving south a bit on
Alameda to a driveway that leads into garage attached to MDC.  Almost everyone
in the crowd was peaceful, but I did see but one protestor hurl a desk chair towards
the driveway.  The person who threw the chair was clearly identifiable among the
crowd. The chair did not hit anyone.  It landed on the ground a few yards away
from federal officers.

11.     A minute or two passed after the chair was thrown during which I did

not see anything else thrown. At that point about 12 federal officers come down the
driveway with DHS, which stands for Department of Homeland Security on the
sleeve of their uniforms, which are dark navy or black, though I think I also saw
one who had HSI on his sleeve, which I know stands for Homeland Security
Investigator.  They were wearing riot gear, including hard helmets with plexiglass
visors.  They were holding weapons pointed at the protestors who were across
Aliso. I am not sure exactly what the guns were, but my best instinct – based on
my past experience covering protests and seeing law enforcement use so-called
less lethal weapons – is that were guns designed to shoot less lethals.

12.    The dozen or so DHS officers were more or less in line at the end of
the driveway entrance and almost immediately they started shooting.  The
protestors were 6-20 feet away from the officers. There were about 100 protestors.
I did not observe any protestor charge towards the officers or attack them.  I saw
about 5 empty or nearly empty plastic waters thrown in the direction of the
officers, but they hit ground and did not see any officers hit with a plastic bottle or
even land very close.  The vast majority were not throwing anything.

13.    At that point I was about 6 feet away from protestors east and north of
them on Alameda.   I immediately concluded the officers were shooting pepper
balls, based on the smell that emanated as the officer began shooting them at the
protestors.  A lot of the of the officers were shooting directly at protestors but a
few others were shooting them into the ground to bounce up into the protestors.

14.    It was immediately clear to me that protestors were being hit.  Among
other things I heard some yell in pain or scream "I've been hit."

15.    It seemed liked the officers fired at the protestors for about 5 seconds.

16.     After the first shots, I backed up to avoid getting hit. As a reporter, I
have experience moving to places where I have a vantage point of the action, but
am far enough away that I should not be hit.  I was not close to the protestors when
I got hit.

17.    Of the 100 or so protestors across the street and in front of the MDC driveway and I was about 20 feet behind and to and north of group of protestors. The blue "pin" on the map attached as Exhibit 1 shows where I was hit by the pepper ball and where I was standing in relation to the protestors and the federal officers.

18.    When I got hit by a pepper ball, it hurt a lot. I felt like I had hit by a baseball on my left thigh.

19.    I screamed in pain and immediately saw white residue on my pants. Once I got my wits about me, I took photo of my pants leg showing the white residue, which is pasted below.



20.    Below is a photograph of my wound taken two days after I was shot.



21.    I then called editor and said I'd been hit by a pepper ball.  Although I was hit and in pain, I wanted to stay because I felt it was an important story. I think I was hit about 6:15 pm but stayed in the area till about 9:00 pm.

22.    I feel very strongly that I was targeted by federal law enforcement for a number of reasons. First, I was clearly identifiable as a journalist because I was wearing two press credentials on a lanyard around my neck. I was routinely writing notes with a pen in my notebook.  I was also not close to the concentrated group of protestors at the end of the driveway. I am not suggesting that the officers had a legitimate basis to shoot pepper balls at the protestors –much less shoot directly at them rather than bounce them -- but I was clearly removed from the protestors, standing by myself and doing my job.

23.    At no point before the officers started shooting at the protestors or before I was shot, did I hear any direction from the officers or anyone else telling people to disperse or warning them that the officers would use force if they did not move.

24.    In the hours after I was hit, I saw law enforcement officers – likely LAPD personnel -- using flash bangs, including one that landed near me.  I am not sure why they were using flash bangs because saw no protestor throwing anything or otherwise threatening the officers shooting the flash bangs.

**My Experience Being Hit in the Head with a Rubber Bullet by Federal Officers in Paramount June 7, 2025**

25.    On June 7, 2025 my shift started at 2 pm.  My editor assigned me to go to Paramount to cover protests relating to an ICE raid at Home Depot earlier in the day.  I arrived at Paramount about 3:30 where I met up with another reporter, Sean Beckner-Carmitchel, whom I know from covering other stories.  I first went to the intersection of Alondra and Hunsaker, which is depicted in the map of the area pasted below.

26.    In the area of Alondra Blvd. and Hunsaker, I talked to bunch of

protestors and observed LASD had established a line in the area. I talked to a
young man who was shirtless and looked like he'd been hit by rubber bullet; the
skin on his chest was  broken, there was a circular open wound that he said was
caused by a rubber bullet shot by LASD.    I stayed around the area for 20-30
minutes and did another interview with a woman shot by LASD with rubber bullet.
I stayed in the area for about 45 minutes total and was thinking about leaving the
scene because it seemed relatively calm.  But I decided to walk west on Alondra
Boulevard, which is a wide avenue that runs east west, towards the Home Depot to
look around.

27.    As I walked down Alondra, I saw a group of federal agents come out
from Atlantic Place, east of the Chemco Products Company building, and form a
line at the sidewalk at Atlantic Place and Alondra Blvd.  The line comprised about
3-4 dozen officers.  I know they were federal agents because they had the initials
HSI on their uniforms, which I know stands for Homeland Security Investigators.

28.    The agents were fully in military looking gear; they were wearing
hard helmets with visors and most of them were carrying weapons, that looked like
the kind that shoot less lethals.  This very large grouping of officers seemed odd to
me.  There were maybe a dozen protestors on the sidewalk south side of Alondra
Blvd.  The small group of protestors was mostly standing there yelling at agents, a
few with signs.  I also observed lots of scattered spent less lethal munition in the
street on Alondra Blvd, which is a big street about 50-70 feet wide.    The federal
officers aimed the weapons at the protestors and started shooting at them.  The
protestors never got closer than the other side of Alondra. The map of the area
attached as Exhibit 2 shows the location of the federal officers, and the protestors.

29.    I was about 30-50 feet away from protestors.   I did not see protestors
do anything to assault the officers or throw anything.  The officers shot volleys of
less lethals, both rubber bullets and tear gas canisters  for almost 8-10 seconds.
The officers shot rubber bullets directly at the protestors. I did not see them shoot

6

the rubber bullets into the ground to bounce up at the protestors.  Some officers
were also were shooting tear gas cannisters directly at people, while other officers
seemed to be skimming the cannisters along the ground.

30.     The other reporter I was with, Sean, and I were hit with less lethals at
almost the exact same time.  The map attached as Exhibit 2 shows the location
where he and I were hit and is marked with a blue "pin", which is to the right/east
of where the protestors were located.

31.     I felt like I had been hit again by a baseball. I was hit about an inch
above my right ear.  I believe I was hit by a rubber bullet.  The pain level was
about 7.5 out of 10.

32.     Sean, the reporter I was with, got hit with a tear gas cannister about an
inch above one of his eyes.  Pasted below are photos I took of him that day that
show his blood shot eyes and the hematoma from being hit by the gas cannister.

 

33.     Shortly thereafter, we were overwhelmed by a bunch of tear gas
cannisters that landed near us.  The tear gas was so thick that it was very difficult
to breath. And the difficulty was magnified because I have asthma.  My eyes
burned so badly and were so painful that I could not open them.  I have been tear

gassed one other time by law enforcement, but this time was far worse.

34.     I took hold of Sean's hand, and he led me away from officers down Alondra Blvd to Hunsaker. We turned on Hunsaker to get in a safe place.  People come up with water so we could flush our eyes to relieve the pain.  We were both coughing a lot. We also documented our injuries by taking photos and videos of each other.  A photo of my bloodshot eyes from shortly after I was gassed is pasted below.



35.     At no point while I was on Alondra and before I was shot did I hear any direction from the officers or anyone else telling people to disperse or warning them that the officers would use force if they did not move.

36.     When we left the area, I took Sean to the Emergency Room  at St. Francis Hospital because he had an enormous lump on his head where he had been hit with a tear gas cannister.

37.     That night, I vomited.  The next day, Sunday, I had a terrible headache all day. Sunday my neck also hurt a lot. Friends urged me to seek medical attention. So the next day, Monday, I went to urgent care at Kaiser, where I was diagnosed with a concussion resulting from my getting hit in the head with a rubber bullet.  Because of my headache, lethargy and concussion, I had to take it very easy on Sunday and Mondays days that I fortunately did not have to work.

38.     When I get better, I intend to continue reporting on these protests
because it is part of my job to cover important events like these. But it is
frightening to go out on the streets again knowing how DHS officers seem to have
no regard for the First Amendment rights of journalists.

I declare under penalty of perjury of the laws of the State of California and
the United States that the foregoing is true and correct.  Executed June 13, 2025 in
Los Angeles, California.


*Ryanne Mena*
Ryanne Mena

# Exhibit 1

# Map Depicting Area Around MDC Where I was Injured by Federal Officers

Shooting

 Metropolitan Detention Center

 Shot #1

Where HSI agents

were Line 7

rough area where DHS
was shooting & deploying
pepper spray



# Exhibit 2

# Area near Paramount Home Depot where I was shot by DHS Officers

