**Declaration of Tina Petrosian**

I, Tina Petrosian, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe force in the form of rubber bullets, pepper balls, pepper spray, and flash bang grenades that Department of Homeland Security ("DHS") agents used against protestors and legal observers like me at protests on June 6, 2025 and June 8, 2025.

3. I am a legal observer with the National Lawyers Guild of Los Angeles. As a legal observer I observe protests; I do not participate in them. I observe and collect information on behalf of the National Lawyers Guild of Los Angeles which has been the primary litigant of protester rights in Los Angeles for 30 years. My work as a legal observer helps to identify violations of law and to assist in monitoring existing injunctions and consent decrees. Legal observers are readily identifiable by our neon green hats that say: "National Lawyers Guild Legal Observer."

4. I have been legal observing since 2021. I have observed over a hundred actions of varying levels of intensity.

**DHS Use of Force on Friday, June 6, 2025**

5. On the evening of Friday, June 6, 2025, I observed the end of a protest at the Federal Building in Downtown Los Angeles.

6. When I first arrived around 7 PM, I could tell a chemical irritant had been deployed. From a block away from the Federal Building, I could already perceive a chemical irritant in the air.

7. I saw a group of DHS agents in front of the Federal Building, in front of the garage ramp off Alameda Street. They had gas masks on. I could tell that they were DHS by the insignia on their uniforms and by the dark color of their uniforms. Though Los Angeles Police Department ("LAPD") officers wear

1

uniforms that are a similar color, I have experience observing actions where LAPD is present, and I could tell by their uniforms that these officers were not LAPD.

8. I observed that people were protesting ICE's detention of immigrants in the basement of the Federal Building. Protesters were chanting things like "Let them go!" People were holding signs that said things like: "ICE out of LA." A group of protestors was across the street from where the DHS agents were, and another group was down the street closer to the intersection of Alameda and Temple Street.

9. Around 7:30 or 8 PM, DHS agents formed a skirmish line in the middle of Alameda Street. The agents fired pepper balls, releasing a chemical irritant into the air, and threw flash bang grenades at the crowd. I did not hear the DHS agents give a warning or instruction to the crowd to leave before they started firing at the crowd.

10. The pepper balls caused people in the crowd to tear up and cough. I observed a few people vomiting. Protestors began to leave the area, and the crowd thinned out. The chemical agent released by the pepper balls affected me as well, and I also left.

11. I did not observe any visible threat to the DHS agents near the crowd or near me that they may have been targeting. I did not observe anyone do anything threatening to the DHS agents, attack them, or throw anything at them before the DHS agents started deploying pepper balls and flash bang grenades against the crowd.

**DHS Use of Force on Sunday, June 8, 2025**

12. On Sunday, June 8, 2025, in the afternoon, I again observed a protest in the area of the Federal Building in downtown Los Angeles.

13. The protestors there were a diverse group of people, some carrying signs and flags, some chanting things like "ICE out of LA!"

14. I observed that the National Guard and DHS agents had formed a

1 combined skirmish line in front of a driveway to the Federal Building and across
2 Alameda Street, closing off the street. I could tell that the officers present were
3 National Guard and DHS by their uniforms. The National Guard were wearing
4 uniforms with green tint or military fatigues, gas masks, and helmets. They were
5 carrying National Guard shields and guns. The DHS agents were wearing black
6 uniforms, gas masks, and helmets. The DHS agents were carrying weapons that I
7 recognize from my experience observing protests as launchers used to deploy
8 chemical agents and a long gun to fire rubber bullets.

9      15.    Around 3 PM, the DHS agents in this combined skirmish line began
10 to fire pepper balls at the crowd of protestors; then deployed flash bang grenades
11 against them; then sprayed pepper spray at the crowd. The DHS agents fired round
12 after round of each of these weapons in rotating 3-5 second intervals for at least
13 five minutes. At the same time, I could see and hear the DHS agents firing rubber
14 bullets into the crowd. From my experience legal observing, I can identify rubber
15 bullets by sight, and I knew they were rubber bullets by the shape and color. I did
16 not hear the agents give a warning or instruction to the crowd to leave before they
17 started deploying these weapons against the crowd.

18      16.    The DHS agents were shooting all of their weapons and chemical
19 agents directly at people. I found this shocking. The agents were directing the flash
20 bang grenades close to people's heads. They were firing rubber bullets point blank
21 towards people's torsos. It seemed like the DHS agents were deliberately trying to
22 hurt people.

23      17.    This caused an intensely chaotic situation. People were running,
24 crying, screaming, vomiting. People were yelling for saline solution and water to
25 wash out their eyes. People were tending to others who had been shot by rubber
26 bullets. I saw someone who had been shot in the chest who was visibly in pain and
27 having trouble breathing; a person with him was urging him to go to urgent care. I
28 could see that people had been shot in the arm and in their ribs, because the rubber

bullets left a red circle on their bodies.

18. Making things more chaotic, as DHS was firing rubber bullets, another DHS agent drove an unmarked car erratically through the crowd, almost hitting multiple people. I could tell it was a DHS vehicle because the window was rolled down, and I could see the driver's DHS uniform.

19. Finally, when DHS had forced everyone south to Temple Street, where LAPD officers were assembled, the DHS agents stopped their use of force.

20. I did not observe any visible threat to the DHS agents near the crowd or near me that they may have been targeting. I did not observe anyone do anything threatening to DHS agents, attack any of them, or throw anything at them.

21. DHS agents did not appear to be targeting anyone in particular with their weapons. They were shooting at everyone. They did not seem to be trying to avoid reporters wearing clothes that said "PRESS" and legal observers wearing neon green hats like me. Another legal observer I was with saw DHS shoot a journalist with a rubber bullet. It seemed that DHS wanted to drive out and hurt everyone protesting and reporting on their activities.

22. The pepper balls DHS deployed left a powder clinging to my clothes that caused people who came near me to cough. On Friday, after I left the protest, someone gave me a ride to my car, and when I got into the car they started coughing, so we had to roll the windows down. Following both protests that I observed, I experienced irritation in my throat and a cough that lasted for several days.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed on June 17, 2025 in Los Angeles, California.

*[signature]*

Tina Petrosian