1             **Supplemental Declaration of Sean Beckner-Carmitchel**

2       I Sean Beckner-Carmitchel hereby declare:

3        1.     I am a freelance journalist with 6 years of experience.  I have

4 produced video news stories in international, national, and local media outlets

5 including the <u>New York Times</u>, CNN, Good Morning America, and Al Jazeera.  I

6 have also written stories for a variety of media outlets including Cal Matters and

7 the <u>Beverly Hills Courier</u>.

8        2.     In my career, I have covered lots of protests, including protests in

9 response to federal immigration raids and enforcement in the Los Angeles area.

10        3.     I am submitting this declaration to detail my experience on June 8,

11 2025 covering a protest march against ICE that started in Boyle Heights and went

12 downtown to the Metropolitan Detention where Department of Homeland

13 Security officers shot pepper balls and tear gas at protestors and journalists

14 covering the protest even though they were engaging in no violence and posed no

15 threat to the DHS officers and National Guard personnel with them.

16        4.     On June 8, I was on assignment for LA Public Press covering a protest

17 against immigration raids within the Boyle Heights community.

18        5.     The protest started at Mariachi Plaza in Boyle Heights. Labor

19 organizer Dolores Huerta spoke. She called the past several days of detainments

20 throughout Los Angeles a "horrible assault."

21        6.     Then, about 100 protesters began to march from Boyle Heights

22 towards downtown Los Angeles, chanting, "Whose streets? Our streets!"

23 Protesters were carrying signs and banners that said, "ICE out of LA" and "Fight

24 Trump."

25        7.     As the march approached the Metro Detention Center, where

26 immigrant detainees are held, the crowd chanted: "Shame, shame, shame!"

27        8.     DHS officers with the National Guard started shooting tear gas and

28 pepperballs into a group of press and demonstrators. I recorded video of this and

1    posted it on Bluesky, where it is accessible at:

2    https://bsky.app/profile/acatwithnews.bsky.social/post/3lr4pe5iq2k22. As visible

3    in the screencaps of this video below, the press that the officers shot at were

4    wearing bright colored vests identifying them as "News Media" or "Press" and

5    were carrying cameras including very large video cameras. The demonstrators

6    were carrying signs. A 10-year-old holding a sign that said "Abolish ICE" was

7    among those who were tear gassed.





20         9.     Families, union leaders, and other allies who marched from Mariachi

21    Plaza were forced to turn around after the volley of tear gas and pepper balls, for

22    their own safety.

23         10.    One of the protestors said to me, the march "didn't even get to get

24    here and they started shooting at us…"

25         11.    I also recorded video of the effects of the tear gas on a member of the

26    press and posted it on Bluesky, where it is accessible at:

27    https://bsky.app/profile/acatwithnews.bsky.social/post/3lr4pqjfdks22.

28         12.    Ironically, when the federal officers started targeting the press with

tear gas and pepper balls, I was hit with a pepper ball *in* my press pass.

13.  I have continued to work since I was shot because I believe what is going on in Los Angeles is an important story. But to be hit like that with a pepper ball in either a deliberate or dangerously reckless manner does make me concerned for my safety as I continue to do my work.


I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed June 15, 2025, in Los Angeles, California.

_____

Sean Beckner-Carmitchel