BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Def. Litig. Sect.
PAUL (BART) GREEN (SBN 300847)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0805
Facsimile: (213) 894-7819
Email: Paul.Green@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>　　　Defendants. | No. 2:25-cv-05563-SVW-MAA<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' UNAUTHORIZED FILING [DKT. 20]**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

Defendants respectfully object to "Plaintiffs' Reply in Support of Notice of Related Cases," which Plaintiffs improperly filed on Sunday, June 22, 2025, at 6:55 p.m. Dkt. 20. Plaintiffs' "Reply" is not an authorized filing under Local Rule 83-1.3.3, and it should be stricken. Plaintiffs' attempt to submit and argue the factual statement required by L.R. 83-1.3.1 for the first time in what they call a "Reply," rather than in their Notice of Related Cases (Dkt. 5), is improper.

Plaintiffs' resort to an improper "Reply" is particularly concerning because it follows Plaintiffs' filing of an "emergency" TRO application in the early hours of a federal holiday on June 19th, while demanding that the Court rule the next day, in direct contravention of this Court's longstanding precedent for *ex parte* applications, which does not permit litigants to deliberately deprive the opposing side of basic procedural fairness in that manner. *See generally Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). Plaintiff's "Reply" is no more than an admission of their failure to adhere to the requirements of L.R. 83-1.3.1. Thus, the Reply should be stricken and Defendants' objection sustained.

| | |
|---|---|
| Dated: June 24, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>ELIZABETH HEDGES<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>ALEXANDER K. HAAS<br>ANDREW I. WARDEN<br>KATHLEEN C. JACOBS<br>Civil Division, Federal Programs Branch<br><br>BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br>    */s/ Paul (Bart) Green*    <br>PAUL (BART) GREEN<br>Assistant United States Attorney<br><br>Attorneys for Defendants |