## DECLARATION OF PAUL (BART) GREEN

I, Paul (Bart) Green, do hereby declare and state as follows:

1. I am an Assistant United States Attorney (AUSA) for the Central District of California, and I am assigned to the defense of this action. I make this declaration based upon my personal knowledge and that gained by review of the official files and records of the United States Attorney's Office. If called as a witness, I could and would competently testify thereto.

2. On June 25, 2025, at approximately 9:44 p.m., the Court's CM/ECF system sent an automatic email message indicating that Plaintiffs had filed a motion to expedite discovery ("Motion"). Dkt. 26.

3. Prior to filing the Motion, Plaintiffs' counsel did not meet and confer with defense counsel about the Motion. In fact, the Court's CM/ECF email was the first notice I received of Plaintiffs' Motion.

4. Plaintiffs' Motion attaches copies of Plaintiffs' Requests for Production of Documents to Defendants and Plaintiffs' Interrogatories to Defendants. However, Defendants have not been served with either set of discovery requests in accordance with the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 7, 2025 at Santa Ana, California.

                                          */s/ Paul (Bart) Green*
                                          PAUL (BART) GREEN