| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323) <br> borden@braunhagey.com <br> J. Noah Hagey, Esq. (SBN: 262331) <br> hagey@braunhagey.com <br> Kory J. DeClark, Esq. (SBN: 310571) <br> declark@braunhagey.com <br> Greg Washington, Esq. (SBN: 318796) <br> gwashington@braunhagey.com <br> BRAUNHAGEY & BORDEN LLP <br> 747 Front Street, 4th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 599-0210 <br><br> Kevin Opoku-Gyamfi, Esq. <br> (*pro hac vice*) <br> opokugyamfi@braunhagey.com <br> BRAUNHAGEY & BORDEN LLP <br> 118 W. 22nd Street, 12th Floor <br> New York, NY 10011 <br> Telephone: (646) 829-9403 <br><br> [Additional counsel on next page] <br><br> *Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110) <br> peliasberg@aclusocal.org <br> Jonathan Markovitz, Esq. (SBN: 301767) <br> jmarkovitz@aclusocal.org <br> Adrienna Wong, Esq. (SBN: 282026) <br> awong@aclusocal.org <br> Meredith Gallen, Esq. (SBN: 291606) <br> mgallen@aclusocal.org <br> Summer Lacey, Esq. (SBN: 308614) <br> slacey@aclusocal.org <br> Jacob Reisberg, Esq. (SBN: 329310) <br> jreisberg@aclusocal.org <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 W 8th Street, Ste 200 <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-9500 <br><br> Peter Bibring, Esq. (SBN: 223981) <br> peter@bibringlaw.com <br> Law Office of Peter Bibring <br> 2140 W Sunset Blvd # 203 <br> Los Angeles, CA 90026 <br> Telephone: (213) 471-2022 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 2:25-cv-05563-HDV-E <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY [ECF NO. 26]** <br><br> Judge: Hon. Hernán D. Vera <br> Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw their Motion for Expedited Discovery (ECF No. 26) filed on June 25, 2025.

Dated: July 14, 2025

Respectfully submitted,
BRAUNHAGEY & BORDEN LLP

By: /s/ Matthew Borden
　　　Matthew Borden

*Attorneys for Plaintiffs*