Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 21, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 21, 2025, at 10:00 a.m., or as soon as Plaintiffs may be heard,[1] in Courtroom 5B of the U.S. District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs hereby make this motion for a preliminary injunction. This motion is based on Federal Rule of Civil Procedure 65, Local Rule 65-1, and the First Amendment to the United States Constitution. Plaintiffs support this motion with the accompanying memorandum of law and declarations and others collected and signed at the time of filing of this motion, as well as documents previously filed in this action, including papers, declarations, and evidence filed in support of Plaintiff's *Ex Parte* Application for a Temporary Restraining Order, ECF 6.

Plaintiffs specifically seek an order enjoining Defendants Department of Homeland Security ("DHS"), and Kristi Noem from doing the following within the Central District of California:

1. Dispersing, threatening or assaulting the press, as that term was defined in *Index Newspapers LLC v. United States Marshals Serv.*, 977 F.3d 817 (9th Cir. 2020), or legal observers. Defendants may ask press or legal observers to change location to avoid disrupting law enforcement, as long as the press or legal observers have sufficient opportunity to report and observe;

2. Using crowd control weapons (including kinetic impact projectiles ("KIP"s), chemical irritants, and flash-bangs) on people who are not posing a threat of imminent harm to a law enforcement officer or another person;

3. Firing kinetic impact projectiles or flashbangs at identified targets, if doing so could result in injury to a person who is not posing a threat of imminent harm to a law enforcement officer or another person;

---

[1] Plaintiffs intend to file an *ex parte* application to shorten time for briefing and hearing of this motion on Monday, July 21, 2025, and gave notice of their intent to file that application to counsel for Defendants on July 18, 2025.

4. Using any crowd control weapon without giving at least two separate warnings in a manner and at a sound level where it can be heard by the targeted individuals. Such messages shall explain that Defendants may employ crowd control weapons and must give the targeted individuals sufficient time to avoid the use of force;

5. Using kinetic impact projectiles containing chemical irritant unless expressly approved by an on-scene supervisor in response to specific acts of violence that the supervisor personally witnessed; and

6. Firing tear gas canisters or flash-bang grenades so as to strike any person, or firing KIPs or other crowd control weapons at the head, neck, groin, spine, or other sensitive areas, unless that person poses an immediate threat of death or serious bodily injury.

Plaintiffs also request that the Court order that, within 72 hours after entry of the preliminary injunction, DHS must summarize the preliminary injunction order and disseminate the summary to all DHS officers responding to a protest in the Central District of California, and order the parties to meet and confer and provide a joint status report within 30 days setting forth proposals for ensuring that DHS officers present in the Central District of California while this action is pending remain aware of the limitations of the preliminary injunction.

Dated: July 18, 2025

Respectfully submitted,
BRAUNHAGEY & BORDEN LLP

By:  */s/ Matthew Borden*
Matthew Borden
*Attorneys for Plaintiffs*