| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice*)<br>opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>jreisberg@aclusocal.org<br>Mohammad Tajsar, Esq. (SBN: 280152)<br>mtajsar@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF A.R. IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF A.R. ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of A.R.**

I, A.R., hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is A.R. and I am a resident of greater Los Angeles and a U.S. Citizen. I am submitting this declaration to describe how I was subjected to tear gas canisters and tear gas grenades directed at protesters by federal agents when I was unarmed and peacefully protesting in Camarillo.

3. I attended a protest on July 10, 2025, after I was notified that there was an Immigration and Customs Enforcement (ICE) raid being conducted at Glass House Farms in Camarillo, California. I arrived on the east side of the farm, near the intersection of Las Posas Road and Laguna Road, around 1:35 p.m.

4. When I arrived, there were around seven or eight agents in tactical gear and military fatigues standing in a line across both lanes of traffic on Laguna Road, facing a group of protesters. They had set up a skirmish line using cones and tape. They were wearing masks and had sidearms and rifles. Some stood with their hands resting on their triggers. Their vests said Customs and Border Patrol (CBP) or Border Patrol, so I know they were DHS agents. This is a photo I took of them.



5. There were between 30 and 40 protesters present, exercising their

1

First Amendment right to ask questions, verbally challenge, and film the agents. People who had been there for hours warned me to be cautious because the agents had deployed tear gas earlier. I was also informed that ambulances had entered the area earlier in the day, both private ambulances and Ventura County Fire ambulances. People who were present expressed concern for those inside the farm, and said they wondered whether the ambulances indicated that people inside the farm facility were being hurt.

6. For more than an hour after I arrived, the protesters and agents were at a standstill, with agents remaining completely silent. They stood and stared in an intimidating manner without responding to protesters at all. Then, at about 2:45 p.m., additional agents emerged from a military vehicle parked about a half a mile behind the skirmish line. The vehicle was a light tan color. Between ten and twelve agents got out of the vehicle, in full tactical gear, carrying batons. They were wearing camouflage uniforms. I believe they were from the National Guard. I also noticed that they were also wearing shin guards and knee pads with the brand name Rawlings, which I recognized as a manufacturer of baseball equipment.

7. The National Guard agents and DHS agents then formed a huddle. They seemed to be conversing on cell phones and headpieces, communicating with each other. Protesters began asking the National Guard agents who they were and what they were doing there. As the officers were talking to each other, I remember saying to them, "Care to share with the class?" I was frustrated because they seemed to be sharing information with one another but refusing to communicate anything with everyone there.

8. Then, all of a sudden, the DHS agents started taking items out of their pockets, which some protesters recognized as tear gas canisters and tear gas grenades. Once they started taking things out of their pockets, some of the protesters yelled, "Here comes tear gas!" The DHS agents didn't give any warning that they were going to tear gas us, and nobody in the crowd did anything violent

to provoke them. It was very sudden.

9. The DHS agents began throwing canisters and grenades at the ground immediately in front of us. The canisters made loud pops and emitted white or yellow smoke. I wasn't directly impacted by the tear gas at this moment, but I saw people around me coughing. This is an image of one of the tear gas canisters that was thrown into the crowd.



10. After deploying the tear gas, the DHS agents started moving forward, into the crowd of protesters. The National Guard agents were moving forward too. As they all pushed forward, some of the agents almost knocked over a reporter and cameraman from *Univision*. I knew they were from *Univision* because the microphone that the reporter was holding had the *Univision* logo on it. The *Univision* reporters were at least three feet behind the skirmish line the entire time. They never crossed the line. I never saw anyone else cross that line either. After the agents moved forward, they grabbed the cones and the tape and moved the skirmish line forward too, forcing the protesters to move back.

11. While the agents were moving forward into the crowd, the *Univision* cameraman tried to grab his camera and move backward. But the camera started wobbling, and the agents kept moving closer. As the cameraman struggled to get

| | |
|---|---|
| 1 | his camera while agents moved closer, things started falling off of his camera and |
| 2 | breaking on the floor. They looked like camera parts. The *Univision* reporter |
| 3 | started screaming for the cameraman to just leave the camera. At that point, I |
| 4 | stepped in and said to the agents: "They're press, they're press, let them out of the |
| 5 | way." The agents then briefly gave us enough space to move around them. |
| 6 |     12.    After that, the agents' attention turned to a specific protester near the |
| 7 | front of the crowd. He was an older man in a black shirt and black pants. DHS |
| 8 | agents grabbed him, physically piled on top of him, and began arresting him. They |
| 9 | other protesters starting yelling at the officers and asking why the man was being |
| 10 | arrested. That arrest happened around 2:50 p.m. |
| 11 |     13.    This is a still image from a video I took when agents arrested the man. |
| 12 | He is visible on the ground behind the agents, pictured holding their batons. The |
| 13 | woman in front is shown filming the arrest while agents move toward her. |



    14.    Immediately after that arrest, and before 3:45 p.m., another protester was arrested by agents. He was wearing a white shirt and had been yelling into a megaphone since I had arrived at the protest. As the agents were pushing forward and resetting the new skirmish line after their first arrest, they pushed their way into the crowd again and grabbed this second man to arrest him. He was standing

near another protester in a wheelchair. I remember thinking, oh my god, the guy in the wheelchair is going to get hurt.

15. This second protester who was arrested had his hands up at the time they grabbed him. I didn't see him do anything violent before he was arrested. It appeared to me that he had moved behind the man in the wheelchair to help clear things out of the way as the man in the wheelchair attempted to back away from the agents pushing forward and resetting the skirmish line. I didn't hear the officers give any warning that they were going to arrest him.

16. Neither of the arrests were preceded by any communication from the agents. The officers just suddenly pushed into the crowd, snatched the individual protesters, and pulled them back behind the line of other agents. Protesters yelled out both times, asking why the men were being arrested and where they were being taken. The agents didn't respond or say anything either time.

17. Not long after the arrest of the second man, the agents again pushed into protesters and began throwing tear gas canisters and tear gas grenades into the crowd. It felt like a sort of blitz against the crowd. The agents didn't give any warning, and I didn't see anything that provoked them to tear gas us.

18. I saw a woman on her hands and knees, struggling to get up, with a tear gas canister spinning directly below her face. I ran over to try to help her get up, and that's when I felt the tear gas right in my face. I had never felt anything like it before. I was wearing sunglasses, but even through the sunglasses, the tear gas got into my eyes. My eyes immediately started burning and I couldn't see anything. It felt like acid was underneath the skin on my face, like there was acid bubbling, trying to get out. It then got into my nose and mouth. I felt like I was choking and there was this putrid chemical taste in my mouth. I immediately began coughing as I poured water onto my face and eyes. I couldn't see or hear. It was the worst thing I've ever felt. All I could hear were people around me screaming.

19. From what I could tell, there was no reason at all for agents to push

1 the line against protesters or use tear gas to accomplish this goal. The line of cones
2 and tape was already about a mile from the farm when I arrived, so the additional
3 20 or 30 yards that agents gained by forcing protesters back served no purpose
4 from what I could tell. Protesters were always careful not to cross the skirmish
5 line. In addition, federal vehicles had started traveling on the farmland adjacent to
6 the road where protesters were gathered, so there was not a need to make space for
7 them.

8     20.   At one point, there was an unmarked SUV leaving the farm area,
9 trying to drive through the crowd of protesters. We yelled, "Who are you? Who is
10 in the car? Is it the protesters you detained? Where are you taking them?" Some
11 protesters were in front of the car trying to ask these questions. Agents then
12 deployed tear gas at the crowd. They didn't give a warning this time either. This
13 time, I wasn't directly impacted by the tear gas, but I saw a journalist who was
14 kneeling on the floor and looking up at the sky while coughing and wiping her
15 eyes. I knew she was a journalist because I know her personally and she has
16 interviewed me before.

17     21.   I was shocked by what I witnessed and experienced that day. I have
18 been protesting for years and have never experienced anything as intense as that
19 day. It was the most terrifying thing that has ever happened to me in my life. I'm
20 really scared about the future of our First Amendment rights. It feels like the
21 Constitution doesn't even exist anymore. It was clear to me that the agents'
22 intention was to intimidate people from exercising our rights.

23     22.   The individuals who were arrested and traumatized as result of the
24 raid that day are members of my community. Their children go to our schools and
25 play in our parks. Some of them have been working and living in this country for
26 decades. They support our local economy. They are humans, just like me. I feel
27 strongly that we need to keep showing up for these protests.

28     23.   At the same time, I'm also scared. I feel unsafe. The next time I go to

a protest, I plan to wear goggles, a face mask, and a helmet to protect my head. But I'm also concerned this will in turn make me look more dangerous and militant to officers and I'm worried that could cause potential escalation. I'm concerned about my safety and I still haven't processed everything that happened that day. But I still plan to exercise my right to protest.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 18, 2025, in Los Angeles, California.

_____
A.R.