1  Matthew Borden, Esq. (SBN: 214323)
     borden@braunhagey.com
2  J. Noah Hagey, Esq. (SBN: 262331)
     hagey@braunhagey.com
3  Kory J. DeClark, Esq. (SBN: 310571)
     declark@braunhagey.com
4  Greg Washington, Esq. (SBN: 318796)
     gwashington@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
6  San Francisco, CA 94111
   Telephone: (415) 599-0210
7
   Kevin Opoku-Gyamfi, Esq.
8  (*pro hac vice*)
     opokugyamfi@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   118 W. 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone: (646) 829-9403
11
   [Additional counsel on next page]
12
   *Attorneys for Plaintiffs*
13

   Peter J. Eliasberg, Esq. (SBN: 189110)
     peliasberg@aclusocal.org
   Jonathan Markovitz, Esq. (SBN: 301767)
     jmarkovitz@aclusocal.org
   Adrienna Wong, Esq. (SBN: 282026)
     awong@aclusocal.org
   Meredith Gallen, Esq. (SBN: 291606)
     mgallen@aclusocal.org
   Summer Lacey, Esq. (SBN: 308614)
     slacey@aclusocal.org
   Jacob Reisberg, Esq. (SBN: 329310)
     jreisberg@aclusocal.org
   Mohammad Tajsar, Esq. (SBN: 280152)
     mtajsar@aclusocal.org
   ACLU FOUNDATION OF SOUTHERN
   CALIFORNIA
   1313 W 8th Street, Ste 200
   Los Angeles, CA 90017
   Telephone: (213) 977-9500

   Peter Bibring, Esq. (SBN: 223981)
     peter@bibringlaw.com
   Law Office of Peter Bibring
   2140 W Sunset Blvd # 203
   Los Angeles, CA 90026
   Telephone: (213) 471-2022

14
15 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
16

17 Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne
18 Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail
19 Olmeda,

20              Plaintiffs,

21         v.

22 Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S.
23 Department of Homeland Security,

24              Defendants.

Case No. 2:25-CV-05563-HDV-E

**DECLARATION OF ALEXANDER NADOLISHNY IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION**

25
26
27
28

1    Additional Counsel of Record for Plaintiffs:

2    Carol A. Sobel, Esq. (SBN: 84483)
        carolsobellaw@gmail.com
3    Weston Rowland, Esq. (SBN: 327599)
        rowland.weston@gmail.com
4    Law Office of Carol A. Sobel
     2632 Wilshire Boulevard, #552
5    Santa Monica, CA 90403
     Telephone: (310) 393-3055
6
     Paul Hoffman, Esq. (SBN: 71244)
7        hoffpaul@aol.com
     Michael Seplow, Esq. (SBN: 150183)
8        mseplow@sshhzlaw.com
     John Washington, Esq. (SBN 315991)
9        jwashington@sshhzlaw.com
     Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10   200 Pier Avenue #226
     Hermosa Beach, CA 90254
11   Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF NADOLISHNY ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Alexander Nadolishny**

I, Alexander Nadolishny, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe how I was subject to force in the form of pepper balls and tear gas by federal agents when I was peacefully protesting and posed no threat whatsoever to the federal officers who injured me.

3.      I am 55 years old. I moved to Southern California in 2016 and have lived in Ventura County since 2023.

4.      My current full-time job is vice president of a large engineering company. I am also a trained first responder and a safety instructor. As a part of my job, in the past I have been involved in multiple first response and recovery efforts, including damage assessment, first entry and clean-up of multiple structures in New York City following the 9/11 attacks; serving as a Logistics Coordinator for NYC Office of Emergency Management in the immediate aftermath of Superstorm Sandy; and serving as Incident Commander for the Temporary Power Mission under a contract with US Army Corps of Engineers in Puerto Rico after Hurricane Maria, where I oversaw a team of over 1,000 responders.

5.      On the morning of July 10, 2025, I heard from other individuals in the community that an Immigration and Customs Enforcement (ICE) raid was taking place at Glass House Farms located at 645 Laguna Road, Camarillo, CA 93012. I learned that farm employees' family members, and observers, were gathering at the farm. I decided to go over to the farm because I am a trained first responder and I wanted to help anyone who might need medical assistance. I brought my first aid kit with me.

6.      At approximately 1:00 p.m., as I approached the farm along Laguna Road from Wood Road, I saw parked cars and more than 100 people gathered on

1

1  the road. Lined up across both lanes of traffic on the road were more than 15

2  agents in uniforms bearing U.S. Customs and Border Protection (CBP) insignia on

3  their chests. They had pistols, M4-type rifles, MP9 submachine guns and less-than-

4  lethal munition launchers. Most were wearing gas masks, helmets and body armor.

5  They looked menacing.

6        7.    At approximately 1:30 p.m., one of the CBP agents told the protesters

7  to move back by five feet. I observed that the protesters had got closer to the agents

8  to ask under what circumstances the agents would use the lethal weapons they

9  were displaying.

10        8.    As requested, the group of protesters, myself included, moved back by

11  approximately 15 feet. One of the agents, who appeared to be the commanding

12  officer, had a verbal exchange with one of the protesters in front of me, then tapped

13  the arm of a second agent and motioned to the feet of the front line of protesters.

14  The second agent, who had a gun trained on the protesters, fired pepper balls at the

15  legs and feet of the protesters.  I was hit by pepper balls on my feet and legs.

16        9.    The agent gave no warning before opening fire at close range with the

17  pepper balls. The decision to open fire was inexplicable because the protesters

18  obeyed the request to move back and were not engaging in any violent conduct.

19       10.    As I turned and ran to escape the pepper balls, I could see that other

20  agents had opened fire and were also shooting pepper balls, hitting the second line

21  of protesters on their legs. Then the agents set off tear gas canisters. Everyone

22  scattered, trying to run from the tear gas and pepper balls. I ran into the field next

23  to Laguna Road. I heard no warning before these other agents opened fire with the

24  pepper balls and tear gas.

25       11.    After running about 100 yards away from the agents, as I turned to

26  look back to Laguna Road, I saw one of the agents pointing a gun at me. Then I

27  felt a pepper ball hit my ear. I saw the agents aiming at and hitting other protesters

28  in the head with pepper balls.

2

1    12.    I saw the agents launch at least three or four tear gas canisters into the

2  crowd of protesters. I also saw them throwing smaller cylindrical tear gas

3  grenades. I saw more than a hundred tear gas grenades on the ground. At

4  approximately 2:30 p.m., I took photographs of some of the non-lethal weapons I

5  found on the ground:



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





4

13.    I was shocked by this sudden unleashing of force on a group of people, the majority of whom were there trying to get news about family members who worked at the farm. I saw a group of teenagers who were there to try to find out if their parents had been detained. Most people did not have any protective equipment to protect them from projectiles or tear gas.

14.    Unlike most of the other protesters, I was wearing sturdy shoes and a respirator. I showed up with this protective equipment because of recent news about federal agents using force against peaceful protesters. Even so, after I was hit by numerous pepper balls, my feet and legs felt like they were on fire. My eyes and face were burning as a result of the tear gas and powder released by the pepper balls, and tears were streaming from my face. There was powder from the pepper balls visible all over my legs.

15.    I walked from the field back to the road to see if anyone needed help. Someone handed me a milk jug, and I began helping multiple people who had been sprayed in the face with tear gas canisters. I helped a lady in her sixties who appeared to have been sprayed directly in her face, because she still could not see even after I washed her eyes off.

16.    I saw approximately ten other people who had sustained injuries. A young lady wearing a tank top had welts on her lower back, and a man had a welt on the back of his neck. Based on the appearance of the wounds, I believe they were caused by rubber bullets.

17.    I left shortly before 3:00 p.m. Before I left, I saw a column of what appeared to be National Guard vehicles driving along Laguna Road towards Wood Road, escorting buses of detained migrants from the farm. I saw the insignia of the 49th Military Police Battalion. There was also a CBP Black Hawk helicopter in the air, and a CBP helicopter bearing a black stripe. As a U.S. citizen, and someone who has proudly worked alongside the military in disaster zones, it was chilling to see the National Guard lining up with the agents who had just attacked me with

5

1 | pepper balls and tear gas.

2 |     18.    My intention showing up was to support community members who
3 | were concerned about loved ones working at Glass House. The group of protesters
4 | that I joined were peaceful and exercising their first amendment rights to protest.
5 | Despite the age range of people present, and the peaceful nature of the group, CBP
6 | agents deployed tear gas and multiple types of projectiles. They did so without
7 | warning and without any provocation. Agents aimed at the heads and bodies of
8 | myself and other people who were present, including elderly individuals. I had
9 | never been attacked by tear gas or pepper balls before. Even as a first responder
10 | accustomed to scenes of trauma, this was a deeply distressing experience.

11 |     19.    My experience has made me worried about participating in protests in
12 | the future. My main concern is for my elderly parents, who are dependent on me.
13 | The events of July 10, 2025, have made it very difficult to exercise my civic duty.

14 |     I declare under penalty of perjury of the laws of the State of California and
15 | the United States that the foregoing is true and correct. Executed on July 17, 2025,
16 | in Cupertino, California.

Alexander Nadolishny

6