Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF BEVERLY DRANSFELDT IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF DRANSFELDT ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Beverly Dransfeldt**

I, Beverly Dransfeldt, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal DHS officers fired tear gas and less-lethal munitions at a peaceful crowd on Laguna Road in Camarillo, California on July 10, 2025.

3. I am an elected official and serve as the Chair of the Pleasant Valley Recreation and Park District Board. I am also a stay-at-home mom to two children.

4. On Thursday, July 10, I woke up to messages saying people were being taken from Laguna. I had a bunch of immigrant rights resources in my car, so I decided I would drive over. I actually drove to the wrong spot first because when I heard "Laguna," I thought people were talking about Laguna Farms. When I got there and saw nothing happening, I realized I was in the wrong location. I looked up the address that was sent, 645 Laguna Road, which was about 15 minutes away from where I had initially gone. I thought it was Houweling's that was being raided. I was not aware that Glass House was there as well.

5. I had no idea what I was getting myself in to. When I arrived at about 12:20 pm at a spot on Laguna Road, close to the intersection of Laguna and Wood Rd, I immediately saw people running away from something. They were running east on Laguna Road toward Wood Road. I kept driving closer to the crowds of people. As I was driving, someone shouted at me "It's not worth it, they're tear gassing people." I wanted to get closer, though, because I was afraid for my friends' safety who were already on-site and had planned on trying to get them out safely.

6. I parked alongside dozens of other cars whose drivers had pulled over on the side of Laguna Road. I was close enough that I could see a line of DHS officers, whom I call "troops." I refer to them as "troops" because they were

1

completely armored up. At this point, I was about the equivalent of one to two blocks away from the line of DHS officers. I know now that they were DHS officers because I can see their yellow badges in the videos I captured.

7. I would estimate that there were about 300-400 people on the scene, but it's hard for me to say precisely how many people were there because so many folks were dispersed, in their car, in the street, in the fields, or further down the road. They were scattered all along the road rather than in one big clump. There were some people handing out water bottles. As far as I understood, many of the crowd members were people trying to get to members of their family who were farmworkers. I know this because I held one woman's hand as she charged her phone in my car and told me why she was there. I will never forget the look on that woman's face, even with her mask on. Her hand was shaking so badly which is why I grabbed it. Another person I talked to pointed to a member of the crowd and said that person was waiting to hear from her family. There were all sorts of different people out there from small children to older women. I ran into friends and other elected officials. I even ran into people I had seen at the Camarillo City Council meeting the previous night who, during the public comment portion of the meeting, advocated for public safety in light of feeling scared and unsafe due to ICE officers' presence at 321 Cortez Circle in Camarillo. It really felt like the community was coming together. Everywhere I was, people were peaceful. The violence that eventually ensued was initiated by the federal officers.

8. I got out of the car and started to go live on Facebook. I wanted to record everything live so that no one could argue anything had been edited. I walked closer to the line of officers. There were a couple dozen officers, about 30, in a straight line blocking the street. I never got closer than about 40 feet to the officers. As far as I could tell, the closest person to the line of officers was standing about 10 feet away from the officers. I did not see anyone throw anything at or threaten any officers.

9. I was standing on the side of the road next to my friend Denae Lassen. I continued filming the officers. Then, Denae turned to me and said, "They got zip ties out. They're ready for arresting. They have zip ties in their hands if they need to detain anyone." As I looked at the zip ties the officers were holding, I said, "Look his gun's raised now, they're getting ready to shoot!" Eight seconds later they started firing. Upon seeing the officers' weapons raised, people in the crowd started walking or running away from the officers. I did not hear the officers give any sort of warning.

10. The officers started firing tear gas in the general direction of the crowd even though people had already begun to disperse – walking and running away from the officers. I believe they were using guns to shoot the tear gas canisters because I saw them raise gun-like weapons before I heard popping sounds. I screamed and started running away from the officers, east on Laguna Road. I continued recording everything on my phone. Car alarms started sounding as the officers fired multiple rounds of tear gas. I saw people around me coughing and spitting. I offered one man water. An older woman walked past me crying, and someone asked if she was okay. She responded saying, "It's just so sad."

11. Although in the mayhem of the tear gas I didn't see anyone get hit by pepper balls, I saw people with wounds. I believed that the wounds were caused by pepper balls because they looked like circular raised welts, which I know can result from being shot by a pepper ball. I also heard people talking about pepper balls, and I eventually saw people posting about rubber bullets and pepper balls on social media. I believe that the officers deployed pepper balls because I returned to the area around the farm the next day and collected munitions. I had originally thought that what I collected were rubber bullets, but when I sent photographs to others with more knowledge of less-lethal munitions, they confirmed they were pepper balls.

12. The crowd continued walking and running away from the line of

3

officers in the direction of where I had parked my car. I didn't see anyone try to approach the officers. Without warning, while I was walking away from the officers, they fired another round of tear gas. I was about 100 yards away from the line of officers at this point. I screamed again and continued running to my car.

13. By the time I got back in my car after experiencing two intense rounds of tear gas, I had been at the scene for about an hour and a half. I got back in my car and decided I was going to stay there and provide shelter for people that were gassed. Denae joined me in the car, sitting in the passenger seat. We finally had a moment to catch up. She had gotten to the scene before I did, and she told me that the tear gassing started about 45 minutes to an hour before I arrived.

14. While in my car over the next three hours, I saw and heard four to five more rounds of tear gas. I still hadn't heard any warnings from the officers. At this point I didn't have as clear of a view of the main line of officers because my car was parked farther east down the road, about the equivalent of a block away from where the line was. Denae told me that before I arrived, one person tried to get past the line of officers, which set off the first wave of tear gas. Since I had gotten there, I hadn't seen anyone try to break through the line of officers.

15. As Denae and I were sitting in the car debriefing what had just happened, out of nowhere, an officer started pointing his gun at my car. The officer was standing about 150 feet or about 10 car-lengths away from my car. I don't know what provoked him to point his weapon at us because I was literally sitting in my car trying to keep a safe distance. This really threw me off guard because this officer had broken away from the main line and raised his weapon at us again. He didn't end up shooting, but it was just scary having a weapon unnecessarily pointed right at us. I assumed the weapon was a less-lethal munition rather than a "real" rifle because I hadn't heard any sounds of traditional gunshots so far.

16. We stayed in the car and continued filming. I started seeing people run in the direction of where I was parked away from the line of officers. I then

saw tear gas as well as a green-colored gas, and I realized they had started shooting another round of tear gas at the crowd. I could see that the officers were also holding clubs.

17. I saw people pouring water on the eyes and faces of people who had been affected by the tear gas. I noticed that some people even had powder on their clothing, which I assumed was from when the officers fired the tear gas.

18. For the rest of the day, I mostly stayed in the car, occasionally getting out to check on people and offer help. The tear gassing continued in waves throughout the day. Several people came in and out of my car to seek shelter away from the tear gas.

19. At about 5 pm, I decided I had to leave because I felt like it was going to get more dangerous at nighttime when we wouldn't be able to see as well. I also heard that officers were going to close off or detain the community members present on Laguna Road west of Wood Road prior to the intersection as they were closing in with another line of guards and Ventura County Sheriffs.

20. I felt numb when I drove home. I knew I needed to talk to friends who were also there so we could share our experiences. I met up with two friends, also elected officials, in Oxnard to discuss what we had seen. We were all at different locations surrounding the farm. One of my friends told me she was nearly hit by a rubber bullet.

21. As I drove home to Camarillo from Oxnard, I felt my anxiety and fear return. I couldn't sleep, partially due to the adrenaline and partially due to the pain in my hip. I ended up staying in bed most of the next morning to try to recover and rest.

22. The next day, I went to the emergency room primarily to have documentation of my injury. At some point while I was running from the tear gas, I had hurt or torn something in my hip. I didn't sleep well that night because of the pain, and it was difficult to walk for the next several days. The doctors told me that

5

it was muscular and that nothing was broken.

23. On July 14th, I took my car to get detailed because people had accidentally dragged green powder, from the green gas the officers had deployed, into my car. I have heard that green gas, as opposed to regular tear gas, is toxic. I was worried about my husband breathing in the chemicals from the green powder because he spends a lot of time in the car during his commute. I was also worried about my kids inhaling something toxic. The detailer recommended getting my engine washed as well due to the overall exposure to the teargas fumes because that would circulate any time I turned on the air conditioning or heater. The detailer also told me I needed to keep my windows open to let things air out.

24. Despite how scary the situation was, I'm not going to stop my advocacy. The very next day, despite the pain in my leg, a friend and I went back to the area surrounding 645 Laguna Road. We thought there might still be workers hiding nearby, so we drove around shouting, asking if anyone needed support. We also picked up tear gas canisters and pepper balls.

25. Just this past week, I attended a peaceful anti-ICE protest in Camarillo. The protest marched from intersection of Santa Rosa Road and Adolfo Road down to 321 Cortez Circle where the ICE Enforcement and Removal Operations (ERO) office is located. The peaceful assembly of people was met by at least 24 ICE officers. Upon arriving at 321 Cortez Circle, I panicked because I thought I smelled teargas and felt like I was reliving the trauma all over again. I started yelling to the group to be careful because they might shoot for no reason. I did not want anyone there to go through what I experienced on Thursday. I went live on Facebook again during this experience for the sake of transparency, accountability, and accuracy. I stayed to ensure people were safe and to continue to stand up and protect my community.

1    I declare under penalty of perjury of the laws of the State of California
2    and the United States that the foregoing is true and correct.  Executed July 18, 2025
3    in Camarillo, California.

　　　　　　　　　　　　　　　　　　　　　　　_____
5　　　　　　　　　　　　　　　　　　　　　　　Beverly Dransfeldt

7