Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF DIANA BARBADILLO IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Diana Barbadillo**

I, Diana Barbadillo, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe the use of force by Department of Homeland Security (DHS) agents against peaceful protesters that I witnessed. I attended a protest on June 8, 2025, at the Metropolitan Detention Center, located at 535 Alameda St., Los Angeles, CA 90012, where I witnessed DHS agents shooting pepper balls, throwing flash bangs, and spraying pepper spray and tear gas directly at protesters.

3. I live in the Little Tokyo area of downtown Los Angeles and have been attending protests as a legal observer for around five years. I was observing and collecting information on behalf of the National Lawyers Guild of Los Angeles which has been the primary litigant of protester rights in Los Angeles for 30 years. My work as a legal observer helps to identify violations of law and to assist in monitor existing injunctions and consent decrees. At this protest, I identified myself as a legal observer by wearing a neon green hat that says, "National Lawyers Guild Legal Observer."

4. I arrived at the Metropolitan Detention Center around 12:45 p.m. on June 8, 2025, and between one and two hundred protesters were gathered in the area in front of the building on Alameda Street. When I arrived, I could see around seventy-five federal agents assembled in lines in front of the building, facing the protesters. Many of these agents were wearing fatigues and I believe these were National Guard and Immigrations and Customs Enforcement (ICE) agents. There were also around fifteen DHS agents that formed a line behind the first line of agents in fatigues.

5. At that time, there was a space of between ten and fifteen feet between

1

the protesters and law enforcement agents. Protesters were yelling chants, including some that specifically called out the National Guard, who had just been deployed to Los Angeles that day. Most of the protesters stayed back about ten to fifteen feet from law enforcement. In that space, there were some members of the press and some individual protesters encouraging other protesters to stay back.

6. Around 1:00 p.m. the group of fifteen DHS agents formed a sort of huddle behind the line of National Guard and ICE agents. As they gathered, additional DHS agents came out from the south garage entrance to the building. Also around that time, National Guard agents with shields came to the front of the line of law enforcement agents and formed a wall between agents and protesters. These agents added to the group of agents which already included National Guard agents holding guns. As the line of agents with shields moved closer to close any space in between them, one DHS agent was visible scanning the crowd of protesters and holding a pepper ball gun. She was identifiable as DHS by the patch on her uniform.

7. At or around 1:04 p.m. DHS agents near the south garage entrance began shooting pepper balls at protesters. I noticed there were about ten to twelve DHS agents shooting at protesters. They did not make any sort of announcement prior to shooting. After I saw vehicles, including one tactical vehicle, enter the south garage entrance, I understood that these shots were intended to move protesters to clear a space for cars into that garage entrance. This was not explained or announced to the protesters; agents simply started to push back against protesters with shields and pepper balls.

8. At or around 1:10 p.m. DHS agents started shooting pepper balls at the protesters gathered by the north garage entrance. In addition to pepper balls, agents started sprayed pepper spray or mace, and launching tear gas canisters and flash bangs into the crowd of protesters. Again, there was no warning of any kind from DHS agents before they began using less lethal weapons on protesters and

press.

9. At the time DHS agents started firing, there were no protesters within lunging distance of the agents. The closest people to the line of agents were press, clearly identified by their vests and camera equipment. DHS agents seemed to be targeting people holding cameras.

10. I witnessed DHS agents spray pepper spray directly at a member of the press, who was holding his camera. I also witnessed DHS agents push an elderly man that they thought was not moving back fast enough.

11. Everyone in the area was subject to the pepper spray and tear gas, which turned the block into a smoky mess. I was wearing an N95 mask, but it was not enough to prevent me from inhaling pepper spray and tear gas shot by DHS agents.

12. I ended up vomiting as a result of breathing those toxins. I have been exposed to tear gas before, but this was the first time that I was exposed to an amount that made me vomit. I was wearing contact lenses and my eyes were irritated by the tear gas and pepper spray. Some of the protesters helped me rinse my eyes, but I had to take my contacts out and replace them. The following morning, my eyes were red and crusty from the irritants.

13. I attended the protest on June 8, 2025, as a legal observer, and what I observed was DHS agents using unnecessary force and violence against people who were peacefully exercising their right to protest. The DHS agents issued no warnings before using less lethal weapons and they shot directly at protesters and members of the press.

14. Two things made this protest stand out as one of the most intense that I have ever attended. First, the use of numerous chemical agents, including pepper balls, tear gas, and pepper spray, all at once, is not something I have ever seen before. And second, the presence of federal agents who were armed with live rounds was scary and intimidating. In my observation of recent events, I believe

3

that the presence of violent federal agents has increased the likelihood of violence from local agencies. I am typically in the front of the action at protests, but considering this experience, I am more likely to be hesitant about my position at future events.

    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 19, 2025, in Los Angeles, California.

Diana Barbadillo