| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice*)<br>opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>jreisberg@aclusocal.org<br>Mohammad Tajsar, Esq. (SBN: 280152)<br>mtajsar@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN<br>CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>    Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF EDUARDO DE LA RIVA IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF RIVA ISO PLAINTIFFS' PRELIMINARY INJUNCTION

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Eduardo De La Riva**

I, Eduardo De La Riva, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe how federal agents shot smoke bombs, tear gas, and pepper balls at me and my constituents as we protested the detention of a youth in our community.

3. I am a current member of Maywood City Council. I have continuously served on Maywood City Council since 2013.

4. I was raised in Maywood. I am a program manager at Volunteers of America Los Angeles. I primarily work to provide services to people who are re-entering the community after periods of incarceration and people who are unhoused.

5. In the afternoon on Friday, June 20, 2025, I received a message that said that federal agents were at Xpress Wash on Slauson Ave. and Alamo Ave. I was driving back from job sites in the San Fernando Valley at the time. I immediately drove to Maywood and arrived at the car wash around 3:30 p.m. I parked near Riverfront Park and walked over to the car wash.

6. When I arrived in front of the car wash, I could see men in plain street clothes standing in the street and around unmarked cars by the car wash. They were blocking a lane of Slauson with their cars. The cars were angled in a way that impeded traffic.

7. Some of the men were in street clothes with a vest that said, "Police." That's what the majority of them looked like. I only saw one guy with a real badge on his waistband. Others had patches that looked like badges, several did not even have those patches. Some had helmets on, and others were wearing normal hats. The majority of the guys were masked. I think only one of the guys was not wearing a mask. They all seemed to have handguns on them. Some also had what

1

looked like paint ball gun which contained pepper balls. One guy had a pepper spray aerosol can in his hand. Another had a long-barreled gun with a what looked like a silencer.

8. I know my local deputies, LASD. There is no way these agents were LASD. I also know they were not with any of the other local agencies that are sometimes in Maywood like Vernon, Huntington Park, and Bell Police Departments. Because they were not local, I know they are federal in some way. Based on videos I've seen since the incident that depict the same agents I saw on the scene that day, I think that at least some of the agents were with Customs and Border Patrol.

9. There was a large crowd of about 50 people at the car wash when I got there. They were standing on the sidewalk on Slauson between the driveway of the car wash and the bus shelter near the southeast corner of Slauson and Alamo. You can see the area marked on the map in Exhibit 1.

10. I found my Maywood City Council colleagues and my city manager in the group by the car wash. My colleagues briefed me when I arrived. They said that there was an accident and that the young man involved in the accident was being illegally detained by the federal agents in one of the unmarked vehicles. They told me that the agents had crashed into the young man's car and that seemed to be why they were detaining him.

11. There were some people watching from the other side of Slauson too. Eventually a few people were standing in the center median on Slauson as well and in Riverfront Park, which is on the other side of Alamo from the car wash. This is also marked in Exhibit 1.

12. The people in all these locations were shouting things like, "release him," "get out of Maywood," and "you aren't welcome here." I never saw people do anything other than yelling and asking the agents to identify themselves. I never saw anyone throwing anything. Nobody had anything like rocks or weapons.

13. People were just yelling like that for like a good 30 minutes, more or less. I kept thinking, "Why are the agents still here? If they conducted their operation, why are they still standing around?" It felt like they were just antagonizing folks. During this time, I remained standing on the sidewalk near the car wash and the agents and their unmarked vehicles. My location is marked with a yellow circle and my initials in Exhibit 1.

14. At one point I yelled to an agent, "put down your mask!" He responded by grabbing the long-barreled weapon that was hanging across his body. He didn't lift it and point it, he kind of just cocked it, as if to say, "this is here." He was wearing a patch that looked like a badge.

15. A bit later an agent with a medic symbol on his helmet dropped a smoke bomb by the curb where people were protesting. He pointed his long-barreled weapon at people standing 5-10 feet away from him. Then he said "ground saturate" to the other agents a couple of times and someone dropped another smoke bomb. I know it was a smoke bomb because it did not hurt or affect us. Within a few seconds a guy who was holding the gun with the pepper balls shot them at our feet.

16. I previously participated in LASD-sponsored training for elected officials that reviewed different types of lethal and non-lethal weapons. During that training, the deputies shot off pepper balls filled with baby powder in a demonstration, so I know what pepper balls look like.

17. At no point before this happened did the agents say that we needed to leave or warn us that they were going to use their weapons. I also did not see anyone do anything to threaten the agents.

18. After the pepper balls, everyone was still yelling at the agents, saying "get out of here" and things like that. No one was doing anything violent. I saw the agents talking amongst themselves. Then one agent gave a thumbs up sign and another agent tossed a tear gas cannister from his hand towards the curb where we

3

were all standing. I was filming when this happened. You can see my video here: https://www.youtube.com/shorts/dCv8fWpblNo. They gave no warning before tossing the cannister.

19. I instantly started coughing. I had to stop shooting the video. For a second there, I thought I was going to die. I couldn't breathe, it is as if my airways closed up. I thought I was dead. Then snot started coming out of my nose and I was crying.

20. I ran across Alamo towards the park to recover. I stood in the corner of the park for a few minutes. There were people of all ages in the park. I think people in the park got teargassed too because they were coughing and their eyes were red. I could also feel the tear gas in the air there. A lady gave me a bottle of water, and I was able to rinse my face with that. While this was happening, I saw LASD deputies arrive, and the federal agents leave. I caught my breath then walked back over to the car wash to check on my colleagues.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

21. As I was checking in with my colleagues, I found a part of a tear gas cannister by the curb near where I was standing when they released the tear gas. This is the location marked with a yellow circle and my initials in Exhibit 1. I took this photo of the cannister.



22. I felt nauseous from the tear gas on Friday and Saturday.

23. It was so upsetting and heart-wrenching to watch people who were doing nothing but standing up for their community get hurt and treated like this. People should be able to protest without federal agents gassing them with tear gas cannisters and smoke bombs and shooting pepper balls at their feet. Even though this was a difficult experience, if something like this happened again in Maywood, I would still show up as a compassionate human being and as a community leader.

5

1 | I want to be there to make sure people know their rights and to help keep them
2 | safe.
3
4 |     I declare under penalty of perjury of the laws of the State of California and
5 | the United States that the foregoing is true and correct. Executed on July 2, 2025
6 | in Maywood, California.
7 |                                                           _____
8 |                                                           Eduardo de la Riva

# EXHIBIT 1

