Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,

Plaintiffs,

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,

Defendants.

Case No. 2:25-CV-05563-HDV-E

**DECLARATION OF GABRIEL TERAN IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION**

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Gabriel Teran**

I, Gabriel Teran, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe how DHS agents teargassed me when I was standing alongside my constituents as they protested ICE activity in our community.

3. I am Mayor Pro Tem of the City of Oxnard. I have served on Oxnard City Council for the past four years and five months.

4. I have spent over twenty years working in health and prevention education.

5. I earned an Associates of Science degree in Addictive Disorders Studies from Oxnard College. At Western Governors University, I earned both a Bachelor of Science degree in Information Technology and a Master's of Science degree in Management and Leadership.

6. Thursday, July 10, 2025, I along with Oxnard Councilmember Michaela Perez were in the middle of running a local youth academy program when I received a subscription text that indicated local ICE activity. I was also contacted by a community volunteer who shared that a protest was developing near the scene of the Glass House Farms.

7. When the youth program ended at approximately 2:00 p.m., Councilmember Perez and I decided we needed to head over to the area near Glass House.

8. To my knowledge at the time, there was protest activity happening at two locations: to the west of the Glass House facility on Wood Road and Laguna Road and to the east of the Glass House facility near Las Posas and Laguna. We decided to go to the westside because it made the most geographic sense based on where we were driving from.

9. Councilmember Perez and I parked on Wood Road. We walked about a quarter mile to get to the intersection of Wood Road and Laguna Road. We saw some people we knew there, and they updated us on what had been happening.




10. We were told that "ICE agents" had shot tear gas cannisters, pepper balls, and rubber bullets at the people who had gathered near the blockade further east on Laguna Road. They told us that some people needed to seek medical care after being injured by these weapons.

11. As I stood in the intersection of Wood and Laguna, I could see that some people around me appeared to have been heavily exposed to tear gas. White smoke could be seen further down the road near to the Glass House facility. There were emergency responders present, it was shared with us that some people had to be taken away by ambulance. I observed that other injured people were being treated onsite by other community members.

12. During this time, I spoke to someone I knew by the name of Alex. Alex told me he was struck with a projectile. Alex was hit on his torso. I saw the huge welt. Alex said he had white powder on his legs and pants from what was

shot at him and that it felt painful like a hot compress.

13. I stayed at the intersection of Wood Road and Laguna Road the entire time I was on the scene. Many different people were there to support and demonstrate. It was a good mix of ages—teenagers, people in their twenties, middle aged people, and a few seniors. I spoke with people who said that they had family members who work at Glass House. They were there waiting to hopefully reunite with their loved ones. Reporters from ABC7 and KTLA5 were also in the intersection.

14. I saw people holding protest signs in the area. Later some people were chanting and at some point someone arrived with a speaker and microphone. I also saw individual people become vocal. They were saying things like, "How can you do this?" and "This isn't America."

15. About ten to fifteen minutes after my arrival, I heard sirens and could see a BearCat vehicle coming from down Laguna from the direction of the facility. The BearCat vehicle was trailed by a number of unmarked SUVs and a U.S. Marshall bus. The vehicles were driving at about twenty miles per hour; fast enough that you wouldn't want to get in front of them. As the line of vehicles neared the intersection at Wood and Laguna one of the lead vehicles deployed three to four tear gas cannisters towards the several dozen people who were milling around in the area of the intersection.

16. The agents in these vehicles were not local sheriffs or deputies. Of this I have full certainty. As a councilmember, I am very aware of our local police force's vehicles, uniform, weapons, and practices.

17. To my recollection, the agents in the car did not issue a warning before using the tear gas. They did not get out of the vehicles to physically direct people out of the intersection. They just deployed the tear gas. No one was doing anything violent before the tear gas was used. People were just standing around the intersection and demonstrating. They were not blocking the path in a deliberate

way. There was general traffic, but it wasn't grid locked.

18. I know that it was tear gas because I could feel the burning in my eyes and sinuses. People around me were coughing, fanning their faces and eyes, and getting watery.

19. After the tear gas incident, Councilmember Perez suggested we document everything that was happening. I started speaking to people who had been there earlier in the day to ask them about what they had experienced.

20. The people I spoke to kept telling me the same narrative: "Down the road there is a clear line of demonstrators on one side and agents on another. The 'ICE agents' acted first. They crossed the line by tossing tear gas—and it escalated from there."

21. At approximately 3:42 p.m., the BearCat and the caravan returned, this time with vans instead of a bus. They came from Laguna Road driving east. The BearCat was in the lead with ten vans trailing. As the caravan approached the intersection of Wood and Laguna, they had lights flashing and siren sounding.

22. Once again, the agents in these vehicles were not local police force. I have full certainty.

23. At that moment, a car happened to be turning in the intersection. The caravan passed the car and continued to drive east on Laguna. They didn't issue any commands to the driver or demonstrators on the side of the road.

24. The last van that drove around the car went by slower and an agent pointed a gun at a demonstrator standing on the side of road and shot at him. The demonstrator was doing nothing. It sounded like a gun shot. For a split second I thought the person was hit by a bullet.



25. Demonstrators immediately checked in on the demonstrator to see if they were okay. The projectile hit the demonstrator on his leg and the demonstrator stated it hit his wallet.

26. I continued to watch the caravan and it drove east on Laguna. I could see that further down the road they deployed some kind of weapon because I could see white smoke and white clouds on the road. I believe they tossed more gas cannisters.

27. I can't guarantee my constituents safety from these unwarranted attacks by federal agents, and that is something that weighs on me. Since this current administration came into power, this is the first time as an elected official I have felt utterly powerless. I have had zero influence and zero voice into these matters that affect my community. It bothers me so much that I cannot guarantee the safety of the residents of my community from these federal actions—regardless of citizenship status.

28. I feel a sense of duty to protect our community and to protect our

constitution. I took an oath to do so. I felt that what was happening was wrong and our community was targeted, attacked, and victimized. I attended this event because I felt I needed to be there to do whatever I could—for my country, community and neighbors. I was there to help.

29. I feel the use of force by these federal agents and the intimidation tactics they used will have a chilling effect on a number of people. Peaceful demonstrators don't want weapons pointed at them. They don't want to be gassed. They don't want to risk their families. For me individually, I feel that if I am able to attend another protest, I should go to document. There needs to be accountability.

30. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 17, 2025 in Oxnard, California.

Gabriel Teran