Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF GRAHAM COVEN IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Graham Coven**

I, Graham Coven:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal agents used tear gas against me while I was peacefully protesting and taking photos in Downtown LA on June 8, 2025.

3. I am 20 years old and I was born and raised here in Los Angeles. I still live here in LA, in Santa Monica. In 2024, I was certified as an LA County emergency medical technician as part of UCLA's pre-hospital care program.

4. I have been really upset by the immigration raids happening in SoCal and across the country. This is my hometown. I have friends who are immigrants. In the past month, I've seen footage on KTLA of people being dragged away in vans and SUVs. It isn't as if this sort of thing hasn't been happening for decades, but the drastic escalation in scale, as well as the increasingly brazen nature, is shocking to witness. It is really scary. I keep thinking that something like that could be happening to my friends.

5. I've been going out to protests in opposition to the recent federal immigration policies. I bring my camera to all the demonstrations I attend in order to document the events for posterity. I don't sell my photographs to publications. I put them on my website, which I created as a centralized digital archive, accessible to the public.

6. I had previously gone to Downtown LA to attend an anti-ICE demonstration on Tuesday, February 4. On Saturday, June 7, I had heard about the clashes in Paramount and Compton. I had also heard that the National Guard had been deployed to the federal buildings in Westwood and in Downtown LA. On Sunday, June 8, I went downtown to join a protest. At about 11:30 AM, I parked around 1st Street and South Anderson Street, just south of the Pico/Aliso station.

1

There was a procession passing the station and heading west down 1st Street. There seemed to be about a few hundred people. When I got out of my car, I joined them on 1st Street.

7. The procession was well-organized. A few people with megaphones were leading chants. There were a lot of young people, likely students, and a lot of older folks too. It looked like a diverse array of LA natives. There were people with their small kids, and people holding signs. It was a good representation of our community.

8. I walked with the group along 1st Street, over the LA River, and into Little Tokyo. We took a right and headed north on Alameda. Once we crossed Temple, the Metropolitan Detention Center was to our left. There, we saw other demonstrators, news media, and a line of officers standing outside. You can see the route we took on the map in Exhibit 1.

9. Outside the detention center, there were officers wearing midnight blue. They had tasers, guns, and tear gas canisters on them. The backs of their vests had "police" in big gold letters, and the patches on their uniforms were shaped like a shield, outlined in gold, with gold lettering above and below. I took some high-resolution photos of them with my camera, and in the photos, I can clearly see that the front of their uniforms said DHS in gold lettering. Behind them there were also officers wearing camo uniforms, green helmets, and desert-style boots. In my photos, I can see that their uniforms had California National Guard patches on the sleeves, with a bear, a sword, a lightning bolt, and a star.

10. We stood on the sidewalk for a few minutes on Alameda, facing the officers. People were chanting and holding their signs toward the officers. The crowd was pretty dispersed. It wasn't violent at all. I was moving around taking photos. I was always at least several yards away from the officers while I was taking photos.

11. All of a sudden, the officers charged at us. The DHS officers started

deploying pepper spray and tear gas at the crowd, while other officers pointed their guns at people. There was nothing that provoked them. They just started shooting. Officers sprayed multiple tear gas canisters directly at myself and two other photographers while we were taking photos from several yards away. You can see the location where I was tear gassed on the map in Exhibit 2. I have also attached some of the photos I took at the protest in Exhibits 3-6, including one taken right before I was tear gassed. That specific photo is attached as Exhibit 3.

12. After I got tear gassed, I backed up a couple feet and tried to continue taking photos so I could document everything going on. I got photos of people getting pepper sprayed, including other photographers. There is a video that was published in the *New York Times* where you can see the exact moment I got hit.[1] You can also see in the video that it's the DHS officers at the front who are shooting at us.

13. The tear gas made me cough so hard I felt like I was going to throw up. My eyes were burning. It hurt pretty badly. I grabbed two water bottles from protestors who were handing them out from the trunks of their cars, went around the corner of the detention center, on Alameda and Aliso, and doused my face in water. You can see the area where I recovered on the map in Exhibit 2. All around me, in the street and on the sidewalk, there were scores of people bent over crying and coughing. There was tear gas lingering everywhere in the air.

14. Finally, after around 10 minutes, my eyes felt a little better and I went back around the corner to the east side of the Detention Center, on Alameda, to continue taking photos. I stayed for another few hours and then I went home. That evening and the next day, I still had a cough from the tear gas.

15. Despite all this, I have continued documenting and attending protests. I went to a protest on June 13, in front of City Hall. I also went to the "No Kings

---

[1] https://www.nytimes.com/2025/06/08/us/la-protests-immigration-photos.html (see video under July 8 at 0:25).

3

Day" protest by City Hall on June 14. I intend to continue participating in future actions as well.

16. The experience of getting tear gassed made me pretty resentful. It also made me want to be more prepared for future protests. That day, when I was tear gassed, I arrived woefully unprepared for the violence that would unfold. All I had on me was my camera. But at the "No Kings Day" protest I went to the following week, I wore a hard hat, a KN-95 mask, and construction goggles. I also recently bought two gas masks as a precaution, in case I ever find myself under similar circumstances. At "No Kings Day," I also stayed a few feet further away from the officers when I was taking photos and I was a bit more skittish when projectiles were fired than I had been previously. I am afraid that I might not be able to capture as many instances of violence or brutality if I stay further away from them, but I also don't want to be too close if something like this happens again.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16 day of July, 2025 in Los Angeles, California.

_____
Graham Coven

4

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6

