Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF HEBER MARQUEZ IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

## Declaration of Heber Marquez

I, Heber Marquez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe how I was teargassed by DHS agents as I stood alongside my constituents and students as they protested the detention of a young man in our community.

3. I am Mayor Pro Tem of the City of Maywood. I have served on Maywood City Council for the past seven years.

4. I am an English teacher in the Los Angeles Unified School District.

5. I earned a B.A. degree and teaching credential in Liberal Studies with a Concentration in Language and Literacy from Cal State Long Beach and a master's degree in School Leadership from Cal State Dominguez Hills. I recently earned a doctoral degree in School Leadership from USC with a focus on Educational Psychology and research on critical self-reflection and love.

6. Friday, June 20, 2025, I met with the Maywood City Manager at City Hall to discuss ways to support the communities impacted by immigration raids. We were talking about how best to provide mental health services and other supportive services to community members when I received a message from Mayra Aguiluz—the Mayor of the Maywood—that said that federal agents were at the Xpress Wash on Slauson Ave. and Alamo Ave.

7. I immediately drove to the area of the car wash. I parked two blocks away from the actual car wash because the street was congested. Then I ran to the car wash and checked in with Mayra, who was standing near the car wash's exit lane. This area is depicted in the map attached to this statement as Exhibit 1.

8. I saw that there were agents in the eastbound traffic lane of Slauson, blocking the lane closest to the sidewalk. They were wearing dark green and brown clothes. Some were wearing vests. One of the vests said "Police" on the back.

1

Their faces were covered with masks. Some of them had a long weapon hanging around their shoulders.

9. I know these agents were not LASD deputies because there were no LASD cars. All their cars were unmarked. Also, I know what the LASD uniform looks like; I'm familiar with them because they service our community. Additionally, I know that our City Manager had been in touch with LASD and was trying to get them to come to the scene. I believe that these agents were with one of the Department of Homeland Security agencies based on the way they dressed and the way that they were behaving.

10. About 40 people were standing on the sidewalk in front of the car wash. They were yelling things like "get out of here," "ICE doesn't belong in Maywood," and "let him go." There were also people gathered across the street on the north side of Slauson and a few people in the street median. People were clearly upset and angry, but no one was violent or throwing anything.

11. The agents were standing around in the street and by their unmarked cars.

12. Shortly after I arrived, I noticed that many of the people who had gathered in the area of the car wash were my current or former students—current sixth graders to alumni in their early 20s. I felt really impacted by the realization that this was happening in my community. It really hit home.

13. I could also see that a group of younger kids had gathered at the corner of Slauson and Alamo, in Riverfront Park. You can see the park depicted in Exhibit 1.

14. I became really focused on keeping the young people safe. I'd seen what happened in Paramount earlier in the month. In Paramount, the agents used a lot of tear gas and other weapons. One of my former students was injured by tear gas there. I was afraid the agents in Maywood would respond with similar force and I wanted to do what I could to keep the young people safe.

15. After speaking to Mayra and getting some information about why everyone believed the agents had detained the young person who was being held in an unmarked car, I went to the corner to talk to my City Manager. She was standing on the corner of Slauson and Alamo, right across from the park. While standing by the corner, I saw smoke in the crowd closer to the car wash entrance. That smoke did not burn my eyes. I think it was a smoke bomb. I took this video of the smoke bomb: https://www.youtube.com/shorts/D-eucAcMKUo.

16. I walked towards the smoke because current high school students were standing near there, and I wanted to see if they were okay. The smoke dispersed. People continued yelling just as they had been before, saying things like, "ICE doesn't belong here," "let him go," and "he didn't do anything." I did not see students—or anyone else—doing anything violent like throwing rocks before or after the smoke bomb was released.

17. I started to walk back and forth between the corner and the area in front of the car wash, just checking on people. I yelled to the kids in the park to stay on that side of the street. Thought that they would be safer in the park because the federal agents were escalating things and I did not want them to get hurt.

18. Eventually I crossed Alamo and went to stand in the park with the people and kids there. I was speaking to the kids and families in the park, with my back to the car wash, when the tear gas happened. I heard people screaming so I turned around and started filming. Here is a copy of that video: https://www.youtube.com/shorts/Y8QFn168nEU. The place where I was standing when I experienced the effects of the tear gas is marked on the map attached as Exhibit 1 with a yellow circle and my initials.

19. Then my eyes started watering, and I was coughing. I had to stop filming. The people around me, including my young students, were crying and coughing too. People started to take off in the opposite direction of the cloud of tear gas.

3

20. I ran into the park and hid behind a tree. As I was trying to find a safe place to recover, people from the neighboring homes began coming out of their houses with water bottles. I was able to use one of the water bottles to wash my eyes and face.

21. I grabbed a few water bottles, crossed Alamo, and headed back to the car wash. I wanted to see if anyone there needed help recovering from the tear gas. I covered my mouth with my jacket, and I was wearing glasses, so I had more protection than most people.

22. At that point, the agents were gone and most of the crowd had dispersed.

23. I had a headache until Saturday night. I was nauseous on Friday and Saturday. Friday night, my lungs were really bothering me. I have had trouble sleeping since this happened. I'm never going to forget seeing the eyes of the kids burning from the tear gas. I keep seeing this incident through their eyes. These kids feel like they need to show up to protest because they are citizens and they need to stand up for people who cannot. Children should never have to experience the burden of that responsibility.

24. I used to teach a unit on the power of teens in protests. The course aimed to educate the students on their rights and empower them to stand up for each other. The unit covered the MLK kids march, the East LA school walkouts, and the walkouts that have occurred more recently in response to school shootings. Just like the students who lived through those historic moments, I want my own students to be brave, but I don't want them to be placed at risk of harm. They should be able to exercise their rights without being injured. They should be able to come out to their own parks, in their own communities, without fear of being attacked by government agents.

1     I declare under penalty of perjury of the laws of the State of California and
2 the United States that the foregoing is true and correct. Executed on July 17, 2025
3 in Maywood, California.

_____
Heber Marquez

5

# EXHIBIT 1

