Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,

Plaintiffs,

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,

Defendants.

Case No. 2:25-CV-05563-HDV-E

**DECLARATION OF JEANETTE MARANTOS IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION**

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Jeanette Marantos**

I, Jeanette Marantos, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how I and others around me were teargassed by Custom and Border Patrol officers while I was on assignment covering protest activity on July 10, 2025 in Camarillo, California.

3. I have been a full-time staff writer at the Los Angeles Times since 2018. I have worked continuously as a journalist since 1980. I have held roles as a daily reporter, columnist, and freelancer. I have covered many diverse beats, from courts and law enforcement to business. Currently, I primarily work as a features reporter where I write about plants, gardening, and SoCal's changing landscapes. I also I handle other assignments, like the assignment described in this declaration, on an as-needed basis.

4. I have been a dues-paying member of The NewsGuild – Communications Workers of America since 2018.

5. My editors were looking for someone to cover the response to an immigration raid at the Glass House Farms facility in Camarillo on July 10, 2025. Because I live nearby in Ventura, I said I would go.

6. I arrived in the vicinity of Las Posas Road and Laguna Road around 2:30 p.m.

7. I was wearing a safety vest with "MEDIA" written in large letters on the back. I had my press badge clipped to the front of my vest. I wore the vest because I wanted to be clearly identifiable as a member of the press and not as a protester. I also wore an N95 mask.

8. I parked and walked west on Laguna Road until I came to an area where protesters had gathered in front of a line of federal agents who were spanning both lanes of the road and blocking the road. You couldn't go far off the

road without running into the bush beans growing there or a steep irrigation ditch. So, the demonstrators were pretty much contained on the road.

9. As I walked west on Laguna Road, headed towards the line of agents, I saw that a black pick-up truck was stopped in the middle of the road in front of the agents, and was surrounded by protesters. It looked like a law enforcement vehicle of some kind and had the word "warden" written on the side. I had the impression that the truck was attempting to drive forward, past the line of agents.

10. There were both members of the National Guard and members of Customs and Border Protection (CBP) in the line of agents that spanned Laguna Road. At this time, the CBP agents were in the front row of the line, facing the protesters, and the National Guard members were lined up behind them.

11. Most of the seven to nine CBP agents in the line had GI Joe-type gear. They were wearing dark green uniforms, gaiters, and sunglasses. Their uniforms had CBP insignia on their arms and shoulders. At least one or two were holding fat-barreled guns that seemed designed to fire tear gas canisters. There was at least one CBP person who was not in uniform. He stood at the north side of the line of CBP officers and wore a tan T-shirt, blue jeans and a short green military style vest with wording that said POLICE Federal Agent and a gold badge that appeared to identify him as Border Patrol. Like the others, he had his face covered with a gaiter and sunglasses and wore a helmet.

12. The 12 or so National Guard soldiers in the line were wearing light beige camouflage desert fatigues, helmets with clear face shields, knee-high shin guards, and were holding skinny, blonde batons in their hands.

13. I took these photos of the CBP agents and National Guard soldiers close to the time I arrived on the scene:





14. Within ten to fifteen minutes of reaching the crowd near the line of agents, I was focused on the black pickup truck, trying to identify what agent it

was from, when I noticed three to four big puffs of smoke from teargas canisters on both sides of the street. There were people standing on the sides of the street where they fired. If the CBP agents had fired in the middle of the road, they would have hit the black truck that stopped there.

15. When the tear gas detonated, I was close to the truck, in the center of the road. The gas wafted across the whole area quickly. I was about 10-15 feet away from the closest cloud of gas when it first hit. I started backing away from it and ended up moving into a cloud of gas coming from the other side of the street. I couldn’t leave the street because of the crops and ditch on the side of road.

16. I did not hear the agents make an announcement prior to releasing the tear gas. They did not have a speaker or megaphone so far as I could tell. I did not hear them say anything like, “Disperse or these things will happen.” I did not see anyone doing anything violent in the moments before the tear gas went off.

17. When the gas first hit me, I felt panicky for the first few moments and thought, “Wow, I can’t really breathe” and I struggled to see. Thankfully, I had water with me. I washed the chemicals out of my eyes and was able to recover. My editor had told me to take water with me to cover this event. At the time I thought he was just reminding me to have drinking water on hand, but I realized in retrospect that he had imagined I might need it for just this purpose. The tear gas made it difficult for me to do my job for about 10 minutes. I couldn't really tell what was going on around me.

18. As I was backing away from the gas, I did see a couple of people flinging water bottles in the air – maybe six bottles in all – towards the black pick-up truck that was then driving towards the line of agents. These protesters were pretty far back from the line of agents. I did not see the water bottles hit any agents or anyone else.

19. Once I was able to see again, I was able to get back to work. I could see that the black truck was now on the side of the line closest to the Glass House

Facility.

20. I went up to the line of agents and spoke to the CBP officers. I identified myself as press and attempted to give them my card. They wouldn't take it. I asked them if there was a public information officer on the scene. It just felt crazy to me that all this was happening, and no one was providing any information about what was going on. I attempted to talk to CBP officers, but they just ignored me. They had what I call, "empty face." Eventually the officer I approached said there was no press officer available.

21. Throughout the rest of my time on the scene, I saw protesters yell at the agents and occasionally insult them, but other than the water bottles thrown by a handful of people just after they were teargassed, the only other "violence" I saw was verbal – some people were just angry and rude.




22. I noticed that there were journalists from ABC7 and Channel 34

covering the same area of the protest as me, along with a photographer from Agence France-Presse and another who said he was an intern from Santa Monica – I'm not sure which publication. The two photographers were wearing black vests with large white lettering on the front and the back that clearly identified them as "PRESS."

23. I made a second attempt to try to speak to the CBP officers about an hour after my first attempt. I again identified myself as press and asked if someone could provide me with information about what was going on. The CBP officer I spoke to wouldn't look at me. Eventually he said there was no one for me to talk to.

24. Sometime after this, the CBP officers released tear gas again. I don't know why they did it. It could have been a vehicle trying to leave from behind the line or just that the agents were trying to push the line even further from the Glass House. I was further from the line than I had been during the first tear gas incident. I was able to get away from the smoke; it mostly dissipated before it reached me. I saw one to two canisters detonate.

25. Just like before, the agents did not issue a warning prior to denotating the tear gas. I did not see anyone do anything violent before the agents used the tear gas. I know that it was the CBP officers who used the tear gas because the National Guard agent did not have any visible canisters or teargas guns on them and they remained standing with their batons or shields in their hands the whole time I was there.

26. I saw people running away from the tear gas. I noticed one older woman who seemed to be having some real respiratory problems and people were yelling for medical care. People were pouring water in their eyes or others' eyes, trying to wash off the gas.

27. After a bit of time, people walked back towards the line again. The crowd grew. I would estimate that about a quarter of the people in the crowd were

there anxiously waiting for their loved ones, including teens and family members who were asking about parents, children or siblings. I spoke to a family – a mother and three teens – who said they hadn't heard from their dad since earlier in the morning and they were concerned about him.

28. CBP used tear gas a third time while I was there. It appeared that it used tear gas this time because it was trying to clear the way for four ambulances and a fire truck that were driving east on Laguna towards the line of agents and the crowd. I did not hear or see the agents attempt to direct people to move before using the tear gas this third time. I never heard them say “Do this and if you don’t we'll do this.” I didn't see them break formation to direct people in any way except one time when a Border Patrol agent motioned to someone off to the side in the bean field to get back behind the security line they had established. This time it seemed CBP shot just one or two canisters; it did not seem to be as much tear gas as before. Again, they shot the canisters towards each side of the road. There were people standing close to where it was shot. I did not see them fire into the middle of the crowd.

29. Around this point in the afternoon the CBP agents put on what appeared to be gas masks and the National Guard members switched from holding batons to clear shields. In total, I think there were now about 30 agents in the line, 10 BP agents and about 20 National Guard.

30. At about 7:30/7:45 p.m. my editors told me I should go home. By then, employees were being permitted to leave the Glass House Farms facility, heading east to Las Posas Road.

31. When I got to my house, I immediately showered and washed all my clothes. I realized later I probably should have done something to prevent the chemicals from entering my car.

32. The article I wrote about this event is attached to this declaration as Exhibit 1.

33. I wanted to cover this event in part because I was so close, I could get there more quickly than my colleagues, but also because I think it's important for people to know what is happening. We are living in a time when people seem to struggle to know who to trust. They want to see things with their own eyes. Based on the interviews I did, that was certainly true for some of the people who came out to the Glass House protest that day. It's our job as journalists to credibly explain what we are seeing and I want to be able to continue to cover protests in Southern California.

34. Being tear-gassed and not being able to breathe and see properly was unsettling and will change my approach to covering events like this. In future, I will definitely make sure that I have more appropriate gear, such as eye protection and something more significant than an N95 mask. I will wear long sleeves, to have less exposure to chemicals and bring water to be able to rinse off my face. My editors have encouraged me to get this equipment from them, and attend a training offered by the LA Times on how to safely cover protest activity, which I intend to do.

35. I have thought about being in an open-air location with a slight breeze probably mitigated the effects of the gas. If this had happened in a city, or if we had been kettled in an urban area somewhere – I'm sure the effects from the agas would have felt far worse.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 17, 2025 in Ventura County, California.

Jeanette Marantos