Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF KRISTIN ELLISON IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
   2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
   Telephone: (310) 393-3055
6
   Paul Hoffman, Esq. (SBN: 71244)
7  hoffpaul@aol.com
   Michael Seplow, Esq. (SBN: 150183)
8  mseplow@sshhzlaw.com
   John Washington, Esq. (SBN 315991)
9  jwashington@sshhzlaw.com
   Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
   Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF ELLISON ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Kristin Ellison**

I, Kristin Ellison, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe how federal agents shot and tear gassed protesters in Camarillo, California on July 10, 2025.

3. I am a resident of Ventura, California, and I volunteer with a group that acts as legal observers and provides know your rights information, including to people being detained by federal agents.

4. On July 10, I learned that a raid was happening at Glass House Farms in Camarillo. I arrived at the scene on Laguna Road around 12:30 PM. There were about fifteen federal agents blocking traffic going eastbound on Laguna Road. They were positioned between the Glass House Farms and Wood Road. I know these were Border Patrol agents because they wore uniforms that had "Border Patrol" patches on them. These agents had less-lethal weapons and wore gas masks. There were about eighty to one hundred people there protesting the raid. The protesters were yelling at the agents, saying things like "How dare you" and "Your mother didn't raise you right." I positioned myself close to the front of the group of protesters. I moved between the center of the road and the side of the road throughout the two hours I was there.

5. The federal agents fired pepper balls, rubber bullets, and tear gas at protesters at a near-regular cadence throughout the time I was there. Every thirty minutes or so, the agents would shoot at us, push us down the road, retreat, and we would return. The federal agents shot and teargassed without providing any warning, and they even did this to protesters who were just trying to clarify the agents' instructions.

6. For example, at 1:30 PM, one protester asked the agents how far away they wanted the protesters to stand. One of the CBP agents said, "Five feet." The

protester then took five large steps away from the agents—the distance was more likely fifteen feet—and told fellow protesters, "This is five feet." One Border Patrol agent said something to another, who then began shooting at the feet of the protester. The rest of the agents began firing pepper balls and tear gas, and they continued to shoot as we ran away.

7. I know that the agents used pepper balls because I saw them on the ground. When I stepped on one, it turned into powder. My colleague was also hit in the leg by a pepper ball, which caused his skin to burn. I also suspect the agents fired rubber bullets at the protesters because I saw them on the ground. I recognized the rubber bullets by their size and blue color. I am certain the agents used tear gas because it caused me to cough persistently and made it painful to open my eyes. The cough stuck with me for hours after the protest.

8. After witnessing four cycles of shooting and teargassing, I left the protest around 2:40 PM.

9. My experience in Camarillo left me shaken. I am more nervous to attend protests like this in the future, but I will continue to go because it is important we stop this attack on our communities. Next time, I will be better prepared for the violence and bring more protective gear such as a gas mask.

10. I am providing this declaration because I believe the government should be held accountable for its actions. The agents attacked people for no good reason—they shot and tear gassed people who were just pleading for their family members being arrested at Glass House Farms. I think it is important to speak out against what the government is doing because it is a threat to our rights, whether we are citizens or not.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 18, 2025, in Ventura, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Kristin Ellison