| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice*)<br>opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>jreisberg@aclusocal.org<br>Mohammad Tajsar, Esq. (SBN: 280152)<br>mtajsar@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>      Plaintiffs,<br><br>      v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>      Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF MARITZA GUARDADO IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF GUARDADO ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Maritza Guardado**

I, Maritza Guardado, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe how I saw federal agents teargas people who had gathered in my community to protest and question the arrest of a teenager on Friday, June 20, 2025.

3. I am a longtime resident of Maywood. I am a special education teaching assistant at the Ellen Ochoa Learning Center, which is part of the Los Angeles Unified School District.

4. At about 2:53 PM on June 20, 2025, I was on my way home from running errands when I drove by a group of what appeared to be ICE agents. Traffic was moving slowly and I was in the passenger seat, so I could see that they had detained a teenager, who was sitting in the back of a blue Chevy Tahoe that appeared to belong to the ICE agents. I thought they were ICE agents because they looked similar to the agents I had seen in the news and on social media—they wore tactical gear, camouflage, and covered their faces with gaiters and drove unmarked SUVs with tinted windows. I am also familiar with the uniforms of the local police and sheriff departments, and these were clearly not local officers. The agents were positioned in front of the Xpress Wash on Slauson Avenue and had blocked the right lane of eastbound traffic on Slauson with multiple SUVs and a Nissan Murano. At this time, it looked like a small crowd had gathered—I think they were employees of the car wash—and they were filming the scene with their phones. I continued through the traffic and headed home.

5. At around 3:15 PM, I left the house with my father because we had to return an item at the Ace Hardware on Slauson. As we headed westbound down Slauson, I saw about twenty to twenty-five people gathered by Xpress Wash. Two others were on the median of Slauson, and about four people stood across the street

1

on the north side of Slauson. There were about eight federal agents in the street, facing the crowd. My father and I got out of the car because we were concerned about the detained teenager. We had heard in the news about how ICE was abducting people across Los Angeles and we were worried the same thing would happen to the teenager. We joined the four individuals on the north side of the street, directly across from the Xpress Wash, and I began recording the scene on my phone. This is where I remained throughout the protest, and about eight to ten more people joined us over the next thirty minutes.

[Aerial map diagram showing the protest scene with labels: OTHER OBSERVERS, Maritza Guardado, OTHER OBSERVERS, PROTESTERS, FEDERAL AGENTS AND VEHICLES, SLAUSON AVE., Bus Stop, PROTESTERS, Xpress Wash, Calfreeze Corp., ALAMO AVE., PROTESTERS, Riverfront Park. Legend: cloud symbol = Tear gas usage; arrow = Protester movement. Numbered markers 1, 2, 3, 4.]

6.      I originally thought that the federal agents were part of ICE, but I could now see that some of the agents had "POLICE" and "Border Patrol Federal Agent" patches on their tactical vests, so this group may have been a mix of ICE and Border Patrol agents or just Border Patrol agents. The federal agents wore casual clothes—such as jeans, short-sleeve t-shirts, and gym shoes—while others wore cargo pants and heavy-duty boots. At least five of the agents wore gaiters to cover their faces and some of them were wearing sunglasses.

7.      The crowd on the sidewalk directly outside of Xpress Wash and

Calfreeze Corp. chanted, "Shame," "Get out of Maywood," "Let him go," and more. Many people in the crowd near the Xpress Wash had their phones out to record. Two of the federal agents started recording on their phones as well.

8. Around 3:32 PM, a federal agent started taking pictures of the BMW that appeared to belong to the detained teenager. They also pulled the teenager out of the blue Chevy Tahoe and began taking photos of him, including shots of his profile and the back of his head. I felt like the officers were making a show of their power and intentionally riling up the crowd. The crowd continued to shout. The agents then put the teenager back in the blue Chevy Tahoe.

9. Throughout this whole time, I did not see any protesters on the sidewalk or street throw anything. Around 3:34 PM, a white car going westbound down Slauson threw a plastic water bottle toward the agents as it drove by. The bottle landed about five feet away from one of federal agents.

10. At 3:43 PM, a federal agent went inside the detained teenager's BMW through the driver's door. It seemed like they were searching through the car and that the federal agent pulled out something small, possibly the car keys.

11. At 3:50 PM, the federal agents' body language made it seem like they were trying to leave the area. Some agents rushed around the front of the blue Chevy Tahoe and faced the crowd on the sidewalk. The crowd's chanting became more intense. One of the federal agents armed himself with a crowd control weapon that looked like a paintball gun.

12. At 3:51 PM, the federal agents underhand-tossed a tear gas cannister next to the protesters who were standing between Xpress Wash and the Calfreeze Corp. building, which is located at the southwest corner of Slauson Avenue and Alamo Avenue and right across the street from Riverfront Park. There were about twenty-five people—a mix of adults, teens, and a few seniors—in the area. These people started to run. I know it was tear gas because I could smell and taste it in the air from across the street. I also heard a loud bang come from the south sidewalk,

which caused the crowd there to scream. There was lots of yelling from both the protesters and the federal agents, but I did not hear any clear warning issued from the agents before they used the tear gas. Some protestors moved toward Riverside Park on the southeast corner of Slauson and Alamo at this time.

13. Around 3:58 PM, I noticed a crowd of about thirteen people on the southeast corner of Slauson and Alamo, in front of Riverfront Park. The federal agents now stood in the intersection of Alamo and Slauson. A group of about sixteen people—a mix of teenagers and adults—stood by Calfreeze Corp. There were also about fourteen people standing by the bus stop on the corner near Calfreeze Corp. Many of the people at the bus stop were recording the scene on their phone and some were holding their noses because of the tear gas. Without any warning, a federal agent tossed a teargas cannister at the people standing at the bus stop, who started to run. It felt like the federal agents were intentionally causing a panic. An officer who was wearing a gas mask walked from the intersection toward the tear gassed area with his crowd control gun drawn. Some officers got back into the SUVs. In two of the SUVS, a federal agent stood up and hung out of one of the back doors. Meanwhile, another federal agent tossed a tear gas cannister at the Calfreeze Corp. corner. I could see the gas rising from that area. It looked like they were trying to clear all the people off this corner.

14. At this time, I saw two civilians—a kid wearing sandals and a woman in a dress—standing on the median on Slauson. One of the federal agents got out of his car and pretended to throw a tear gas cannister at the kid. The kid, who had done nothing threatening, flinched. The agent then quickly got back in his car and drove off down Slauson. Meanwhile, some of the people who were standing on the corner by Calfreeze Corp. ran across the street into Riverfront Park to get away from the tear gas.

15. Other SUVs belonging to the federal agents drove through the intersection of Slauson. I saw an agent hanging out of the door of a black SUV.

4

The federal agents who were still on the ground turned their attention toward Riverfront Park. Then there was a flash and a loud bang by the park. I also saw what looked like tear gas near the edge of the park. All of this is captured on video, which is linked here: https://www.youtube.com/watch?v=lh_kBnLbIe8&ab

16. Later, I saw a video on Instagram and TikTok that showed the officer who was hanging out of the black SUV throw a tear gas cannister toward the park, where some of the adults and kids at the protest had dispersed. That black SUV never stopped moving.

17. By about 4:09 PM, a massive helicopter that said "Air and Marine Operations" started circulating the area. I knew this likely belonged to a federal agency because it was much larger and more powerful than the local police and news helicopters I normally see in the area. I left by 4:15 PM.

18. I was not in the direct line of the tear gas. The wind was blowing in the other direction. And I was wearing sunglasses. Still, that night my eyes were really irritated. When I washed my face the next day, my eyes burned.

19. I am confident about the details in this declaration because I have reviewed the numerous videos that I recorded.

20. I am providing this declaration because I want to hold these federal law enforcement officers accountable for their actions. They teargassed people who posed no threat to them—people who were just speaking up against injustice. They have treated my community unfairly and they are spreading fear across Los Angeles.

21. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 2, 2025 in Maywood, California.

Maritza Guardado

5