Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
  opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
  mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
  jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF MAYRA AGUILUZ IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
       carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
       rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
    2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
    Telephone: (310) 393-3055
6
    Paul Hoffman, Esq. (SBN: 71244)
7      hoffpaul@aol.com
    Michael Seplow, Esq. (SBN: 150183)
8      mseplow@sshhzlaw.com
    John Washington, Esq. (SBN 315991)
9      jwashington@sshhzlaw.com
    Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
    Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF AGUILUZ ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Mayra Aguiluz**

I, Mayra Aguiluz, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    The purpose of this declaration is to describe how I was tear-gassed by masked Homeland Security Investigations and Customs and Border Patrol agents while standing alongside protesters as I attempted to learn more about a detention that was happening in my community.

3.    I am the Mayor of Maywood, California. I have held this position since December 2024. I previously served the City of Maywood as a City Council Member from November 2022 to December 2024.

4.    I am a lifelong resident of Maywood. I work at Kaiser Permanente as an on-duty therapist. I provide services to patients who are experiencing mental health crises.

5.    At 2:56 p.m. on Friday, June 20, 2025, a resident called to say that federal agents were at Xpress Car Wash near the corner of Slauson Ave. and Alamo Ave. in Maywood.

6.    I immediately drove to the area of the car wash. When I arrived around 3:00 p.m., I saw a group of agents standing around four unmarked cars parked in the right lane on Slauson in front of the car wash. There was also a bright blue BMW sedan parked in the street near the unmarked cars. Five to ten community members were gathered on the sidewalk near the car wash. One community member was standing in the median area on Slauson Ave. These areas are depicted in the Exhibit 1.

7.    I knew right away that these agents were not local officers because of the way they were dressed. LASD patrols Maywood and I know what LASD uniforms look like. These agents were wearing vests that said "Police" on the front and "Border Patrol" on the back. They had handguns in holsters on their belts

1

1      8.     The federal agents had a young man detained in one of their cars and

2    the agents were standing around on the street and sidewalk.

3      9.     I approached the agents and asked them what they were doing.

4    Initially they told me they were following the young man who was the driver of the

5    BMW for an investigation. I asked to see some paperwork about why they were

6    following him. They did not respond.

7      10.     I went up to the unmarked car where the young man was detained.

8    The windows were up and there was a sunshield in the front window, so I couldn't

9    record him or communicate effectively. I tried to yell information about his rights

10   into the car loudly so that he could hear it. I screamed information about ten times,

11   things like, "don't sign anything," and "ask for a lawyer."

12     11.     Then I returned to the sidewalk to observe what was happening and

13   continued to try to gather information. During that time, I learned that the detained

14   person's girlfriend was on the sidewalk near the car wash with us. She told the

15   agents that the young man is a U.S. citizen. More people began gathering on the

16   sidewalk between the car wash and a bus stop. This area is marked in Exhibit 1.

17     12.     Five to ten minutes after the agents told us they were following the

18   young man for an investigation they switched up their story and said that the young

19   man was being detained because he was obstructing their investigations in some

20   way that was a federal crime.

21     13.     The group of people with me asked the agents to see their

22   identification. One of the agents told me his name was Juan Sanchez, that his

23   identification number was 426, and that they were with Homeland Security

24   Investigations. Another showed us his identification. I recorded this in a video that

25   you can see here: https://www.youtube.com/shorts/W9CF7KI-7P0. This is a

26

27

28

2

1 | screenshot of the badge he showed me:



20 | At this time, I heard one of the agents say the needed to call for LAPD or LASD to

21 | "come out here right now."

22 |     14.    Around this time, I noticed that some people had gathered on the

23 | north side of Slauson, across the street from where I was standing near the car

24 | wash. You can see that area marked with "other observers" on Exhibit 1.

25 |     15.    Around 3:30 I saw the agents search the BMW. They went in and out

26 | of the car several times.

27 |     16.    At that point I noticed that the car wash had a surveillance camera

28 | pointed at the area where the blue BMW was parked. I went into the car wash and

3

1  asked to look at the footage. A car wash employee got the footage and texted it to

2  me. In the video you can see the unmarked car pull up in front of the car wash and

3  stop suddenly in the driving lane. The driver of the unmarked car then opened his

4  car door directly into the BMW as it was trying to drive down the street. You can

5  see the young man who was driving the BMW get out of his car and approach the

6  driver of the unmarked car. Here is copy of the surveillance footage I got directly

7  from the employee at the car wash:

8  https://www.youtube.com/watch?v=t1z8LZClf7Y.

9        17.    When I returned to the sidewalk in front of the car wash after

10  reviewing the surveillance video, the crowd there was bigger than it had been

11  before.

12        18.    I told the agents that I'd seen the surveillance video and that it was

13  clear the young man hadn't done anything wrong, and he should be released. They

14  just ignored me. They continued to keep walking around the cars and the street,

15  where cars were still driving in one lane.

16        19.    Meanwhile, the people gathered on the sidewalk were yelling things

17  like "let him go," "you aren't welcome here," "we don't want ICE in our city," and

18  "everything you are doing is illegal." They were standing on the sidewalk because

19  that's where the agents told them to stand. There were maybe 50 people spread

20  from the car wash to the corner of Slauson and Alamo.

21        20.    I walked to the corner of Slauson and Alamo so I could speak to my

22  City Manager, who was standing there. LASD started showing up then. Just as

23  LASD was arriving, federal agents began getting more aggressive. At one point, I

24  turned and was looking towards the park while talking to my City Manager. I could

25  see that there were other protesters scattered in the park. I heard a commotion

26  behind me and turned. That's when I saw the cloud of tear gas. The area where I

27  saw the gas go off is shown in Exhibit 1. The location where I was standing when I

28  felt the tear gas marked with a yellow circle and my initials.

4

21.     Before the tear gas was dispersed, I didn't hear the agents give any warnings to tell people they were going to use the gas.

22.     When the gas went off, I started choking. A lot was happening then, but I think the agents also tossed tear gas in the park just east of the corner where I was standing because I heard a noise from that direction. I had a terrible cough and felt like I couldn't breathe. I saw people putting water on their faces and in their mouths. I didn't have any protection, so I covered my face with my shirt.

23.     It was so upsetting because the protesters had not done anything wrong. There were also people who got gassed who were just trapped at the car wash when the federal agents showed up, including kids.

24.     I was nauseous for the rest of the day Friday. I struggled with a cough on Saturday morning. I also had a headache on Friday, all day Saturday, and part of Sunday.

25.     This experience was terrifying because you don't know how the agents are going to react. It makes you feel like you have to put your guard up. Now every time I see on the news or hear reports of them being in Southeast LA, I think about violence. My heart rate increases and my hands get sweaty. Even talking about it now makes me want to throw up. It brings back the trauma.

26.     If federal agents show up in my community again, I will still go to observe. As mayor, it is my duty to protect my residents. I need to show up for them and do what I can to protect them. If I can't do that, I am failing them. But at the same time, I would be afraid. At the very least I would feel like I needed something to protect my face from the gas.

5

1        I declare under penalty of perjury of the laws of the State of California and

2    the United States that the foregoing is true and correct.  Executed on July 2, 2025

3    in Maywood, California.

4                                                          _____

5                                                          Mayra Aguiluz

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

# EXHIBIT 1

