| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323) borden@braunhagey.com | Peter J. Eliasberg, Esq. (SBN: 189110) peliasberg@aclusocal.org |
| J. Noah Hagey, Esq. (SBN: 262331) hagey@braunhagey.com | Jonathan Markovitz, Esq. (SBN: 301767) jmarkovitz@aclusocal.org |
| Kory J. DeClark, Esq. (SBN: 310571) declark@braunhagey.com | Adrienna Wong, Esq. (SBN: 282026) awong@aclusocal.org |
| Greg Washington, Esq. (SBN: 318796) gwashington@braunhagey.com | Meredith Gallen, Esq. (SBN: 291606) mgallen@aclusocal.org |
| BRAUNHAGEY & BORDEN LLP 747 Front Street, 4th Floor San Francisco, CA 94111 Telephone: (415) 599-0210 | Summer Lacey, Esq. (SBN: 308614) slacey@aclusocal.org |
| | Jacob Reisberg, Esq. (SBN: 329310) jreisberg@aclusocal.org |
| Kevin Opoku-Gyamfi, Esq. (*pro hac vice*) opokugyamfi@braunhagey.com | Mohammad Tajsar, Esq. (SBN: 280152) mtajsar@aclusocal.org |
| BRAUNHAGEY & BORDEN LLP 118 W. 22nd Street, 12th Floor New York, NY 10011 Telephone: (646) 829-9403 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA 1313 W 8th Street, Ste 200 Los Angeles, CA 90017 Telephone: (213) 977-9500 |
| [Additional counsel on next page] | Peter Bibring, Esq. (SBN: 223981) peter@bibringlaw.com Law Office of Peter Bibring 2140 W Sunset Blvd # 203 Los Angeles, CA 90026 Telephone: (213) 471-2022 |
| *Attorneys for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security, <br><br> Defendants. | Case No. 2:25-CV-05563-HDV-E <br><br> **DECLARATION OF MÓNICA SOLÓRZANO IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
   2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
   Telephone: (310) 393-3055
6
   Paul Hoffman, Esq. (SBN: 71244)
7  hoffpaul@aol.com
   Michael Seplow, Esq. (SBN: 150183)
8  mseplow@sshhzlaw.com
   John Washington, Esq. (SBN 315991)
9  jwashington@sshhzlaw.com
   Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
   Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF SOLORZANO ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Vice Mayor Mónica Solórzano**

I, Mónica Solórzano, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how DHS agents shot flashbangs and smoke bombs at me and others on July 10, 2025 at the Glass House Farms facility in Santa Barbara County.

3. I am the current Vice Mayor of the City Council for the City of Carpinteria. I have held this position since January 2025.

4. I have worked for the University of California, Santa Barbara for 20 years. I am currently employed by the Office of Research, where I review human subjects research proposals. Before holding this position, I spent over 15 years in the Office of Community and Government Relations.

5. I earned a Master's degree in Education from Teachers College at Columbia University and a Bachelor's degree from Princeton University.

6. On Thursday, July 10, 2025, in my capacity as a city council member, I attended an open house at the Carpinteria Children's Project (CCP), a non-profit that provides primarily low-income families childcare and wraparound services. The event began at approximately 10:00 a.m.

7. Midway through a tour of the organization, the Executive Director of CCP, Teresa Alvarez, paused the event and emotionally shared that federal agents had arrived at the Glass House Farms facility, located near Casitas Pass Road and Route 192.

8. I was immediately concerned about this developing situation. I left CCP shortly after Teresa's announcement and headed to the intersection of Casitas Pass Road and Route 192. I arrived there about 11:00 a.m.

9. When I walked up to the intersection, I saw a crowd of people standing in the area where the two roads meet to form a T.

1

10. The Glass House facility is on Route 192; you turn right to access it from the Casitas Pass intersection. Federal agents were organized in clusters or lines across both lanes of Route 192 near the stop sign, blocking the road that leads to the Glass House.

11. After joining the group in the intersection, I was able to see that the agents were wearing several different types of uniforms. Some wore uniforms that

2

said "Police HSI." Other agents had vests that said "HSI." I also saw uniforms that had "Army" written on them. I also saw some agents wearing tan fatigues that also said " Police HSI." I have since learned that HSI stands for "Homeland Security Investigations." Some of the agents in tan fatigues had badges on their shoulders that said "U.S. Customs and Border Protection." I also saw agents in tan fatigues with shoulder patches that read "SRT," which I understand to mean "Special Response Team." Several of the agents wore Gator-style masks over their faces. Here are the photos I took that clearly show their uniforms:



3




12. Most of the agents carried firearms at their waists. Several were carrying large weapons that looked like rifles. At least one of the weapons I saw had an orange stripe on it and one had something that looked like a scope affixed to it. The agents were wearing belts that held various items, including canisters.

13. Tanks and other vehicles were parked just beyond the line of agents on Route 192. All the vehicles looked like they would be used in a military context. One had something mounted on top of it that I imagine would be used for a gun.

14. A diverse crowd of people were standing in front of the agents in the intersection. I recognized many people from around town. My general impression was that people were there to bear witness to the events. They were filming and taking photos. The sentiment in the crowd was one of disbelief and concern. Many were asking the agents, *"Why are you here?"* No one was pushing or throwing anything. It seemed very peaceful.

15. At about 12:10 p.m., the situation escalated when agents tried to clear a path for a vehicle coming from the direction of Glass House to exit their blockade by driving through the intersection. The agents started to move towards the group gathered there.

16. I was standing near the front of the group of residents, along with Mayor Natalia Alarcon and Councilmember Julia Mayer at this time. A few of the people in this part of the group had clasped their hands in front of their bodies as if to show they weren't there to do anything harmful. Suddenly, I saw one of the agents who was wearing tan army fatigues that said "SRT" quickly throw a cannister directly at our feet. I looked down and it went off. The canister flashed and made a loud explosive sound, like a firecracker. The noise hurt my ears.

17. It felt crazy because nothing had happened before that moment to make me anticipate that this could happen. To my recollection, the agents did not issue any warning, announcement, or command to disperse before throwing the

canister, which I now believe was a flashbang device. Nor had there been any provocation by the crowd.

18. When the flashbang detonated, the people around me started screaming and running. I fell to the ground and thought I was going to be trampled. Because I was so scared, it felt like I was there for a while, but I guess I was able to scramble back to my feet fairly quickly. As I stood up, I could see that other people had fallen too.

19. While we were recovering from the flashbang denotation, I realized that the vehicle was able to make its way through the intersection. But there was no reason for the vehicle to pass through the crowd of protestors. There were no sirens or any other alerts coming from the vehicle indicating that it was responding to an emergency. Nor were there any emergency personnel present. We were also on a two-way road so the vehicle could have gone in the other direction.

20. I cut my elbow and sustained bruises and other injuries on my knees.



21. I texted the Carpinteria City Manager, who arrived shortly after with our City Attorney and brought some basic first aid supplies. Later on, I also saw the First District Supervisor, Roy Lee, and described the deployment of the flashbang to him and the injuries I sustained as a result thereof to him.

22. After bandaging my wounds, I stayed on the scene to continue to witness the agents' actions, which felt so far beyond the realm of what was normal or acceptable. I believed it was important for me to be there alongside members of my community and the constituents who elected me as they expressed their rights First Amendment rights.

23. Shortly after this, around 12:30 p.m., I saw Congressman Salud Carbajal arrive at the intersection. Congressman Salud Carbajal walked up to the first line of agents and said something. He walked then through the first line, kept going but then it looked like someone stopped him. He was asking to inspect the operation under his Congressional authority. I later saw a video that confirmed that agents pushed him to prevent him from going down the road.

24. There were also several reporters on and journalists on the scene. I saw John Palminteri of KEYT NewsChannel 3. I also saw Lance Orozco of NPR on the scene.

25. At about 12:45 p.m., some of the agents started returning to their vehicles, which were positioned behind them on the road towards Glass House. The community members in the intersection started pleading with the agents not to remove people from their communities. They began yelling and chanting, saying things like, "you are tearing apart families," and "immigrants are important to Carp!"

26. The agents that had been in the intersection began moving towards a big black truck that was parked behind them. As they were leaving, one of them threw a device in the middle of the crowd. I recall that this agent was also wearing tan fatigues with a "SRT" badge. I was a few yards away from where the smoke bomb landed. It looked to me like the agent who threw the bomb was aiming for the area where people were standing. Smoke filled the whole area. It was hard to breathe. At first, I started to walk deeper into the cloud of smoke because Congressman Salud Carbajal was there and I wanted to make sure he was okay but I struggled to breathe after walking forward a few feet and backed up.

27. Nothing happened before the agent threw the smoke bomb that would justify its use. None of the witnesses were approaching the federal vehicles nor did they pose any threat to any agents. And I did not hear any verbal warning before the smoke device was deployed.

28. After the smoke was deployed, I could not see much. But I observed agents on the truck aiming rifle-shaped weapons toward the crowd. I saw several people jumping back and yelling as if they had been struck with a rubber bullet or possibly something worse.

29. I left the scene along with many others after the agents left the intersection.

30. I try really hard to be an objective person. However, there is no way to deny how horrible this incident was. There was no justification for the agents' behavior. My experience from that day motivates me to continue to try to be present for these types of situations in the future. If there is anything I can do to increase awareness about the federal government's actions, I want to do it. However, this was a chilling experience. I feel scared that DHS agents feel comfortable using weapons against people who are just peacefully observing their actions. I don't know where we go from here. I just know that if we are not present then we cannot hold them accountable at all, so I will continue to do my best to show up for my community.

31. As Vice Mayor I have received racist attacks, including comments suggesting ICE should "pick me up" or that I "go back to Mexico" because of my protest activity. I also received an anonymous postcard at my home address.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of July, 2025 in Carpinteria, California.

_____
Mónica Solórzano

9