Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>    Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF NADIA TAHA IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
 carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
 rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
 hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
 mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
 jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF TAHA ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Nadia Taha**

I, Nadia Taha, hereby declare:

1. I am the Executive Director of the Media Guild of the West ("MGW"). MGW is a local union of The NewsGuild Communications Workers of America ("TNG-CWA") which represents journalists and media workers that report on newsworthy events across Southern California, including in Los Angeles, Orange, Ventura, San Bernardino and Riverside Counties. TNG-CWA is a plaintiff in the above-captioned action. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. As a local union of TNG-CWA, MGW provides representation for more than 689 member journalists and media workers at the Los Angeles Times, the Los Angeles Public Press, the Southern California News Group, the Desert Sun, and other publications.

**Media Guild of the West's Response to DHS Press Rights Violations**

3. As a local labor union of TNG-CWA, MGW's purpose is to further TNG-CWA's member-focused goals, which includes advancing the economic interests and improving the working conditions of its members.

4. To that end, MGW bargains collective bargaining agreements, represents, organizes and supports the National Labor Relation Act rights, safety, and occupational wellbeing of its members.

5. Since June 6, 2025, I have had to divert time and resources from other union activities to address press rights violations by DHS agents. Other union staff and members have also supported these efforts.

6. Our response efforts include, but are not limited to, checking on the wellbeing of journalists who have been brutalized by DHS agents; collecting information and tracking instances when journalists have been injured, arrested, searched, seized, and detained by DHS and other federal agents; expressing public

1

concern about the press violations by DHS agents and the need for newsroom managers to provide safety gear to journalists covering protests; signing onto a letter to Secretary of Homeland Security Kristi Noem to express alarm that federal officers have been violating the First Amendment rights of journalists covering immigration raid protests and urging immediate DHS action to ensure that federal officers and personnel refrain from unlawful, indiscriminate and excessive use of force against the press and the public; meeting with member journalists to discuss their rights to safety measures and to receive safety gear from their respective employers for protection against violent actions by DHS agents and how best to advocate for these necessary safety measures and safety gear; advising member leaders on how to best support journalists covering immigration raid protests and the information and resources that they should be providing to journalists at risk of injury or retaliatory action by DHS agents; reviewing, circulating, and supporting the drafting and placement of a TNG-CWA authored op-ed that further expressed the organization's alarm and concern that federal officers have continued to violate the First Amendment rights of journalists covering immigration raid protests.

7.  On June 9, 2025, MGW released a statement on press safety while covering ICE related protests. The statement expressed the local union's concerns about the journalists who had been injured while covering the ongoing protests of immigration raids. At the time the statement was released, MGW knew that at least one of its members, Ryanne Mena, had been injured during protests that took place on June 6, 2025 and June 7, 2025. My staff and I worked alongside MGW Executive Committee members to draft and post the statement on MGW's website for public circulation. The statement can be found here: https://perma.cc/ZTH9-B2DS.

8.  On June 9, 2025, MGW and TNG-CWA joined a letter to Secretary of Homeland Security Kristi Noem that expressed alarm at the violation of the First Amendment rights of journalists covering immigration raid protests and urging

immediate DHS action to ensure that federal officers and personnel refrain from unlawful, indiscriminate and excessive use of force against the press and the public. The letter was drafted by the First Amendment Coalition, the Freedom of the Press Foundation, and the Los Angeles Press Club. The letter included sign-ons from 25 local and national organizations. Beginning on Sunday, June 8, 2025, I worked with members of MGW's Executive Committee to review the letter and to make the decision to join the letter in accordance with union protocols. The letter can be found here: https://perma.cc/VJ3H-Y37D.

9. On June 9, 2025, I met with members covering immigration raid protests to advise them on their entitlement to receive safety gear and other protective measures from their employer. I specifically helped members draft a letter to their respective editors asking for the creation of safety protocols and to receive necessary safety gear, including press safety vests, leg protectors, non-vented and smoke proof impact resistant safety googles, and eyewash formulated for tear gas. Since this date, I have worked to help members create contractual provisions for safety when responding to protests.

10. Since June 9, 2025, I have continued to actively and directly support the needs of members who have been impacted by DHS press violations and have worked to educate members in other states on how to prepare and protect themselves against DHS actions at protests.

11. I have and continue to conduct one-on-one calls with members to discuss safety precautions and resources. I have collected information on federal agent actions towards journalists and provided that information to MGW's Executive Committee and President to use for advocacy purposes. This information included a reported instance of a federal agent impersonating a journalist and federal agents arresting a journalist while the journalist was filming federal agent activity.

//

12. I have attended and helped to convene TNG-CWA-led meetings to discuss how to protect press freedom to report on immigration enforcement actions and immigration raid protests.

13. I am currently supporting and helping to organize a series of online workshops focused on protecting press freedom to report on immigration enforcement actions and immigration raid protests. I am specifically working to identify local members to lead the different workshops. The online workshop series is being provided by TNG-CWA.

14. I am also working to educate MGW members in Arizona and Texas on the press rights violations that California members have and continue to experience because of DHS actions. The goal is to prepare out of state members, so they can better protect themselves from DHS violence, injury and abuse.

15. Because of DHS actions beginning on June 6, 2025, staff and the Executive Committee at MGW have been diverted to respond to members who have suffered harm while doing their jobs as journalists.

16. The need to responsively and proactively support members who have been injured by, or who are at risk of future injury by, DHS has impacted my ability to perform my regular job duties. Specifically, since June 9, 2025, I have been forced to cancel scheduled meetings and postpone National Labor Relations Act representative responsibilities and administrative operations to prioritize emergency response and proactive safety efforts.

17. I anticipate that MGW members will continue fulfilling their responsibilities as journalists and members of the press by actively covering federal immigration enforcement actions and protests.

//
//
//
//

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed July 18, 2025 in Los Angeles, California.

_____
Nadia Taha