Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>   Plaintiffs,<br><br>   v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>   Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF R.R. IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
   2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
   Telephone: (310) 393-3055
6
   Paul Hoffman, Esq. (SBN: 71244)
7  hoffpaul@aol.com
   Michael Seplow, Esq. (SBN: 150183)
8  mseplow@sshhzlaw.com
   John Washington, Esq. (SBN 315991)
9  jwashington@sshhzlaw.com
   Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
   Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF R.R. ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of R.R.**

I, R.R., hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The purpose of this declaration is to describe what federal agents have done to me and others during protest events that have occurred across the Los Angeles area since June 6. In this declaration, I discuss three different instances that I believe demonstrate how DHS is undermining freedom of speech and terrorizing the Los Angeles community. These events occurred on June 7 and July 4 in downtown Los Angeles and on July 7 at MacArthur Park.

3. I am a documentary filmmaker and co-founder of an award-winning documentary production company. I am also a member of the Los Angeles Press Club and National Press Photographers Association. I have directed and produced several films about protest in the United States and have probably documented close to two hundred protests in the last five years.

4. Since the protests against the immigration raids in Los Angeles broke out on June 6, I have regularly been on the ground to document them. I have been at protests across the downtown Los Angeles area, including at the Metropolitan Detention Center and MacArthur Park. When I attend these protests, I wear gear that identifies me as a member of the press. I always wear my press credentials on a lanyard around my neck. I also often wear a helmet with a highly visible "PRESS" sticker and a vest with a large "PRESS" patch.

5. On the night of June 7, I was at MDC in downtown Los Angeles. A group of about one hundred protesters were yelling angrily at the guards in blue uniforms with patches that said "POLICE" and "DHS." The DHS officers stood behind a protective fence at the entrance of the garage of the detention center. I did not see anyone throw anything at the officers, but even if they had, it could not have possibly hit them because of the fence. DHS officers began arming

1

themselves with less-lethal weapons, but the protest was dying down. Eventually the group thinned to less than ten people. Many of these people were holding up their hands in the air to indicate they were not a threat. I was standing next to this group with my camera out to capture the events. Without any clear provocation or warning, the DHS officers pushed out from behind the fence and began shooting pepper balls and tear gas at us. I was probably twenty feet away from the guards when the shooting started. I got hit with a pepper ball in the back of my leg, slightly above my knee, but I kept moving away. It eventually caused a bruise to form—the size of the bruise was consistent with the size of pepper ball bullets I have seen at other protests.

6. The DHS officers formed a line and continued to push this small group of protesters down Alameda St. toward Temple St., and I followed along on the side of the street. The officers indiscriminately fired on people in the street even though these protesters were backing up. I was filming near a woman who was holding up a paper sign. Neither of us were doing anything threatening to law enforcement. We both backpedaled away from the officers, who were about forty feet away from us. The officers still shot multiple tear gas cannisters toward us, which caused me to turn away and cough. The officers then shot me in the back with some kind of projectile, which caused a large, painful bruise. I received no warning before being shot.

7. On July 4, I went downtown again to cover a march. I ended up staying into the evening and filmed a group of protesters at MDC. There were all kinds of law enforcement and military personnel there. I know the Marines were there because they had "USMC" patches on their uniforms. They had shields and M27 rifles as well. I also saw the DHS police officers in blue uniforms. There were Border Patrol Field Operations and Special Response Team agents as well. They wore camouflage fatigues with their specific agency patches on them. All these agencies were guarding the entrance of MDC. I noticed that some protesters

seemed upset with the Marines and were yelling that they should reflect on their actions. Others lit incense and laid flowers in front of the Marines. I did not witness anybody throw anything at the agents, officers, or soldiers. At around 6:00 PM, the Border Patrol SRT agents and DHS police officers started pushing the crowd to make way for a white car that had a U.S. Customs and Border Protection logo on it. At one point, an SRT Border Patrol agent tried to apprehend a protester, but it was unclear why. The protester somehow got out of agent's grasp and the SRT agent backed away.

8. About twenty minutes later, without any apparent provocation or warning, the DHS police formed a line and began pushing back against the protesters and press on the public sidewalk, moving them away from MDC and into the street. As they got within just a few feet of me, I told them I was press, but they continued to push me back. One of the guards repeatedly told me, "It doesn't matter." Here is a copy of the video I captured as it was happening: https://www.youtube.com/watch?v=i_rIfTfnVXo

9. Lastly, on July 7, I went to MacArthur Park because I heard from some other journalists that ICE and Border Patrol were going to do a raid there. The federal agents arrived at MacArthur Park with a massive show of force. There were possibly over one hundred agents there. They wore uniforms that said "HSI," which I know is part of DHS, and "Border Patrol." They drove numerous military vehicles, including at least four BearCats and multiple Humvees, as well as about fifteen white transport vans. There were also Border Patrol agents on horseback. A military helicopter circled above the park. A group of kids at a summer camp had been playing in the park, but they were forced to leave the park as the agents arrived. This felt like a clear attempt to intimidate the local community—the agents did not even attempt to make an arrest of anybody in the park. They also brought their own DSLR cameras to capture their efforts.

10. This raid on the park drew protesters, who yelled at the agents, telling

them to get out of Los Angeles. At one point, I moved to capture an interaction between a protester and some Border Patrol agents. I had my camera out and was clearly marked as "Press." The agents pointed what looked like very powerful less-lethal guns directly at me. I backed away and told them to de-escalate the situation. I yelled that I was part of the press and not a threat, but they continued to point weapons directly at me. One agent near me threatened to pull the pin on a stun grenade. He also did this to my colleague, Tina Desiree-Berg. The agent was clearly attempting to intimidate us, hoping to scare us off.

11. I am providing this declaration because I believe it is my civic duty to speak up about this severe threat to freedom of speech. The violence that federal agents have directed at protesters and journalists has been the worst I have seen in all my years of covering protests. We have never been attacked like this before. In my opinion, DHS uses violence against journalists because it wants to suppress the truth. Their violence has been effective too: their attacks on journalists have definitely curbed people's willingness to go out and witness these events. I am more nervous to show up and film. While I plan to cover the protests in the future, these experiences have taken a serious mental and physical toll on me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 18, 2025, in Los Angeles, California.

_____
R.R.

4