Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
  opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
  mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
  jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>    Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF SHANNON ANDERSON IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
       carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
       rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
   2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
   Telephone: (310) 393-3055
6
   Paul Hoffman, Esq. (SBN: 71244)
7      hoffpaul@aol.com
   Michael Seplow, Esq. (SBN: 150183)
8      mseplow@sshhzlaw.com
   John Washington, Esq. (SBN 315991)
9      jwashington@sshhzlaw.com
   Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
   Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANDERSON ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Shannon Anderson**

I, Shannon Anderson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe the force I observed federal agents use against peaceful protesters. I attended a protest at Glass House Farms located at 645 Laguna Road, Camarillo, CA 93012 where I witnessed agents spraying tear gas at protesters.

3.      I am 41 years old. I was born and raised in Ventura County. I work in higher education publishing.

4.      At approximately 10:30 a.m. on July 10, 2025, I learned that an Immigration and Customs Enforcement (ICE) raid was taking place at Glass House Farms in Camarillo, and that protesters had gathered outside the farm. I arrived at the protest at approximately 11:30 a.m., approaching Laguna Road from Las Posas Road.

5.      I stayed at the protest until approximately 10:30 p.m. I spent approximately 70 per cent of the time positioned at an aid station located at the corner of Laguna Road and Las Posas Road. I spent approximately 30 per cent of my time on Laguna Road close to the line of federal agents who were lined up across the road.

6.      When I first approached the line, about midday, I saw approximately 20-25 agents, some in olive green uniforms and some in camouflage uniforms. One individual in a solid green uniform had a U.S. Customs and Border Patrol (CBP) badge on the front of his uniform. The agents in solid green uniforms wore balaclava masks and had batons, sidearm holsters and zip ties. One of the agents was holding a gun with a wide barrel that he pointed at me as I approached. The agent did not tell me not to approach and there was nothing about my appearance that indicated I was a physical threat. I came to the protest wearing the turquoise

dress I wore to work that morning. I felt scared and intimidated, so I turned round and went back to the aid station at Las Posas Road, where it felt safer.

7.    At approximately 12:50 p.m., I saw a cloud of smoke drifting towards where I was standing at the aid station. I saw people coming along Laguna Road, away from the line of agents, with their eyes squinted shut, clearly suffering the aftereffects of being exposed to tear gas. I helped approximately eight to ten people at the aid station by giving them water and washing their eyes.

8.    At approximately 2:45 p.m., I was back on Laguna Road, standing approximately 40 to 50 feet from the line of agents, some of whom had CBP badges on their uniforms. I saw a truck bearing a law enforcement insignia trying to drive through the crowd of protesters towards the line of agents. People stood in front of the truck but the driver kept driving. I was scared I would be run over. The driver got out, identified himself as a U.S. Fish and Wildlife agent, and engaged in conversation with the protesters.

9.    Then I heard someone shout, "They are putting on their masks!" which indicated to me that the agents were preparing to deploy more tear gas. I started running away from the line, back to the aid station. I did not see the agents launching the tear gas, but I felt it stinging my face as I ran. I did not see the protesters doing anything violent before the deployment of the tear gas. The agents did not give us any warning before they launched the tear gas.

10.    After I got back to the aid station, I helped people as they came down Laguna Road. I had managed to escape with only mild stinging from the tear gas, but others were badly impacted. I gave water to an elderly woman who was coughing and having a lot of difficulty breathing. I also gave water to another younger woman who was struggling to breathe.

11.    Later that afternoon, as I was charging my phone in my car which was parked on Las Posas Road, I saw another cloud of gas coming from Laguna Road which indicated to me that the agents had deployed a third round of tear gas.

12.     The reason I showed up at the protest was to support my friends and neighbors. The experience of seeing defenseless people being attacked by federal agents was shocking. Since July 10, 2025, I have had difficulty sleeping and when I do sleep, I have nightmares about a man with a black mask standing over my bed. I find it hard to concentrate at work because I cannot stop reliving the events of that day.

13.     Based on my experience, I am now concerned about engaging in future protests. I will not stop protesting, because I refuse to be intimidated. But I will take additional precautions, such as using a tracking app on my cell phone, so that my loved ones can track my physical location. At future protests, I also plan to stay far away from federal agents so I don't get tear gassed.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 17, 2025, in Thousand Oaks, California.

*Shannon Anderson*

Shannon Anderson

3