| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323) borden@braunhagey.com | Peter J. Eliasberg, Esq. (SBN: 189110) peliasberg@aclusocal.org |
| J. Noah Hagey, Esq. (SBN: 262331) hagey@braunhagey.com | Jonathan Markovitz, Esq. (SBN: 301767) jmarkovitz@aclusocal.org |
| Kory J. DeClark, Esq. (SBN: 310571) declark@braunhagey.com | Adrienna Wong, Esq. (SBN: 282026) awong@aclusocal.org |
| Greg Washington, Esq. (SBN: 318796) gwashington@braunhagey.com | Meredith Gallen, Esq. (SBN: 291606) mgallen@aclusocal.org |
| BRAUNHAGEY & BORDEN LLP 747 Front Street, 4th Floor San Francisco, CA 94111 Telephone: (415) 599-0210 | Summer Lacey, Esq. (SBN: 308614) slacey@aclusocal.org |
| | Jacob Reisberg, Esq. (SBN: 329310) jreisberg@aclusocal.org |
| Kevin Opoku-Gyamfi, Esq. (*pro hac vice*) opokugyamfi@braunhagey.com | Mohammad Tajsar, Esq. (SBN: 280152) mtajsar@aclusocal.org |
| BRAUNHAGEY & BORDEN LLP 118 W. 22nd Street, 12th Floor New York, NY 10011 Telephone: (646) 829-9403 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA 1313 W 8th Street, Ste 200 Los Angeles, CA 90017 Telephone: (213) 977-9500 |
| [Additional counsel on next page] | Peter Bibring, Esq. (SBN: 223981) peter@bibringlaw.com |
| *Attorneys for Plaintiffs* | Law Office of Peter Bibring 2140 W Sunset Blvd # 203 Los Angeles, CA 90026 Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF TINA-DESIREE BERG IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF BERG ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Tina-Desiree Berg**

I, Tina-Desiree Berg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a journalist and am submitting this declaration to describe how Customs and Border Patrol (CBP) officers pointed their weapons at a member of the press despite the member of the press's not having touched or threatened the officers in any way. An officer also brandished a stun grenade weapon at me even though I had not touched or threatened him.

3. I have been a journalist since the mid-90s and have been covering politics and protests for about 15 years. I have worked as a journalist for the independent news network "Status Coup" since 2020. I cover news across the country, but because I live in Los Angeles, my work tends to be concentrated in Southern California. I am also a member of the LA Press Club.

4. On the morning of Monday, July 7, I was attending a press conference in Glendale. I had heard chatter over the weekend that there might be a raid at MacArthur Park soon, so I was keeping my eyes and ears out for any news of action in that area. As I left the press conference in Glendale, I saw online that federal officers had gotten to MacArthur Park, so I drove there. I left Glendale at about 10:30 a.m. and got to the park during the late morning, close to midday.

5. When I arrived at MacArthur Park, there were already officers there. I saw that the officers had BearCats, which are tank-like vehicles with weapons on top. Some officers were on horses, and others were just standing. There were about 100 federal officers in addition to the LAPD officers who were stationed around the park. I could tell that the majority of the officers there, including the ones who eventually aimed their weapons at a member of the press, were CBP officers because of their yellow arm patches and dark green uniforms.

6. There were about 75-100 protestors at the park, some of whom were

1

verbally squabbling with the CBP officers. The protestors were scattered along Wilshire Blvd between S Park View Street and S Alvarado Street. I did not see anyone assault or try to assault officers.

7. I was standing on Wilshire Blvd, closer to the intersection of S Park View St and Wilshire Blvd, about 20 feet from my friend and fellow journalist Rocky Romano. This is when I observed about five to six officers raise their weapons and point them at Rocky. Like me, Rocky was wearing a press badge that was readily visible on a lanyard around his neck, a common practice of journalists in the field. He was also filming with his phone. I hadn't seen Rocky threaten or touch the officers before they drew their weapons.

8. It appeared to me that the officers were armed with regular rifles, but I can't be sure whether they were real rifles loaded with live munitions or less-lethal weapons. The reason I thought they were real rifles is because, in my experience based on what I have seen the LAPD use, less-lethal munitions have a different color or shape than real guns. The barrels of rifles with less-lethal munitions are often painted green, and the 40mm weapon has a stocky barrel as well. From what I could see, these weapons were not painted green and did not have the stocky shape of a rifle with less-lethal munitions.

9. The officers were standing about 15 feet away from Rocky while aiming their weapons. The officers had the weapons pointed at him for about 30 seconds, but that feels like an eternity when someone is pointing a gun at you. Rocky started telling the officers to "Please de-escalate." The officers just kept saying "Back up, back up," but Rocky wasn't that close to the officers. He was not getting in the way of what they were doing, and he was actively walking backwards away from the officers as they pointed their weapons at him. I did not observe any activity that would support a reason why the officers would have done this. Rocky was just filming, and it should have been a non-issue.

10. Shortly thereafter, in the same spot on Wilshire Blvd, I was filming

the officers and protestors when I saw an officer pull out a stun grenade weapon. I didn't see anyone do anything threatening before the officer pulled out the weapon. I told the officer, "That's very dangerous" because I didn't think the officer should be using a stun grenade weapon on a small crowd of about 15 people. People were as close as 10-20 feet away from the officer, so I thought there would be massive injuries if the officer deployed a stun grenade. I've recently been more on edge about stun grenades because I saw that a journalist, Nick Stern, was seriously injured at a protest last month, and I thought he had been injured by a stun grenade.

11. While I am not someone who typically panics, I was certainly concerned for my safety and the safety of others in the area who posed no threat to the CBP officers. I was just trying to do my job. I was trying to figure out what was happening and capture the situation.

12. The officers eventually got back in their vans and drove away. As far as I know, they didn't end up detaining anyone during the raid at the park that day. I had never seen such an extreme display of force like this. It felt like the military was invading MacArthur Park.

13. Throughout all of the protests I've attended as a reporter over the last two months, I have not seen any assaults on officers.

14. I'm still committed to my reporting of the news throughout the Southern California region. The entire mission of journalism, after all, is to hold people in power to account.

3

15. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 17, 2025 in Los Angeles, California.

_____
Tina-Desiree Berg

4