| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>J. Noah Hagey, Esq. (SBN: 262331)<br>hagey@braunhagey.com<br>Kory J. DeClark, Esq. (SBN: 310571)<br>declark@braunhagey.com<br>Greg Washington, Esq. (SBN: 318796)<br>gwashington@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 599-0210<br><br>Kevin Opoku-Gyamfi, Esq.<br>(*pro hac vice*)<br>opokugyamfi@braunhagey.com<br>BRAUNHAGEY & BORDEN LLP<br>118 W. 22nd Street, 12th Floor<br>New York, NY 10011<br>Telephone: (646) 829-9403<br><br>[Additional counsel on next page]<br><br>*Attorneys for Plaintiffs* | Peter J. Eliasberg, Esq. (SBN: 189110)<br>peliasberg@aclusocal.org<br>Jonathan Markovitz, Esq. (SBN: 301767)<br>jmarkovitz@aclusocal.org<br>Adrienna Wong, Esq. (SBN: 282026)<br>awong@aclusocal.org<br>Meredith Gallen, Esq. (SBN: 291606)<br>mgallen@aclusocal.org<br>Summer Lacey, Esq. (SBN: 308614)<br>slacey@aclusocal.org<br>Jacob Reisberg, Esq. (SBN: 329310)<br>jreisberg@aclusocal.org<br>Mohammad Tajsar, Esq. (SBN: 280152)<br>mtajsar@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 W 8th Street, Ste 200<br>Los Angeles, CA 90017<br>Telephone: (213) 977-9500<br><br>Peter Bibring, Esq. (SBN: 223981)<br>peter@bibringlaw.com<br>Law Office of Peter Bibring<br>2140 W Sunset Blvd # 203<br>Los Angeles, CA 90026<br>Telephone: (213) 471-2022 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF VERONICA MIRANDA IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
 carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
 rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
 hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
 mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
 jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF MIRANDA ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Veronica Miranda**

I, Veronica Miranda, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal DHS agents fired tear gas, pepper balls, and smoke bombs at me during a peaceful protest I attended on Laguna Road on July 10, 2025.

3. I am a 64-years old and have lived in Port Hueneme, California since 2015. I have lived in Southern California since 1977, aside from 1992 until 2002, when I lived in Grass Valley, California.

4. On July 10, at about 12:30 PM, my oldest son, Robert, called me and told me a significant protest was underway near the Glass House Farm in Oxnard Plains and asked me to bring milk. My other son, Michael Angelo, and I left our home immediately.

5. I arrived at the intersection of Laguna Road and Wood Road at about 12:50 PM. As I drove down Wood Road and turned left onto Laguna, I saw that Laguna Road was blocked off and that traffic had been rerouted. I parked my vehicle as close as I could to where the protest was occurring, got my megaphone from the trunk of the car, and began walking toward the protest.

6. As I approached the front of the protest line, I saw a crowd of approximately 100 people gathered. There may have been more, but the crowd was fairly spread out. There were many women who were with their children and were crying because they were concerned about their family members. There were also other elderly individuals. The crowd was visibly distressed and seeking answers. I heard people asking agents, "how could you do this?" Some people were chanting. But my impression of the mood was that people were very confused about what was happening.

7. I walked to the front of the protest line. There, I saw several agents

1

who were about 300 feet in front of the entrance of the Glass House Farm. The agents were wearing tan fatigues. I have since learned that these were DHS agents.

8. I was completely surprised by the agents' uniforms. They were outfitted in tactical gear. Many of them were wearing respirator masks, tactical flak vests, gloves, and army fatigues. They were carrying long-barreled firearms, sidearms, and gas cannisters and containers. I felt like I was in a war zone. The agents looked like they were going into battle in Fallujah during the War in Iraq. But there were also other agents in flak vests who were otherwise completely unidentifiable. They were wearing skinny jeans, chuck taylor sneakers, and did not have any badges or other items identifying the agency to which they belonged.

9. I used my megaphone to speak directly to the agents. I also wanted the people inside of the farm to know that they were supported and the public was behind them. Here is a picture of me on the front lines of the protest:



10. While I was at the front of the protest line, I witnessed no acts of aggression from the protesters. I did not see any items thrown at any of the agents. If items were thrown at the agents, I would have seen it because I was in the front of the protest.

11. Suddenly, I heard loud popping sounds that sounded like firecrackers.

2

| | |
|---|---|
| 1 | Then I felt a force from my left side and was immediately knocked to the ground. I |
| 2 | did not trip or stumble; I believe I was physically tackled. I fell on my back and |
| 3 | elbow. I was stunned and completely immobilized. I heard explosions all around |
| 4 | me. |
| 5 |     12.    Luckily, Michael Angelo, appeared and helped me to my feet, and |
| 6 | urged me to get up and keep moving. |
| 7 |     13.    I have lived with relapsing-remitting multiple sclerosis for more than |
| 8 | 20 years. It is not easy for me to run or do other strenuous activities. But I |
| 9 | summoned all the energy I could and tried to retreat. |
| 10 |     14.    In addition to the pain I was experiencing from having been tackled to |
| 11 | the ground, my face and eyes were burning. When I tried to open my eyes, all I |
| 12 | could see was white smoke and gas cannisters on the ground. I believe the DHS |
| 13 | agents fired tear gas or pepper balls at the crowd. I felt blind. The body's natural |
| 14 | response is to not run when you cannot see, but I had no other choice because I |
| 15 | was being attacked. I was terrified. |
| 16 |     15.    I was "running" as fast as I could while my eyes were closed. I was |
| 17 | being led Michael Angelo, who told me to "keep moving, don't stop." I felt my |
| 18 | body being struck by projectiles that felt like rubber bullets. I said to my son, "Oh |
| 19 | my God, they're shooting at us." I had a sweater tied around my waist, but I could |
| 20 | feel that I was hit with projectiles on my buttocks, on the back of my legs, and my |
| 21 | shoulder. |
| 22 |     16.    We eventually sought cover behind a white car that was about 1000 |
| 23 | feet away from where I was tackled. My son poured milk on my face. This offered |
| 24 | some momentary relief from the burning, and I was able to open my eyes. |
| 25 |     17.    Even though I was hiding behind the car, I could hear and see the |
| 26 | agents continuing to fire smoke bombs and tear gas towards me. I got up and |
| 27 | started retreating even further. I was struck again by pepper balls. I felt them |
| 28 | bouncing off of my back and my buttocks. It felt as if the DHS agents were |

unleashing any and all weapons they could use against us without killing us.

18. Another one of my sons who was at the protest collected some of the smoke bombs and tear gas cannisters that were fired at us. Below is a picture of some of the expended cannisters that were fired at the protestors:



19. After other members of the crowd and I were far enough away, some of us shared how we were affected by the violent response by DHS to unarmed protestors. I have attended demonstrations in the past, but I have never been shot at. I could not have imagined that they would treat me, an unarmed senior citizen, like this. I also was angry that they would fire at us when there were children in the crowd.

20. When I finally got home, I saw bruises all over my body. Here is an example of one of my bruises:



21. My elbow was in excruciating pain from being tackled to the ground. On Tuesday July 15th, I went to urgent care for treatment of my elbow.

22. Since the day of the protest, I have felt physically drained. Because of my multiple sclerosis, I do not recover as quickly as other people do. I am not a strong person. I cannot take long hikes. I don't have the words to describe how shocked I am that I ran for cover. But this experience has taken a severe toll on my body. I have had to sleep for prolonged periods throughout the day every day since the protest. This is not typical for me.

23. I knew in advance that I had to be mindful of my illness when I attended the protest. But I felt a moral duty to be present at the protest to advocate for the humane treatment of individuals inside the Glass House Farm facility. I never would have imagined that I would be met with militarized force or, worse yet, that federal agents would fire at the elderly, women, and children without provocation.

24. I do not know when I will fully recover from the amount of stress and

pain I suffered during the protest. But I hope to be able to return to the front lines to express my disapproval of the federal government's unlawful raids.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 18th day of July 2025 in Port Hueneme, California.

*/s/ Veronica Miranda*

Veronica Miranda