Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W. 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF WILLARD LUBKA IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION** |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E
DECLARATION OF LUBKA ISO PLAINTIFFS' PRELIMINARY INJUNCTION

**Declaration of Willard Lubka**

I, Willard Lubka, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My legal name is Willard Lubka, but everyone knows me as Willie.

3. I am submitting this declaration to describe how I was subject to force in the form of tear gas by federal agents when I was peacefully protesting and posed no threat whatsoever to the federal officers who injured me.

4. I am the executive director of Buen Vecino, a non-profit organization in Ventura County, California. Buen Vecino engages in education, organization, and advocacy in Ventura County to mitigate the harms immigrants and others subjected to racial profiling and bigotry experience in our communities. I am a longtime resident of Ventura County and the father of two children.

5. On July 10, 2025, I received information that there was an Immigration and Customs Enforcement raid happening at Glass House Farms in Camarillo.

6. I arrived in the area of Las Posas and Laguna Road around 2:00 p.m. I parked on Laguna Road, to the east of the Las Posas intersection. I walked west, towards Glass House Farms. About halfway between the Las Posas intersection and Glass House I encountered a line of federal troops who were blocking the entire width of the road on Laguna Road. There was yellow tape stretching across the road near where they were standing.

7. The agents were wearing similar attire and some of the uniforms had patches that said "Customs and Border Protection." They were wearing vests, protective gear on their legs, and masks. Many of them were holding batons or guns.

8. It was my understanding that by that point in the day, federal agents and protesters had been on the scene for hours. There were about 200-250 people

1

scattered along Laguna Road, from the line of agents to the intersection at Las Posas Road. The majority of people were clustered near where the agents were blocking the road.

9. I recognized people I know from my work when I got to the area where most protesters were concentrated. The crowd was a mix of local activists, people from the community who were concerned about the wellbeing of the farm workers, high school-age youth, family members of the farm workers, and community members who appeared to be there to lend support to the farm workers. People were distributing water, goggles, and milk. I inferred from this that people had been teargassed there earlier in the day. Lots of mutual aid was happening. Some people were leading chants like, "The people united will never be defeated," in English and Spanish.

10. In this area, I also saw a media truck with a satellite on it and there were several people with cameras and microphones who looked like they were actively reporting. I do remember seeing a reporter who appeared to be live on camera at one point.

11. Soon after I made it towards the line of agents, a pick-up truck that was marked with some sort of "Fish and Wildlife" insignia turned onto Laguna Road from Las Posas Road and began driving through the crowd, headed towards the line of agents. The truck drove very close to the people on the street. The driver told people, "I'm not ICE, I'm with Fish and Wildlife." It did not make sense to me that anyone from a fish and wildlife agency would be there at this time.

12. Shortly thereafter, one of the agents said something like, "okay, move ahead" and the whole line of agents started moving forward, towards the crowd gathered there and the truck that was now stopped in the middle of the road. There was one guy who did not move as the agents walked into him. The agents immediately grabbed him, tackled him to the ground, hand-cuffed him, and pulled him away. He quickly disappeared behind the agents' phalanx.

13. Then the agent who seemed to be the commander of the group said something like "I got to get this truck in here." Then, without first calling for the crowd to disperse or issuing a warning, the guy who seemed like the commanding agent started setting off tear gas canisters. He threw 4-5 canisters, with an underhanded toss, into the people in the road in front of him. I think he grabbed them from a place on his belt.

14. One of the canisters landed right by me. I moved further away from where the canisters were detonating and immediately poured water on my face to clear out my eyes. I was wearing glasses at the time, but I still felt the impact of the tear gas. The burning sensation in my eyes was painful. For a short time, I was unable to see. I had to wash out my eyes for a while so I could see. My whole shirt got soaked by the time I was done. During that period, I didn't know what was happening around me. When I was able to see again, it seemed like the commanding agent was satisfied. The truck had been able to drive through the line of agents and was headed towards the Glass House.

15. After this incident, there was an extended period of time when protesters were just milling around, wondering what was happening at the Glass House while the agents stood in their line across Laguna Road, looking threatening.

16. At one point, I saw a procession of Ventura County Sheriff's Department vehicles on a road across the fields just north of Glass House headed west. I decided to go try to check out what was happening there. I drove in a loop around the farm and ended up on the eastside of Glass House Farms, near the intersection of Wood Road and Laguna Road. Just like on the eastside by Las Posas Road, there was also a line of heavily armed federal agents blocking Laguna, in between the Wood Road intersection and the Glass House buildings.

17. The crowd on this side was a bit smaller than on the eastside. Individuals were yelling things like "you should be ashamed of yourself" at the

3

agents. Some people were just there holding space, as if they didn't want to leave while community members were still inside the Glass House facility as it was being raided. I stayed at this westside area for a while and checked on some people I know who were there protesting. I could see that media was present on that side as well. I saw a reporter I know from the Ventura County Star. There also was a reporter with a photographer from a Spanish-language television station, and a reporter from MICOP's radio station.

18. Then I decided to return to the eastside area of the protest, back near Laguna Road and Las Posas Road. I stayed on the eastside for about 45 minutes and checked in on protesters. There was still protest activity happening at that time and the threatening blockade of agents was still spanning the road. I left around 6:30 p.m. to attend a meeting.

19. When my meeting ended, I tried to return to the area by Las Posas Road and Laguna Road because I continued to be concerned about the people there – both the people who were being detained within Glass House Farms and the demonstrators. The first two roads I tried to take were blocked by the California Highway Patrol. Finally, I found an open route. There was lots of traffic on the road as I approached Las Posas Road and Laguna Road. I parked and stood with protesters until about 11:45 p.m. At that point I decided to leave. As I was attempting to drive away, I saw people running in the opposite direction and cars ahead of me hurriedly turning around. Someone yelled, "go the other way." I looked in the direction where the blockade of agents had been standing earlier in the day, I could see a cloud of smoke and emergency lights. I spoke to some people and who said, "they are gassing us again." I then turned around, found another route away from the area, and departed.

20. I was raised in a social justice-oriented family. We embraced the peace movement and union values. My family was also deeply impacted by the horrors of the Holocaust. Because of that personal history, I am sensitive to the

building of detention centers and to people being rounded up based on race. Despite what I experienced on July 10, I plan to continue to do everything I can to support my community members. I have attended one local protest march since July 10 and my organization has started to plan a training so that we can help ensure community safety in the face of government violence.

    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on July 18, 2025 in Ventura County, California.

_____
Willard Lubka