BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Email: Paul.Green@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*, <br><br> Defendants. | No. 2:25-cv-05563-HDV-E <br><br> **DEFENDANTS' OBJECTION TO PLAINTIFFS' UNAUTHORIZED FILING [DKT. 38]** <br><br> Honorable Hernán D. Vera <br> United States District Judge |

Defendants respectfully object to "Plaintiffs' Reply in Support of *Ex Parte* Application." Dkt. 38. Plaintiffs' "Reply" is not an authorized filing under Local Rule 83-1.3.3 or the Court's Civil Standing Order, and it should be stricken.

Plaintiffs' resort to an improper "Reply" is particularly concerning because it follows Plaintiffs' repeated disregard of the Local Rules and the Court's requirements in many of their filings in this case, including the filing of an "emergency" TRO application in the early hours of a federal holiday on June 19th, while demanding that the Court rule the next day, in direct contravention of this Court's longstanding precedent for *ex parte* applications, which does not permit litigants to deliberately deprive the opposing side of basic procedural fairness in that manner. *See generally Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995); *see also* Dkt. 19 (order denying Plaintiffs' *ex parte* application for a TRO).

Plaintiff's "Reply" is no more than an admission of their failure to demonstrate that they will be irreparably prejudiced and that they are not at fault in creating the alleged "crisis." Thus, the Reply should be stricken, Defendants' objection sustained, and Plaintiffs' *Ex Parte* Application to shorten time (Dkt. 35) denied.

Dated: July 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

    /s/ Paul (Bart) Green
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants