LINK 44

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Defendants. | No. 2:25-cv-05563 <br><br> [proposed] Order <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' COMPLAINT, AND FOR PAGE LIMIT** <br><br> Hon. Hernán D. Vera <br> United States District Judge |

1

Based on the Parties' Stipulation to Extend Deadline to Respond to Plaintiffs' Complaint, and to Exceed Page Limit and good cause appearing therefore, **IT IS HEREBY ORDERED THAT** Defendants response to the Complaint, ECF No. 1, shall be filed no more than ten (10) days after this Court issues an order on Plaintiffs' Motion for Preliminary Injunction. **FURTHER** the Court grants the Parties' stipulated request to exceed the page limit by five (5) pages for Defendants' Response due on August 18, 2025 and Plaintiffs' Reply due on August 21, 2025 to Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: ___8/12/25_____

_____
Hernán D. Vera
United States District Judge

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
Acting United States Attorney

1  DAVID M. HARRIS
   Assistant United States Attorney
2  Chief, Civil Division
   DANIEL A. BECK
3  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
4  PAUL (BART) GREEN
   Assistant United States Attorney
5

6  */s/ Kathleen C. Jacobs*
   KATHLEEN C. JACOBS
7  Trial Attorney
   Attorneys for Defendants
8

3