# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES PRESS CLUB, et al.,

Plaintiffs,

v.

KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 2:25-cv-05563

**DECLARATION OF ROGER SCHARMEN**

## DECLARATION OF ROGER SCHARMEN

I, Roger Scharmen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

1. I am the Deputy Regional Director for Region 9 of the Federal Protective Service (FPS), and I have served in that position since September 2022. Region 9 consists of the following states: California, Nevada, Arizona, and the Pacific Islands territories of Guam, Saipan, and American Samoa. In that role, I assist the Regional Director with providing law enforcement supervision and direction to 131 regional employees, 15 contractors, and more than 1,500 Protective Security Officers while overseeing security measures for more than 1,100 protected properties across the region. I also assist the Regional Director with managing the region's criminal

1

1   investigative and intelligence, law enforcement and security, risk management, and

2   contract security programs, along with all mission support functions. My primary

3   place of duty is San Francisco, CA, but I arrived back in Los Angeles on June 15,

4   2025. I was previously in Los Angeles from June 7, 2025, to June 11, 2025.

5

6       2.   Protests initially occurred in downtown Los Angeles and nearby areas on or

7   about June 6-9, 2025. The initial onslaught of demonstrators was incredibly volatile,

8   including throwing items at FPS officers, vandalizing the 300 North Los Angeles

9   Federal Building and attempting to breach the Edward R. Roybal Federal Building

10   (Roybal Building).  At the time, FPS was assisted by other Department of Homeland

11   Security (DHS) law enforcement officers in curtailing these violent onslaughts and

12   preventing the breach of the federal facilities. Since that time, there have been a

13   handful of daytime protests, but unfortunately some of these have morphed into

14   violent nighttime criminal activity in the form of vandalism, destruction of property

15   (including federal property), looting, arson, and assaults on federal officers. When

16   interacting with individuals engaging in civil disorder targeting federal facilities and

17   personnel, FPS abides by DHS and Agency-specific Use of Force policy.

18

19       3.   The FPS has continued to function as the lead law enforcement agency

20   protecting Federal facilities, property, and people in Los Angeles. National Guard and

21   Department of Defense (DoD) personnel have provided assistance in a support role.

22   The National Guard and DoD on-scene Commanders meet with FPS Command staff

23   daily to discuss daily plans and receive updated intelligence regarding activity in and

24   around the Federal facilities. There is an FPS law enforcement officer with or near the

25   National Guard and DoD personnel when they are on duty at all locations.

26

27

28

4.   It is my understanding that the plaintiffs in this case are seeking to have an injunction put in place that would govern how federal law enforcement officers respond to unlawful demonstrations. Specifically, plaintiffs seek to enjoin federal law enforcement officers from: (1) dispersing, threatening or assaulting members of the press or legal observes; (2) using crowd control devices on people who do not pose a threat to law enforcement; (3) using crowd control devices for identified targets if doing so could result in injury of third parties not posing an imminent threat of harm to law enforcement or other individuals; (4) using crowd control devices without giving two separate warnings to targeted individuals; (5) using crowd control devices that contain chemical irritants without first obtaining express approval from an on-scene commander in response to a specific act of violence personally witnessed by that on-scene commander; and (6) firing tear gas cannisters or flash-bang grenades so as to strike any person unless that person poses an immediate threat of death or serious bodily injury.

5.   Plaintiffs' first request to enjoin federal law enforcement officers from dispersing, threatening or assaulting members of the press or legal observers would prevent the safe and efficient dispersal of crowds thereby making already dangerous situations even more dangerous for everyone involved. At no time are officers under my command directed to threaten or assault any member of the public engaged in lawfully exercising their First Amendment rights, including members of the press and legal observers. If officers under my command do order the dispersal of members of the press or legal observers, it is done because they are intermingled with the crowds that have otherwise been ordered to disperse or dispersal is necessary for the protection of the members of the press or legal observers as well as the federal officers. An order enjoining FPS officers from dispersing members of the press or legal observers simply because of their status endangers everyone involved.

6.   Plaintiffs' second and third requests to enjoin federal law enforcement officers from using crowd control devices on people who do not pose a threat to law enforcement and where doing so could result in injury of third parties not posing an imminent threat of harm to law enforcement or other individuals poses serious operational risks. FPS officers are trained and equipped to use crowd control techniques not only to protect law enforcement but to also prevent the destruction of government property, trespass onto federal property or illegal entry into a federal building, consistent with FPS's statutory mandate under 40 U.S.C. § 1315. An order enjoining FPS officers from using crowd control techniques to protect federal property would invite the wanton destruction of federal property and allow people to break into federal buildings while FPS officers would be unable to act prior to the offense taking place.  FPS makes every effort to avoid injuring anyone who is complying with directions and does not pose a threat.  However, because of the chaotic and rapidly evolving nature of a riot, third parties that do not comply with dispersal directives may be subject to necessary and reasonable uses of force and may be exposed to crowd control tools if they remain in the general vicinity of the riot.

7.   Plaintiffs' fourth request to enjoin federal law enforcement officers from using crowd control devices without giving two separate warnings to targeted individuals also poses serious operational risks. FPS officers are often faced with imminent threats to federal property such as commercial grade fireworks or Molotov cocktails that have the potential to burn federal buildings. While FPS does provide verbal dispersal warnings over loudspeakers whenever possible, requiring such warning even when imminent threats exist would expose the officers and the federal facilities to unnecessary risk.

8.   Plaintiffs' fifth request to enjoin federal law enforcement officers from using crowd control devices that contain chemical irritants without first obtaining

4

1   express approval from an on-scene commander in response to a specific act of

2   violence personally witnessed by that on-scene commander would expose federal

3   agents to risk of injury and federal property to risk of damage. As discussed above,

4   FPS officers are frequently called upon to prevent the imminent destruction of federal

5   property or harm to federal officers. The most effective crowd control techniques in

6   those situations are those that use chemical irritants to temporarily incapacitate the

7   individuals attempting to cause harm and force them away from the facility. To

8   require federal officers to obtain prior approval before deploying such crowd control

9   techniques would unnecessarily expose the officers to increased risk of harm and

10  allow the individuals seeking to engage in the violent acts an opportunity to commit

11  the acts while the officers wait for approval, thereby risking harm to federal officers

12  and federal facilities and functions they are protecting

13

14      9.   Plaintiffs' sixth request to enjoin federal law enforcement officers from

15  firing tear gas cannisters or flash-bang grenades so as to strike any person unless that

16  person poses an immediate threat of death or serious bodily injury is unnecessary.

17  Federal law enforcement officers are trained not to intentionally strike anyone with

18  any crowd control devices, to include chemical irritant canisters or flash-bang

19  grenades in the head, neck, groin, spine, or other sensitive areas.  Chemical irritants

20  and flash-bang grenades are only use for saturation of the general area that need to be

21  dispersed.

22

23      10. It is also my understanding that as support for the injunction the plaintiffs

24  have alleged, among other things, that on June 6, 7, 8 and 9, 2025, federal law

25  enforcement agents targeted members of the press who were observing the protests

26  that were occurring at or near the federal buildings in downtown Los Angeles with

27  less-than-lethal munitions.

28

5

**71**

11. On June 6, 2025, FPS reported that non-violent demonstrations occurred during the day outside of the federal building located at 300 N. Los Angeles Street. At approximately 5:18 p.m., the crowd had grown to about 800 people. At Approximately 5:29 p.m., three rioters were reported to have breached the Metropolitan Detention Center (MDC). At approximately 5:35 p.m., rioters began blocking access to the Alameda vehicle gate at 300 N. Los Angeles, and at approximately 5:39 p.m., rioters began to graffiti the walls near the vehicle gates and blocked the loading dock on Aliso St. At approximately 6:12 p.m., the demonstration turned violent with rioters shining green lasers at officer's eyes, which can result in temporary blindness and permanent damage to the eyes. In addition, they threw chairs, rocks and full water bottles at officers. The rioters shielded themselves behind trash bins and wooden shields as they continued to throw objects at officers.

12. At approximately 7:00 p.m., rioters began to throw large pieces of concrete at officers which continued for about a half an hour. In response to the violent riot, FPS officers deployed pepper ball, pepper spray in an attempt to control the crowd. At approximately 7:25 p.m., the Los Angeles Police Department (LAPD) began to push the crowd back away from the federal facilities and by approximately 7:38 p.m., the LAPD had pushed the crowd southbound down Alameda Street. By approximately 8:34 p.m., federal law enforcement officers had cordoned off the federal facilities to keep the violent crowds away. By approximately 11:54 p.m., the rioters had dispersed and departed the area. Federal law enforcement officers remained at the facilities overnight. This incident is documented by FPS Incident Report F25090134370 attached as Exhibit 1.

13. On June 7, 2024, FPS reported that at approximately 5:18 a.m., it was notified that the LAPD had declared an unlawful assembly at the 300 N. Los Angeles

1  Street federal building.  FPS assembled an Incident Command Post in order to better

2  coordinate with other federal law and local enforcement agencies in protecting the

3  federal facilities from additional violence.  During the morning, demonstrators

4  frequently blocked vehicles coming into and out of the facilities, which required FPS

5  and other federal law enforcement officers to push back the demonstrators so that the

6  vehicles could safely proceed. At approximately 2:00 p.m., the crowd became more

7  agitated and started to encroach on the vehicle gates.  When vehicles arrived or

8  departed from the facility the crowd would try to block the street to prevent access to

9  the vehicle gate.  This hindrance to federal operations required FPS to move the crowd

10  back to the sidewalk. This was accomplished without use of crowd control devices.

11  This back and forth where FPS would remove the demonstrators who were blocking

12  the vehicle gates only to have them return each time a new vehicle approached the

13  gate went on for about two to three hours. During this time, FPS received reports that

14  ICE officers were being assaulted while they were conducting immigration

15  enforcement operations and that many had sustained injuries from bricks being thrown

16  through windows, vehicles being burned, and Molotov cocktails being thrown at

17  officers.

18

19      14. Rioters rapidly escalated the situation at the Los Angeles Federal Building

20  by impeding access to the facility and at approximately 4:24 p.m., FPS issued a

21  dispersal order to the rioters.  As FPS prepared to push out the line of rioters back

22  from the facility, individuals began throwing large pieces of concrete at the officers.

23  Rioters began to shout, "KILL ICE!" and got closer to the vehicle gate at the sally

24  port. At approximately 7:48 p.m., rioters continued to throw objects, and more verbal

25  threats were made over a loudspeaker stating by the rioters, "We will send your bitch

26  assess home in a body bag". The rioters were increasing in numbers and started to get

27  closer to the sally port.

28

1          15. At approximately 8:09, FPS issued another dispersal order, but rioters

2    refused to disperse, stepped-up their attacks, and threw multiple projectiles and rocks

3    at FPS officers.  At approximately 8:11 p.m., FPS and other federal law enforcement

4    officers deployed out of the facility as projectiles, concrete, rocks, fireworks and

5    Molotov Cocktails were thrown at them. At approximately 8:27 p.m., FPS attempted

6    to broadcast its dispersal order again, but the violence continued, forcing FPS to call

7    off the second attempt at broadcasting the dispersal order due to multiple projectiles,

8    rocks, and unknown liquids being thrown at the officers.  From approximately 8:27

9    p.m. to 8:34, FPS and other federal law enforcement officers pushed the violent rioters

10   back up Alameda Street.  At approximately 8:57 p.m., the LAPD replaced the federal

11   law enforcement officers and issued another disbursal order to the rioters.  FPS and

12   the other federal law enforcement officers returned to the facility's sally port staging

13   area.  This incident is documented in FPS Incident Report F25090134491 attached as

14   Exhibit 2.

15

16         16. On June 8, 2025, FPS reported that at approximately 12:30 p.m.

17   demonstrators began to block the entrance way of the Roybal Building and

18   Courthouse located at 255 East Temple Street. One subject was seen offloading

19   wrenches and metal tools.  Notice was given using a Long-Range Acoustic Device

20   three times to clear the vehicle entry point to allow safe ingress for multiple

21   government vehicles. The demonstrators refused to comply with the order to clear the

22   entrance. At that point, the gathering was no longer a protest but a riot. FPS officers

23   used pepper spray in an attempt to clear the area.  At approximately 1:35 p.m., rocks

24   and other objects were thrown at FPS officers. In response, FPS officers deployed

25   pepper spray and pepperballs, but the violence continued throughout the afternoon.

26

27         17. At approximately 3:43 p.m. rioters spray painted graffiti on the glass

28   windows of the federal building located at 300 North Los Angeles Street.  At

8

1    approximately 3:54 p.m. rioters launched fireworks in the vicinity of the federal

2    buildings.  At approximately 4:38 p.m. a large crowd had gathered outside the lobby

3    doors of the federal building located at 300 N. Los Angeles Street and one

4    demonstrator spray painted over the video surveillance camera located on Temple

5    Street and Judge John Aliso Street.  At approximately 7:30 p.m. rioters began parking

6    vehicles illegally in the parking lot of the US Courthouse located on 312 North Spring

7    Street.  By approximately 7:56 p.m., the vehicles illegally parked at the Courthouse

8    were removed by the rioters as they left the area.  The riot continued through the rest

9    of the night and ended at approximately 1:17 a.m. the next day.  This incident is

10   documented by FPS Incident Report F25090134510 attached as Exhibit 3.

11

12       18. On June 9, 2025, the demonstrations continued in the vicinity of the Roybal

13   Federal Building.  At approximately 10:15 a.m., an FPS officer reported that as he was

14   attempting to leave the facility in his assigned government owned law enforcement

15   vehicle when a group of 5-8 demonstrators walked in front of the vehicle.  A male

16   approached the vehicle, and spray painted a 12 inch in diameter white circle with an

17   "A" in the middle of the circle on the front of the hood.  Seconds later, a female

18   approached the passenger side of the vehicle and spray painted in white the word

19   "FUCK" on the passenger side windshield.  The two individuals ran back towards the

20   sidewalk and disappeared into the crowd.  Out of concerns for his safety and the

21   protection of government property, the officer drove back into the building where he

22   remained for the rest of the day.  This incident is documented in FPS Incident Report

23   F25090141980 attached as Exhibit 4.

24

25       19. In addition to what occurred in the vicinity of the Roybal Federal Building,

26   an extremely violent demonstration occurred at the Santa Ana Federal Building

27   located at 34 Civic Plaza, Santa Ana, California on June 9, 2025.  FPS reported that

28   during the morning and early afternoon non-violent protests were occurring in front of

9

the facility.  However, at approximately 2:48 p.m., a small group of demonstrators attempted to block vehicles from exiting the building.  FPS gave a dispersal warning which was followed, and the vehicles were allowed to exit, but were impeded once on Santa Ana Blvd.

20. Over the course of the afternoon, the group grew to about 1500 people.  At approximately 4:21 p.m., FPS requested the assistance of the Orange County Sheriff's Office and the Santa Ana Police Department (SAPD) for assistance with clearing the demonstrators from the facility.  The demonstrators became more disorderly, screaming insults and vulgar language at officers, encroaching on federal property and throwing dangerous objects like large rocks, frozen water bottles, miniature billiard balls, eggs, and aluminum cans at officers. At approximately 5:02 p.m., the demonstrators were given three dispersal orders, which they failed to obey.   The command was given to clear the stairs in front of the building and federal officers deployed less than lethal munitions, to include pepperball, impact munitions, pepper spray, tear gas and flash bangs.   The dispersal effort was successful and control over the area was regained without any injury to the officers.

21. At approximately 5:36 p.m., most of the demonstrators left the area, but about 20 minutes later a smaller group of demonstrators returned.  By approximately 6:15 p.m., the group grew to about 1200 people who quickly became disorderly and violent.  They once again threw large rocks, frozen water bottles, eggs, aluminum cans and other debris at the officers.  By 6:24 p.m., the crowd had grown to about 1700 people and the group began to throw mortar type fireworks at the officers, which would explode near the officers exposing them to loud concussive noise, fire and ignited fireworks fragments.  The law enforcement officers responded with pepperball, impact munitions and tear gas in an attempt to disperse the crowd.

10

1    22. At approximately 6:33 p.m., the demonstrators began to encroach upon the

2 federal facility and less than lethal munitions were once again used to prevent the

3 demonstrators from crossing the police line.  The demonstrators moved away from the

4 property but continued to throw objects at the officers requiring officers to respond

5 with additional less than lethal munitions.  At approximately 6:51 p.m., the SAPD

6 arrived on scene and pushed the demonstrators back east away from the federal

7 building.  This incident is documented in FPS Incident Report F25090135182 attached

8 as Exhibit 5.

9

10    23.    It is also my understanding that the plaintiffs alleged that on July 4, 2025, at

11 around 6:00 p.m., federal law enforcement officers pushed a crowd away from the MDC

12 that included members of the press.  FPS did not use tear gas or flash-bang grenades

13 during its response to the July 4th protests around the Roybal Building.

14

15    24. On July 4, 2025, FPS received intelligence in advance of multiple

16 demonstrations throughout the city and planned to increase staffing to ensure the

17 safety of federal facilities and federal employees. This included the increased staffing

18 of the National Guard to assist FPS in protecting federal property. Throughout the day,

19 FPS was able to protect federal property without incident, however, by the afternoon,

20 some of the protest became a riot where demonstrators began to engage in violent

21 unlawful conduct.

22

23    25. At approximately 3:00 p.m., a group of around 300 demonstrators gathered

24 at the Alameda Gate of the Roybal Building, which is adjacent to the MDC. At

25 approximately 3:07 p.m., a dark gray Immigration and Customs Enforcement (ICE)

26 van entered the Alameda Gate and was surrounded by the rioters, threatening the

27 safety of the vehicle occupants as well as the rioters. FPS units cleared a pathway for

28 the van to enter the Gate. At approximately 4:24 p.m., there were an estimated 100

demonstrators on Alameda Street blocking the vehicle entrance/exit to the Roybal Building. At approximately 4:55 p.m., FPS received a report that two Hispanic males were threatening to shoot U.S. Marines, which thankfully did not happen.

26. At approximately 5:41 p.m., rioters began throwing items, including bottles and one rioter threw a full, metal drink can and struck FPS Area Commander "V71" in his helmet and gas mask causing the liquid to splash onto his face.

27. At approximately 5:52 p.m., FPS issued verbal dispersal orders for unlawful assembly over a Public Address (PA) speaker system. The dispersal stated: "This is the Federal Protective Service. I hereby declare this to be an unlawful assembly and command all those assembled on North Alameda Street to immediately disperse. If you do not do so, you will be arrested. You may leave by North and South on Alameda Street. You have five minutes to disperse." The dispersal order was repeated multiple times over an estimated 45-minute period. The operator was given instructions to leave at least five-minute intervals between dispersal orders. The PA system used to issue the dispersal orders is a commercial-grade loudspeaker system[1] placed about 40-50 feet from the crowd with the speaker aimed at them.

28. Despite repeated orders to disburse, the crowd refused to leave the area. In fact, the crowd grew more agitated and dangerous. The unlawful assembly was declared, in part, because as vehicles were entering and exiting at the Roybal Building, the occupants of those vehicles were being harassed or physically threatened by the rioters. In addition, it was reported that the same officer who was struck with the metal drink can was also struck with a flagpole. Fortunately, he was not injured, but certainly could have been.

---

[1] The Rockville Ram 15BT V2 was used. It is a 800 watt portable loudspeaker designed to be used in outdoor environments. https://www.rockvilleaudio.com/ram15bt-v2/

29. As the crowd grew more agitated, at approximately 6:14 p.m., I contacted the Los Angeles Command Post via cell phone and asked the Incident Commander to request that an unlawful assembly be issued by the Los Angeles Police Department (LAPD) and have them clear Alameda Street to ensure the safety of federal personnel and the protection of federal property. At that time, FPS units, along with Customs and Border Protection (CBP) officers and Department of Defense (DoD) personnel, formed a police line on the edge of federal property. At approximately 6:42 p.m., the LAPD issued a dispersal warning order from one of their helicopters flying overhead. The dispersal order coming from the helicopter warned the crowd that the assembly was declared unlawful and that they must exit the area. At the time the LAPD dispersal order was being broadcast from the helicopter, I was standing on the parking apron of the Roybal Building behind the line of military and FPS units about 30-40 feet from the demonstrators and could hear the warning clearly. It is unlikely that anyone in the area would not have heard the warning.

30. At approximately 6:51 p.m., the LAPD Mobile Field Force set up at the intersection of Aliso Street and Alameda Street. At approximately 7:02 p.m., rioters used "A frame traffic barriers" to form a barrier line between themselves and the LAPD.

31. At approximately 7:08 p.m., LAPD requested FPS's assistance in relocating media personnel to an area from which they could safely observe the unlawful assembly. In response to the LAPD request, FPS units relocated members of the media southbound on Alameda Street out of the area to be cleared, but still allowed them to observe the riot. FPS's role was to make sure that no one (including members of the press) remained behind the main line pushing the crowd back. Allowing anyone to remain behind a line of law enforcement officers in an area being cleared poses a risk

13

to both the officers and public safety and is contrary to well-established crowd control operations.

32. Press was given repeated directives to change locations due to the unlawful assembly order. They had over an hour to comply. They were further warned to get out of the way of the FPS operation to disperse the unlawful assembly. To the extent members of the press or legal observers disregarded FPS directives, they would have been subject to the necessary physical expansion of the protected area. The media members that did relocate were still able to observe the unlawful assembly from their new position.

33. At approximately 7:12 p.m., the LAPD Mobile Field Force was holding the line at Alameda Street and Temple Street and FPS units had returned to the Alameda Gate.

34. No less-than-lethal munitions or chemical agents were used by any federal law enforcement officers to disperse the protestors or members of the media.

35. At approximately 7:20 p.m., LAPD announced its final dispersal order stating that it would begin to effectuate the arrests of those who refused to comply. LAPD asked FPS to clear the "A frame barriers" from the streets once they passed, which FPS did.

14

36. The event is documented in FPS Incident Report F25090147875 attached as Exhibit 6 and FPS MegaCenter[2] Spot Report Event Number 25024860 attached as Exhibit 7.

37. FPS officers are trained to allow members of the press to observe push operations provided they are not present in the area being cleared. I am unaware of any federal law enforcement officers targeting individual members of the media or preventing them from engaging in press activity.

38. To the extent that FPS relocated members of the press away from an area to be cleared, it did so for their safety as well as the safety of federal law enforcement.

39. To the extent that any members of the press were pushed back by federal law enforcement or struck by less-than-lethal munitions, it was due to the fact that they remained in the area to be cleared after multiple dispersal orders had been given and did not stand apart from the crowd that was being cleared.

40. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 8/15/2025, at San Francisco, California.

Roger Scharmen

---

[2] The FPS MegaCenters are radio call centers that manage operational communications for FPS law enforcement. They take emergency calls from the public, other law enforcement and emergency response agencies and relay information between FPS officers.

15

Exhibit 1

### FEDERAL PROTECTIVE SERVICE
**\*\* FOR OFFICIAL USE ONLY \*\***

| CASE NUMBER F25090134370 / 25020725D  ☐ Follow – Up Report | Occur Date Span 06/06/2025thru06/06/2025 | Occur Time Span 11:00thru23:54 | Report Date 06/06/2025 | Report Time 11:00 |
|---|---|---|---|---|

**A**

| Code | Type of Offense or Incident Demonstration: Violent | | Arrive Date 06/06/2025 | Arrive Time 11:00 |
|---|---|---|---|---|
| Building No. | Address 255 E. Temple St., Los Angles, CA  90012 | | Rtn to Svc Dt 06/06/2025 | Rtn to Svc Tm 23:54 |
| Incident Location | Agency Name | | Agency Code | |

| Est Num Dem | 1-20 | 11-50 | 51-100 | 101-300 | 301-500 X | 500+ | Est Num Evc | 1-10 X | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NARRATIVE
SEE NARRATIVE CONTINUATION

**B**

| INVOLVED PERSON | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |

| Address | | City | | State | Zip Code | Country | |
|---|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | NCIC Number | Work Phone |
| Employer | | Employer City | | State | Employer Zip | Employer Country |

**B**

| INVOLVED PERSON | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |

| Address | | City | | State | Zip Code | Country | |
|---|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|
| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | NCIC Number | Work Phone |
| Employer | | Employer City | | State | Employer Zip | Employer Country |

**C**

| VEHICLE | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | Evidence |
|---|---|---|---|---|---|---|---|---|
| No. | License No | State | Reg Yr | Make | Model | | Veh Yr | Value |
| R/O Name (last, first, middle) | | Color | | VIN | | NCIC Number | |
| R/O Address | | City | | State | Zip Code | Country | |

**D**

| PROPERTY | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|
| No. | Type: Description: | | Make | Model | Color |
| Owner Name (first, last,  middle) | | Serial Number | Value | NCIC Number |
| Address | | City | | State | Zip Code | Country |

| Officer Name/Signature/ID#  ▮▮▮▮ | Date 06/06/2025 10:59 | Supervisor ▮▮▮▮ | Date Approved 06/06/2025 11:10 |
|---|---|---|---|

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded    \*\* FOR OFFICIAL USE ONLY \*\*

3155 Report
Page 1 of 5

Generated by: on 06/19/2025 11:23

**EXHIBIT 1**
**83**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

CASE NUMBER   F25090134370
/ 25020725D

Officer █████ ███████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 2 of 5

**EXHIBIT 1**

**84**

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

Event:

On Sunday, June 1st, 2025 FPS was notified by Homeland Security Investigations (HSI) acting Special Agent in Charge (SAC) of Immigration Operations that were occurring in the Los Angeles Area as well a senior Government Official that would be on ground during operations. As recommended by the HSI SAC, FPS LA Metro requested maximum personnel staffing.

On Friday, June 6th, 2025 Inspector(s) ███ #855, ███ #1603, ███ #942, ███ #1611, ███ #1445, I, ███ #1528 along with Area Commander ███ ███ #V73 and District Commander ███ #V7 were performing our duties with the Federal Protective Service (FPS). All times are approximate.

At 1100, Hours there was a protest was outside of the main entrance of the LAFB and had approximately 20 peaceful protesters that were protesting deportations. The protest concluded at 1218 hours without incident.

At 1357 hours, Media outlets began setting up on Alameda St. on the east side of the street. At 1425 hours, there was a solo male protester holding a sign near the Alameda St. vehicle entrance. At 1523 hours, protesters began setting up for a CHIRLA Press Conference near the Main Entrance of the LAFB. This was in regard to a "Call to action" due to ICE raids in the Los Angeles area. Reference attached post on Instagram (@cfa_united). At 1558 hours, there were approximately 100 peaceful protesters on federal property outside the main entrance of the LAFB.

At 1604 hours, a flatbed truck arrived with 20 additional protesters, for a total of 175 protesters. At 1606 hours, there was a subject with a mask. The subject was covered up with a parka, wearing a green shirt, black pants, with a blue and gray striped backpack. At 1610 hours, a Black Male Adult (BMA) walked by the Alameda vehicle gates and made a motion with his finger like he was pulling a trigger at the Protective Security Officers (PSOs). The BMA was said to be wearing a red sweater with "USMC" on the front of it.

At 1621 hours, there were 25 protesters at the Alameda Vehicle Gate. At 1627 hours, we secured the Alameda vehicle entrances and re-routed vehicle traffic through the Temple St. entrance/exit. However, the Northside Vehicle Entrance into the P1 parking area was not able to secure.

**EXHIBIT 1**
**85**

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

At 1628 hours, a Bureau of Prisons (BOP) Corrections Officer notified me that a protester had ran into the parking area. Inspector ████ #1611 and I ran down into the P1 parking garage but were unable to locate the subject. At 1632 hours, we were advised that PSO ████ had detained a male subject, and they were walking down the ramp. Inspector ████ and I met with PSO ████ and took custody of the subject. The subject was transported to B-199 holding cell for processing. The subject was cited and released.

At 1639 hours, some protesters had shifted from the LAFB to BOP and the Alameda vehicle gates. At 1651 the protest at LAFB had grown to 300 protesters. At 1718 hours, there were 500 peaceful protesters at LAFB and 250-300 peaceful protesters at BOP. At 1726 hours, protesters at LAFB began marching toward Aliso St. potentially meeting up with additional protesters. At 1729 hours, United States Marshals Service (USMS) advised that 3 protesters had breached into the prison. At 1735 hours, 2 protesters began sitting in the street blocking the Alameda vehicle gate driveway. At 1739 hours, protesters began to graffiti the wall between BOP and the Alameda vehicle gates and blocking the exit from the loading dock to Aliso St.

At 1800 hours, protests merged on Alameda St. and shortly after began flying a drone. At 1809 hours, approximately 1000 protesters began blocking Alameda traffic and were on federal property. At 1811 hours, due to FPS staffing and the breach point into the federal buildings, I requested the Los Angeles Police Department (LAPD) for backup. The protest was no longer peaceful and had become violent. Protesters began throwing objects at FPS officers. One male threw a rolling chair at FPS officers through the opening of the vehicle gate. At that time, Pepperballs and FN 303 were deployed.

At 1815 hours, the Denver MegaCenter notified LAPD (reference#3905). At 1825 hours, I called HIS SAC and requested HSI backup. At 1827 hours, LAPD reported there was an air unit above us and a LAPD Command Post (CP) and Mobile Field Force (MFF) was being set up. At 1839 hours, after multiple uses of force the protesters had stopped throwing objects and LAPD still had not arrived. At 1843 hours, protesters had begun throwing items again and there were numerous agitators in the crowd. Pepperballs, FN 303, and pepper spray were deployed. I further requested LAPD to "step it up" or expedite their response as there were only 8 FPS officers holding the breach point with limited quantities of non-lethal munitions. At 1844 hours, Los Angeles County Sheriff's Department (LASD) and California Highway Patrol (CHP) were requested.

At 1900 hours, protesters began throwing large rocks or chunks of stone, that we later determined to be pieces broken off concrete bollards and other items. At 1910 hours, LAPD advised that they would begin pushing the crowd shortly. At 1915 hours, HSI and ERO officers were on scene for a total of approximately 40 federal law enforcement officers (LEOs). At 1918 hours, LAPD requested FPS and ICE personnel cease the use of Pepperballs so that LAPD can

CASE NUMBER    F25090134370
/ 25020725D

Officer    ████ ████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 4 of 5

**EXHIBIT 1**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

send officers to assist. At 1925 hours, FPS and ICE personnel were still waiting on LAPD backup and retreated into the facility as protesters were continuously throwing rocks. At 1929 hours, LAPD advised that they began to push forward. At 1934 hours, the Roybal MegaCenter notified units that they had eyes on LAPD. At 1938 hours, protesters were being pushed southbound down Alameda St. and non-lethal munitions continued being utilized. LAPD continued to push protesters to Temple St. while federal LEOs remained on federal property adjacent to Alameda St.

Additional federal resources were requested. At 2034 hours, other federal Special Reaction Teams (SRTs) responded to 255 E. Temple St. and cordoned off the area. At 2354 hours, all protesters were dispersed and departed the area. FPS LEOs remained at the facility until relieved by additional FPS LEOs.

Status:

Closed.

CASE NUMBER   F25090134370
/ 25020725D

Officer ███ ██████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 5 of 5

**EXHIBIT 1**
**87**

Exhibit 2

### FEDERAL PROTECTIVE SERVICE
**\*\* FOR OFFICIAL USE ONLY \*\***

| CASE NUMBER F25090134491 / 25020843D | Occur Date Span 06/07/2025thru06/10/2025 | Occur Time Span 05:18thru22:30 | Report Date 06/07/2025 | Report Time 05:18 |
|---|---|---|---|---|
| Follow – Up Report | | | | |

**A**

| Code | Type of Offense or Incident | | | Arrive Date 06/07/2025 | Arrive Time 06:02 |
|---|---|---|---|---|---|
| | Destruction/Damage/Vandalism of Property: Destruction/Damage/Vandalism of Property | | | | |
| Building No. CA0283 | Address 255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | | | Rtn to Svc Dt 06/08/2025 | Rtn to Svc Tm 00:26 |
| Incident Location | Agency Name BANKRUPTCY CLERK; BANKRUPTCY JUDGE COURTROOMS; BUR OF ALCOHOL,TOBACCO,FIREARMS & EXPLOSIVES; BUREAU OF PRISONS; CIRCUIT LIBRARIES; CRIMINAL DIVISION; DEPARTMENT OF STATE; DHS FEDERAL PROTECTIVE SERVIC... | | | Agency Code 1016; 1014; 1593; 1519; 1037; 1511; 1900; 7056; 7001; 7071; 1044; 1005; 1041; 1532; 4500; 1526; 9580; 4787; 2011; 1... | |
| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |

NARRATIVE
SEE NARRATIVE CONTINUATION

| INVOLVED PERSON | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|

**B**

| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | | | State | Zip Code | Country | | | |
| Driver's License Number | | State | Social Security # | | Nationality | | | Country of Birth | | Home Phone | | |
| Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | | NCIC Number | | Work Phone | | |
| Employer | | | Employer City | | | | State | Employer Zip | Employer Country | | | |

| INVOLVED PERSON | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|

**B**

| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | | | State | Zip Code | Country | | | |
| Driver's License Number | | State | Social Security # | | Nationality | | | Country of Birth | | Home Phone | | |
| Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | | NCIC Number | | Work Phone | | |
| Employer | | | Employer City | | | | State | Employer Zip | Employer Country | | | |

| VEHICLE | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | Evidence |
|---|---|---|---|---|---|---|---|---|---|

**C**

| No. | License No | State | Reg Yr | Make | | Model | | Veh Yr | Value | |
|---|---|---|---|---|---|---|---|---|---|---|
| R/O Name (last, first, middle) | | | Color | | VIN | | | NCIC Number | | |
| R/O Address | | | | City | | | State | Zip Code | Country | |

| PROPERTY | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|

**D**

| No. | Type: Description: | Make | | Model | | Color | |
|---|---|---|---|---|---|---|---|
| Owner Name (first, last, middle) | | Serial Number | | Value | | NCIC Number | |
| Address | | City | | State | Zip Code | Country | |

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded   \*\* FOR OFFICIAL USE ONLY \*\*

3155 Report
Page 1 of 6

Generated by: Roger A Scharmen on 08/12/2025 12:42

**EXHIBIT 2**
**89**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ██████ ████ | 06/18/2025 17:30 | █████ █ ████ | 06/19/2025 10:44 |

CASE NUMBER   F25090134491
/ 25020843D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer  ████ ████

**EXHIBIT 2**

**90**

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

On June 7, 2025, at approximately 05:18 hours the Denver Mega Center (DMC) was notified of an unlawful assembly from Los Angeles Police Department (LAPD) at Los Angeles Federal Building. At 06:44 hours, Inspectors from Region 9 began arriving to enforce a mass protest/demonstration called "LA Defend Your Rights" at 300 North Los Angeles CA, 90012. This is a proprietary jurisdiction federal facility in the Central Federal Judicial District of California. Each officer was in FPS uniform and clearly identifiable as a federal law enforcement officer, per 40 USC 1315. FPS officers were also equipped with riot gear to include less than lethal TAC-SA Pro Pepper ball and FN 303.


On Friday, June 6, 2025, Immigration and Customs Enforcement (ICE) executed search warrants at multiple locations, including outside a clothing warehouse in the city's fashion district and other commercial establishments. The executed search warrants sparked outrage that led to unlawful demonstrations and destruction of federal property which continued at the Los Angeles Federal Building located at 300 N. Los Angeles California 90012. ICE occupies space at the Los Angeles Federal Building to include the Enforcement and Removal Operations (ERO) office. Due to the controversial mission of the tenants located at the Los Angeles Federal Building, it routinely draws the attention of organized protests. Multiple people were detained by ICE on Friday as several locations in Los Angeles were raided. In response, violent protests broke out across the county, including an attempted break into the Roybal Federal Building located at 255 East Temple Street Los Angeles CA, 90012. Hours later, the Los Angeles Police Department (LAPD) declared unlawful assembly and issued a city-wide tactical alert. Because of the unlawful demonstrations and destruction to the Los Angeles Federal Building, ICE requested assistance from other Federal Law Enforcement agencies to include ERO Special Response Team (SRT), Customs and Border Protection (CBP), United States Marshals Service (USMS), and Federal Protective Service (FPS).


On Saturday, June 7, 2025, at 300 North Los Angeles CA, 90012 FPS Region 9, assembled the Incident Command Post. Command Staff with FPS Inspectors, and supporting units intergraded to establish unified enforcement unit.  At 06:44 hours, 9P1528 advised a white Chevrolet Silverado graffitied a barrier at Alameda. The plate on the vehicle was unreadable and could not be recognized through video surveillance system. At 07:30 hours, California Highway Patrol (CHP) shut down all major freeways in the area and several streets had been cordoned off in anticipation of the demonstration. At 07:46 hours, Protective Security Officer (PSO) advised that there were 14 or 15 people on property for the ICE protest. FPS units and local law enforcement were on scene, along with media outlets (ABC Channel 7, NBC Channel 4, CBS News, British Broadcasting Channel (BBC)). The news was adjacent to the facility sally port and some across the street. There was also other freelance press, YouTubers, Soicial media influencers and Spanish news channel in the immediate area. (See attached pictures.)

At 08:55 hours the group of protestors grew to 20 to 30 demonstrators. There was also a report of 10 peaceful protestors at the Apron ramp and four peaceful protestors at the corner of Alameda and Commercial. CHP was posted and monitoring the area.

**EXHIBIT 2**
**91**

## FEDERAL PROTECTIVE SERVICE
### ** FOR OFFICIAL USE ONLY **

Additional Report

At 10:19 hours, the number of protestors remained the same. Some protestors were blocking the vehicular ingress and egress routes. FPS with unified enforcement unit proceeded out the vehicle gate and provided security and removed protestors from blocking the entry way.

At 10:47 hours, 9V82 requested additional support at ICE facility in Paramount, California due to the clash after Border Patrol conducted a raid. There were reports of tires being slashed on marked government vehicles and unmarked government along with rocks being hurled. Border Patrol deployed tear gas during the demonstration and detained over a dozen. Eight FPS Inspectors were deployed to assist Border Patrol, ICE, and USMS.

Throughout the day, protestors continued to protest on federal property and block the driveways to the federal facility. Each time a government vehicle would enter or exit the facility, the unified unit would create a pathway for the vehicles by removing the protestors until they were clear. By 13:58 hours, there were approximately 60 protestors.

At approximately 14:00 hours, the crowd began to get agitated and encroach on the vehicle gates. FPS with the unified unit armed with less- than lethal TAC-SA Pro Pepper ball and FN 303 projectile, began to move the crowd back to the sidewalk. No pepper balls, or projectiles were deployed at this time and the crowd relocated to the sidewalk without incident. During this time multiple federal patrol and tactical vehicles used for the ICE operation and security escort were arriving and departing from the federal facility. On multiple occasions the crowd began to get agitated and tried to block the street ingress into the vehicle gate. FPS with the unified unit would deploy to disperse the crowd. The crowd increased to 80 during this time.

The back and forth of the unified unit removing the demonstrators and returning back to the vehicle gate went on for approximately two to three hours. FPS received reports of significant violence against law enforcement, including officers sustaining injuries from bricks thrown through vehicle windows, vehicles being burned, and Molotov cocktails being thrown at personnel conducting ICE operations. This is a violation of 18 U.S. Code § 111 - Assaulting, resisting, or impeding certain officers or employees.

The situation escalated rapidly at the Los Angeles Federal Building and dispersal order was issued on hand to the protesters. At approximately 16:24 hours, Incident Commander (IC) Area Commander ██ 9V71 hand delivered the posted notice of Federal Management Regulation (FMR) Title 41, Code of Federal Regulations (CFR), Part 102-74,

**EXHIBIT 2**
**92**

### FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

Subpart C, Rules and Regulations Governing Conduct on Federal Property to a legal advisor representing the demonstrators. The CFR was read aloud by one of the "leaders" of the protest group.

FPS inspectors with assistance prepared to push out the line of protestors away/out when individuals began throwing large pieces of concrete at officers. Protesters began to shout, "KILL ICE!" and got closer to the vehicle gate at the sally port. At 19:48 hours, protesters continued to throw objects, and more verbal threats were made over a loudspeaker stating, "We will send your bitch assess home in a body bag". The protesters were increasing in numbers and started to get closer to the sally port.

At 20:09 hours, Inspector ███ used the Long-Range Acoustic Device (LRAD) while inside the sallyport and made the announcement warnings for disbursal. Protesters did not obey the lawful direction to disperse and refused to leave which is a violation of Code of Federal Regulations § 102-74.385 Persons in and on property must at all times comply with official signs of a prohibitory, regulatory or directory nature and with the lawful direction of Federal police officers and other authorized individuals. Protesters violated subsections a-d of the Code of Federal Regulations § 102-74.390 Disturbance: All persons entering in or on Federal property are prohibited from loitering, exhibiting disorderly conduct or exhibiting other conduct on property that—(a) Creates loud or unusual noise or a nuisance; (b) Unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots; (c) Otherwise impedes or disrupts the performance of official duties by Government employees; or (d) Prevents the general public from obtaining the administrative services provided on the property in a timely manner.

The situation escalated and multiple projectiles and rocks were being thrown at FPS Inspectors which did not allow for the dispersal message to be repeated three times, with approximately two to three minutes between each warning to give those who choose not to be arrested time to leave the immediate area. At 20:11 hours FPS and CBP SRT deployed out of the sallyport as projectiles, concrete rocks, fireworks and a Molotov Cocktail were being thrown at FPS and CBP SRT. At 20:27 hours FPS brought the LRAD outside for another dispersal message, however multiple projectiles and unknown liquids were being thrown at Inspectors and officers. FPS canceled the second attempt of the dispersal message. FPS authorized the use of less-lethal munitions in accordance with FPS Directive Public Order Policing Page 6 of 16 Directive 15.5.4.7, 15.5.1.2, "Use of Force." The protesters continued throwing fireworks, rocks and bottles as FPS with CBP SRT as they pushed forward into the streets of Alameda.  IC Area Commander ███ 9V71 request LAPD assistance once we got online formation to the street intersection of Alameda.

From 20:27 hours, to 20:34 hours, FPS with CBP SRT deployed up Alameda Street. FPS and CBP SRT used immediate action using less-lethal munitions to disperse the violent protesters. Drones were flying overhead, and protesters were stopped at the intersection. LPD was in route to take the position from FPS at the intersection. At 20:57 hours

CASE NUMBER   F25090134491
/ 25020843D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ███ ███

Page 5 of 6

### EXHIBIT 2

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

LAPD is moving forward to replace FPS and CBP SRT and began to take their positions across the intersection of Alameda. FPS and CBP SRT bounded back and regrouped near the sally port of the Los Angeles Federal Building. IC Area Commander ██ 9V71 made contact with LAPD IC and coordinated for the night operations. LAPD at that time made a disbursal announcement as protesters remained on the intersection of Alameda. All FPS and CBP SRT were back inside the sally port staging area for debrief and there were no reported injuries at the time.


The Los Angeles Federal Building sustained severe damage to property a violation of 18 U.S. Code § 1361. Destruction of Government Property, it is a federal crime to destroy or damage any property owned by or under the federal government's control. This law is embodied in Title 18 U.S.C. 1361. In United States v. LaPorta, 46 F.3d 152, 156-57 (2d Cir. 1994) the United States Court of Appeals for the Second Circuit decided that when the offense is destruction of government property by fire, the government is required to prosecute using 18 U.S.C. § 844(f), rather than a combination of generalized statutes such as 18 U.S.C. §§ 844(h)(1) and 1361. However, in United States v. Jones, 607 F.2d 269, 271-72 (9th Cir. 1979), the United States Court of Appeals for the Ninth Circuit decided that "where an act violates more than one statute, the Government may elect to prosecute under either unless the congressional history indicates that Congress intended to disallow the use of the more general statute."


Section 1361 is a designated "Federal crime of terrorism" if the offense is "calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct. " 18 U.S.C. § 2332b(g)(5). If such is present, the FBI is the primary Federal investigative agency. See 18 U.S.C. § 2332b(f).

Exhibit 3

## FEDERAL PROTECTIVE SERVICE
**\*\* FOR OFFICIAL USE ONLY \*\***

| CASE NUMBER F25090134510 / 25020900D | Occur Date Span 06/08/2025thru06/08/2025 | Occur Time Span 04:20thru04:20 | Report Date 06/08/2025 | Report Time 04:20 |
|---|---|---|---|---|
| Follow – Up Report | | | | |

**A**

| Code | Type of Offense or Incident Demonstration: Violent | | | Arrive Date 06/08/2025 | Arrive Time 04:20 |
|---|---|---|---|---|---|
| Building No. CA0283 | Address 255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | | | Rtn to Svc Dt 06/08/2025 | Rtn to Svc Tm 04:20 |
| Incident Location | Agency Name BANKRUPTCY CLERK; BANKRUPTCY JUDGE COURTROOMS; BUR OF ALCOHOL,TOBACCO,FIREARMS & EXPLOSIVES; BUREAU OF PRISONS; CIRCUIT LIBRARIES; CRIMINAL DIVISION; DEPARTMENT OF STATE; DHS FEDERAL PROTECTIVE SERVIC... | | | Agency Code 1016; 1014; 1593; 1519; 1037; 1511; 1900; 7056; 7001; 7071; 1044; 1005; 1041; 1532; 4500; 1526; 9580; 4787; 2011; 1... | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

**B**

| INVOLVED PERSON | | Victim | Witness | | Suspect | X | Subject | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 1 | Name (last, first, middle) UNKNOWN, UNKNOWN | | | Alias | | | | | Date of Birth/Age | | Sex | Race | | Height | Weight | Eyes | Hair |

| Address | | | City | | | State | Zip Code | | Country | |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver's License Number | State | Social Security # | | Nationality | | Country of Birth | | Home Phone | |
| Scars, Marks, Tattoos / Other | | | Arrested No | Citation Number | | | NCIC Number | | Work Phone |
| Employer | | | Employer City | | | State | Employer Zip | | Employer Country |

**B**

| INVOLVED PERSON | | Victim | Witness | | Suspect | | Subject | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name (last, first, middle) | | | Alias | | | | | Date of Birth/Age | | Sex | Race | | Height | Weight | Eyes | Hair |

| Address | | | City | | | State | Zip Code | | Country | |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver's License Number | State | Social Security # | | Nationality | | Country of Birth | | Home Phone | |
| Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | NCIC Number | | Work Phone |
| Employer | | | Employer City | | | State | Employer Zip | | Employer Country |

**C**

| VEHICLE | | Stolen | | Damaged | | Recovered | | Lost/Missing | | Suspect | | Other | | Govt | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | License No | State | Reg Yr | Make | | | Model | | | | Veh Yr | | Value | | | |
| R/O Name (last, first, middle) | | Color | | | VIN | | | NCIC Number | | | |
| R/O Address | | | City | | | State | Zip Code | | Country | |

**D**

| PROPERTY | | Stolen | | Damaged | | Recovered | | Suspect | | Found | | Other | | Govt | | Evidence | | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Type: Description: | | Make | | Model | | Color | |
| Owner Name (first, last, middle) | | Serial Number | | Value | | NCIC Number | |
| Address | | | City | | | State | Zip Code | | Country | |

Distribution: ☐ Investigations   ☐ AUSA   ☐ Local Prosecutor   ☐ RO ☐ Other
Case Status: ☐ Open   ☐ Closed   ☐ Unfounded   \*\* FOR OFFICIAL USE ONLY \*\*

3155 Report
Page 1 of 7

Generated by: on 06/30/2025 12:23

**EXHIBIT 3**
**96**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | | Date | Supervisor | | | Date Approved |
|---|---|---|---|---|---|---|
| ███ | ███ | 06/15/2025 13:44 | ███ | █ | ███ | 06/30/2025 12:19 |

CASE NUMBER   F25090134510
/ 25020900D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer   ███ ███

Page 2 of 7

**EXHIBIT 3**
**97**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

Subject: UNKNOWN UNKNOWN

Origin:

On 8 June 2025, I, Inspector ███████ (9P1737) was on duty in full Federal Protective Service (FPS) uniform and clearly identifiable as a federal law enforcement officer per Title 40 United States Code (USC) 1315. I was deployed to Los Angeles, to support Operation Skip Jack, a planned mass protest, at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. This Federal Building and Courthouse is an owned federal property by the General Services Administration (GSA) in the Central Judicial District of California in propriety jurisdiction.

Investigation Overview:

The protest was a continuation from last Friday night, 6 June 2025, due to the Immigration and Customs Enforcement (ICE) detainment enforcement operations in the area.

Joint Regional Intelligence Center (JRIC) and Los Angeles Police Department (LAPD) Command Post shared information that there's a possibility of approximately 3,000 protesters in downtown Los Angeles for 8 June 2025 protest.

The Video Surveillance System (VSS) recording of the event from 0600 hours to 1800 hours have been collected, preserved, and is available.

At approximately 0734 hours, Roybal Monitoring Center (RMC) advised of an unknown male individual wearing all black clothing and a black mask, stuck an envelope under the emergency exit door, south side of the main entrance of the Los Angeles Federal Building, located at 300 North Lost Angeles Street, Los Angeles, CA 90012.

At approximately 0843 hours, a canine sweep was conducted on the envelope, and it yielded a negative result for an explosive. The envelope contained miscellaneous bank information and was disposed of.

CASE NUMBER   F25090134510 / 25020900D

Officer ███████ ███████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 3 of 7

**EXHIBIT 3**

98

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 1115 hours, Area Commander ███ (9V71) advised, Congresswoman Maxine Waters is in the area and is off federal property, being interviewed by the media. There are also approximately 150 protesters in the area and are remaining peaceful.

At approximately 1200 hours, there are approximately 200 protesters holding up multiple signs, peacefully protesting on Alameda Street, in front of the loading dock at the Edward R. Roybal Federal Building. The protesters are getting agitated and shouting "ICE out of LA" and other chants including yelling curse words at FPS Inspectors and soldiers from the California Army National Guard (CA ARNG).

At approximately 1224 hours, Area Commander ██████ (9V81) advised of a male subject, wearing dark clothing and dark hat, on Alameda Street in front of the loading dock, offloading wrenches, and metal tools in a silver Honda Odyssey minivan, bearing California plates, ██████ LAPD was notified of the situation.

A check using the California Law Enforcement Telecommunications System (CLETS) revealed the vehicle's registered owner is ███ ████ out of Los Angeles.

At approximately 1230 hours, there are now approximately 300 protesters, and an actual notice warning was issued, using a Long-Range Acoustic Device (LRAD) system, to clear the vehicle entry point at the loading dock to allow a safe ingress of multiple United States (US) Customs and Border Protection (CBP) vehicles. The actual notice warning was issued three times by Inspector ████ (9P1525).

At approximately 1253 hours, Inspector ████ (9P1570) advised of Oleoresin Capsicum (OC) being sprayed into the air, across the street on Alameda Street. Multiple individuals in the area are being affected.

At approximately 1309 hours, RMC advised CBP vehicle convoy is approaching, headed on Aliso Street towards Alameda Street.

At approximately 1315 hours, FPS Inspectors and soldiers from the CA ARNG started clearing the vehicle entry point by walking towards the protesters on Alameda Street.

**EXHIBIT 3**

99

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report



At approximately 1335 hours, District Commander ▉ ▉ (9V6) advised, FPS Inspectors deployed OC spray and OC pepperballs due to rocks and other objects being thrown at them.

At approximately 1350 hours, RMC advised of approximately 500 protesters in front of the City Hall have moved to Alameda Street.

At approximately 1410 hours, RMC advised of an unknown male subject wearing all black clothing and has a gas mask, was seen on the catwalk next to the cafeteria patio by the vehicle entry point on Alameda Street.

At approximately 1426 hours, 9V71 advised the protesters on Alameda Street in front of the vehicle entry point are dispersing and marching north on Alameda Street towards Commercial Street.

At approximately 1436 hours, the subject on the catwalk was detained by Inspector ▉▉▉ (9R1637) and Inspector ▉▉▉ (9P1684) with 9P1737 providing security overwatch. The subject related, he came from the courtyard and walked around the federal building to the catwalk. The subject stated the area was not blocked off and he didn't notice any signs preventing access in the area. The subject was later warned not to return at the federal building and was released on his own recognizance.

At approximately 1444 hours, Denver Mega Center (DMC) advised of approximately 1,000 protesters marching on Temple Street towards Alameda Street.

At approximately 1452 hours, 9V81 advised of approximately 500 protesters approaching the vehicle entry point on Alameda Street.

At approximately 1507 hours, 9V71 advised Units from LAPD are pushing protesters on Alameda Street south to Temple Street.

**EXHIBIT 3**
**100**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report



At approximately 1520 hours, DMC advised, District Commander ███████ (9V8) related, the crowd in the area are now at approximately 3,000 protesters, but the bulk of the protesters are at the City Hall area and not in front of the federal building on 300 North Los Angeles Street.

At approximately 1540 hours, Units from the California Highway Patrol (CHP) have pushed all protesters out of the intersection on Aliso Street and Los Angeles Street and have gained access.

At approximately 1543 hours, RMC advised of protesters spray painting graffiti on the glass windows of the federal building on 300 North Los Angeles Street.

At approximately 1554 hours, Inspector ███████ (9P908) advised there are fireworks at Los Angeles Street and Aliso Street. 9P908 also advises of approximately 500 to 1,000 protesters running on Los Angeles Street, from Aliso Street towards Temple Street.

At approximately 1619 hours, DMC advised, Inspector ████ (9P934) related of safety concern for FPS Units arriving in marked vehicles due to eastbound Highway 101 being blocked off and protesters are attempting to block the westbound side of Highway 101.

At approximately 1638 hours, Area Commander ███████ (9V62) advised of a large number of protesters outside the lobby doors of the federal building at 300 North Los Angeles Street and Units from LAPD are responding.

At approximately 1655 hours, RMC advised of graffiti paintings on the concrete wall on Aliso Street and, an unknown protester, spray painted the Video Surveillance camera located on Temple Street and Judge John Aliso Street.

At approximately 1714 hours, Area Commander ███████ (9V101) advised he and three other Inspectors are at their hotel, located at 19 South Madison Avenue, Pasadena, CA. The tires on their patrol vehicles have been slashed while parked in the hotel parking lot. GSA, FPS chain of command, and hotel management were notified.

**EXHIBIT 3**
**101**

### FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 1715 hours, 9V71 advised, FPS Inspectors and CBP officers are holding a scrimmage line on Alameda Street and Commercial Street to provide security for LAPD officers.

At approximately 1729 hours, 9V71 advised of approximately 150 protesters sitting on the ground at the intersection of Alameda Street and Aliso Street. FPS Inspectors are still holding the scrimmage line with CBP officers.

At approximately 1803 hours, all FPS night shift Units have arrived. All FPS day shift Units are still on site.

At approximately 1930 hours, Protective Security Officer (PSO) ███ advised of protesters parking their vehicles on the parking lot at the US Courthouse located on 312 North Spring Street.

At approximately 1956 hours, PSO ███ advised, the vehicles that was parked at the US Courthouse parking lot by protesters have left the area.

At approximately 2000 hours, all FPS day shift Units have cleared the Roybal Federal Building and are enroute to their hotels and/or residence.

Disposition:

This protest is continuing through the rest of the night.

-End of Report-

Exhibit 4

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25090141980 / 25023259D<br>☐ Follow – Up Report | Occur Date Span<br>06/09/2025thru06/09/2025 | Occur Time Span<br>10:30thru10:35 | Report Date<br>06/09/2025 | Report Time<br>10:45 |
|---|---|---|---|---|

### A

| Code | Type of Offense or Incident<br>Destruction/Damage/Vandalism of Property: Destruction/Damage/Vandalism of Property | | Arrive Date<br>06/09/2025 | Arrive Time<br>10:30 |
|---|---|---|---|---|
| Building No.<br>CA0283 | Address<br>255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | | Rtn to Svc Dt<br>06/09/2025 | Rtn to Svc Tm<br>10:35 |
| Incident Location<br>Vehicle Entrance/Exit<br>-255 E Temple St | Agency Name<br>Tenant Not Found | | Agency Code<br>99999 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

### B

| INVOLVED PERSON | | ☐ Victim | ☐ Witness | ☐ Suspect | ☐ Subject | ☐ Report Person | ☐ Govt' Empl | ☐ Govt' Cont | ☐ Other | ☐ Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|

| No. | Name (last, first, middle) | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|
| | Address | City | | State | Zip Code | Country | | | | |
| | Driver's License Number | State | Social Security # | Nationality | | Country of Birth | | Home Phone | | |
| | Scars, Marks, Tattoos / Other | | Arrested | Citation Number | | | NCIC Number | | Work Phone | |
| | Employer | | Employer City | | | State | Employer Zip | Employer Country | | |

### B

| INVOLVED PERSON | | ☐ Victim | ☐ Witness | ☐ Suspect | ☐ Subject | ☐ Report Person | ☐ Govt' Empl | ☐ Govt' Cont | ☐ Other | ☐ Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|

| No. | Name (last, first, middle) | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|
| | Address | City | | State | Zip Code | Country | | | | |
| | Driver's License Number | State | Social Security # | Nationality | | Country of Birth | | Home Phone | | |
| | Scars, Marks, Tattoos / Other | | Arrested | Citation Number | | | NCIC Number | | Work Phone | |
| | Employer | | Employer City | | | State | Employer Zip | Employer Country | | |

### C

| VEHICLE | | ☐ Stolen | X Damaged | ☐ Recovered | ☐ Lost/Missing | ☐ Suspect | ☐ Other | X Govt | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|
| No.<br>1 | License No<br>G62-5966Z | State<br>CA | Reg Yr<br>2023 | Make<br>Dodge | Model<br>Durango | | | Veh Yr<br>2023 | Value | |
| | R/O Name (last, first, middle) | | | Color<br>BLACK | VIN<br>1C4RDJFG6PC637327 | | | NCIC Number | | |
| | R/O Address | | | City | | State | Zip Code | Country | | |

### D

| PROPERTY | | ☐ Stolen | ☐ Damaged | ☐ Recovered | ☐ Suspect | ☐ Found | ☐ Other | ☐ Govt | ☐ Evidence | ☐ Weapon |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Type:<br>Description: | | Make | | Model | | Color | | | |
| | Owner Name (first, last, middle) | | Serial Number | | Value | | NCIC Number | | | |
| | Address | | City | | State | Zip Code | Country | | | |

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|

Distribution:  ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status:  ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 3

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| ██████ ██████ | 06/24/2025 17:42 ████ █ ████ | 06/24/2025 17:50 |
|---|---|---|

**EXHIBIT 4**
**105**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

On 06/09/2025 at approximately 1015 hours, during the "Anti-ICE" protest at 255 E. Temple Street, Los Angeles, CA, I was instructed to report to the FBI Muti-Agency Command Post located at 11000 Wilshire Blvd, Los Angeles, CA from the aforementioned address.  At approximately 1030 hours, I got into my assigned GOV (2023 / Dodge / Durango – Plate No. G62-5966Z) and drove through the garage towards the vehicle exit on E. Temple Street.  As I was about to exit, I saw a group of 5-8 protestors walking in front of my GOV on the sidewalk.  A male individual, possibly Hispanic, approached my GOV and spray painted a white circle with an "A" in the middle of the circle on the front of the hood, passenger side.  The symbol is about 12 inches in diameter.  Seconds later, a female individual, possibly Hispanic, approached the passenger side of the vehicle and spray painted a white "FUCK" word on the passenger side windshield, which covered half of the windshield.  Immediately after, I yelled "Hey" and unbuckled my seatbelt.  The two individuals then ran back towards the sidewalk.  Some of the other protestors were reaching into their bags, it was then, I yelled at the PSO assigned to the vehicle entrance to raise up the roll-up gate.  I reversed back and the PSO brought the gate back down.  I called DRD Scharmen and informed him of the situation.  He instructed me to report back to the Incident Command Post for the remainder of the day due to the increase of protestors at the facility and surrounding area.  End of Report.

CASE NUMBER   F25090141980
/ 25023259D

Officer   ████   ████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 3 of 3

**EXHIBIT 4**
**106**

Exhibit 5

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25090135182 / 25021065D  ☐ Follow – Up Report | Occur Date Span 06/09/2025thru06/09/2025 | Occur Time Span 12:15thru12:15 | Report Date 06/09/2025 | Report Time 12:15 |
|---|---|---|---|---|

| | Code | Type of Offense or Incident Demonstration: Violent | | | Arrive Date 06/09/2025 | Arrive Time 12:15 |
|---|---|---|---|---|---|---|
| **A** | Building No. CA0200 | Address 34 CIVIC CENTER PLAZA, SANTA ANA, CA 92701 | | | Rtn to Svc Dt 06/09/2025 | Rtn to Svc Tm 12:15 |
| | Incident Location ICE-ERO sally port vehicle entrance, front of FB | Agency Name BUR OF ALCOHOL,TOBACCO,FIREARMS & EXPLOSIVES; DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; DHS FEDERAL PROTECTIVE SERVICE (FPS); DRUG ENFORCEMENT ADMINISTRATION; PUBLIC BUILDINGS SERVICE-FIELD OFFICE;... | | | Agency Code 1593; 8600; 7056; 1532; 4766; 7004; 7055 | |

| Est Num Dem | | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | X 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

| INVOLVED PERSON | | ☐ Victim | ☐ Witness | ☐ Suspect | ☐ Subject | ☐ Report Person | ☐ Govt' Empl | | ☐ Govt' Cont | | ☐ Other | ☐ Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
| **B** | Address | | | City | | | State | Zip Code | Country | | | |
| | Driver's License Number | | State | Social Security # | | Nationality | | Country of Birth | | Home Phone | | |
| | Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | NCIC Number | | Work Phone | | |
| | Employer | | | Employer City | | | State | Employer Zip | Employer Country | | | |

| INVOLVED PERSON | | ☐ Victim | ☐ Witness | ☐ Suspect | ☐ Subject | ☐ Report Person | ☐ Govt' Empl | | ☐ Govt' Cont | | ☐ Other | ☐ Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
| **B** | Address | | | City | | | State | Zip Code | Country | | | |
| | Driver's License Number | | State | Social Security # | | Nationality | | Country of Birth | | Home Phone | | |
| | Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | NCIC Number | | Work Phone | | |
| | Employer | | | Employer City | | | State | Employer Zip | Employer Country | | | |

| VEHICLE | | ☐ Stolen | ☐ Damaged | ☐ Recovered | ☐ Lost/Missing | ☐ Suspect | ☐ Other | ☐ Govt | | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No. | License No | State | Reg Yr | Make | | Model | | Veh Yr | Value | | |
| **C** | R/O Name (last, first, middle) | | | Color | | VIN | | | NCIC Number | | | |
| | R/O Address | | | City | | | State | Zip Code | Country | | | |

| PROPERTY | | ☐ Stolen | ☐ Damaged | ☐ Recovered | ☐ Suspect | ☐ Found | ☐ Other | ☐ Govt | ☐ Evidence | ☐ Weapon |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. | Type: Description: | | Make | | Model | | Color | | |
| **D** | Owner Name (first, last, middle) | | | Serial Number | | Value | | NCIC Number | | |
| | Address | | | City | | | State | Zip Code | Country | | |

Distribution:  ☐ Investigations    ☐ AUSA    ☐ Local Prosecutor    ☐ RO ☐ Other
Case Status:  ☐ Open    ☐ Closed    ☐ Unfounded    ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 5

Generated by:  on 06/19/2025 13:43

**EXHIBIT 5**
**108**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ██ ████ | 06/19/2025 13:22 | ████ █ ███ | 06/19/2025 13:40 |

CASE NUMBER   F25090135182 / 25021065D

Officer  ██ ██████

3155 Report

Page 2 of 5

**EXHIBIT 5**

**109**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

On 06/09/2025, at approximately 1100 hours, a team of FPS personnel to include, AC ████ AC ████
Inspector ████ Inspector ████ and I, Inspector ████ mobilized to 34 Civic Center Plaza, in the city of
Santa Ana, California (Santa Ana Federal Building). All personnel were in clearly marked, full police uniform,
performing duties pursuant to 40 USC 1315. FPS personnel listed above, along with personnel from ERO-SRT
(Enforcement and Removal Operations, Special Response Team) and HSI (Homeland Security Investigations) provided
security and a hardened defense to protect federal assets. All personnel were positioned at the front of the facility on
the veranda, which is elevated from the public sidewalk, providing a position of advantage and an improved view of
the group.

At approximately 1215 hours, IC (Incident Commander) AC ████ reported to Denver, there are four demonstrators at
34 Civic Center Plaza, off federal property, near the sally port entrance for ERO, protesting ICE. Protesters are not
blocking the entry/exit and remain peaceful.

At approximately 1316 hours, the group of protesters grew to approximately 100, at the same location, remaining off
property, not blocking the entry/exit, and remaining peaceful. Shortly after the group grew to 120 protesters,
remaining off property and peaceful. From this time the protesters were transitioning back and forth from the sally
port to the intersection of Civic Center Plaza and Santa Ana Blvd.

At approximately 1428 hours, the group of protesters attempted to block vehicles exiting from the facility near the
sally port. A Dispersal Warning was given at this time via loudspeaker. The protesters abided by the warning and
allowed the vehicles to exit; however, they attempted to impede the vehicles once on public property (Santa Ana
Blvd).

The protester group continued to grow to approximately 500 protesters, with another wave of protesters of
approximately 700 joining with the first group.

At approximately 1621 hours, AC ████ advised Denver Mega Center to contact OC Sheriff and Santa Ana Police for
assistance with clearing the protesters.

CASE NUMBER    F25090135182          ** FOR OFFICIAL USE ONLY **          3155 Report
/ 25021065D

Officer ████ ████                                                              Page 3 of 5

**EXHIBIT 5**
**110**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 1702 hours, the protestors were given three dispersal orders, which they failed to obey. The protestors were becoming more disorderly, screaming insults and vulgar language, encroaching onto federal property, and throwing objects such as large rocks, frozen water bottles, miniature billiard balls, eggs, and aluminum cans at the line of officers. The command was given to clear the stairs in front of the federal building. FPS, ERO, and HSI all deployed less lethal munitions. FPS deployed pepper ball and FN direct impact munitions, while ERO and HSI deployed pepper ball and hand thrown CS gas, flash bangs, and 40MM sponge rounds and tear gas. The deployment was conducted and intended to gain compliance through temporary incapacitation and area denial. The deployment of less lethal was effective in dispersing the hostile protestors and regaining control of the area. No injuries were sustained.

At approximately 1736 hours, most of the protesters began to march east away from 34 Civic Center Plaza, towards 411 W. 4th Street, the federal courthouse. Approximately 20 minutes later there was an estimated 750 protesters returning to the intersection of Civic Center Plaza and Santa Ana Blvd. Shortly after several waves of approximately 75-100 protesters arrived at 34 Civic Center Plaza.

At approximately 1815 hours the group quickly grew to approximately 1200 people who quickly became disorderly and began, once again to throw various objects to include large rocks, frozen water bottles, eggs, aluminum cans, and whatever type of debris they could find, at the line of officers. At this point HSI provided information that BORTAC (Border Patrol Tactical Unit) and US Army National Guard would be responding in approximately 30 minutes.

At approximately 1824 hours, AC ███ estimated the group of protesters to be 1700 people. At this time agitators within the group began to throw mortar type fireworks at the line of officers which would explode in our vicinity with a loud concussive boom and spew fire and other ignited fragments in our direction. Law Enforcement responded with non-lethal pepper balls, and 40MM sponge rounds or tear gas to disperse the crowd.

At approximately 1833 hours, the protestors began to encroach on federal property and non-lethal and less lethal munitions were deployed towards the aggressive protesters who were trying to cross the line of officers. The protesters responded by immediately retreating away from the property. Protesters continued to be disruptive and continued to throw objects at the officers on the line and again non-lethal and less lethal munitions were deployed as a result. No injuries were sustained.

At approximately 1848 hours, BORTAC arrived on scene at 34 Civic Center Plaza.

CASE NUMBER   F25090135182
/ 25021065D

Officer ███ ████████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 4 of 5

**EXHIBIT 5**

**111**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 1851 hours, SAPD arrived back on scene, creating a skirmish line on Santa Ana Blvd. near the ERO sally port. SAPD pushed the protesters east towards Sasscer Park, away from the federal building.

At approximately 1933 hours, night shift FPS units arrived to relieve day shift FPS units, a briefing was conducted and night shift assumed operations.

**EXHIBIT 5**

**112**

Exhibit 6

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25090147875 / 25024860D | Occur Date Span 07/04/2025thru07/05/2025 | Occur Time Span 08:56thru00:27 | Report Date 07/04/2025 | Report Time 08:56 |
|---|---|---|---|---|
| ☐ Follow – Up Report | | | | |

| | Code | Type of Offense or Incident Demonstration: Violent | | Arrive Date 07/04/2025 | Arrive Time 08:56 |
|---|---|---|---|---|---|
| **A** | Building No. CA0283 | Address 255 E. TEMPLE STREET, LOS ANGELES, CA 90012 | | Rtn to Svc Dt 07/05/2025 | Rtn to Svc Tm 00:27 |
| | Incident Location Sidewalk Off Federal Property | Agency Name BANKRUPTCY CLERK; BANKRUPTCY JUDGE COURTROOMS; BUR OF ALCOHOL,TOBACCO,FIREARMS & EXPLOSIVES; BUREAU OF PRISONS; CIRCUIT LIBRARIES; CRIMINAL DIVISION; DEPARTMENT OF STATE; DHS FEDERAL PROTECTIVE SERVIC… | | Agency Code 1016; 1014; 1593; 1519; 1037; 1511; 1900; 7056; 7001; 7071; 1044; 1005; 1041; 1532; 4500; 1526; 9580; 4787; 2011; 1… | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NARRATIVE
SEE NARRATIVE CONTINUATION

| INVOLVED PERSON | | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|

| | No. | Name (last, first, middle) | | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B** | Address | | City | | State | Zip Code | Country | | | | | |
| | Driver's License Number | State | Social Security # | Nationality | Country of Birth | | | Home Phone | | | | |
| | Scars, Marks, Tattoos / Other | | Arrested | Citation Number | | NCIC Number | | Work Phone | | | | |
| | Employer | | Employer City | | State | Employer Zip | Employer Country | | | | | |

| INVOLVED PERSON | | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|

| | No. | Name (last, first, middle) | | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B** | Address | | City | | State | Zip Code | Country | | | | | |
| | Driver's License Number | State | Social Security # | Nationality | Country of Birth | | | Home Phone | | | | |
| | Scars, Marks, Tattoos / Other | | Arrested | Citation Number | | NCIC Number | | Work Phone | | | | |
| | Employer | | Employer City | | State | Employer Zip | Employer Country | | | | | |

| VEHICLE | | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | No. | License No | State | Reg Yr | Make | Model | | | Veh Yr | Value | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **C** | R/O Name (last, first, middle) | | Color | | VIN | | | NCIC Number | | | |
| | R/O Address | | City | | State | Zip Code | Country | | | | |

| PROPERTY | | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|

| | No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|---|
| **D** | Owner Name (first, last, middle) | Serial Number | Value | NCIC Number | |
| | Address | City | State | Zip Code | Country |

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 11

Generated by:  on 07/05/2025 11:03

**EXHIBIT 6**
**114**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ███████████ | 07/05/2025 10:34 | ████████ | 07/05/2025 10:48 |

CASE NUMBER   F25090147875
/ 25024860D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ███████████

Page 2 of 11

**EXHIBIT 6**

**115**

# FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation



0856 9P1688 (⬛⬛⬛⬛) advised that there is 1 peaceful protestor on property on the Alameda street side affecting operations. 9P1688 advised that there are 9 military personnel in the area with him.

0900 9P1688 advised that the subject is protesting against ICE.

0902 PSO ⬛⬛⬛ at 255 State Checks advised that military personnel is still on property but the subject is in the city street now with a loud speaker.

0909 9P1688 advised that there are 4 US Marines and 5 California National Guard on site with them.

1020 9P1688 advised that there are now 8 peaceful protestors off property on the city sidewalk on Alameda street affecting operations. 9P1688 advised that the same military personnel as earlier are still on property with him, they are secure.

1126 9P1688 advised that there now 2 peaceful protestors off property on the city sidewalk on Alameda street affecting operations. 9P1688 advised that the same military personnel as earlier are still on property with him, they are secure.

1137 9P1688 advised that there are 6 peaceful protestors across the street off property setting up a canopy. PSO ⬛⬛ at 255 State Checks advised that a bunch of water is being unloaded along with a tent at the same location on Alameda across the street.

1218 9V71 (⬛⬛⬛) advised that a group of approximately 300 protestors are marching down Aliso street towards Alameda street.

1224 9P1528 (⬛⬛⬛⬛) advised that there are approximately 40 protestors off property at the facility and there is one Black male adult subject who is counter protesting.

CASE NUMBER    F25090147875
/ 25024860D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ⬛⬛⬛⬛⬛

Page 3 of 11

**EXHIBIT 6**
**116**

FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

07/04/2025 13:44   Created by: D207

07/04/2025 13:51   Modified By: D207

Received By: Telephone

1242 9V3 (R. Scharmen) advised that there are 9 FPS units, 10 US Marines and 8 California National Guard units on scene.

1251 9P1528 advised that there is a White male subject with a long sleeved hoodie, black mask and goggles, grey pants and black shoes.

07/04/2025 14:05   Created by: D284

07/04/2025 16:16   Modified By: D284

Received By: Other

1257 9P1525 advised one male counter protestor and a protestor have gotten into a disagreement

1308 9V71 advised they are off loading boom boxes.

1314 9P1528 advised LAPD is conducting a traffic stop on N Alameda. Some of the protestors are heading their direction.

1316 9P1528 requested additional units to Alameda St. 9V71 and 9K855 will be en route.

1317 9P1528 advised all federal units are back on property and "Code Four." 9V71 copied and will cancel response.

CASE NUMBER   F25090147875 / 25024860D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ▮▮▮▮▮▮▮▮

Page 4 of 11

**EXHIBIT 6**

**117**

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

1403 9P1525 advised protestors are blocking the Alameda exit. They are all Code Four right now.

1404 9P1528 advised of one Hispanic Male Adult blocking ICE vehicles that are trying to exit. Subject is wearing a black shirt, Brown cargo pants, black shoes, and a black bandana. Subject has been warned.

1410 9P1528 advised there are approximately 40 protestors are now blocking southbound traffic on Alameda St as well. They are still peaceful but affecting federal operations.

1413 9P1528 advised there are 5 US Marines, 14 FPS and 7 National Guards.

1453 255 State Checks and 9V81 advised a group of 50 protestors has broken off from a protest at 300 N Los Angeles and is walking along Temple St towards Alameda St. They may be heading to join protestors on Alameda.

1457 9P991 advised of two Hispanic male adults walking towards Alameda St. One is wearing black over pink. The other is wearing black or dark blue over black.

1459 9V71 advised that he and 9P1525 are back at the Alameda Gate.

1500 9P991 advised the courtyard between the buildings is clear.

1501 9V10 advised there are 300 protestors at the Alameda entrance.

1503 9P1525 advised there are 12 FPS, 18 National Guards. Requested update on US Marines, no response.

**EXHIBIT 6**
**118**

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

1504 9V101 advised of something on Alameda, but was unreadable.

1505 9V71 requested additional units to the Alameda Entrance. 9V81 and 9K855 are en route.

1513 9P1513 advised all units are code four.

Status: Pending

07/04/2025 16:16   Created by: D284

07/04/2025 21:19   Modified By: D284

Received By: Other

1516 9V71 advised LAPD issued two dispersal orders from an air unit helicopter.

1517 9V71 advised protestors are moving north on Alameda, possibly going to Aliso St. State Checks does not currently have eyes on the group.

1518 9V101 advised LAPD is on Aliso and Alameda. State Checks advised approximately 20 protestors are on Aliso.

1521 9V71 advised LAPD is on scene pushing the crowd north on Alameda St. State Checks also advised protestors are heading northwest on Aliso and may be returning to 300 N Los Angeles.

1609 9V101 advised there is a drone above Alameda St. Right now they do not see any operators. 9V101 was advised of a previous drone operator at 300 N Los Angeles that was in a white Kia. 9V101 advised he does not see any white Kias at this time but he will keep an eye out.

**EXHIBIT 6**
**119**

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

1623 9P1525 advised approximately 100 protestors on Alameda right now, they are peaceful. There are currently about 30 military and 10 FPS.

1625 9P1528 advised of a Hispanic Male Adult wearing a ball cap blue bandana green red soccer jersey, and green cargo pants. He is currently riding a scooter around. He is currently peaceful but was also reported throwing objects at officers on 06/06/2025. 9I83 (███████) called to advise the subject has not thrown anything today, he is just present.

1639 9P1525 advised there is one Antifa flag flying just under the trees on Alameda.

1649 9P1528 advised of several individuals wearing masks and helmets. One of the protest leaders asked for a mask because "he doesn't want to be seen in the news after a riot."

1654 9P1525 advised a protestor with a Mexican flag threatened to shoot a US Marine with non-lethal. One Protestor had a shirt on that says "Fuck Trump" and another protestor had the Mexican flag.

1714 Leader of the protest is calling for a march to City Hall for the group protesting at Alameda.

1722 State Checks advised approximately 50 protestors are heading west on Temple towards Los Angeles St.

07/04/2025 18:42  Created by: D295

07/04/2025 20:46  Modified By: D295

Received By: Other

1741 9P1528 advised the crowd is starting to throw items.

CASE NUMBER   F25090147875 / 25024860D

Officer ████████████

** FOR OFFICIAL USE ONLY **

3155 Report

**EXHIBIT 6**
**120**

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

1742 9P991 advised units are taking bottles. 9P1528 advised a subject threw a monster can at 9V71 and requests 255 State Checks to review footage

1742 9P991 requests 255 State Checks to monitor situation to start picking out individuals who are throwing items. 9V71 advised he took an unknown substance to the face. 9P1528 requests a description of subject from 9V71.

1743 9V71 requests 255 State Checks to look back at footage and see who threw the white monster can.

1744 9P1528 advised there is a white female with black clothing and a black bandana who had a monster can at one point and does not anymore.

1745 9V10 asking if 9V71 needs a medical kit

1747 255 State checks advises 9P1528 of a  Hispanic male across the St. wearing a short sleeve flannel, skinny jeans, black shoes, and a backpack, standing next to a blue and white flag recording.

1749 9V71 advised the object was thrown approximately 5 minutes ago.

1752 9V10 advised the crowd has been given their second warning on unlawful assembly.

1755 255 State checks advised 9V71 to disregard on Hispanic male unsure if it was him, seems the object was thrown from behind him. 9V71 requested  9Ida78 to review footage.

1756 255 State Checks advised the footage is still being reviewed.

1759 9V71 requested status from 255 State Checks,

**EXHIBIT 6**
**121**

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

---

1800 9V71 advised there is a Hispanic Male adult with a black shirt, blue bandana with an  upside down American Flag, 9V71 believes he is the one that hit him on the helmet.

1801 255 State Checks advises they do not have footage of the monster can incident. 9V71 advises the subject that hit his helmet is under tree on Veterans Ave.

1802 9V71 advises another red warning was given and demonstrators are beginning to mask up.

1803 9V71 advises he is not hurt, the item hit his helmet.

07/04/2025 19:35   Created by: D284

07/04/2025 21:23   Modified By: D284

Received By: Other

1804 9P1525 advised LAPD has given their final dispersal order.

1808 9V71 advised the individual with an upside down American Flag is heading southbound on Alameda.

1809 9V3 requested information on the Monster can incident from State Checks. State Checks advised they are reviewing footage.

1812 9V81 advised the crowd is throwing unreadable.

---

**EXHIBIT 6**

**122**

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

1814 9V10 advised LAPD declared the assembly unlawful. FPS will be following up with an unlawful assembly order but has not done so at this time.

1816 9V81 advised white male adult with blue hair, a blue shirt, claiming FPS tipped over his [unreadable] vehicle. He's in range [unreadable]

1817 9V81 advised they were going to push the crowd back to the edge of Alameda St where Federal Property ends. A subject kicked off the side mirror of their vehicle and fled down Alameda St.

1825 9P1525 advised they have a transient or a protestor camped out near the natural rail links. He was CC'd via train operations. 9P1525 then advised to disregard.

1827 9V3 called and advised the protest is no longer peaceful, and has been declared unlawful. There are approximately 100 military, 20 FPS. FPS was hit by a Monster drink, and someone was hit with a flag pole. Crowd is getting agitated. FPS has also now issued two dispersal orders.

1832 9V42 called to confirm dispersal order times. 9P1528 advised of a male with an extendable baton in his waistband. Hispanic Male Adult, wearing black over black shorts, black shoes.

1842 9V10 advised LAPD just issued a 5 minute dispersal order for the protest on Alameda.

1857 9P1525 advised to all FPS units that LAPD  is coming right now. 9P1525 LAPD is sweeping north to south on Alameda.

1908 9V71 advised they will be assisting LAPD with pushing protestors and media southbound on Alameda to Temple St.

CASE NUMBER   F25090147875
/ 25024860D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ██████████

Page 10 of 11

**EXHIBIT 6**
**123**

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

1910 9V10 advised FPS to return to the Alameda gate.

1911 9P1678 advised all FPS assisting with the push to return to 255 E Temple.

1912 9V101 copied and advised FPS is returning to 255 E Temple.

1913 9V71 advised during the push, that FPS was only pushing media.

1915 9V71 advised no less-lethal ammunition was used by FPS or any agency.

1917 9V101 advised no injuries. 9V71 advised during the push was a request by LAPD.

2017 11R1705 (████████) advised LAPD has cleared the area and traffic is flowing normally on Alameda St.

2051 11R1705 advised there are only two demonstrators at this time. They are off property and peaceful. There are currently 6 FPS and 8 Marines and 2 National Guards.

2147 6R1753 aired that there are approximately 20 protestors marching on Alameda, he believes they might stop at the apron.  They are peaceful and not impacting operations.

2210 6RV2 aired that the 20 protestors are on the apron at Alameda, still being peaceful and not impacting operations.

0027 6RV2 status on protestors, all protestors have left the property.

CASE NUMBER   F25090147875 / 25024860D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ████████

Page 11 of 11

**EXHIBIT 6**

**124**

Exhibit 7

**From:** Denver MegaCenter
**Subject:** *Update 7*-Demonstration-Violent-Spot Report-Region 9-25024860
**Date:** Saturday, July 5, 2025 4:14:24 AM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration - Violent | | | |
|---|---|---|---|
| 07/04/2025 @ 0856 | TENANT : Immigration and Customs Enforcement | 255 E Temple St CA0283 | |
| Event Number : 25024860 | POC : 9P1688 | Los Angeles, CA | |

| UPDATE 7 |
|---|
| At 0027 (Pacific) 6RV2 advised that all protestors had departed. |

| UPDATE 6 |
|---|
| At 18:27 (Pacific) 9V3 advised the demonstration is no longer peaceful and has been declared an unlawful assembly. 9V3 also advised that 9V71 was hit with a flag pole. No injuries were reported. There are 20 FPS units and approximately 100 military personnel. At 18:32 local police issued a 5 minute dispersal order.<br><br>Field Concurrence: Directive 15.10.1.2 |

| UPDATE 5 |
|---|
| At 17:42 (Pacific), 9V71 was hit in the face with a "Monster" can and unknown liquid substance. 9V71 advised the can only hit his helmet and he is not injured. 9P1525 advised the final LRAD warning to disperse was given at 18:04.<br><br>Field Concurrence: Directive 15.10.1.2 |

| UPDATE 4 |
|---|
| At 15:01 (Pacific), 9V10 reported there are approximately 300 demonstrators at the Alameda Street entrance. There are 12 FPS units and 18 National Guard Soldiers at this location. At 15:21, 9V71 reported that local police are pushing the crowd north on North Alameda Street. |

**EXHIBIT 7**

**126**

Field Concurrence: Directive 15.10.1.2

| UPDATE 3 |
|---|

At 14:10 (Pacific), 9P1528 reported there are 40 demonstrators blocking south bound traffic on North Alameda Street and affecting operations. There are 14 FPS units five Marines and seven National Guard Soldiers at this location.

Field Concurrence: Directive 15.10.1.2

| UPDATE 2 |
|---|

At 11:37 (Pacific) Inspector 9P1688 advised of (6) demonstrators, off property on the Alameda Street side of the facility who were setting up a tent and had unloaded a large amount of water. The group is peaceful. 9V71 advised approximately (300) people marching down Aliso towards Alameda Street. Inspector 9P1528 advised that a group of (40) demonstrators had stopped off property on the Alameda Street side of the facility. There is (1) counter protestor with the group of (40) demonstrators on Alameda Street. There are (9) FPS units, (10) Marines and (8) National Guard units monitoring.

Field Concurrence: 9V3 (Deputy Regional Director)

| UPDATE 1 |
|---|

At 10:20 (Pacific) Inspector 9P1688 advised the demonstration has grown to involve (8) people off property, on the city sidewalk on Alameda Street. The group is affecting operations due to FPS monitoring the demonstrators, and the demonstrators are still peaceful. There are (4) Marines, (5) National Guard, and (1) FPS unit monitoring the demonstration.

Field Concurrence: 9V81

| INITIAL |
|---|

At 08:56 (Pacific) Inspector 9P1688 advised of a demonstration beginning, on property on the Alameda Street side of the facility, with (1) person involved. The subject is demonstrating against ICE and is peaceful. Inspector 9P1688 advised the subject is affecting operations. There are (4) Marines, (5) National Guard, and (1) FPS Unit monitoring the demonstration.

**EXHIBIT 7**
**127**

| Field Concurrence: 8V81 (Area Commander) |
| Megacenter Notification : 07/04/2025 @ 0957 Mountain |

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**EXHIBIT 7**
**128**