UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, et al., | Case No. 2:25-cv-05563 |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, | DECLARATION OF KEVIN GREEN |
| Defendants. | |

### DECLARATION OF KEVIN GREEN

I, Kevin Green, hereby declare:

1. I am employed by U.S. Customs and Border Protection (CBP). CBP is charged with enforcing customs and immigration law at and beyond the U.S. borders to maintain national security. The Special Response Team is tasked with "enhancing national security as the special operations team addressing unconventional situations and the evolving threat landscape to our nation's borders and beyond."

2. I am the Office of Field Operations (OFO) Special Response Team (SRT) Commander, responsible for the selection, training, equipment, and deployment of over 200 specially trained CBP Officers nationwide. I ensure SRT maintains mission readiness through an arduous selection process, advanced tactical and leadership training, providing up-to-date specialized law enforcement equipment, and sustainment of operational priorities through field driven and headquarters driven operations and response.

3. I entered on duty in June of 2009 at the Del Rio, Texas Port of Entry. In July of 2011, I successfully completed the SRT Basic Selection Course (BSC) and served as an

1

1  SRT Operator in the Laredo Field Office until 2016. During that period, I became a Less
2  Lethal Use of Force and Firearms Instructor, detailed to the Field Operations Academy
3  as an instructor in physical tactics, and deployed for multiple SRT operations. From
4  2016 to 2018, I served as an International Training Advisor delivering capacity building
5  material to over 15 foreign countries on behalf of CBP. Since 2018 I have held various
6  leadership positions within the Special Operations Division, overseeing SRT, including
7  my current position (SRT Commander) since 2021.

4.   From June 29th to July 26th, I served as the OFO Incident Commander in Los Angeles, Operation At Large (hereinafter "At Large"). During this assignment I was directly responsible for oversight of OFO's involvement in At Large, responsible for up to 45 SRT Operators (SRTO), 14 Task Force Officers (TFO), and administrative support/reporting positions. OFO SRT and TFOs were specifically tasked with conducting targeted enforcement operations and providing quick reaction force at the request of the Federal Protective Service (FPS).

5.   I make this declaration based upon my personal knowledge, consultation with colleagues, and/or my review of official CBP records. If called to testify, I would and could do so competently.

6.   I understand that Plaintiffs allege that CBP personnel were present at various locations within the Los Angeles area where enforcement operations and protests were taking place. From the protest locations listed in the Plaintiffs' preliminary injunction declarations, OFO SRT members were only present at the Metropolitan Detention Center in Los Angeles, CA on July 4, 2025, MacArthur Park in Los Angeles, California on July 7, 2025, Glass House Farms in Camarillo, California on July 10, 2025, and Glass House Farms in Carpinteria, California on July 10, 2025.

7.   Based on my understanding, I can confirm that OFO SRT did not use force or deploy or threaten to deploy any less lethal munitions and/or crowd control devices at

the Metropolitan Detention Center and MacArthur Park locations. In addition, at MacArthur Park, officers did not point their weapons at protestors to threaten them.

8. As to the events on July 10th at Glass House Farms in Camarillo and Carpinteria, Homeland Security Investigations, Immigration and Customs Enforcement, (HSI Los Angeles) was the lead investigative agency, pursuant to a criminal search warrant for violations of federal law, including harboring aliens and unlawful employment of aliens. HSI had operational control of the execution of the search warrant in Carpinteria. OFO SRT provided support to augment perimeter security and breach gates.

9. OFO SRT was responsible for providing the perimeter security at Glass House Farms in Carpinteria. During the course of that mission, OFO SRT deployed one Controlled Noise and Light Distraction (CNLDD) device and four Pepperball Launching System Area Saturation deployments. Following the operation in Carpinteria, OFO SRT was requested to travel to the Glass House Farms in Camarillo to assist the Border Patrol in providing perimeter security at that location.

10. During the Glass House Farms operation in Camarillo the rioters assaulted federal law enforcement officers, damaged multiple vehicles, and one individual fired a gun at federal law enforcement officers, endangering the lives of the officers, as well as journalists and protesters.[1] The FBI continues to search for the individual who fired a gun at federal law enforcement officers. *See* https://www.msn.com/en-us/news/crime/fbi-releases-photo-of-man-accused-of-firing-at-federal-agents-during-camarillo-immigration-raid/ar-AA1IL4re?ocid=BingNewsSerp (last visited on July 28, 2025). California State University, Channel Islands Prof. Jonathan Caravello was arrested for throwing a tear gas canister at federal law enforcement officers during the operation at the Glass House Farms in Carpinteria, California. *See* https://www.nbclosangeles.com/news/local/detained-professor-immigration-raid-camarillo-csu-channel-islands/3744266/ (last visited on July 28, 2025).

---

[1] *See* https://www.dhs.gov/news/2025/07/11/ice-and-cbp-law-enforcement-dodge-literal-bullets-rioters-while-rescuing-least-10 (last visited on July 28, 2025).

3

11.    As the crowd grew in size so did the violence, which necessitated the use of a variety of less-than-lethal specialty impact and chemical munitions (LLSI-CM) to protect agents and others. OFO SRT only deployed LLSI-CM at Carpinteria. They did not deploy force at Camarillo. While attempting to depart the Carpinteria location, in at least one instance, a bottle of water was thrown at the OFO SRT group on scene. Additionally, three to four individuals were seen bending down to grab what was assumed to be rocks. The OFO SRT deployed an LLSI-CM and the individuals ran away. Additionally, other LLSI-CM's at the Carpinteria location included one Controlled Noise and Light Distraction Device (CNLDD) deployment and three Pepperball Launch System (PLS) deployments, none of which were used as direct impact. Under the circumstances, they were the lowest level of force options applicable.

12.    As to events of July 4th at the Municipal Detention Center, the FPS in Los Angeles requested assistance from the CBP SRT with scheduled protests taking place during July 4, 2025. As part of this operation, SRT provided support to FPS, the United States Marine Corps, and the National Guard to protect the employees and property of the Federal Government during periods of civil unrest.

13.    At approximately 6:00 pm on July 4, 2025, SRT was preparing to relieve the Mobile Field Force (MFF) of their duty as the MFF's shift for the day was complete. However, a scheduled protest took place at this time with protestors blocking the vehicle exits to the streets from the federal building which prevented the MFF officers from leaving the staging area known as the "sally port". SRT's objective was to provide a safe egress from the federal building which had a crowd of protestors creating a blockade of passage for any exit of the federal building.

14.    CBP SRT assisted FPS and the military with creating a line formation to safely open a route large enough for the CBP MFF teams to exit via vehicles which we successfully carried out. While collapsing back to the holding line formation, there was an intensity in the crowd and projectiles were thrown from the civilian protestors into and on top of our SRT formation.

4

15. I can confirm that OFO SRT did not use force or deploy or threaten to deploy any less than lethal munitions and/or crowd control devices at the Metropolitan Detention Center on July 4, 2025, despite the fact that at least two projectiles were thrown at the officers, and one was struck and another was physically kicked.

16. This statement is true to my knowledge and awareness of the situations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated August 18, 2025:

*[signature]* 08/18/25

Kevin Green
Commander, Special Response Team
Office of Field Operations, Los Angeles