BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Email: Paul.Green@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>    Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**DEFENDANTS' NOTICE OF ERRATA AND FILING OF DECLARATION OF KYLE HARVICK IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:    August 25, 2025<br>Hearing Time:    10:00 a.m.<br>Ctrm:    5B<br>Hon.    Hernán D. Vera |

1    PLEASE TAKE NOTICE that Defendants hereby file the attached Declaration of Kyle Harvick

2    in Opposition to Plaintiffs' Motion for Preliminary Injunction.

3    While Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction cites to the

4    Harvick Declaration, the declaration was inadvertently omitted from the Opposition (ECF No. 47).

5    Upon notice from Plaintiffs that the declaration was missing, Defendants immediately provided the

6    declaration to Plaintiffs via email.

7    As such, Defendants hereby submit the Harvick Declaration to be considered as part of

8    Defendants' Opposition.

9

10    Dated: August 20, 2025                    Respectfully submitted,

11                                              BRETT A. SHUMATE
                                                Assistant Attorney General
12                                              Civil Division

13                                              ERIC J. HAMILTON
                                                Deputy Assistant Attorney General
14
                                                SEAN SKEDZIELEWSKI
15                                              Counsel to the Assistant Attorney General
                                                Civil Division
16
                                                ALEXANDER K. HAAS
17                                              ANDREW I. WARDEN
                                                KATHLEEN C. JACOBS
18                                              Civil Division, Federal Programs Branch

19                                              BILAL A. ESSAYLI
                                                Acting United States Attorney
20                                              DAVID M. HARRIS
                                                Assistant United States Attorney
21                                              Chief, Civil Division
                                                DANIEL A. BECK
22                                              Assistant United States Attorney
                                                Chief, Complex and Defensive Litigation Section
23
                                                   ___/s/ Paul (Bart) Green_____
24                                              PAUL (BART) GREEN
                                                Assistant United States Attorney
25
                                                Attorneys for Defendants
26

27

28