| | |
|---|---|
| Matthew Borden, Esq. (SBN: 214323) borden@braunhagey.com | Peter J. Eliasberg, Esq. (SBN: 189110) peliasberg@aclusocal.org |
| J. Noah Hagey, Esq. (SBN: 262331) hagey@braunhagey.com | Jonathan Markovitz, Esq. (SBN: 301767) jmarkovitz@aclusocal.org |
| Kory J. DeClark, Esq. (SBN: 310571) declark@braunhagey.com | Adrienna Wong, Esq. (SBN: 282026) awong@aclusocal.org |
| Greg Washington, Esq. (SBN: 318796) gwashington@braunhagey.com | Meredith Gallen, Esq. (SBN: 291606) mgallen@aclusocal.org |
| BRAUNHAGEY & BORDEN LLP 747 Front Street, 4th Floor San Francisco, CA 94111 Telephone: (415) 599-0210 | Summer Lacey, Esq. (SBN: 308614) slacey@aclusocal.org |
| | Jacob Reisberg, Esq. (SBN: 329310) jreisberg@aclusocal.org |
| Kevin Opoku-Gyamfi, Esq. (*pro hac vice*) opokugyamfi@braunhagey.com BRAUNHAGEY & BORDEN LLP 200 Madison Avenue, 23rd Floor New York, NY 10016 Telephone: (646) 829-9403 | Mohammad Tajsar, Esq. (SBN: 280152) mtajsar@aclusocal.org ACLU FOUNDATION OF SOUTHERN CALIFORNIA 1313 W 8th Street, Ste 200 Los Angeles, CA 90017 Telephone: (213) 977-9500 |
| [Additional counsel on next page] | Peter Bibring, Esq. (SBN: 223981) peter@bibringlaw.com Law Office of Peter Bibring 2140 W Sunset Blvd # 203 Los Angeles, CA 90026 Telephone: (213) 471-2022 |
| *Attorneys for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF ALEC BERTRAND IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     August 25, 2025<br>Time:     10:00 a.m.<br>Judge:    Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF BERTRAND ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**Declaration of Alec Bertrand**

I, Alec Bertrand, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how federal DHS officers in Camarillo, CA shot me with less-lethal munitions in my testicle, leg, shoulder, and hand. One shot was so powerful that it broke my finger, requiring me to get surgery.

3. I am 30 years old and am a self-employed recording engineer and musician. I am passionate about playing guitar and am particularly interested in experimental guitars. I grew up in Thousand Oaks, CA and now live in Carpinteria, CA, but I commute to Oxnard for work.

4. I have been politically active for a long time and a firm believer in the First Amendment and right to peaceably assemble. Before I began pursuing music, I studied political science at UC Channel Islands. I have a moral objection to rounding people up and not giving them due process. I believe in peacefully exercising our First Amendment rights without violence.

5. On the morning of Thursday, July 10, I woke up and checked Instagram. I saw frantic posts about ICE raids in Camarillo and Carpinteria. The one in Camarillo seemed particularly bad.

6. I drove to Camarillo from my home in Carpinteria and arrived on Laguna Road between 11:30 am and 12 pm. I was between 810 and 956 Laguna Road, east of the intersection of Las Posas Road and Laguna Road.

7. When I first arrived, I saw people holding signs. There were many cars parked on the sides of the road and a few parked in the middle of the road. It's hard for me to say exactly how many cars there were, but I'd estimate there were between 30 and 40. As I pulled over to park my car, I heard people yelling "They're down there, and they're shooting people with tear gas." People were

pointing west down Laguna Road in the direction of the Las Posas and Laguna Road intersection.

8. I got out of my car and walked toward the line of officers who were blocking off Laguna Road. There were about 20-23 officers forming the line. It looked militaristic. All of them had big guns. I was able to identify the officers as Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP) by the yellow patches on their uniform sleeves.

9. There were about 80 people on this section of the road, but some people were standing further east, away from the officers. I decided to join the crowd of about 40 people who were closer to the officers. I was pretty vocal with the officers because I wanted to communicate our opposition to their conduct. My best estimate is that the twelve of us, including me, never got closer than approximately 10 feet to the officers.

10. I never saw anyone in the crowd doing anything violent. I saw no fighting or anyone throwing objects. People were just standing there voicing their opposition. I did not engage in any threatening conduct.

11. After I had been there for no more than 20 minutes, I saw one officer go over to another officer and whisper something in his ear. People in the crowd started saying, "They're gonna shoot!" I didn't hear the officers issue any warning of any sort.

12. I immediately protected myself by turning my left shoulder in the direction of the officers. Without warning, the officers started firing tear gas and less-lethal munitions at all of us. It was just chaos created by law enforcement.

13. Almost immediately, I got shot in my left testicle. I looked down and thought to myself that I should've worn sturdier pants. I had been wearing denim-like pants and a white t-shirt. Within five to ten seconds of the initial hit, I got hit on or near my left shoulder three times and once in my left leg. Each hit felt like a strong sting. It all happened so fast. Above is a still image from a video I took of a

bruise near my left shoulder.



14. It was chaotic and there was so much tear gas, so I couldn't see the objects that hit me. Based on the bruising that developed, I think I was hit with some type of less lethal projectile fired by a shotgun.

15. I can't be sure how the officers were deploying the tear gas because it was so hazy, but I don't think they were throwing it with their hands because I hadn't seen them holding anything. The only weapons I saw were the big guns, so my best guess is that those guns were used to fire the tear gas.

16. Within no more than 15 seconds after I was first hit, I felt a huge, heavy thud on my left hand. Compared to the other hits, whatever hit me this time felt larger. I was six or seven feet away from the officers when it happened. I immediately thought of the man in LA whose finger had been blown off at an ICE protest. Below is a still image from a video someone posted on social media of my



3

bloody hand.

17. I quickly tried to take cover behind a nearby car. Because I had seen the story about the man that had his finger blown off and because the object that hit my hand felt like such a heavy bang, I was expecting to not have my hand. I looked down and thankfully my hand was still there, but it was bleeding profusely. A lot of people came up to me and tried to pour water on it. People were also asking to take videos and photos so they could document the officers' violence.

18. I was in absolute shock. As the pain surged through my hand, I knew my hand was probably broken. My next thought was that I'd never be able to play guitar again.

19. I got up from behind the car and started walking toward a man holding a camera. He pointed toward a fire truck and told me to go there to get help. When I got to the fire truck, the first responders asked if they could transport me to the hospital. I asked if it would cost money, and they said yes. I told them I'd drive myself.

20. I walked back to my car covered in blood. It was so hot, and the air conditioning in my car doesn't work. I wanted to roll my windows down, but there was tear gas everywhere and my skin was already burning. I saw people outside trying to cope with the chemicals from the tear gas by pouring milk on their eyes. I was glad I had put my gas mask on. I was only at the protest for no more than 30 minutes, but everything spiraled so quickly.

21. When I got to the hospital at about 1 pm and checked in with a nurse, the nurse started coughing because I was covered in so much tear gas. She was worried about people with respiratory issues, so she told me I had to wait outside. The nurse then made me take a chemical shower and change my clothes.

22. In the hallway, I saw four ICE agents. I gathered that they were trying to take a woman who was at the hospital being treated for chemical exposure because the ICE agents were all stationed only outside of her room.

4

23. It wasn't until about 7 pm when I first got to see a doctor. The doctor told me that my left ring finger was broken into several pieces. It was completely shattered. My injury required stitches, but the doctor wasn't able to do surgery that day because the hand is a complicated body part to operate on. The doctor recommended me to a hand specialist. Below are two pictures of my hand after I had gotten stitches for my finger.

 

24. Four days later on July 14, I got surgery on my finger. I now have a screw in my left ring finger. At first, I couldn't use my hand at all. It's now almost three weeks since the injury, and I can still barely use my hand. I've had to miss many days of work, and for a while I could only go to work if I had pain medication. I don't have the financial means to continue to not show up to my job. I've had to completely work around my left hand for my music recording. The surgeon called me on July 28 and told me I would need to start physical therapy.

25. The worst part of this injury is that I don't know if I'll be able to play guitar again. My surgeon hasn't confirmed that I'll eventually be able to play. I have a love for experimental guitars and had finally acquired one. I just started posting videos online with this guitar. I've dedicated the last 12 years of my life to the moment where I could get this guitar, and now I'm waiting around to use it. I

don't know if I'll ever be able to use that finger for guitar again. That's the biggest robbery for me. Guitar is how I cope with things, but now all I can do is sit around. I've had to find other creative outlets.

26. Considering how severe my injury is, I keep thinking about how the officers could have killed someone with whatever they shot me with. The damage that weapon did to me is concerning.

27. Since the raids in Camarillo, I've been helping with food drives and getting involved with local community support groups. I would like to go to protests and exercise my First Amendment Rights, because I care about protecting people from being rounded up like this without any sort of due process, but I am very concerned about getting injured.

28. That day didn't feel like what this country is supposed to be. It didn't feel like a free country which allows for First Amendment expression.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed August 21, 2025 in Carpinteria, California.

_____
Alec Bertrand

6