Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
  opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
  mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
  jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF CATHERINE SAILLANT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     August 25, 2025<br>Time:     10:00 a.m.<br>Judge:    Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

DECLARATION OF SAILLANT ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
    carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
    rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
    hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
    mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
    jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of Catherine Saillant**

I, Catherine Saillant, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am submitting this declaration to describe how I was teargassed by Custom and Border Protection agents while attempting to cover the Glass House raid and subsequent protest on July 10 in Camarillo.

3.      I am an independent journalist. I currently serve as the editor of Central Coast Farm and Ranch Magazine, a magazine that covers the $4 billion agricultural industry in Ventura and Santa Barbara Counties. I have been a journalist for over three decades. I previously worked as a staff writer for the LA Times and the Ventura County Star where I covered government and politics.

4.      Around 1:00 p.m. on July 10, I received a text message that indicated there was a large labor raid taking place at Glass House in Camarillo. I had already been working on a story about recent raids in Ventura County for the magazine – including a prior attempted ICE raid at Glass House – so I decided to go to Glass House to learn more about what was going on.

5.      I parked on Laguna Road near the intersection of Laguna Road and Las Posas around 1:50 p.m.  When I arrived, there were about thirty people present and a scrimmage line of about a dozen different agents. The scrimmage line was extended across both sides of the road and effectively blocked anyone from getting anywhere close to the Glass House facility. As a journalist, I wanted to be able to get closer to the facility to report on what was happening there, but the scrimmage line prevented me from doing so. I saw some other members of the press on the scene including my colleague Lance Orozco of NPR, but they were standing further from the scrimmage line.

1

1        6.    I took these photos of the agents in the scrimmage line as soon as I

2  arrived.





2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    7.    The agents in the scrimmage line were staring down protesters who
16  were just hurling insults. The agents looked extremely menacing because they
17  were completely masked and therefore unidentifiable. As you can see in the photos
18  I took, several of the agents had "Custom and Border Protection" or "CBP"
19  patches on their uniforms.

20    8.    At approximately 2:30 p.m., the first line of agents were joined by the
21  members of the National Guard. The National Guard did not have the same masks
22  and coverings on them.

23    9.    Around 2:50 p.m., someone from the scrimmage line of federal agents
24  released tear gas. I was walking in the crowd around this time, interviewing
25  protesters. I could smell the tear gas, but I was far enough away that it did not
26  significantly impact me. I did not hear the agents yell out a warning before using
27  the tear gas. I also did not see anyone doing anything threatening or violent in the

28

4

crowd before the tear gas was used.

10.    Just before 3:00 p.m., I became aware of commotion at the scrimmage line. Someone in the crowd was shouting that they tackled and detained a man who had been on a megaphone. I noticed the detained man on the ground covered by masked agents holding him down. I went to the front of the scrimmage line and held my phone above a masked agent to take photos of what was happening, but he pushed me back with his shoulder. Because of this, I was unable to take a photograph. A few minutes after they hauled that man away, I held up my business card to show him that I was press but no one responded at all. They just ignored me. An AP photographer took this photo of me during that interaction.



(AP Photo/Michael Owen Baker)

11.    After the man was tackled, everyone became upset and continued to hurl insults at the agents. I walked up to the agents and asked them to identify themselves, but they did not respond. I did not see anyone throw anything or otherwise engage with the agents in a violent manner at that time or at any other time while I was on the scene.

12.      A second round of tear gas was thrown at 3:50 p.m. At this point, I was sitting in my car, sending photos for work. The scrimmage line was about 50 yards away from my car and with my card door open, this round of tear gas really affected me. My eyes stung badly, I could feel the tear gas in my throat, and I couldn't breathe. I had never been teargassed before and didn't know what to do. Someone handed me a water bottle and told me to wash my eyes out. I was very frustrated because I could not see properly for about five minutes. This caused me to miss out on crucial moments of reporting.

13.      I did not hear any warnings or orders for people to disperse before the second round of tear gas was thrown and I did not observe anyone in the crowd doing anything violent.

14.      After I was able to wash my eyes out, I interviewed an elderly woman named Rosalee who said she had seen reports of the raid and the protest on television and wanted to come to witness what was happening. When the tear gas hit her, other protesters had to help her clean out her eyes and help her because she was doubled over and looked like she was going to throw up. I recorded this video of protesters helping her recover from the gassing: https://www.youtube.com/shorts/srJMqPAqpTg. When I spoke to her, she said, "This is not America."

15.      I went home at around 4:30 p.m. and I had a headache that lasted several hours after the event.

16.      In my almost 40 years of reporting, I have never seen such overkill in response to a protest. The agents treated me as if I was a hostile enemy and not like a member of the press. I have covered dozens of protests in the past, and this has never happened to me before.

17.      Everything about this interaction was highly unusual. Usually, law enforcement takes an organized approach to the media. I am normally at least directed to someone who can provide information to the press, but that was

6

completely absent. Every time I asked a federal agent for information or someone to speak to, I was unacknowledged. It was outrageous that my First Amendment rights as a journalist were completely ignored.

18.    At future protests, I think I will need to wear a gas mask and cover my eyes just so I could continue to do my job. I would also make sure I am carrying my press pass, but as I had suddenly heard about the raid and did not have time to go home, I was not able to do so that day. But I would still cover it as best as I could, and would take these precautions just so I could continue to do my job.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed on August 15, 2025 in Ventura County, California.

Catherine Saillant

7