Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF DIANE ALVAREZ IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      August 25, 2025<br>Time:     10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF ALVAREZ ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**Declaration of Diane Alvarez**

I, Diane Alvarez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is Diane Alvarez and I am a resident of Ventura County. I am submitting this declaration to describe how I was subjected to tear gas directed at protesters by federal agents when I was unarmed and peacefully protesting in Camarillo.

3. I attended a protest on July 10, 2025, after I learned that there was an Immigration and Customs Enforcement (ICE) raid being conducted at Glass House Farms in Camarillo, California. I became aware of the raid when a friend of mine messaged me about the raid.

4. I was unsure about showing up to the farm at first, and my mother expressed concern about my safety. I decided to go after I heard that ICE was starting to leave with people they had detained at the farm and that protesters were being teargassed.

5. I decided to go to Glass House and bring supplies to protesters. I arrived at the area via the intersection of Laguna Road and Las Posas Road about 12:00 p.m. I noticed about 30 to 40 protesters in a group by the line of agents. I believe that these agents were from ICE or Customs and Border Protection (CBP), because of some identifying patches on their vests. Besides vests, many of them were wearing casual clothes like jeans. I joined the group of protesters near the agents.

6. These agents began throwing tear gas around 12:30 p.m. The agents did not give any warning or direction before throwing tear gas canisters. First, they threw two canisters at the feet of protesters, but the smoke was blown away from the crowd by the wind. This seemed to upset the agents who threw additional canisters further into the crowd so that the smoke would reach more people.

1

7. Protesters were chanting at agents but were not pushing the line towards them or otherwise doing anything that could have been considered threatening or impeding agents. Before agents threw tear gas, they did not respond to protesters besides occasionally telling them to back up.

8. I was only a few feet away from the agents when they began throwing tear gas. When I was hit by the tear gas, it was disgusting. The smoke seemed to get stuck in the air, and it made it really difficult to breathe and to see. It felt like I was choking on the air. My eyes were burning, and I had to wash them out repeatedly with water and milk. I saw other protesters who were also struggling to rinse their eyes out.

9. There was one protester there with her younger brother, who appeared to be around 9 or 10 years old. The woman said to agents near the front, "Please let me know if you are going to use tear gas, so I can move my brother out of the way."

10. Also near the front of the line was a reporter and cameraperson from a Hispanic news station. The reporter had been interviewing protesters and the cameraperson was carrying heavy filming equipment. Agents began shoving the reporter right before they threw the tear gas. I saw the woman with her brother run away from the agents as soon as she saw them pushing the reporter.

11. There were other people with children at the protest as well. After agents threw tear gas, the families stayed further back from the line.

12. After I had been there for about an hour, several militarized vehicles showed up from the farm area, and additional agents got out. These agents were wearing military fatigues and a lot more gear. They had on shin and knee guards along with their vests and weapons they were carrying. I noticed that none of them had visible name tags.

13. This is a still image from a video I took of some of these agents grouped in front of a protester they arrested:



14. Not long after they showed up, I noticed a vehicle park behind them. The vehicle came from the area of the farm and stopped before reaching the barricade. The agents seemed to be nodding and whispering to each other, and they moved part of the barricade for the vehicle to get through. Protesters were confused about who was in the car, so they were trying to get closer and see inside, but the car kept inching forward, basically running over people in the way.

15. At this point, agents started throwing tear gas canisters into the crowd. They did not communicate at all to any of us before deploying tear gas. When the agents threw tear gas canisters, they targeted the entire crowd, not just people in front of the vehicle. They did not warn protesters before throwing tear gas canisters or before moving the car towards them.

16. Around 3:00 p.m., a lot of younger protesters had started showing up, teenagers and young adults. It seemed like the agents stopped throwing tear gas for a while as the group of people grew.

17. I left around 4:00 p.m. because I needed to get food.

18. What I witnessed and experienced on July 10, 2025, was scary. I felt the effects of the tear gas and saw how it impacted other people. We were all peacefully protesting. It has made me feel concerned about the safety of protesters in the future. It was also concerning to see media reports that protesters were throwing things, which was not true.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on August 16, 2025, in Simi Valley, California.

_____
Diane Alvarez