Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
  opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
  mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
  jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF DOLORES ORTIZ IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 25, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

DECLARATION OF ORTIZ ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
   hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
   mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
   jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

DECLARATION OF ORTIZ ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

**Declaration of Dolores Ortiz**

I, Dolores Ortiz, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Dolores Ortiz, and I am a resident of Ventura County and a professor at Oxnard College. I am submitting this declaration to describe how I was subjected to tear gas and struck in the thigh with a pepper ball when federal agents shot them at protesters while I was unarmed and peacefully protesting in Camarillo.

3.      I attended a protest on July 10, 2025, after I learned that there was an Immigration and Customs Enforcement (ICE) raid being conducted at Glass House Farms in Camarillo, California.

4.      I arrived at the intersection of Laguna Road and Wood Road at about 11:00 a.m. I noticed that there were about 70 people gathered in the area. The group seemed to be mostly protesters, but there were also people waiting along the sides of the roads who appeared to be relatives or friends of Glass House Farms employees.

5.      There was a line of agents blocking access to Laguna Road as it got closer to the farm. These agents had a variety of patches on their uniforms that said "Police" and "Border Patrol." I identified some of the agents as Customs and Border Protection (CBP) based on their patches.

6.      Around the time that I arrived, the body language of the agents at the line seemed relaxed. There were protesters yelling at them, which is their legal right, and agents were not responding. I did notice two women who seemed to be trying to goad the agents into reacting by getting close to them, but other protesters stayed back and encouraged those women to back off.

7.      Sometime between when I arrived and noon, I noticed the agents pulling gas masks over their faces. They were holding tear gas canisters and I felt

1

concerned that they were preparing to throw them. I remember feeling like that was when the tone shifted between agents and protesters. I sent a text message to a friend at 11:52 a.m. that said, "They are getting masks on and canisters ready."

8.    This is a photograph that I took of one of those agents, wearing his gas mask. The patches clearly identify him as a CBP agent:



9.    This is a video I took of the scene around the time that the agents put their gas masks on: https://www.youtube.com/watch?v=UgRRQRXHYI8&ab_channel=BraunHagey%26BordenLLP.

10.    I have a small personal megaphone and after consulting with another protester, I started leading protesters in some chants. We chanted, "Chinga la migra," and, "Trump eschucha, estamos en la lucha." These chants translate roughly to "Fuck immigration enforcement," and "Trump, listen up, we are in the fight."

11.    It seemed to me like the chants upset the agents because after just a few chants, they began to throw tear gas canisters towards the crowd of protesters.

Agents did not tell us to disperse or give us any kind of warning before throwing the tear gas into the crowd. Nor was anyone one in the crowd doing anything violent. At the same time that the agents threw tear gas, I saw and heard agents shooting pepper balls at protesters that were hitting us in the arms and legs.

12.    I was standing about six and a half feet from the line of agents when this started happening. I ran away from the agents, along with other people in the surrounding area.

13.    It began to get chaotic when people started to run, but as the smoke cleared, many people returned to stand about ten or fifteen feet from the line of the agents. I found it difficult to breathe with the tear gas and that made it hard to run. After I got away from the area, I decided not to move as close as I had been previously.

14.    Throughout the day, approximately every thirty minutes to an hour, agents continued to periodically throw tear gas and shoot pepper balls at the crowd. Protesters would run away from agents and then slowly return after the smoke cleared. There was no violence or threats from protesters and the agents gave no warnings before they used these weapons.

15.    This is a video I recorded of one of the tear gas incidents: https://www.youtube.com/watch?v=jYYz0V1TKc8&ab_channel=BraunHagey%26 BordenLLP. The voice in the video is mine.

16.    This is another video I took of a agents throwing tear gas canisters into the crowd of protesters: https://www.youtube.com/watch?v=KxXeQFXyDbc&ab_channel=BraunHagey%2 6BordenLLP. The voice in the video is mine.

17.    Around 12:24 p.m. two firetrucks entered Laguna Road from the area of Wood Road, they parked in the middle of the street, far from the line of agents and most of the protesters. I thought they were there to help us protesters. I saw them provide aid to at least one person. I took this photo of them appearing to treat

another protester for tear gas-related injuries.



I did not see anyone blocking the fire trucks, though there were people milling in the road in front of the area where the firetrucks had parked. I had my little bullhorn and started to bilingually ask people to move out of the road for the firetrucks. The firefighter who seemed to be in charge kept getting mad at me. He asked me to ask me to stop, saying something like "now is not the time." At no time did the firefighters or agents make any announcements or requests to clear the road to provide access to the firetrucks. The firetrucks left shortly after they arrived, by driving down Laguna Road and back to Wood Road.

18.    About 2:00 p.m., agents again teargassed the crowd. This time they were being indiscriminately aggressive and shooting pepper balls at people and cars. The pepper balls were strong enough that they shattered at least one

4

windshield. The agents were throwing more canisters, multiple canisters at a time, and shooting pepper balls for longer than they had the previous times, and many people were hit. The previous times, it was possible to see trails from the tear gas canisters, but this time, there were so many that it became a huge cloud of tear gas.

19.    I was standing further back from the agents, maybe around 20 feet from them. I was hit by a pepper ball on my right thigh. At the time I was shot, I was standing peacefully in the group of protesters. I was wearing a dress with compression shorts underneath and I think the shorts protected me from being more injured. I saw multiple protesters with open wounds from being hit with pepper balls, but luckily, I only ended up with slight bruising. It was difficult to see once the tear gas was in the air, but I could hear the pepper balls being shot in rapid succession.

20.    From what I heard and saw, the CBP agents were shooting directly at protesters. The pepper balls hit many of the protesters' bodies, and I saw quite a few people with visible welts and open wounds. One woman that I know from volunteering at a food drive together showed me bruises on her arms and legs from being hit with pepper balls; we counted 14 bruises.

21.    I saw two women who were running away from agents when one of the women fell to the ground. The other woman laid on top of her in an effort to protect her. Agents continued to shoot pepper balls at the women while both were on the ground.

22.    This is a still image from a video that I took of one of the pepper balls, picked up off the ground by a protester:

5

23.    The longer and heavier tear gas and shooting around 2:00 p.m. caused a lot of people to leave the area.

24.    I stayed further away from the line of agents after being tear gassed and shot at. I could tell as I was running away each time tear gas was released that it was affecting my ability to breathe.

25.    The next time that agents at the line teargassed the group of protesters, around 2:30 p.m., the smoke that emerged from the canisters was different colors than before. There was green and orange smoke, when the other times they threw canisters, they had all released white smoke. I am unsure whether the colored smoke contained anything different.

26.    At about 4:30 p.m., I left the group of protesters to get food and use the restroom at a nearby store. When I returned, there was a group of officers with "Sheriff" printed on their uniforms blocking access to Laguna Road further west from the line of CBP agents. These officers were blocking anyone from getting to the other group of protesters, and I was unable to pass out the food that I brought to them. Other people that had shown up with donations of food and water for protesters started to leave those donations in piles near the officers.

27.    About twenty minutes later, sheriffs left the area, and I was able to

1    return to the area I had been before and help hand out food and water to protesters.

2        28.     I remained in the area of the line of agents until around 9:45 p.m. I

3 heard from other people that the ICE warrant ended at 10:00 p.m. Many people

4 left, but some stayed because they were unsure whether their friends and/or family

5 members had been taken from the farm.

6        29.     I saw several clearly identifiable journalists while I was at the protest.

7 I was interviewed by Gabriela Teissier from Univision and another reporter from

8 KTLA 5.

9        30.     I also saw this reporter on Laguna Road earlier in the day. I took this

10 photo of him around 1:08 p.m.



I knew he was a reporter because he was with a cameraman who had a huge tripod
camera and there was lots of equipment in their open van. They were in a prime
reporting spot, about 10-15 cars back from the line where the agents were blocking

the road. I saw that they left after agents started using lots of weapons on the crowd.

31.    Throughout my entire time at the protest, I did not see anyone throwing rocks, bottles, or fireworks. At one point, I saw one kid throw a dirt ball. Right away, someone else and me were like, "Don't throw things at them!" He wasn't even close enough to make contact with the federal agents.

32.    Throughout my entire time at the protest, I never saw anyone damage the government vehicles in any way. They were parked behind the line of agents, so we were not near them.

33.    Throughout my entire time at the protest, I never heard dispersal orders, there was never anything over a bullhorn, or loudspeaker or PA.

34.    What I witnessed and experienced on July 10, 2025, felt surreal. My experience made me feel differently about what our government is willing to do to citizens who are exercising our freedom of expression. Federal agents shot at and teargassed protestors all day long. I will continue to participate in protests, but I plan to be more cautious when attending in the future.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on August 21, 2025, in Simi Valley, California.

Dolores Ortiz