1  Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
2  J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
3  Kory J. DeClark, Esq. (SBN: 310571)
   declark@braunhagey.com
4  Greg Washington, Esq. (SBN: 318796)
   gwashington@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
6  San Francisco, CA 94111
   Telephone: (415) 599-0210
7
   Kevin Opoku-Gyamfi, Esq.
8  (*pro hac vice*)
   opokugyamfi@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   200 Madison Avenue, 23rd Floor
10 New York, NY 10016
   Telephone: (646) 829-9403
11
   [Additional counsel on next page]
12
   *Attorneys for Plaintiffs*

   Peter J. Eliasberg, Esq. (SBN: 189110)
   peliasberg@aclusocal.org
   Jonathan Markovitz, Esq. (SBN: 301767)
   jmarkovitz@aclusocal.org
   Adrienna Wong, Esq. (SBN: 282026)
   awong@aclusocal.org
   Meredith Gallen, Esq. (SBN: 291606)
   mgallen@aclusocal.org
   Summer Lacey, Esq. (SBN: 308614)
   slacey@aclusocal.org
   Jacob Reisberg, Esq. (SBN: 329310)
   jreisberg@aclusocal.org
   Mohammad Tajsar, Esq. (SBN: 280152)
   mtajsar@aclusocal.org
   ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 W 8th Street, Ste 200
   Los Angeles, CA 90017
   Telephone: (213) 977-9500

   Peter Bibring, Esq. (SBN: 223981)
   peter@bibringlaw.com
   Law Office of Peter Bibring
   2140 W Sunset Blvd # 203
   Los Angeles, CA 90026
   Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF F.F. IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 25, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

**Declaration of F.F.**

I, F.F., hereby declare:

1. My name is F.F. and I am a resident of Orange County. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I attended the protest at the Federal Building in Santa Ana, at 34 Civic Center Plaza on June 9, 2025.

3. I recorded this video at 4:56 p.m.: https://www.youtube.com/watch?v=AmENWGhAWPA&ab_channel=BraunHagey%26BordenLLP.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on August 21, 2025, in Orange County, California.

F.F.

1