Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**DECLARATION OF LYNN GRIFFIN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     August 25, 2025<br>Time:    10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E

DECLARATION OF GRIFFIN ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**Declaration of Lynn Griffin**

I, Lynn Griffin, declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am submitting this declaration to describe how DHS agents threw smoke bombs at me and fired projectiles at protestors and me on July 10, 2025 as I was peacefully protesting several yards away from where DHS agents were conducting raids at Glass House Farms.

3. I am 44 years old and currently reside in Carpinteria, California. I have lived in Carpinteria since 2014, when I moved here from Atlanta. I am a clinical scientist working in the field of cardiology.

4. On July 10, 2025, I received a call from a friend who lives on Foothill Road who told me that military-style activity was occurring in front of her house. She said that it looked "insane," and she didn't know what was going on or what to do. She told me that she saw military tanks in front of her house. I also started receiving messages from other members of the community that ICE was detaining people at Glass House Farms.

5. I only live a few blocks away from Glass House Farms, so I immediately decided to head towards my friend's house. There are several farms and nurseries along Foothill Road, and agriculture is very important to the Carpinteria community. I wanted to make sure that anyone who was detained or arrested had the information that they needed. I brought my 12-year-old daughter with me, and we planned to distribute Know Your Rights cards to people being detained at the various farms.

6. My daughter and I rode our bicycles to Foothill Road. Both sides of the road were blocked off by local police to car traffic, making it impossible for people who had driven to the protest to reach those who had been detained or to even observe what was going on at Glass House Farm, unless they got out of their vehicles. Local police were stationed on the road directly in front of Girls Inc. of Carpinteria and at the intersection of Casitas Pass Road and Route 192. My impression was that access was being intentionally restricted so that protesters could not see what was happening at Glass House Farms. Below is a diagram of where local police were stationed to

1

prevent automobile traffic.



7. Because my daughter and I were on bicycles, we were permitted to ride towards Glass House Farm, where we eventually saw a dozen or so agents lined up east to west blocking access to Glass House Farms. These agents had different uniforms than the officers who were stationed at the other intersections blocking vehicular access to Foothill Road. They were wearing tan or brownish camouflage uniforms, vests, helmets, masks—including gator masks—and carrying rifles and handguns. Their weapons looked lethal. None of the agents had visible name tags. All of the agents were dressed the same. I have since learned that these were DHS agents. Following the protests, I saw reports about the protests and raids at Glass House Farm. The newspaper report identified these agents as DHS agents, and the uniforms that the agents were wearing in the newspaper report were identical to the uniforms of the agents I saw.

8. There was a large but dispersed crowd scattered all over Foothill Road and Route 192. Carpinteria is a small neighborhood where everybody knows each other so I recognized several people at the protest. Other families from the neighborhood were present with their children. My daughter's first grade teacher was there along with her mother, who I believe is in her

2

70s. There were also three and four-year old toddlers present at the protest. The protesters were shocked and upset. As I moved closer to the direction of Glass House Farms, I heard protesters yelling things like "Get out of our town" and "This is wrong." Although the protesters were angry, I did not see anyone throw anything at any of the agents. They all just seemed like they wanted the agents to leave and did not understand why this was happening to our community.

9. About 30 minutes after I arrived at the protest, suddenly, and without warning, DHS agents threw tear gas canisters into the crowd. I also heard multiple shots fired. At least one of the gas cannisters landed approximately ten feet away from me. The gas created light gray, thick smoke. It burned my throat and caused me to cough violently. I also began dry heaving. My daughter was also coughing uncontrollably. The older people in the crowd were also coughing and having problems breathing.

10. There were no warnings or dispersal orders before the agents fired weapons at me and my daughter. I was close enough to the front of the protest line so I would have heard any warnings or orders. Nor was there any physical provocation or instigation. I did not see anyone throwing rocks, water bottles, or any other projectiles at any of the agents at any point.

11. After the agents fired the tear gas, people were panicking, screaming, and trying to flee. I heard many people yelling, "They're shooting!" Even as the agents were re-entering their vehicle, which was behind where the agents were stationed, I still saw the agents throwing cannisters from their vehicle.

12. At one point, I saw agents standing on the back of a moving vehicle, still engaging with the crowd. I saw an agent throw a cannister into the crowd as the agents were driving off.

13. After the agents drove away and I was able to regain my breath, my daughter and I rode our bicycles about half a mile down the road to see whether there were any other raids. When we didn't see any, we went home.

14. When I got home, I stayed in bed the rest of the day. I was so exhausted and fatigued. I don't typically feel that way.

15. The kind of force that was used against the protestors was absolutely excessive and unneeded for a small, peaceful agricultural town like Carpinteria. There were no threats to DHS

3

agents that were posed by any of the protesters who were only yelling at DHS agents. What I experienced happening to my community was deeply disturbing. It felt like national politics and partisan debates were being forced onto and imposed upon the Carpinteria community.

    16.    Despite my experience and my fear that DHS would use weapons against peaceful protestors, I plan to attend future protests against the raids happening in my community.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed in Carpinteria, California on August 20, 2025.

_____
Lynn Griffin