Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Kevin Opoku-Gyamfi, Esq.
(*pro hac vice*)
opokugyamfi@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**SUPPLEMENTAL DECLARATION OF A.R. IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 25, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Location: Courtroom 5B, 5th Floor |

Case No. 2:25-cv-05563-HDV-E
SUPPLEMENTAL DECLARATION OF A.R. ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  Additional Counsel of Record for Plaintiffs:

2  Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
3  Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
4  Law Office of Carol A. Sobel
   2632 Wilshire Boulevard, #552
5  Santa Monica, CA 90403
   Telephone: (310) 393-3055
6
   Paul Hoffman, Esq. (SBN: 71244)
7     hoffpaul@aol.com
   Michael Seplow, Esq. (SBN: 150183)
8     mseplow@sshhzlaw.com
   John Washington, Esq. (SBN 315991)
9     jwashington@sshhzlaw.com
   Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
10 200 Pier Avenue #226
   Hermosa Beach, CA 90254
11 Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E

SUPPLEMENTAL DECLARATION OF A.R. ISO REPLY ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**Supplemental Declaration of A.R.**

I, A.R., hereby declare:

1. I make this supplemental declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. This is a true and correct copy of a video I took at the protest on Laguna Road (near the intersection of Laguna Road and Las Posas Road) on July 10, 2025 at 2:25 p.m.: https://www.youtube.com/shorts/cnrDTbsKIVA

3. This is a true and correct copy of a video I took at the protest on Laguna Road (near the intersection of Laguna Road and Las Posas Road) on July 10, 2025 at 2:39 p.m.: https://www.youtube.com/shorts/D5Uq-THiBE0

4. This is a true and correct copy of a video I took at the protest on Laguna Road (near the intersection of Laguna Road and Las Posas Road) on July 10, 2025 also at 2:39 p.m.: https://www.youtube.com/shorts/fUJtd87yscU

5. This is a true and correct copy of a video I took at the protest on Laguna Road (near the intersection of Laguna Road and Las Posas Road) on July 10, 2025 at 6:00 p.m.: https://www.youtube.com/shorts/GnUdF-8guSo

6. This is a true and correct copy of a video I took at the protest on Laguna Road (near the intersection of Laguna Road and Las Posas Road) on July 10, 2025 at 8:21 p.m.: https://www.youtube.com/shorts/qpbyom8Gn6I

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed on August 21, 2025 in Ventura County, California.

_____
A.R.