**DECLARATION OF KATHLEEN C. JACOBS**

I Kathleen C. Jacobs, do hereby declare and state as follows:

1. I am a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch. I have been assigned to represent Defendants Kristi Noem, in her official capacity as Secretary of Homeland Security, and the U.S. Department of Homeland Security ("Defendants"). If called as a witness, I could and would competently testify thereto.

2. This *Ex Parte* Application for Stay is made under Local Civil Rule 7-19 for an order staying the preliminary injunction issued by this Court on September 10, 2025.

3. On September 19, 2025, AUSA Paul Green and I contacted Matthew Borden counsel for Plaintiffs indicating that Defendants would seek a stay of the recently-issued preliminary injunction order. ECF No. 55.

4. Mr. Borden advised that Plaintiffs are opposed.

5. Immediately upon receipt of ECF confirmation of filing on September 19, 2025, I will email a copy of the *Ex Parte* Application to Stay the Preliminary Injunction to Plaintiffs' counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September 2025 at Washington, DC.

                */s/ Kathleen C. Jacobs*
                KATHLEEN C. JACOBS