UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | No. 2:25-cv-05563-HDV-E <br><br> **[PROPOSED]** <br><br> **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

The Court, having considered Defendants' *Ex Parte* Application to Stay Preliminary Injunction Pending Appeal (the "Application") and its supporting declarations, and finding good cause, hereby ORDERS as follows:

Defendants have established that a stay pending appeal of the Court's Preliminary Injunction (ECF No. 55) is warranted. Defendants have shown that each of the following factors weighs in favor of granting a stay: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where

1

the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009).

The Court therefore GRANTS Defendants' Application. The Preliminary Injunction shall remain stayed until the conclusion of Defendants' appeal of the Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: _____      _____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

   */s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants