# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-05563-HDV-E | Date September 22, 2025 |
| Title *Los Angeles Press Club et al v. Kristi Noem, et al* | |

Present: The Honorable **Hernán D. Vera, United States District Judge**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION [58]**

On September 10, 2025, the Court granted Plaintiffs' Motion for Preliminary Injunction, ordering Defendants to summarize and disseminate its order within 72 hours. [Dkt. 55]. On September 18, the parties filed a joint stipulation as to the timing of Plaintiffs' First Amended Complaint and Defendants' responsive pleading. [Dkt. 56]. Then, on September 19, Defendants filed a Notice of Appeal, [Dkt. 57], and an *Ex Parte* Application to Stay Preliminary Injunction Pending Appeal ("Application"). [Dkt. 58].

To justify *ex parte* relief, the moving party must show that its "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures," and that it is "without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

Defendants have not shown that their cause will be irreparably prejudiced unless their Application is heard on an *ex parte* basis. Defendants waited nine days after the Court issued its injunction to file its Application, during which time the Court presumes Defendants complied with the Court's order to disseminate the injunction. Though Defendants expound at length about their concerns with the injunction's workability, Application at 12–16, they identify no instance (postdating the Court's injunction) where Defendants have suffered any harm as a result of the injunction. Defendants have not shown their entitlement to such extraordinary relief.

      However, in light of the parties' pending appeal, the Court sets the following expedited briefing schedule.  Plaintiffs will file their opposition by **Monday, September 29, 2025.** Defendants will file their reply by **Thursday, October 2, 2025**.

**IT IS SO ORDERED.**