link 56

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-05563 -HDV<br><br>[proposed] Order<br><br>**ORDER GRANTING STIPULATION FOR SCHEDULING**<br><br>Hon. Hernán D. Vera<br>United States District Judge |

1

Based on the Parties' Stipulation for Scheduling Order for Plaintiffs' First Amended Complaint and Defendants' Response and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs will provide Defendants with a draft First Amended Complaint on **October 3, 2025**.

2. If Defendants still believe that there are grounds for a Rule 12 motion, the parties. will meet and confer about Defendants' intended motion by **October 9, 2025**.

3. Plaintiffs will file the First Amended Complaint on **October 16, 2025**.

4. Defendants will file their response to the First Amended Complaint on **October 30, 2025**.

5. Plaintiffs will file their opposition (assuming the response is a motion to dismiss) on **November 13, 2025**.

6. Defendants will file their reply on **November 20, 2025**.

7. The hearing will be on December 4, **2025**. at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 9/24/25

Hernán D. Vera
United States District Judge

2

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

*/s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney
Attorneys for Defendants