**Second Supplemental Declaration of Sean Beckner-Carmitchel**

I, Sean Beckner-Carmitchel, hereby declare:

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

1. I am a plaintiff in the above captioned matter and am submitting this declaration to describe how I was both hit with what I believe to be OC spray by DHS officers at MDC and violently shoved by an ICE officer across the street from MDC on September 1, 2025 when I was trying to cover protests against ICE and while I was simply trying to do my job.

2. I have previously submitted declarations about, among other things, being shot in the head with a tear gas cannister near the Home Depot in Paramount on June 7, 2025 by a DHS officer when I was clearly identifiable as a journalist and standing well away from any protester in the area.

3. I am a freelance journalist with 6 years of experience.  I have produced video news stories in international, national, and local media outlets including the New York Times, CNN, Good Morning America, and Al Jazeera.  I have also written stories for a variety of media outlets including CalMatters and the Beverly Hills Courier.

4. In my career, I have covered lots of protests, including protests in response to federal immigration raids and enforcement in the Los Angeles area.

5. I have regularly been in the area in front of the Metropolitan Detention Center (MDC), which is on Alameda St. between Aliso St. and Temple St. in downtown Los Angeles, in August 2025 to cover protests against DHS and DHS raids in LA.

6. On Labor Day, September 1, 2025, I assumed that there would be a larger than usual protest at MDC. I heard they had a protest at City Hall and expected they would move on to MDC.

7. I arrived at MDC about 6:30 pm.  I was carrying just one camera with

a medium size lens on it, which I use along with my iPhone to take pictures and videos. I was also wearing press pass on my hip and was thus clearly identifiable as a journalist.

8. There are sometimes protesters on the east sidewalk of Alameda across the street from the MDC entrance. Other times, the protesters are on the west sidewalk of Alameda right in front of MDC, and sometime there are protesters on both. Attached as **Exhibit 1** is a map showing the area around MDC.

9. When I arrived at MDC on September 1, I went to the west sidewalk of Alameda just south of Aliso to take pictures. The west sidewalk is very narrow because the federal government has erected a temporary black metal fence between 3-5 feet from where the public sidewalk ends and the street begins. The fence is about 10 feet high and also has a "footing" that is about 1.5-2 feet wide that sits on the sidewalk. The narrow area is also interspersed with concrete pillars that are about waist high.

10. When I arrived, there were about 10-20 protesters on the sidewalk, some sitting down, and others in the area on bicycles. The situation was quite calm.

11. By about 6:50 pm, I would estimate there were 50-75 protesters in the area on the sidewalk in front of MDC and on the other side of the fence. Some protesters were holding signs and flags, and some of them were yelling at the DHS officers who were behind the fence.

12. It appeared to me that there were at least 2 dozen total officers behind the fence. They were mostly DHS officers, whom I could identify by their black uniforms and front patches on their uniforms saying DHS or Department of Homeland Security.

13. At some point, someone set off a firework in the middle of the street on Alameda, which did not seem to pose any threat to people on the sidewalk much less to the officers on the other side of the fence. Some protesters were

pogoing on "footing" of the fence lots of them were yelling at the DHS officers behind the fence. I also observed a guy on mini motorized bike doing donuts in street.

14. At about 7 pm I observed some people kicking the fence and shaking it, but it did not appear to me that what they were doing posed any threat to the officers behind the fence. Nonetheless, at that point DHS agents began shooting pepper balls at the fence. When they did so, the pepper balls would break against the fence, and the gas that coats the balls would disperse into the crowd of protesters but also at a number of photojournalists like me who were off to the side of the group of protesters kicking the fence. The photo below, which I took, show what I believe to be pepper balls shot by DHS officers hit the fence, and the white powder containing irritant within the balls, dispersing into the crowd on the other side of the fence from the officers. I also found on the ground small red plastic-like shards consistent with the outer covering of pepper balls I've seen in the past.



15. At one point I felt "shrapnel" from an exploding pepper ball hit me in

3

1  the neck.  When I was hit, I was separate from and north of most of the protesters,
2  i.e., closer to Aliso than the main group of protesters at the fence.
3     16.   To the best of my recollection, the DHS officers gave no warning
4  before shooting the pepper balls into the fence. The photo above shows a white
5  cloud, which is the coating on the pepper balls dispersing as the officers shot them
6  into the fence.
7     17.   Shortly thereafter a portion of the gate that opens and closes, came
8  ajar, I assume from the protesters shaking it.
9     18.   At that point, 2-3 DHS agents approached the fence and started
10 shooting a spray from cannisters with a nozzle through the opening in the fence. I
11 believe it was OC spray, because I have been exposed to both what is commonly
12 called tear gas and OC spray, and OC spray is far more painful. In my experience,
13 it burns more than CS, CN, or CR gas and lingers longer.
14     19.   A few things were notable for me about what the officers did. First, I
15 saw no sign that any protester tried to enter into the area where the gate had
16 popped open.
17     20.   Second, the DHS officers made no effort to target the spray at the
18 people who were jumping on the footings of the fence or shaking it. They simply
19 and indiscriminately sprayed the whole crowd including a bunch of
20 photojournalists, (about 10) including me, who were almost all separate from and
21 closer to Aliso than the body of protesters who were shaking the fence.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

4

//

//

21. I did not take the photo below, but it accurately depicts what I observed of the DHS officers firing spray at photojournalists near the fence, none of whom were shaking or jumping on the fence.



22. As soon as the officers started spraying cannisters of OC at us, we all started coughing.

23. Getting hit straight on with OC is a painful experience. For a while I could not see clearly. There was an intense burning in my eyes, which were watering like crazy. I was also coughing intently and kept wiping my eyes to clear the OC spray and tearing so I could see again and resume working. The OC spray also got all over my camera, so I could not use it until I fully wiped it down; touching it even one day after caused a burning sensation on my hands.

24. When DHS officers hit me with OC spray, I was at least 5-10 feet away from any protester who was shaking or standing on the fence. My rule as a working journalist is I never want to get in the way of law enforcement because if

| | |
|---|---|
| 1 | they have a reason, or think they are justified, to direct force against someone, I do |
| 2 | not want to be in the way. I am also skilled and experienced enough to cover an |
| 3 | event and get good pictures at a protest without standing next to protesters and |
| 4 | being "in the line of fire." |
| 5 | 25.     Based on what I observed, the DHS officers indiscriminately directed |
| 6 | the OC spray at anyone near fence, including a bunch of journalists, rather than |
| 7 | targeting the spray at people who might have actually been shaking the fence. |
| 8 | 26.     The officers did not shoot spray one or two times. I observed at least |
| 9 | two -- and more likely three -- DHS officers fire intermittent bursts of 3-5 seconds |
| 10 | of at everyone near the fence for 15-30 minutes. |
| 11 | 27.     During that time I observed a number of other people who were |
| 12 | clearly identifiable as journalists get hit with OC spray, including a student |
| 13 | journalist, and Mel Buer, a freelance journalist who lives in Los Angeles.  I believe |
| 14 | Mel had a SLR camera around her neck was clearly identifiable as someone who |
| 15 | was documenting what was happening, not engaged in any protest activity. At the |
| 16 | time I saw Mel get hit, she was further away from the protesters than I was both |
| 17 | behind them and in the middle of street, so obviously posing no threat to the DHS |
| 18 | officers who hit her with OC spray and also trying to do her job documenting what |
| 19 | was happening. |
| 20 | 28.     After a while the situation calmed down, and the crowd thinned to |
| 21 | about 25-50 people. |
| 22 | 29.     At about 8:15 pm a large groups of agents came through the fence and |
| 23 | out onto sidewalk.  I noticed that some of them, maybe 30, were wearing black |
| 24 | uniforms and identifiable as DHS officers, while others were in green camo |
| 25 | uniforms with patches on the center of their chest that read Police ICE.  There were |
| 26 | about 10 ICE officers. |
| 27 | 30.     When the officers came out, one of the pieces of the fence had fallen |
| 28 | to the ground.  Crowds started booing the officers, and I believe I saw a few |

oranges and plastic water bottles thrown in the direction of the officers.

31. The officers charged into the crowd and began making arrests. I believe the first arrest was about 8:15 pm.

32. A few minutes later, a large group of officers also began chasing a man east across Alameda onto Commercial Street, which is Aliso on the east side of Alameda.

33. I ran after the officers to photograph the arrest, but remained well away from them as about 20 officers detained him. I was standing about 15 feet away from the officers photographing the arrest when I was forcibly shoved from behind by an officer who I am almost sure was from ICE because he was wearing a green camo uniform like the one I described above.

34. He shoved me really hard driving me about 1.5-2 feet forward and into a parked car. Right after he shoved me, he shouted "get the fuck out of my way" even though I was about 15 feet away from the arresting officers and not even aware of anyone behind me until he shoved me. He also pushed me right on ribs I had recently broken, so the pain was intense.

35. The pain was so bad, that I could do nothing but hold my ribs for the next ten minutes or so until it subsided.

36. Although I was in pain, I was able to watch the officers walk the man across the street and into MDC and close the gate behind them.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed September 27, 2025 in Los Angeles, California.

_____
Sean Beckner-Carmitchel

# EXHIBIT 1

