**Declaration of Jill Connelly**

I, Jill Connelly, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a freelance photographer. I am submitting this declaration to explain how DHS officers shot me in the back with a chemical irritant, which I believe was pepper spray, while I attempting to cover people protesting ICE at the Metropolitan Detention Center (MDC) in downtown Los Angeles on September 1, 2025.

3. I have been a freelance photojournalist for more than 20 years. I have had my work published in the Los Angeles Times and done work for the Associated Press and Reuters, among others.

4. I have a lot of experience covering fires, protests, and civil unrest. I have also participated in a three-day training in Los Angeles on how to work as a journalist in "hostile environments" hosted by the International Women's Media Foundation. The purpose of that training is to educate journalists on how to safely cover events where there is physical risk. The training includes what protective gear to wear when covering an event and how to safely place oneself to both cover an event but also minimize any chance of being injured. I also pride myself on doing my job well but also evaluating when a situation feels too unsafe to remain in and leaving if necessary. Before this year, I had never been hit with any chemical irritants or less lethal weapons despite having covered protests for many years.

5. I am a member of the Los Angeles Press Club, which is one of the plaintiffs in this case.

6. On Labor Day, September 1 of this year, I was covering a protest against ICE in LA at City Hall for the wire service, Zuma Press. About 7 pm protesters announced that they would be marching down to the MDC.

1
Declaration of Jill Connelly

7. I arrived at MDC at an area on the public sidewalk outside the entrance where the federal government has erected a black wire fence. The fence is about 8-10 feet high and a portion of it that is a couple of feet wide sits on the sidewalk to hold it up. The fence is placed so that the area between the edge of the fence and Alameda Street is quite narrow, only a few feet wide. When I arrived there were some protesters on the sidewalk in front of the fence and some out in Alameda Street.

8. That day, I was clearly identifiable as a journalist. I was carrying and using two SLR cameras. I was wearing a helmet with a patch on it that says PRESS and was wearing a press pass on a lanyard around my neck. I was also wearing pretty bright red pants, which are identifiable in at least one of the pictures below.

9. While I was on the sidewalk, I saw that some of the protesters had their hands on the fence and were shaking it. Others were chanting or yelling at the officers behind the fence. I observed about 30 officers massed together on the "apron" in the area behind the fence and in front of the entrance to MDC. There were more officers behind the group of 30 in front, but I am not sure how many. The photo below shows the mass of officers, who were wearing riot gear, including helmets, face shields and carrying riot shields. Based on the patches of embroidered writing on their uniforms, the majority were DHS police. But there were also officers in green camo uniforms with ICE patches on their uniforms, also wearing helmets, face shields. Most of the officers appeared to be wearing masks.



10. I observed the protesters from a vantage point off to the side of them, closer to Aliso Street and took pictures.

11. At one point, it appeared that a portion of the fence that can open and close to allow people to come in and out popped open, I believe from some protesters shaking the fence. When the fence popped open, none of the protesters tried to go through the gap. In fact, most of the protesters backed up.

12. At one point not too long after the fence popped open, I turned away from the fence to move to a new position to get photos from a different vantage point. As I was walking away from the fence, I was suddenly hit on the back by something, and it was very painful. I was not immediately sure whether it was a chemical agent or a rubber bullet, but it hurt. My back started intensely burning, at which point I figured I had been hit by a chemical agent. A photographer later sent me the image below, which depicts me in the red pants walking away from the

fence and shows my back being hit with chemical agent.



13. The photo below shows me after I had been hit and had begun shooting pictures again, and you can clearly see white powder across my back which is the residue from the chemical agent.



14. At the time I was hit, I was walking away from the fence and was a little bit away from the main group of protesters, though there was one small Latina woman fairly close to me.

15. After pulling myself together, I walked back to the fence further towards Aliso Street, so that the gap in the fence was well to my left. I saw officers sticking their arms through the gap, holding cannisters with a nozzle on them and spraying the crowd with some kind of chemical agent. I am pretty sure that they were spraying what I had been hit with shortly beforehand, but I cannot be certain it was the same chemical agent.

16. I was struck by the indiscriminate way they were shooting the chemical agent because they were not simply directing it at the protesters but instead spraying in a wide sweep at everyone on the other side of the fence, including a bunch of photojournalists who were separated from the protesters.

17. I saw and photographed an officer shooting at least two journalists I know, including Ted Soqui and Ben Hanson, (who was shooting for Middle East Images) both of whom were taking pictures with professional cameras and were wearing press passes. The photograph below, which I took, shows the officer shooting at Ted and Ben who were just to my left.



18. The photograph below, which I did not take, shows the same officer I observed shooting at Ted and Ben from a different angle, i.e., to the left of the gap in the fence and to the left of Ted and Ben. You can see the spray going directly at Ted, who is wearing a helmet with PRESS on it and carrying two SLR cameras, and Ben, who is wearing a teal top. You can also see a sliver of my red pants leg in the photo.



19. At no point either before I was hit walking away from the fence, or when I saw officers spraying photojournalists in front of the fence with chemical agents did I hear them give a warning or inform people that they needed to move away from the fence or they might be shot.

20. I stayed at MDC a while longer but decided to leave because the burning was very intense. The time stamp on the last photo I took at the scene was 8:32.

21. When I got home, I took a shower to try to wash away the chemical agent and stop the pain. But the burning lasted till about 2 am the next morning.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of September, 2025 in Los Angeles, California.

*/s/ Jill Connelly*

Jill Connelly