IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 2:25-cv-05563<br><br>**DECLARATION OF ROGER SCHARMEN** |

## 2nd SUPPLEMENTAL DECLARATION OF ROGER SCHARMEN

I, Roger Scharmen, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

This declaration is based on my personal knowledge and information made available to me in the course of my official duties and will serve as a supplement to my previously filed Declarations; Decl. of Scharmen, ECF No. 47-3 and Supp. Decl. of Scharmen, ECF No.58-3 respectively.

1. I continue to serve as the Deputy Regional Director for Region 9 of the Federal Protective Service (FPS). My primary place of duty remains San Francisco, CA, but I continue to work in Los Angeles periodically and most recently have been in Los Angeles from September 7 to September 17, 2025. The FPS remains the lead law enforcement agency protecting federal facilities, property, and people therein in Los Angeles in accordance with its statutory authority provided in 40 U.S.C. § 1315.

2. I am aware that declarations in support of the Plaintiffs' Opposition to Defendants' Application to Stay the Preliminary Injunction where recently filed. ECF. No 64, 64-1 and 64-2 respectively. This supplemental declaration is in response to those declarations.

3. Plaintiff Sean Beckner-Carmitchel states in his declaration that on September 1, 2025, at approximately 7:00 p.m., DHS officers sprayed him with OC spray while he was covering the ICE protests outside of the MDC. LA Press Club member Connelly states in her declaration that she was shot in the back with what she believes was pepper spray, while she was covering the same protest on September 1, 2025, at approximately 7:00 p.m. as well.

4. According to FPS records, on September 1, 2025, at approximately 6:30 P.M., FPS personnel, including Inspector XXXX (#940), Inspector XXXX (#991), Inspector XXXX (#1P1695), and Inspector XXXX (#11P1512), responded to an unlawful assembly at the Edward R. Roybal Federal Building, located at 255 E. Temple Street, Los Angeles, California. The incident was part of Operation Skipjack, a coordinated law enforcement effort to address ongoing civil unrest. To help protect the facility due to civil unrest, FPS added a temporary anti-scaling fence. The fence consists of 836 linear feet of anti-scaling fence that is 8 feet tall with two mobile vehicle gates. The fence is weighted down with concrete Jersey Barriers. Officers had previously received intelligence that this protest group has a recent history of setting fires. Additionally, during the previous seven days, officers had been subjected to at least 5 assaults.

5. Protestors were using high powered flashlights to temporarily disorientate officers on the line, throwing water bottles, rocks, hard objects, and trash over the fence at officers, and throwing lit fireworks of various sizes.

6. At approximately 1850 hours, a female wearing a black hoodie and black leggings was observed kicking Gate 1. Inspector XXXX (#1570) issued a verbal command, "Stop kicking the fence!" Despite this, she continued kicking the fence three

more times. Shortly thereafter, a male wearing a tan shirt and blue jeans joined her and began kicking the gate. Another individual, also wearing a tan shirt and blue jeans and carrying a Mexican flag, joined the two and kicked the gate in unison. Inspector XXXX (#1570) repeated the command, "Stop kicking the fence!" but all three individuals ignored the orders.  At approximately 6:53 p.m. hours, two individuals—a black male adult wearing a black ski mask, black shirt, and blue jeans, and a female wearing a black and white bandana over her nose and mouth, black shirt, and blue jeans—were observed jumping on the fence platform located in front of the mechanical box. Inspector XXXX (#1570) issued a verbal command, "Stop jumping on the fence!" but they continued their actions. At approximately 6:56 p.m. hours, a male wearing a white short-sleeve shirt, blue jeans, and a pink filtered painter's mask began jumping on the fence platform. Shortly thereafter, a black male wearing a black short-sleeve shirt and black trousers began shaking the fence violently, causing the connected sections of the fence to move in unison. At approximately 6:58 p.m. hours, additional individuals joined in the disruptive activity. A female with red hair wearing a pink short-sleeve shirt and black leggings, along with a male wearing a black hoodie and black trousers, were observed donkey-kicking the fence. Another individual wearing a black short-sleeved shirt and black shorts was seen jumping on the fence floor. These actions caused Gate 1 to shift and open. Inspector XXXX (#1570) issued a verbal command, "Stop jumping and kicking on the fence!" but the individuals ignored the command. At approximately 6:59 p.m. hours, Inspector XXXX (#1570) deployed the Pepperball Launching System (PLS), firing 3-5 rounds at the base of Gate 1 for area saturation. FPS personnel approached Gate 1 to attempt to close the latch. However, due to a 12-inch gap, the latch could not be secured completely. FPS retreated as the gate remained loosely closed.

      7.     Inspector XXXX (#940) was on duty as part of Team 2, equipped with an FN-303 less-lethal launcher loaded with yellow marking rounds. He observed demonstrators shaking and kicking Gate 1, causing structural damage. The fence is placed on federal property alongside the sidewalk located on Alameda Street. He reported that at

approximately 6:58 p.m., demonstrators breached Gate 1 of the facility by shaking and kicking the fence, causing the locking mechanism to fail. He deployed a 4-round burst of yellow marking rounds at a Hispanic male suspect to deter further damage and mark the individual for later identification.

8. At approximately 7:00 p.m., the gate was breached again after FPS personnel temporarily secured it. Inspector XXXX (#940) reloaded his FN-303 and deployed additional marking rounds at individuals actively damaging the gate. Inspector XXXX (#991) deployed Oleoresin Capsicum (OC) spray at a Hispanic female suspect who was preparing to throw a bottle at officers. At approximately 7:03 p.m., FPS declared the protest an unlawful assembly using the Public Order Public Safety Announcement Device (POPSAD). Despite the dispersal order, and repeated verbal commands to desist, demonstrators continued to throw projectiles and damage property.

9. At approximately 7:10 p.m., Inspector XXXX (#11P1512) observed demonstrators throwing trash over the fence and violently kicking the gate. She deployed 3-5 rounds of Pepperball Launching System (PLS) projectiles at the fence for area saturation, causing individuals to retreat.

10. At approximately 7:14 p.m., Inspector XXXX (#940) deployed additional marking rounds at demonstrators who were jumping on the fence platform and spray-painting "Fuck ICE" on the gate.

11. At approximately 7:18 p.m., FPS personnel, under the direction of Inspector XXXX (#940) and other team leaders, pushed demonstrators back to Alameda Street and formed a protective semi-circle to secure the gate. Despite resistance, the gate was successfully closed and latched.

12. Given the level of violence, refusal to comply with lawful direction, and significant risk to officer safety, it is clear that the officers involved deployed the minimal force necessary under the circumstances and that their use of force was reasonable.

13. It is clear to me that the officers who deployed the crowd control devices in response to the violence occurring at facility did not intentionally target any member of the press or anyone for exercising their First Amendment rights.

14. To the extent that Plaintiff Sean Beckner-Carmitchel was exposed to OC spray, it was most likely an inadvertent exposure due to him being in close enough proximity to the fence and gate that the OC spray being carried by the wind towards him.

15. To the extent that LA Press Club member Connelly was shot in the back with what she believes was a "chemical agent or a rubber bullet," given her close proximity to the fence and gate, it was most likely an inadvertent exposure to a less than lethal munition such as a FN 303 or PepperBall. Both munitions contain a pepper compound which powderizes upon impact with a hard surface.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 2, 2025, at San Francisco, California.

*Roger Scharmen*