BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS (TX Bar No. 24091154)
Civil Division, Federal Programs Branch
    1100 L Street, NW
    Washington, DC 20005
    Telephone: (202)598-7615
    Email: kathleen.c.jacobs@usdoj.gov

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**JOINT STATUS REPORT PURSUANT TO COURT ORDER**<br><br>Honorable Hernán D. Vera |

1

1  Pursuant to the Court's September 10, 2025 Order Granting Plaintiffs' Motion for
2  Preliminary Injunction ("Order") (Dkt. 55), counsel for the parties met and conferred on
3  October 9, 2025 and submit this status report. DHS and its component agencies, U.S.
4  Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection
5  ("CBP"), and the Federal Protective Service ("FPS"), summarized and disseminated the
6  contents of the Order to their required personnel within 72 hours of the Order.
7  Additionally, DHS and its component agencies will send regular reminders of the
8  requirements of the Order while it remains in effect.

Dated:  October 10, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Federal Programs Branch

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

 /s/ Paul (Bart) Green
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

2

| | | |
|---|---|---|
| 1 | Dated: October 10, 2025 | BRAUNHAGEY & BORDEN LLP |

*/s/ Matthew Borden*
Matthew Borden
Attorneys for Plaintiffs

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.