AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Los Angeles Press Club, NewsGuild - Communications Workers of America, Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, and Abigail Olmeda, and Maria Alejandra-Paz<br><br>*Plaintiff(s)*<br>v.<br>Kristi Noem, in her official capacity as Secretary, Department of Homeland Security<br><br>See attached addendum.<br><br>*Defendant(s)* | Civil Action No. 2:25-CV-05563-HDV-E |

## SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)* Eddy Wang, in his official capacity as Special Agent in Charge for Los Angeles Field Office of Homeland Security Investigations
c/o ICE - Office of the Principal legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Borden (SBN: 214323); J. Noah Hagey (SBN: 262331); Kory DeClark (SBN: 310571); Greg Washington (SBN: 318796); Kevin Opoku-Gyamfi (pro hac vice); BraunHagey & Borden LLP; 747 Front Street, 4th Fl, San Francisco, CA 94111; (415) 599-0210

See attached addendum.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/22/25     _____
                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-05563-HDV-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Summons – Addendum
*Los Angeles Press Club, et al. v. U.S. Department of Homeland Security*

**Defendants**

TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; GREGORY BOVINO, in his official capacity as Chief Patrol Agent for the El Centro Sector of the U.S. Border Patrol; ERNESTO SANTACRUS JR., in his official capacity as Acting Field Office Director for the Los Angeles Field Office, U.S. Immigration and Customs Enforcement; EDDY WANG, in his official capacity as Special Agent in Charge for the Los Angeles Field Office of Homeland Security Investigations; MARIO CANTON, in his official capacity as Regional Director for Region 9 of the Federal Protective Service; KEVIN GREEN, in his official capacity as Commander of the U.S. Customs and Border Protection, Office of Field Operations, Special Response Team; and U.S. DEPARTMENT OF HOMELAND SECURITY

**Attorneys for Plaintiffs**

Peter J. Eliasberg, Esq. (SBN: 189110)
    peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
    jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
    awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
    mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
    slacey@aclusocal.org
Jacob Reisberg, Esq. (SBN: 329310)
    jreisberg@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
    mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
   peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
   hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
   mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
   jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731