Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
    declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Lily (Haeun) Kim, Esq.
(*pro hac vice* forthcoming)
    kim@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
    peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
    jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
    awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
    mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
    slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
    mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
    peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES PRESS CLUB, NEWSGUILD - COMMUNICATIONS WORKERS OF AMERICA, ABIGAIL OLMEDA, individually; and SEAN BECKNER-CARMITCHEL, RYANNE MENA, LEXIS-OLIVIER RAY, CHARLES XU, BENJAMIN ADAM CLIMER, and MARIA ALEJANDRA-PAZ, individually and on behalf of others similarly situated,

        Plaintiffs,

    v.

KRISTI NOEM, in her official capacity as Secretary, Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; GREGORY BOVINO, in his official capacity as Chief Patrol Agent for the El Centro Sector of the U.S. Border Patrol; JAIME RIOS, in his official capacity as Acting Field Office Director for the Los Angeles Field Office, U.S. Immigration and Customs Enforcement; EDDY WANG, in his official capacity as Special Agent in Charge

Case No. 2:25-CV-05563-HDV-E

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

Date:        April 30, 2026
Time:       10:00 a.m.
Judge:     Hon. Hernán D. Vera
Location:  Courtroom 5B, 5th Floor

for the Los Angeles Field Office of Homeland Security Investigations; MARIO CANTON, in his official capacity as Regional Director for Region 9 of the Federal Protective Service; KEVIN GREEN, in his official capacity as Commander of the U.S. Customs and Border Protection, Office of Field Operations, Special Response Team; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
    carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
    rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
    hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
    mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
    jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

Case No. 2:25-cv-05563-HDV-E

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Hernán D. Vera in Courtroom 5B of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs Charles Xu, Lexis Olivier-Ray, Sean Beckner-Carmitchel, the Los Angeles Press Club, and NewsGuild – Communication Workers of America on behalf of themselves and of others similarly situated ("Plaintiffs"), will and do hereby move this Court for an order certifying that Plaintiffs' claims against Defendants may be pursued as a class action, and specifying the following:

1.    The Class shall consist of "All people who do or will, without using force or threat of force, record DHS immigration enforcement and removal operations or protests of those operations in this District since June 6, 2025."

2.    Plaintiffs' counsel of record, ACLU Foundation of Southern California, BraunHagey & Borden LLP, the Law Office of Carol Sobel, and the Law Office of Peter Bibring shall be appointed as counsel for the Class.

Plaintiffs' motion for class certification is made on the grounds that this case satisfies the requirements for class certification under Rule 23 of the Federal Rules of Civil Procedure. Specifically, this case satisfies the numerosity, commonality, typicality, and adequacy requirements of Rule 23(a) and additionally meets the standards for class-wide relief under Rule 23(b)(2). This motion is made after the parties participated in a Conference of Counsel, pursuant to Local Rule 7-3. *See* Declaration of Jonathan Markovitz ¶¶ 3-11 filed concurrently herewith.

This motion is based on this Notice of Motion and Motion for Class Certification; the Memorandum of Points and Authorities in support thereof; the accompanying Declarations and all attached Exhibits; the Proposed Order Granting Plaintiffs' Motion for Class Certification; all related pleadings, records, and papers on file with the Court; all matters of which the Court may take notice; and any such other oral and documentary evidence or argument received by the Court before or at the time of hearing on this matter.

Dated: March 5, 2026

Respectfully submitted,
BRAUNHAGEY & BORDEN LLP

By: _/s/ Matthew Borden_
Matthew Borden

*Attorneys for Plaintiffs*