1  Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
2  J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
3  Kory J. DeClark, Esq. (SBN: 310571)
    declark@braunhagey.com
4  Greg Washington, Esq. (SBN: 318796)
    gwashington@braunhagey.com
5  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
6  San Francisco, CA 94111
   Telephone: (415) 599-0210
7
   Lily (Haeun) Kim, Esq.
8  (*pro hac vice* forthcoming)
    kim@braunhagey.com
9  BRAUNHAGEY & BORDEN LLP
   200 Madison Avenue, 23rd Floor
10 New York, NY 10016
   Telephone: (646) 829-9403
11
   [Additional counsel on next page]
12
   *Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
    peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
    jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
    awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
    mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
    slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
    mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
    peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, NEWSGUILD - COMMUNICATIONS WORKERS OF AMERICA, ABIGAIL OLMEDA, individually; and SEAN BECKNER-CARMITCHEL, RYANNE MENA, LEXIS-OLIVIER RAY, CHARLES XU, BENJAMIN ADAM CLIMER, and MARIA-ALEJANDRA PAZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:     Hon. Hernán D. Vera<br>Location:  Courtroom 5B, 5th Floor |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

1  WHEREAS, on February 24, 2026, counsel for the parties engaged in a conference call to meet and confer about Plaintiffs' Motion for Class Certification in compliance with Rule 7-3 (Markovitz Decl. (ECF 100-2) ¶ 5);

WHEREAS, during that call, counsel for both sides discussed a possible briefing schedule (*Id.* ¶¶ 5-6);

WHEREAS, in subsequent email correspondence, counsel for the parties formulated and agreed to the following stipulated briefing schedule for Plaintiffs' Motion for Class Certification (*Id.* ¶¶ 8-9);

WHEREAS, Plaintiffs filed their Motion for Class Certification on Thursday, March 5, 2026. (ECF 100);

THEREFORE, the parties stipulate and respectfully request that the Court set the following briefing schedule:

1. Defendants will file their opposition on or before Thursday, March 26.
2. Plaintiffs will file their Reply on or before Thursday, April 9.
3. This Court will hold a hearing on the Motion on Thursday, April 30, at 10:00 am or as soon thereafter as the Court's schedule permits.

Dated:   March 12, 2026                    Respectfully submitted,

                                           BRAUNHAGEY & BORDEN LLP

                                           By:   *Matthew Borden*
                                                 Matthew Borden

                                           *Attorneys for Plaintiffs*

Dated:   March 12, 2026                    Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

                                           ERIC J. HAMILTON
                                           Deputy Assistant Attorney General

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Federal Programs Branch

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litig. Section
PAUL (BART) GREEN
Assistant United States Attorney

By: */s/ Paul (Bart) Green*
      Paul (Bart) Green

*Attorneys for Defendants*

**ATTESTATION**

Counsel for Plaintiffs hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendants pursuant to Local Rule 5-4.3.4.

Dated: March 12, 2026

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: *Matthew Borden*
     Matthew Borden

*Attorneys for Plaintiffs*