Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Lily (Haeun) Kim, Esq.
(*pro hac vice* forthcoming)
  kim@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Meredith Gallen, Esq. (SBN: 291606)
  mgallen@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINK 101

| | |
|---|---|
| LOS ANGELES PRESS CLUB, NEWSGUILD - COMMUNICATIONS WORKERS OF AMERICA, ABIGAIL OLMEDA, individually; and SEAN BECKNER-CARMITCHEL, RYANNE MENA, LEXIS-OLIVIER RAY, CHARLES XU, BENJAMIN ADAM CLIMER, and MARIA-ALEJANDRA PAZ, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 2:25-CV-05563-HDV-E <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION <br><br> Judge:      Hon. Hernán D. Vera <br> Location:   Courtroom 5B, 5th Floor |

Case No. 2:25-cv-05563-HDV-E

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
  carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
  rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
  hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
  mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
  jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

Case No. 2:25-cv-05563-HDV-E

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

Based on the Parties' Stipulation on the briefing schedule for Plaintiffs' Motion for Class Certification and good cause appearing, THE COURT HEREBY ORDERS **THAT:**

1.    Defendants will file their opposition to Plaintiffs' Motion for Class Certification on or before Thursday, March 26.

2.    Plaintiffs will file their Reply to Defendants' Opposition on or before Thursday, April 9.

3.    This Court will hold a hearing on Plaintiffs' Motion for Class Certification on Thursday, April 30, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: ___03/17/26_____

_____
Honorable Hernán D. Vera
United States District Court Judge

1

Case No. 2:25-cv-05563-HDV-E

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION