BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-0805
        E-mail: Paul.Green@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date: May 7, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Ctrm. 5B, 5th Fl.<br><br>Honorable Hernán D. Vera<br>United States District Judge |

1

Defendants respectfully notify this Court of a recent decision issued by the United States Court of Appeals for the Ninth Circuit on April 27, 2026, *see Dickinson v. Trump*, No. 26-1609, 2026 WL 1133353 (9th Cir. Apr. 27, 2026), which is attached as an exhibit to this notice. In that decision, a divided panel of the Ninth Circuit stayed a preliminary injunction pending appeal in a similar case brought by a putative class of journalists and protesters alleging the Department of Homeland Security retaliated against them in violation of the First Amendment during protests near the Immigration and Customs Enforcement building in Portland, Oregon.

As relevant to the upcoming motion hearing in this case addressing Plaintiffs' motion for class certification and a revised preliminary injunction, the Ninth Circuit concluded that the district court improperly certified a class of "all people who, since June 2025, have, desire to, or will nonviolently protest against or report on DHS activities at the Portland ICE Building." *Id.* at *9. The court held that the class "was improperly certified because it does not meet Rule 23's commonality requirement." *See id.* *9-10. In addition to a "lack of commonality across the class[,]" the court emphasized that First Amendment retaliation claims are not "amenable to class treatment." *Id.* at *10. Such claims "must be evaluated based on all of the circumstances (including the mental state of the federal officers who acted)" and demand "fact-specific" and "individualized considerations" that require "separate analyses." *Id.* (quoting *Black Lives Matter Los Angeles v. City of Los Angeles*, 113 F.4th at 1249, 1258-60 (9th Cir. 2024)).

Additionally, the Ninth Circuit found that the preliminary injunction was "too broad and inconsistent with First Amendment doctrine." *Id.* at *10; *see also id.* at *20 (de Alba, J., concurring in part and dissenting in part) (agreeing to "stay three of the preliminary injunction's provisions as overbroad"). The injunction was overbroad because it extended beyond "the five named plaintiffs" and it prohibited DHS officers from using crowd-control devices in circumstances that do not offend the First Amendment. *See id.* at *10. The court held that "the First Amendment allows officers to use crowd-control munitions if protesters block the street, criminally trespass on government property, or thwart law

enforcement efforts." *Id.* Further, "officers may disperse a crowd not only in response to an imminent threat of physical harm but also in response to 'imminent lawlessness,' including a threat of 'riot, disorder, or interference with traffic.'" *Id.* (quoting *Puente v. City of Phoenix*, 123 F.4th 1035, 1062 (9th Cir. 2024).

Dated:  April 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney


       /s/ Paul (Bart) Green
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

3