Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

[Additional counsel on next page]

*Attorneys for Plaintiffs*

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W 8th Street, Ste 200
Los Angeles, CA 90017
Telephone: (213) 977-9500

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2140 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Markwayne Mullin, *et al.*,<br><br>　　　　Defendants. | Case No. 2:25-CV-05563-HDV-E<br><br>**RESPONSE TO ORDER RE PRELIMINARY INJUNCTION REMAND [ECF 106]; PROPOSED ORDER** |

*Additional Counsel of Record for Plaintiffs:*

Carol A. Sobel, Esq. (SBN: 84483)
   carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
   rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
   hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
   mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
   jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 717-7373

Case No. 2:25-cv-05563-HDV-E

RESPONSE TO ORDER RE PRELIMINARY INJUNCTION REMAND

Plaintiffs respectfully submit this response to the Court's April 8, 2026 Order re: Hearing on Class Certification and Preliminary Injunction Remand (Dkt. 106).

The Court directed counsel to come to the May 7, 2026 hearing prepared to address how the Court should amend its preliminary injunction to address the concerns identified in the Ninth Circuit's opinion. Given the Ninth Circuit's approval of the language enjoining "firing kinetic impact projectiles or other crowd control weapons at the head, neck, groin, back, or other sensitive areas" (*Los Angeles Press Club v. Noem*, 171 F.4th 1179, 1192 (9th Cir. 2026)), Plaintiffs proposed stipulating to that language as to any named Plaintiff and submitting a joint filing summarizing the parties' respective positions on how the Court should amend the rest of the preliminary injunction. During the parties' meet-and-confer efforts, Defendants stated that they intend to object to entry of any injunction at the May 7, 2026 hearing.

Plaintiffs therefore respectfully submit the attached proposed order to facilitate their discussion of how the Court should amend its preliminary injunction at the upcoming hearing.

Dated: May 6, 2026                    Respectfully submitted,

                                      BRAUNHAGEY & BORDEN LLP

                                      By:  */s/ Matthew Borden*
                                             Matthew Borden

                                      *Attorneys for Plaintiffs*

1

Case No. 2:25-cv-05563-HDV-E

RESPONSE TO ORDER RE PRELIMINARY INJUNCTION REMAND