BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS (TX Bar No. 24091154)
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 598-7615
    E-mail: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-05563-HDV-E <br><br> **NOTICE OF COMPLIANCE WITH REVISED PRELIMINARY INJUNCTION** <br><br> Hon. Hernán D. Vera <br> United States District Judge |

In compliance with this Court's July 10, 2026 Order Granting Revised Preliminary Injunction, Defendants provide notice that they have submitted under seal the guidance distributed to ICE, CBP, and FPS officers pursuant to the Court's Order. ECF No. 133. A copy of the guidance has been provided to Plaintiffs' counsel with certain limited redactions.

Dated: July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive
Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

/s/ Kathleen C. Jacobs
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants