BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS (TX Bar No. 24091154)
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 598-7615
    E-mail: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>          Defendants. | Case No.: 2:25-cv-05563-HDV-E<br><br>**PROOF OF ELECTRONIC SERVICE**<br><br>Hon. Hernán D. Vera<br>United States District Judge |

I, Kathleen C. Jacobs, declare:

I am over the age of 18 years and not a party to this action. I am employed by the United States Department of Justice, Civil Division, Federal Programs Branch. My business address is 1100 L St. NW, Washington, DC 20005.

On July 13, 2026, I electronically served redacted copies of the documents filed under seal corresponding in connection with Defendants' Notice of Compliance as required by the Court's Order Revising Preliminary Injunction (ECF No. 133) pursuant to Federal Rules of Civil Procedure 5(b)(2)(E), to each person at the email addresses below:

Matthew B Borden
BraunHagey and Borden LLP
747 Front Street 4th Floor
San Francisco, CA 94111
        Email: borden@braunhagey.com


Gregory Washington
BraunHagey and Borden LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
        Email: gwashington@braunhagey.com


Jonathan Markovitz
ACLU Foundation of Southern California
PO Box 811370
Los Angeles, CA 90081
        Email: jmarkovitz@aclusocal.org


Steve Art
Loevy and Loevy
311 North Aberdeen Street
Chicago, IL 60607
        Email: Steve@loevy.com

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2026 at Washington, DC.

_/s/ Kathleen C. Jacobs_
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants