Case 2:25-cv-05563-HDV-E   Document 138-1   Filed 07/16/26   Page 1 of 1   Page ID #:3220

Name and address:

David B. Owens
Loevy & Loevy
333 S Grand Ave, Ste. 3310
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Press Club, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> Markwayne Mullin, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 25-cv-5563 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tucek, Aaron M.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 243-9500

*Telephone Number*    *Fax Number*

aaron@loevy.com

*E-Mail Address*

> Loevy & Loevy
> 311 N Aberdeen St, Fl 3
> Chicago, IL 60607
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Los Angeles Press Club, et al.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Owens, David B.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

275030    (312) 243-9500

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

david@loevy.com

*E-Mail Address*

> Loevy & Loevy
> 333 S Grand Ave, Ste. 3310
> Los Angeles, CA 90071
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**