# EXHIBIT A

**JUDGE HERNÁN D. VERA**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**
*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court *ORDERS* the parties to make every effort to agree on dates.**

*Note:* Hearings shall be on Thursdays at 10:00 a.m.
Other dates can be any day of the week.

**Case No.** 2:25-cv-05563-HDV-E   **Case Name:** Los Angeles Press Club, *et al.*, v. Mullin, *et al.*

| Trial and Final Pretrial Conference Dates | Timing | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Check one:  [ ] Jury Trial  or  [X ] Court Trial  (***Tuesday** at 9:00 a.m.*)  ~~Estimated~~ Duration:      15   Days | Within 18 months after Complaint filed | 10/19/2027 | 10/19/2027 | [ ] Jury Trial  [ ] Court Trial  _____Days |
| Final Pretrial Conference ("FPTC") [L.R. 16]  (***Tuesday** at 10:00 a.m.*) | 21 days before trial | 9/28/2027 | 9/28/2027 | |
| Hearing on Motions In Limine | 28 days before trial | 9/21/2027 | 9/21/2027 | |
| **Event** | **Weeks After Scheduling Conference** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Last Date to ***Hear*** Motion to Amend Pleadings /Add Parties | 6 | 1/7/2027 | 9/23/2026 | |
| **Event[1]** | **Weeks Before FPTC** | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
| Fact Discovery Cut-Off | 22 | 4/27/2027 | 4/27/2027 | |
| Expert Disclosure (Initial) | 21 | 5/4/2027 | 5/4/2027 | |
| Expert Disclosure (Rebuttal) | 19 | 5/18/2027 | 5/18/2027 | |
| Expert Discovery Cut-Off | 17[2] | 6/1/2027 | 6/1/2027 | |
| Last Date to ***Hear*** Motions | 11 | 7/13/2027 | 7/13/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]  *Select* one:  [X] 1. Magistrate Judge *(with Court approval)*  [ ] 2. Court's Mediation Panel  [ ] 3. Private Mediation | 6 | 8/17/2027 | 8/17/2027 | [ ] 1. Mag. J.  [ ] 2. Panel  [ ] 3. Private |

| Event | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 4 | 8/31/2027 | 8/31/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 9/15/2026 | 9/14/2027 | |

[1]  **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. *Class actions and patent and ERISA cases in particular may need to vary from the above.***

[2]  **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**