BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 598-7615
    E-mail: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>      Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION OR MODIFICATION OF REVISED PRELIMINARY INJUNCTION**<br><br>[Memorandum of points and authorities and proposed order filed concurrently]<br><br>Hearing Date:    October 22, 2026<br>Hearing Time:    10:00 a.m.<br>Ctrm:          5B<br>Hon.           Hernán D. Vera |

## <u>NOTICE OF MOTION AND MOTION FOR CLARIFICATION<br>OR MODIFICATION OF REVISED PRELIMINARY INJUNCTION</u>

PLEASE TAKE NOTICE that, on October 22, 2026, or as soon thereafter as they may be heard, Defendants will, and hereby do, move this Court for an order seeking clarification or modification of the preliminary injunction entered in this case. This motion will be made in the First Street Federal Courthouse before the Honorable Hernán D. Vera United States District Judge, located at 350 W. 1st Street, Los Angeles, CA 90012.

Defendants bring the motion to clarify that the preliminary injunction does not prevent the lawful use of pepper spray (OC spray) against individuals who pose a threat of immediate harm to a law enforcement officer or another person, physically impede federal operations, vandalize property, or actively resist arrest.

This motion is made upon this Notice, the attached Memorandum of Points and Authorities, and all pleadings, records, and other documents on file with the Court in this action, and upon such oral argument as may be presented at the hearing of this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which was held July 17, 2026.

ii

Dated: August 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney


　　/s/ Kathleen C. Jacobs
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants

iii