UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*, | No. 2:25-cv-05563-HDV-E |
| Plaintiffs, | **[PROPOSED]** |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION OF THE REVISED PRELIMINARY INJUNCTION** |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*, | Hon. Hernán D. Vera United States District Judge |
| Defendants. | |

This matter came before the Court on Defendants' Motion to Clarify the Revised Preliminary Injunction. After reviewing the Motion, other papers filed in support of and in opposition to the Motion, and hearing argument from counsel, the Court hereby GRANTS the Motion to Clarify the Preliminary Injunction.

Paragraph 4 of the Revised Preliminary Injunction (ECF No. 133, p. 12) does not apply to OC Spray or other similarly deployed chemical irritant.

**IT IS SO ORDERED.**

Dated: _____          _____

                                        HONORABLE HERNÁN D. VERA
                                        UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

   _/s/   Kathleen C. Jacobs_____
KATHLEEN C. JACOBS

1

Trial Attorney

Attorneys for Defendants