BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch
        1100 L St. NW
        Washington, D.C. 20005
        Telephone: (202) 598-7615
        E-mail: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING DEFENDANTS' MOTION TO CLARIFY PRELIMINARY INJUNCTION**<br><br>Judge:          Hon. Hernán D. Vera<br>Location:      Courtroom 5B, 5th Floor |

Defendants apply to this Court for an order shortening time for hearing on Defendants' Motion to Clarify the Preliminary Injunction ("Motion") filed on August 3, 2026. Defendants respectfully request that the Court approve the following briefing and hearing schedule of their Motion:

Plaintiffs' Opposition          August 10, 2026

Defendants' Reply              August 12, 2026

Hearing                        August 13, 2026

As set forth in the attached declaration of Kathleen C. Jacobs, Defendants provided notice of this application by telephone and e-mail to counsel for Defendants on July 24, 2026, in compliance with L.R. 7-19.1. After the phone call, the parties continued to correspond but were unable to resolve the issues in dispute.

If the Court is not able to grant Plaintiffs' proposed schedule, Defendants' respectfully request that the Court nevertheless hear the Motion on an expedited schedule to be set by the Court, for the reasons set forth above; in the attached memorandum of points and authorities; and in the Motion to clarify and attached declarations.

Pursuant to Local Rule 7-19, the address, telephone number and e-mail address for Plaintiffs' counsel are provided below:

Steve Art
Lovey & Lovey
311 N. Aberdeen Street, Chicago, IL 60647
(312) 789-4965
Steve@loevy.com

Matthew Borden
Braunhagey & Borden, LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
(415) 599-0212
borden@braunhagey.com

Dated: August 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney


_/s/ Kathleen C. Jacobs_
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants