UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION SHORTENING TIME FOR HEARING**<br><br>Hon. Hernán D. Vera<br>United States District Judge |

This matter came before the Court on Defendants' *Ex Parte* Application for Order Shortening Time for Hearing Defendants' Motion to Clarify Preliminary Injunction.  After reviewing the Application and Plaintiffs' Response the Court hereby GRANTS the *Ex Parte* Application.

Therefore Defendants' Motion to Clarify the Preliminary Injunction shall be heard on August 13, 2026 at 10:00 am during the parties' already set scheduling conference.  Plaintiffs' Response to Defendants' Motion to Clarify shall be filed on or before August 10, 2020.  Defendants' Response, if any, shall be filed on or before August 12, 2026.

**IT IS SO ORDERED.**

Dated: _____                    _____

                                                HONORABLE HERNÁN D. VERA
                                                UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

1

_/s/   Kathleen C. Jacobs_
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants