Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
Allison Rubinfeld, Esq. (SBN: 358321)
arubinfeld@aclusocal.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

[Additional counsel on next page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, NEWSGUILD - COMMUNICATIONS WORKERS OF AMERICA, ABIGAIL OLMEDA, individually; and SEAN BECKNER-CARMITCHEL, RYANNE MENA, LEXIS-OLIVIER RAY, CHARLES XU, BENJAMIN ADAM CLIMER, and MARIA-ALEJANDRA PAZ, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary, Department of Homeland Security; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; GREGORY BOVINO, in his official capacity as Chief Patrol Agent for the El Centro Sector of the U.S. Border Patrol; ANDRE QUINONES, in his official capacity as Acting Field Office Director for the Los | Case No. 2:25-CV-05563-HDV-E <br><br> **DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION** <br><br> **Judge** Hon. Hernán D. Vera <br> **Location:** Courtroom 5B, 5th Floor <br><br> **First Amended Compl. Filed:** October 16, 2025 |

Angeles Field Office, U.S. Immigration and Customs Enforcement; EDDY WANG, in his official capacity as Special Agent in Charge for the Los Angeles Field Office of Homeland Security Investigations; MARIO CANTON, in his official capacity as Regional Director for Region 9 of the Federal Protective Service; KEVIN GREEN, in his official capacity as Commander of the U.S. Customs and Border Protection, Office of Field Operations, Special Response Team; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
    carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
    rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
    hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
    mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
    jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

David Owens (SBN: 275030)
    david@loevy.com
Alyssa Martinez (SBN: 342466)
    alyssa@loevy.com
Theresa H. Kleinhaus (*pro hac vice*)
    tess@loevy.com
Steven E. Art (*pro hac vice*)
    steve@loevy.com
Dominique A. Gilbert (*pro hac vice*)
    gilbert@loevy.com
Loevy & Loevy
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900

Case No. 2:25-CV-05563-HDV-E

DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
EX PARTE APPLICATION

I, Matthew Borden, declare:

1.    I am licensed to practice before this Court and serve as counsel for Plaintiffs. I am a co-founder of my law firm BraunHagey & Borden, LLP ("BHB") and represent the Plaintiffs in this case. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between Plaintiffs' counsel and Defendants' counsel, between the dates of July 30, 2026 and August 3, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  August 4, 2026                              */s/ Matthew Borden*
                                                                Matthew Borden

DECLARATION OF MATTHEW BORDEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
EX PARTE APPLICATION