# EXHIBIT 1

**From:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Sent:** Monday, August 3, 2026 7:50 AM
**To:** Allison Rubinfeld <ARubinfeld@aclusocal.org>
**Cc:** Matt Borden <borden@braunhagey.com>; Steve@loevy.com; Green, Paul (USACAC) <Paul.Green@usdoj.gov>; Jonathan Markovitz <JMarkovitz@aclusocal.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gregory Washington <gwashington@braunhagey.com>; Adrienna Wong <AWong@aclusocal.org>; Hadley Rood <hrood@braunhagey.com>; gilbert@loevy.com; Peter Bibring <peter@bibringlaw.com>; carolsobel <carolsobel@aol.com>; SLacey <SLacey@aclusocal.org>; Mohammad Tajsar <MTajsar@aclusocal.org>; Paralegals - All <paralegals@braunhagey.com>; Peter Eliasberg <PEliasberg@aclusocal.org>; Crista Minneci <CMinneci@aclusocal.org>; Allison Hagey <allison@braunhagey.com>; David <david@loevy.com>; Lilia Martinez <martinez@loevy.com>; Fernanda Ponce <ponce@loevy.com>; Seeman, Katrina M (CIV) <Katrina.M.Seeman@usdoj.gov>; Alyssa <alyssa@loevy.com>; Isaac Green <green@loevy.com>
**Subject:** RE: [EXTERNAL] Re: LAPC v. Mullin - R.26f report


**\*\*\* EXTERNAL MESSAGE \*\*\***

Hi Ali,

One point of clarification, Defendants are requesting a simple order from the court clarifying that paragraph 4 does not apply to OC spray. Should the court deem modification necessary, then we are seeking to modify paragraph 4 with the language that was previously provided. It seems that the parties will be unable to reach an agreement, so Defendants will move forward with filing the motion to clarify and ex parte motion to shorten time for hearing today.

We'd like to have the motion heard at the scheduling conference on August 13, 2026. We're planning to propose that Plaintiffs' response to the motion to clarify be due on Monday, August 10, 2026.

As for Plaintiffs' proposed revisions to the PI, Defendants oppose modification of the PI for the reasons previously stated in our oppositions to the renewed PI motion and the motion for class certification. We do think this is an issue that could also be addressed at the hearing next week as well.

Thank you,
Katie

Kathleen C. Jacobs
Trial Attorney

U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W.,
Washington, D.C. 20005
(202) 598-7615 (phone)
(202) 616-8460 (fax)
kathleen.c.jacobs@usdoj.gov



**From:** Allison Rubinfeld <ARubinfeld@aclusocal.org>
**Sent:** Friday, July 31, 2026 3:46 PM
**To:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Cc:** Matt Borden <borden@braunhagey.com>; Steve@loevy.com; Green, Paul (USACAC) <Paul.Green@usdoj.gov>; Jonathan Markovitz <JMarkovitz@aclusocal.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gregory Washington <gwashington@braunhagey.com>; Adrienna Wong <AWong@aclusocal.org>; Hadley Rood <hrood@braunhagey.com>; gilbert@loevy.com; Peter Bibring <peter@bibringlaw.com>; carolsobel <carolsobel@aol.com>; Summer Lacey <SLacey@aclusocal.org>; Mohammad Tajsar <MTajsar@aclusocal.org>; Paralegals - All <paralegals@braunhagey.com>; Peter Eliasberg <PEliasberg@aclusocal.org>; Crista Minneci <CMinneci@aclusocal.org>; Allison Hagey <allison@braunhagey.com>; David <david@loevy.com>; Lilia Martinez <martinez@loevy.com>; Fernanda Ponce <ponce@loevy.com>; Seeman, Katrina M (CIV) <Katrina.M.Seeman@usdoj.gov>; Alyssa Martinez <alyssa@loevy.com>; Isaac Green <green@loevy.com>
**Subject:** RE: [EXTERNAL] Re: LAPC v. Mullin - R.26f report

Hello Katie,

Thank you for your patience. I'm checking in to see where the Defendants have landed on our proposed revisions to the PI that would clarify that class members are protected by this order.

On the order for clarification, we understand the Government seeks the following amendment to Paragraph 4 of the PI:

"Nothing in this order prohibits the use of Oleoresin Capsicum spray or other similarly deployed chemical irritant that touches an individual who poses a threat of immediate harm to a law enforcement officer or another person, physically impedes federal operations, vandalizes property, or is actively resisting arrest.)"

While we are open to potentially modifying the PI's language to create appropriate guidelines

for the use of OC spray, we do not agree to this current language as it is too broad and leaves the door open for Defendants' continued misuse of this weapon.

Our team is currently spread across several different litigations and time zones, but we will aim to get you our proposed language for Paragraph 4 before your filing on Monday morning if you intend to move forward. Alternatively, we'd be happy to continue to work together to see if we can come to an agreement on Paragraph 4's language without motion practice. Please feel free to send along any alternative language the Government would accept that more narrowly addresses the use of OC spray for our consideration.


Thank you,

Ali Rubinfeld


Allison "Ali" Rubinfeld *she/her*
Criminal Justice & Police Practices Staff Attorney
ACLU Foundation of Southern California
P.O. Box 811370, Los Angeles, CA 90081
(o) 213.977.5262
aclusocal.org

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

bluesky  ||  facebook  ||  instagram  ||  linkedin  ||  tiktok  ||  youtube


---

**From:** Jacobs, Kathleen C (CIV) <Kathleen.C.Jacobs@usdoj.gov>
**Sent:** Thursday, July 30, 2026 11:12 AM
**To:** Alyssa Martinez <alyssa@loevy.com>
**Cc:** Matt Borden <borden@braunhagey.com>; Allison Rubinfeld <ARubinfeld@aclusocal.org>; Steve@loevy.com; Green, Paul (USACAC) <Paul.Green@usdoj.gov>; Jonathan Markovitz <jmarkovitz@aclusocal.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Gregory Washington <gwashington@braunhagey.com>; Adrienna Wong <awong@aclusocal.org>; Hadley Rood <hrood@braunhagey.com>; gilbert@loevy.com; Peter Bibring <peter@bibringlaw.com>; carolsobel <carolsobel@aol.com>; Summer Lacey <slacey@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Paralegals - All <paralegals@braunhagey.com>; Peter Eliasberg <peliasberg@aclusocal.org>; Crista Minneci <cminneci@aclusocal.org>; Allison Hagey <allison@braunhagey.com>; David <david@loevy.com>; Lilia Martinez <martinez@loevy.com>; Fernanda Ponce <ponce@loevy.com>; Seeman, Katrina M (CIV) <Katrina.M.Seeman@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: LAPC v. Mullin - R.26f report

Counsel:

Circling back on my email from Monday, are Plaintiffs opposed to Defendants' seeking an order clarifying that Paragraph 4 of the Preliminary Injunction does not apply to OC Spray or other similarly deployed chemical irritant?

We do not believe that such an order would require substantive modification of the PI but instead could be a one sentence order simply clarifying that paragraph 4 does not apply to OC spray.

To keep things moving, we are planning to file the motion to clarify and ex parte motion to shorten time for hearing on Monday. If Plaintiffs could please let us know your position on the clarification or, as we discussed last week, a proposed joint vehicle to present the parties' positions on the PI to the court in an expeditious manner.

Thank you,
Katie

Kathleen C. Jacobs
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W.,
Washington, D.C. 20005
(202) 598-7615 (phone)
(202) 616-8460 (fax)
kathleen.c.jacobs@usdoj.gov

