BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch
        1100 L St. NW
        Washington, D.C. 20005
        Telephone: (202) 598-7615
        E-mail: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB; *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br><br>        Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**JOINT STATUS REPORT PURSUANT TO COURT ORDER**<br><br>Hon. Hernán D. Vera |

1

Pursuant to the Court's July 10, 2026 Order Granting Revised Preliminary Injunction ("Order") (Dkt. 133), counsel for the parties conferred on August 7, 2026 and submit this status report. DHS and its component agencies, U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP"), and the Federal Protective Service ("FPS"), disseminated the contents of the Revised Preliminary Injunction to their required personnel within 72 hours of the Order. Additionally, DHS component agencies disseminated summary of the terms of the Order.  The summary of the Order that was disseminated by FPS contains a definition of "Incidentally" that states:

> Defendants shall not be liable for violating this injunction if a Plaintiff is incidentally exposed to crowd control devices after such a device was deployed in a manner that complies with this injunction. "Incidentally" means that Plaintiffs, while not the target of the crowd-control devices, are exposed to the crowd-control devices because of where they are located.

The parties disagree about whether this definition may be included in the notice sent out by FPS.

**Defendants' Position:** Defendants do not believe this definition is inconsistent with the order and only provides clarity when read in context with the preceding sentence that requires the use of crowd control devices to be deployed in a manner that complies with the injunction.

**Plaintiffs' Position:** Plaintiffs believe that it is improper for Defendants to add any definition of "incidentally" to the notice distributed by FPS because when the Court granted the revised preliminary injunction, it rejected attempts to modify or further define the meaning of "incidental," noting that Ninth Circuit did not raise any concerns about that term in the injunction. Order at 5-6. Defendants' definition is inconsistent with Paragraph 5 of the Order.

Finally, Defendants state that DHS and its component agencies will send monthly reminders of the requirements of the Order while it remains in effect. At the Scheduling Conference on August 13, 2026, Plaintiffs would like to discuss how Defendants will communicate clarifications and reminders about the Preliminary Injunction to DHS and its component agencies' agents and request that these communications be filed under seal.

2

Dated: August 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney


   /s/ Kathleen C. Jacobs
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants


Dated: August 7, 2026

BRAUNHAGEY & BORDEN LLP


 /s/  Matthew Borden                    *
Matthew Borden
Attorneys for Plaintiffs

   *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3