Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
  declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
  gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Lily (Haeun) Kim, Esq.
(*pro hac vice* forthcoming)
  kim@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

Peter Bibring, Esq. (SBN: 223981)
  peter@bibringlaw.com

Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

[Additional counsel on next page]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES PRESS CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 2:25-CV-05563-HDV-E <br><br> **NOTICE OF ERRATA RE: JOINT STIPULATION (ECF NO. 149)** <br><br> Hon. Hernán D. Vera <br> United States District Judge <br><br> Hon. Charles F. Eick <br> United States Magistrate Judge |

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
  carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
  rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
  hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
  mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
  jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

Peter J. Eliasberg, Esq. (SBN: 189110)
  peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
  jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
  awong@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
  slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
  mtajsar@aclusocal.org
Allison Rubinfeld, Esq. (SBN: 358321)
  arubinfeld@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

Steve Art, Esq. *
  steve@loevy.com
David B. Owens, Esq. (SBN: 275030)
  david@loevy.com
Tess Kleinhaus, Esq. *
  tess@loevy.com
Alyssa Martinez, Esq. (SBN: 342466)
  alyssa@loevy.com
Dominique Gilbert, Esq. *
  gilbert@loevy.com
Aaron Tucek, Esq. *
  aaron@loevy.com
Loevy & Loevy
333 S Grand Ave, Suite 3310
Los Angeles, CA 90071
Telephone: (312) 243-5900

* *pro hac vice*

Case No. 2:25-cv-05563-HDV-E

NOTICE OF ERRATA

PLEASE TAKE NOTICE that Plaintiffs hereby submit this Notice of Errata regarding the Joint Stipulation Regarding the Protective Order, originally filed at ECF No. 149. Plaintiffs inadvertently filed the Joint Stipulation as a stipulation without an accompanying Notice of Motion or hearing date. Plaintiffs will confer with the parties regarding an appropriate hearing date and will promptly correct the error and refile the Joint Stipulation with the Notice of Motion and hearing date.

Dated: August 12, 2026

Respectfully submitted,
LOEVY & LOEVY

By: ___/s/ Alyssa Martinez___
Alyssa Martinez

*Attorney for Plaintiffs*

NOTICE OF ERRATA