UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05563-HDV-Ex | Date | 8/13/2026 |
| Title | *Los Angeles Press Club et al v. Kristi Noem, et al* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | CourtSmart |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Matthew Borden<br>Steven Art | AUSA Paul Green |

**Proceedings:** **SCHEDULING CONFERENCE**

The Court confers with counsel regarding the dates proposed in the joint report, filed on July 21, 2026. The Court also discusses trial logistics, scheduling, and the parties' recent filings.

The parties request that the Court schedule a bench trial in this case. The government requests that the Court consider CV26-3951-HDV-Ex: *Alec Gregory Bertrand v. United States of America et al* a related case and refers the Court to document 49-2: Declaration of Alex Bertrand.

The Court takes the matter under submission and informs the parties that a separate order setting dates will be issued.

Time: /30


Initials of Deputy Clerk: WH
Time: /30