David B. Owens
Loevy & Loevy
333 S Grand Ave, Ste. 3310
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Los Angeles Press Club, et al.

Plaintiff(s)

v.

Markwayne Mullin, et al.

Defendant(s).

CASE NUMBER

25-cv-5563

## (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Green, Isaac M.
*Applicant's Name (Last Name, First Name & Middle Initial*

(312) 243-5900
*Telephone Number* | *Fax Number*

green@loevy.com
*E-Mail Address*

of

Loevy & Loevy
311 N Aberdeen St, Fl 3
Chicago, IL 60607
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Los Angeles Press Club, et al.

*Name(s) of Party(ies) Represent* ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Owens, David B.
*Designee's Name (Last Name, First Name & Middle Initial*

275030 | (312) 243-5900 |
*Designee's Cal. Bar No.* | *Telephone Number* | *Fax Number*

david@loevy.com
*E-Mail Address*

of

Loevy & Loevy
333 S Grand Ave, Ste. 3310
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

______________________
**U.S. District Judge/U.S. Magistrate Judge**