UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-5563-HDV(Ex) | Date | August 25, 2026 |
| Title | LOS ANGELES PRESS CLUB, ET AL. v. MARKWAYNE MULLIN, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

The Magistrate Judge has read and considered all papers filed in connection with the “Joint Stipulation Re: Protective Order” (“the Motion”), filed August 13, 2026. The previously noticed September 4, 2026 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

The Magistrate Judge has analyzed the disputes presented in the Motion in accordance with the language and the intent of Rule 26(c) of the Federal Rules of Civil Procedure. The Magistrate Judge adjudicates those disputes as follows.

As to Disputes 1 and 2: The entirety of section 2.3 of the Protective Order shall state: “‘Confidential’ Information or Items: Information (regardless of how it is generated, stored, or maintained), or tangible things, that qualify for protection under Rule 26(c) or other governing law.”

As to Dispute 3: The Magistrate Judge resolves the dispute in accordance with Plaintiffs’ position.

As to Dispute 4: The Magistrate Judge resolves the dispute in accordance with Defendants’ position;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-5563-HDV(Ex) | Date | August 25, 2026 |
| Title | LOS ANGELES PRESS CLUB, ET AL. v. MARKWAYNE MULLIN, ETC., ET AL. | | |

As to Dispute 5: The Magistrate Judge resolves the dispute in accordance with Plaintiffs' position, but this resolution, and the resulting protective order, will not preclude Defendants from seeking to modify the protective order by noticed motion, if and when appropriate.

As to Dispute 6: The Magistrate Judge resolves the dispute in accordance with Plaintiffs' position.

The parties promptly shall jointly submit a proposed protective order reflecting the rulings made herein.

cc: Judge Vera
All Counsel of Record

Initials of Deputy Clerk bm