Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

Lily (Haeun) Kim, Esq.
(*pro hac vice* forthcoming)
kim@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com

Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

[Additional counsel on next page]

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Def. Litig. Section
PAUL (BART) GREEN
Assistant United States Attorney

Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0805
Email: Paul.Green@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES PRESS CLUB, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

Case No. 2:25-CV-05563-HDV-E

**JOINT STIPULATION TO MODIFY THE REVISED PRELIMINARY INJUNCTION [133]**

[Proposed order filed concurrently]

Hon. Hernán D. Vera
United States District Judge

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
Allison Rubinfeld, Esq. (SBN: 358321)
arubinfeld@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

Steve Art, Esq. *
steve@loevy.com
David B. Owens, Esq. (SBN: 275030)
david@loevy.com
Tess Kleinhaus, Esq. *
tess@loevy.com
Alyssa Martinez, Esq. (SBN: 342466)
alyssa@loevy.com
Dominique Gilbert, Esq. *
gilbert@loevy.com
Aaron Tucek, Esq. *
aaron@loevy.com
Loevy & Loevy
333 S Grand Ave, Suite 3310
Los Angeles, CA 90071
Telephone: (312) 243-5900

* *pro hac vice*

**JOINT STIPULATION**

The parties jointly submit this joint stipulation to amend the Revised Preliminary Injunction (ECF No. 133). Argument was heard by the Court on August 13, 2026 regarding a potential schedule for expedited briefing on the Defendants' pending Motion for Clarification or Modification of Revised Preliminary Injunction (ECF No. 143). Since then, the parties have met and conferred on possible resolution of the Motion. The parties have reached an agreement, subject to Court approval, that Paragraph 4 of the Revised Preliminary Injunction should be modified as follows:

> 4. Firing tear gas cannisters or flash-bang grenades so as to strike any Plaintiff, or firing KIPs or other crowd control weapons—**with the exception of handheld OC spray, no greater than 2 fl. oz. in size, deployed from a distance greater than three feet**—at the head, neck, groin, back, or other sensitive areas, unless that person poses an immediate threat of death or serious bodily injury.

In light of this agreement, and upon entry of an order to modify the Revised Preliminary Injunction, Defendants further withdraw their Motion for Clarification (ECF No. 143) and request that the Court vacate the hearing on that motion, but Defendants reserve the right to appeal the Revised Preliminary Injunction.

Dated: September 1, 2026

Respectfully submitted,

LOEVY & LOEVY

By: *<u>/s/ Steve Art</u>*
Steve Art

*Attorney for Plaintiffs*

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Def. Litig. Section
PAUL (BART) GREEN
Assistant United States Attorney

*/s/ Paul (Bart) Green*
PAUL (BART) GREEN*
Assistant United States Attorney

*Attorneys for Defendants*

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.