LINK 160

Term #143

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES PRESS CLUB; *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,

Defendants.

No. 2:25-cv-05563-HDV-E

**~~[PROPOSED]~~**

**ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE REVISED PRELIMINARY INJUNCTION**

Hon. Hernán D. Vera
United States District Judge

Before the Court is the parties' Joint Stipulation To Modify The Revised Preliminary Injunction [133]. I**n light of Defendants' withdrawal of their Motion for Clarification (ECF No. 143), the Court vacates the hearing currently set for October 22, 2026.** Having reviewed the stipulation and finding good cause, the July 10, 2026 Order Granting Revised Preliminary Injunction (ECF No. 133) is hereby modified at 11:16-12:22 as follows (with changes in bold below):

For purposes of this preliminary injunction, the term "Plaintiff" or "Plaintiffs" shall include any of the individual plaintiffs Sean Beckner-Carmitchel, Ryanne Mena, Lexis-Olivier Ray, Charles Xu, Benjamin Adam Climer, Abigail Olmeda, and Maria-Alejandra Paz, and any member of the organizational plaintiffs Los Angeles Press club ("L.A. Press Club") and NewsGuild – Communications Workers of America ("NewsGuild").

It is hereby ORDERED that Defendants, their officers, agents, assigns, and all persons acting in concert with them, are ENJOINED, pending final resolution of this matter, from:

1. Dispersing Plaintiffs from public streets, sidewalks, parks, or plazas so as to prevent them from observing, recording,[1] or reporting on DHS immigration enforcement and removal operations (or protests of those operations) when they are not physically impeding or disrupting access to federal property or operations, vandalizing property, or within a crowd posing an immediate threat to public safety, peace, or order;
2. Threatening or assaulting Plaintiffs with crowd control weapons (including kinetic impact projectiles ("KIP"s), chemical irritants, and flash-bang grenades) when Plaintiffs are not posing a threat of immediate harm to a law enforcement officer or another person, physically impeding federal operations, vandalizing property, or actively resisting arrest;
3. Retaliating against Plaintiffs by using any crowd control weapons (including KIPs, chemical irritants, and flash-bang grenades) without giving a warning to comply with instructions, unless the threat is so serious and imminent that a warning is infeasible. Such warning, if feasible, shall give Plaintiffs reasonable opportunity to voluntarily comply before crowd control weapons are

[1] For the purposes of this injunction, "recording" means videorecording and still photography.

applied against them;

4. Firing tear gas canisters or flash-bang grenades so as to strike any Plaintiff, or firing KIPs or other crowd control weapons—**with the exception of handheld OC spray no greater than 2 fl. oz.in size, deployed from a distance of greater than three feet**—at the head, neck, groin, back, or other sensitive areas, unless that person poses an immediate threat of death or serious bodily injury;

5. Defendants shall not be liable for violating this injunction if a Plaintiff is incidentally exposed to crowd control devices after such a device was deployed in a manner that complies with this injunction.

This Order shall be operative only in those counties in the coverage area of the individual journalist Plaintiffs and the organizational Plaintiffs L.A. Press Club and NewsGuild—namely, those counties in the Central District of California, including the Counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara, and Ventura.

**IT IS SO ORDERED.**

Dated: 09/08/26

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney

Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN
Assistant United States Attorney

*/s/ Paul (Bart) Green*
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants