BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202)598-7615
Email: kathleen.c.jacobs@usdoj.gov

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Def. Litig. Section
PAUL (BART) GREEN
Assistant United States Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES PRESS CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-05563-HDV-E<br><br>**NOTICE OF APPEAL**<br><br>Hon. Hernán D. Vera |

NOTICE is hereby given that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order dated July 10, 2026 (ECF No. 133), granting revised preliminary injunction, and the Court's Order dated September 8, 2026 (ECF No. 161) granting modification of the revised preliminary injunction.

Dated: September 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
ANDREW I. WARDEN
KATHLEEN C. JACOBS
Civil Division, Federal Programs Branch

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Def. Litig. Section
PAUL (BART) GREEN
Assistant United States Attorney

*/s/ Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney

Attorneys for Defendants