Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Kory J. DeClark, Esq. (SBN: 310571)
declark@braunhagey.com
Greg Washington, Esq. (SBN: 318796)
gwashington@braunhagey.com
Hadley Rood, Esq. (SBN: 348168)
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Peter Bibring, Esq. (SBN: 223981)
peter@bibringlaw.com
Law Office of Peter Bibring
2210 W Sunset Blvd # 203
Los Angeles, CA 90026
Telephone: (213) 471-2022

Peter J. Eliasberg, Esq. (SBN: 189110)
peliasberg@aclusocal.org
Jonathan Markovitz, Esq. (SBN: 301767)
jmarkovitz@aclusocal.org
Adrienna Wong, Esq. (SBN: 282026)
awong@aclusocal.org
Summer Lacey, Esq. (SBN: 308614)
slacey@aclusocal.org
Mohammad Tajsar, Esq. (SBN: 280152)
mtajsar@aclusocal.org
Allison Rubinfeld, Esq. (SBN: 358321)
arubinfeld@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

[Additional counsel on next page]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES PRESS CLUB, NEWSGUILD - COMMUNICATIONS WORKERS OF AMERICA, ABIGAIL OLMEDA, individually; and SEAN BECKNER-CARMITCHEL, RYANNE MENA, LEXIS-OLIVIER RAY, CHARLES XU, BENJAMIN ADAM CLIMER, and MARIA-ALEJANDRA PAZ, individually and on behalf of others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary, Department of Homeland Security; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; TOM HOMAN, in his official capacity as Chief Patrol Agent for the El

Case No. 2:25-CV-05563-HDV-E

**STIPULATION TO WAIVE PRECLUSION FOR PLAINTIFFS' FTCA CLAIMS, AND AGREEMENT TO NOT AMEND THE SCHEDULING ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**

**Judge** Hon. Hernán D. Vera
**Location:** Courtroom 5B, 5th Floor

**First Amended Compl. Filed:** October 16, 2025

Centro Sector of the U.S. Border Patrol; ANDRE QUINONES, in his official capacity as Acting Field Office Director for the Los Angeles Field Office, U.S. Immigration and Customs Enforcement; EDDY WANG, in his official capacity as Special Agent in Charge for the Los Angeles Field Office of Homeland Security Investigations; MARIO CANTON, in his official capacity as Regional Director for Region 9 of the Federal Protective Service; KEVIN GREEN, in his official capacity as Commander of the U.S. Customs and Border Protection, Office of Field Operations, Special Response Team; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Additional Counsel of Record for Plaintiffs:

Carol A. Sobel, Esq. (SBN: 84483)
carolsobellaw@gmail.com
Weston Rowland, Esq. (SBN: 327599)
rowland.weston@gmail.com
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
Telephone: (310) 393-3055

Paul Hoffman, Esq. (SBN: 71244)
hoffpaul@aol.com
Michael Seplow, Esq. (SBN: 150183)
mseplow@sshhzlaw.com
John Washington, Esq. (SBN 315991)
jwashington@sshhzlaw.com
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue #226
Hermosa Beach, CA 90254
Telephone: (310) 396-0731

Steven E. Art (admitted *pro hac vice*)
steve@loevy.com
David B. Owens (SBN: 275030)
david@loevy.com
Tereka H. Kleinhaus (admitted *pro hac vice*)
tess@loevy.com
Alyssa Carmen Martinez (SBN: 342466)
alyssa@loevy.com
Dominique A. Gilbert (admitted *pro hac vice*)
gilbert@loevy.com
Aaron M. Tucek (admitted *pro hac vice*)
aaron@loevy.com
Loevy + Loevy
333 S Grand Avenue, Suite 3310
Los Angeles, CA 90071
Telephone: (312) 243-5900

Isaac M. Green (admitted *pro hac vice*)
green@loevy.com
Loevy + Loevy
311 N Aberdeen St., 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900

**JOINT STIPULATION RE: PLAINTIFFS' FTCA CLAIMS**

Whereas, certain Class members have submitted administrative tort claims to the Department of Homeland Security pursuant to the Federal Tort Claims Act ("FTCA") and may pursue damages actions against the United States under the FTCA.

Whereas, the parties agree it would be inefficient and impractical to join Class members' individual FTCA damages claims in this action.

The parties therefore agree that the Plaintiffs' and Class' injunctive claims can proceed separately from any damages claims that the named Plaintiffs and Class members may pursue relating to the events and policies at issue in this litigation.

Accordingly, the United States agrees it will not assert a claim preclusion defense to named Plaintiffs' or Class members' FTCA actions, if any, or argue that they should have been brought within this ligation.

The Plaintiffs agree not to move to amend the scheduling order to extend their deadline to amend the complaint.

Nothing in this agreement affects or impairs any other defenses the United States may have to any FTCA actions filed by the named Plaintiffs or Class members.

The parties respectfully request that the Court approve this Stipulation.

Dated:

Respectfully Submitted,

/s/ Peter Eliasberg

Peter Eliasberg

*Attorney for Plaintiffs*

Dated: September 15, 2026

*/s Kathleen C. Jacobs*
KATHLEEN C. JACOBS
Trial Attorney
*Attorney for Defendants*