UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES PRESS CLUB; *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,

Defendants.

No. 2:25-cv-05563-HDV-E

**~~[PROPOSED]~~**

**ORDER GRANTING STIPULATION TO WAIVE PRECLUSION FOR PLAINTIFF'S FTCA CLAIMS, AND AGREEMENT TO NOT AMEND THE SCHEDULING ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**

Hon. Hernán D. Vera
United States District Judge

Based on the Parties Stipulation to Waive Preclusion for Plaintiff's FTCA Claims, and Agreement to Not Move to Amend the Scheduling Order to Extend the Deadline to Amend the Complaint, **IT IS HEREBY ORDERED THAT** Defendants shall not assert a claim preclusion defense to named Plaintiff's or Class members' FTCA Claims related to the events that serve as the basis for this case, nor will Defendants argue that named Plaintiffs' or Class members' FTCA Claims should have been brought in this litigation. The Plaintiffs will not move to amend the scheduling order to extend their deadline to amend the complaint.

**IT IS SO ORDERED.**

Dated: 09/21/26

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE